ORIGINAL

IN THE MATTER OF )
Cr. No. 02-00090 DAE )
UNITED STATES OF AMERICA )
v. ) AFFIDAVIT OF PUBLICATION
MICHAEL F. SCHULZE, Defendant )
)
)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 11 2004
at 11 o'clock and 40 min. A.M.
WALTER A. Y. H. CHINN, CLERK

STATE OF HAWAII )
) SS.
City and County of Honolulu )

Dawn Goto _____ being d[uly sworn]
deposes and says that she is a clerk, duly auth[orized to]
execute this affidavit of MidWeek Printing, I[nc., publishers]
of MidWeek and the Honolulu Star-Bulletin, [that said]
newspapers are newspapers of general circula[tion in the]
State of Hawaii, and that the attached notice i[n the matter]
as was published in the aforementioned news[papers as]
follows:

MidWeek _____ times

Honolulu Star-Bulletin ____3____ times
01/27/2004, 02/03/2004, 02/10/2004

And that affiant is not a party to or in any wa[y interested in]
the above entitled matter.

Dawn [Goto signature]

Subscribed to and sworn before me this ____
of February _____ A.D. 200[4]

[signature] Patricia K. Reese
Notary Public of the First Judicial Circuit
State of Hawaii

My commission expires October 07, 2006

Ad# 05512478

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
UNITED STATES OF AMERICA v. MICHAEL F. SCHULZE,
Defendant.   Cr. No. 02-00090 DAE

NOTICE IS HEREBY GIVEN that on August 13, 2003, in the above-captioned case, the United States District Court for the District of Hawaii entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of MICHAEL F. SCHULZE in the below listed property and condemning and forfeiting the property to the United States of America:

(a) The fee simple interest in the real property located at 2121 Geronimo Way, Las Vegas, Nevada, titled in the name of Innovative Investments, Inc., and more specifically identified as Parcel Number: 162-14-612-015, together with all improvements, appurtenances, fixtures, attachments and easements.
(b) One 2000 Four Winns Cabin Cruiser Boat, Vista 248, white and blue in color, Hull Registration number: FWNCB243B000, Nevada Boat Registration number: NV7734KS, with 00 Four Winns Trailer, Nevada license number: 25669M; VIN: 42KCB6X26Y2010084.
(c) One 1998 Four Winns Cabin Cruiser Boat, Sundowner 195, white/green in color, Hull Identification number: 4WNCK221D494, Nevada Boat Registration number: NV0921KM, Vessel name: Hawaiian Punch, with 99 Four Winns Trailer, Nevada license 70579K; VIN: 42KE4XS13R2Y00788.
(d) One 2000 Bob Cat 763 Wheeled Skid Steer Loader.
(e) One 1997 Yamaha Jet Ski, Model GP760, Wave Runner, yellow in color, Hull ID#: YAMA2522A797, license number: HA1816G.
(f) One 1992 Mercedes Benz, 500SL, convertible, gray in color, VIN: WDBFA66E6NF052894, Nevada license number: 599-JVV, registered to Carrie Watkins.
(g) One 1994 Chevrolet, C3500, Fleetside Crewcab Pick-Up Truck, white in color, VIN: 1GCHC33N8RJ377931, Nevada license number: 375-MKN.
(h) One blue/green 1996 Chevrolet Impala, VIN: 1G1BL52P2TR183188, Nevada license number: 632JUN.
(i) One 1999 GMC Suburban, C2500 SLT, silver in color, VIN: 1GKGK26JXXJ780022, Nevada license number: "LOAN" 14958. (11)
(j) One 2000 Nissan Frontier, Crew Cab Pick-Up SE Truck, taupe in color, VIN: 1N6ED27T9YC377245; Nevada license number: 705NAF.
(k) One Ladies Platinum Solitaire ring containing one heart-shaped brilliant cut diamond weighing 1.04 carats of "D" color and "SI1" clarity, replacement value $10,840.00.
(l) $180,000 representing the proceeds from the sale of one parcel of land, being further described as Parcel #125-29-304-007, in Clark County, Nevada.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property in such manner as the United States Department of Justice may direct.

Pursuant to 21 U.S.C. § 853 (n) (1), if you have a legal interest in this property, WITHIN THIRTY (30) DAYS of the final publication of this notice or of receipt of actual notice, whichever is earlier, you must petition the United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Box 50129, Honolulu, Hawaii 96850, for a hearing to adjudicate the validity of your alleged legal interest in this property. If a hearing is requested, it shall be held before the Court alone, without a jury.

THE PETITION must be signed by the petitioner under penalty of perjury, as established in 28 U.S.C. § 1746, and shall set forth the nature and extent of your right, title and interest in each item of property, the time and circumstances of your acquisition of the right, title and interest in each item of property and any additional facts supporting your claim and the relief sought.

A copy of the petition should be served on Assistant United States Attorney Rachel S. Moriyama, 300 Ala Moana Boulevard, Room 6-100, Honolulu, Hawaii 96850.

Pursuant to 21 U.S.C. § 853 (n) (2), NEITHER A DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS AGENT IS ENTITLED TO FILE A PETITION.

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendant named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the Court shall consider the relevant portions of the record of the criminal cases which resulted in the Preliminary Order of Forfeiture.

If, after the hearing, the Court determines that the petitioner has established by a preponderance of the evidence that: (a) the petitioner has a legal right, title or interest in the property, and such right, title or interest renders the Preliminary Order of Forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the defendant or was superior to any right, title or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property; or (b) the petitioner is a bona fide purchaser for value of the right, title or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture; the Court shall further amend the Preliminary Order of Forfeiture in accordance with its determination.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT TO TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES OF AMERICA. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.
(SB05512478 1/27, 2/3, 2/10/04)

---

PATRICIA K. REESE
Notary Public
State of Hawaii

195