Michael F. Schulze, 36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

In pro per

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2006

at 10 o'clock and 55 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CRIMINAL NO. 02-00090DAE |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS PURSUANT TO |
| MICHAEL F. SCHULZE, | FED.R.EVID., RULE 201; EXHIBITS; |
| Defendant. | CERTIFICATE OF SERVICE |

COMES NOW the Defendant, Michael Schulze, and hereby moves this honorable Court to take judicial notice of adjudicative facts pursuant to Federal Rules of Evidence, Rule 201(d) which states:

> "A court must take judicial notice of such facts when requested by a party and supplied with the necessary information.";

and pursuant to 201(f) which states that:

> "Judicial notice may be taken at any stage of the proceedings."

Under Rule 201, judicial notice is appropriate only where the fact noticed is not subject to reasonable dispute. <u>Castillo-Villagra v. INS</u>, 972 F.2d 1017, 1026 (9th Cir. 1992). The facts submitted hereto are transcripts of sworn testimony made on public record before this honorable Court and are indisputable. The most frequent use of judicial notice of ascertainable facts is in noticing the content of court records. See: 21 C.Wright & K.Graham,

Federal Practice and Procedure: Evidence § 5106 at 505 (1977). A court may take judicial notice of court documents. Nuno v. County of San Bernardino, 58 F.Supp.2d 1127, 1132-35 (C.D. Cal. 1999). Federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244, 248 (9th Cir. 1992).

A court may take judicial notice of matters of public record. Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001). Judicial notice may be taken in support of motion for new trial. id

The facts submitted hereto are intended for use in support of Defendant's February 11, 2006, motion for new trial, made pursuant to F.R.Crim.P., Rule 33, and, for future use in other criminal and civil matters both within and outside this Court's jurisdiction.

WHEREFORE the Defendant respectfully requests this Court to take judicial notice of the attached exhibits as adjudicative facts.

DATED: February 16, 2006, at Bennettsville, South Carolina.

Respectfully submitted,

Michael Schulze

Defendant, pro se

** CERTIFICATE OF SERVICE **

I hereby certify that on February 16, 2006, a true copy of the attached was served upon counsel for the United States of America, by depositing the same in the United States Institutional Mail at FCI Bennettsville, South Carolina, first class, with sufficient postage attached and addressed to:

>Kenneth M. Sorenson, AUSA
>Office of the U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Blvd.
>Honolulu, HI 96850

DATED: February 16, 2006, at the Federal Correctional Institution at Bennettsville, South Carolina.

By: _____
Michael F. Schulze
Defendant, pro se