EXHIBIT "A"

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE DAVID ALAN EZRA,
CHIEF UNITED STATES DISTRICT JUDGE
HONOLULU, HAWAII
FEBRUARY 4, 2003
FURTHER JURY TRIAL, VOLUME 3
UNITED STATES OF AMERICA v. MICHAEL F. SCHULZE

For the Government:               Kenneth M. Sorenson
                                  Assistant U.S. Attorney

Government's Witness:             Cindy Maglasang
                                  Special Agent, FBI

Official Court Reporter:          Cynthia Tando Fazio,
                                  RMR,  CRR
                                  United States District Court
                                  P.O. Box 50131
                                  Honolulu, Hawaii 96850


Page Number(s): 3-19, 3-21, and 3-62

1   Q   Okay.  So you have commenced the process of signing him
2   up; is that correct?
3   A   Correct.
4   Q   And this process involves what?
5   A   Numerous checks done in our databases with other
6   agencies.  We verify certain information he's provided us.
7   And basically if his -- there's no hits on our criminal checks
8   or any of the other checks that we run through, then he's
9   pretty much opened as an informant.
10  Q   Okay.  Now, by the end of August of 2001, had you
11  completed your process of signing him up?
12  A   No.
13  Q   What was remaining to be done at that time?
14  A   He was currently under state probation and his -- I
15  believe it ended sometime in October.  He had a one-year
16  probation.  We needed to get approval from the state side to
17  actually have him work with us as an informant because he --
18  if he did work with us, he would be undertaking criminal
19  activity under our direction.
20  Q   Did there come a time when you did -- when he did qualify
21  under your guidelines?
22  A   Yes.
23  Q   And based on that, did you sign him up?
24  A   Yes, we did.
25  Q   Now, let me direct your attention to August 30th of 2001.

3-21

```
 1   Q    Okay.  Now, did you take charge of the -- of the exhibit
 2   that he gave you?
 3   A    I did.
 4   Q    The substance?
 5   A    Yes.
 6   Q    And what did you do with it?
 7   A    Upon returning to the office, I field tested it.  It
 8   tested positive for amphetamines.  I sealed it up in our
 9   normal K-Pack with the label and turned it in to the evidence
10   custodian.
11   Q    Okay.
12        MR. SORENSON:  Your Honor, may I approach?
13        THE COURT:  Yes.
14   BY MR. SORENSON:
15   Q    Special Agent Maglasang, I approach you with what has
16   been marked as Government's Exhibit Number 12, ask you to
17   identify it.
18   A    This is the drug evidence that I obtained from Steve
19   Olaes on August 30th, 2001.
20   Q    Now, when -- when you acquired it, what did you do with
21   it after you've tested it?
22   A    I placed it in the K-Pack such as this, the original one
23   that's inside, and turned it in to the evidence custodian.
24   Q    Okay.  And once you turned it in to the evidence
25   custodian, did you have any further contact with that exhibit?
```

```
 1   move -- publish that, play it.
 2              THE COURT:  All right.
 3              MR. SORENSON:  It is found at Tab 3.
 4              (Government's Exhibit 4 was played.)
 5              MR. SORENSON:  Your Honor, we have about 20 minutes
 6   of dead time, we're going to bump ahead to that.
 7              THE COURT:  Okay.
 8              (Government's Exhibit 4 was played.)
 9   BY MR. SORENSON:
10   Q    Special Agent Maglasang, what time of the day was this
11   particular deal?
12   A    Around noon.
13   Q    Around noon?  And once you met up with the informant, you
14   stated earlier that he gave you a -- a substance; is that
15   correct?
16   A    That's correct.
17              MR. SORENSON:  Your Honor, may I approach?
18              THE COURT:  You may.
19   BY MR. SORENSON:
20   Q    I approach with Government's Exhibit Number 13.  Can you
21   identify that?
22   A    This is the drug evidence that I obtained from Steve on
23   October 2nd, 2001.
24   Q    Now, you've previous -- previously testified as to what
25   you do with drug exhibits once you get possession of them.
```