EXHIBIT "C"

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE DAVID ALAN EZRA,
CHIEF UNITED STATES DISTRICT JUDGE
HONOLULU, HAWAII
FEBRUARY 7, 2003
FURTHER JURY TRIAL, VOLUME 6
UNITED STATES OF AMERICA v. MICHAEL F. SCHULZE

| | |
|---|---|
| For the Defendant: | H. Dean Steward, Esq. |
| Defendant's Witness: | Steven P. Olaes, FBI Informant |
| Official Court Reporter: | Cynthia Tando Fazio, RMR, CRR<br>United States District Court<br>P.O. Box 50131<br>Honolulu, Hawaii 96850 |

Page Number(s): 6-122, 6-123, and 6-124

```
1   Q    Okay.  And what alias did you leave?
2   A    John.
3   Q    Okay.  Why did you not use your name?
4   A    Because I didn't want my wife to find out what I was
5   doing.  She would have -- I didn't know how she would react to
6   me turning in drug dealers.
7   Q    Did she know you were using drugs yourself?
8   A    Yes, she did.  She did not approve of it, but she knew.
9   Q    Did other members of your family know that you were using
10  drugs?
11  A    Yes.
12  Q    Were they concerned about you?
13  A    I seriously doubt that.
14  Q    Did anyone ever in your family ever talk to you in the
15  year prior to August of 2001 about getting some help for your
16  drug problem?
17  A    Absolutely not.
18  Q    Now, did you borrow in 2001 or 2000 some money from Mike
19  Schulze?
20  A    Yes, we did.
21  Q    How much did you borrow?
22  A    $3,000.
23  Q    And what was the purpose of that loan?
24  A    For a down payment on a townhouse in Wahiawa.
25  Q    Okay.  And would that be in approximately June of 2001?
```

6-123

1  A    Approximately, yes.
2  Q    Okay.  And did Mr. Schulze loan you that money?
3  A    Schulze?
4  Q    Yes.
5  A    Schulze?
6  Q    Schulze.
7  A    Yes, he did.
8  Q    Okay.  And that would have been June of 2001, something
9  like that?
10 A    Something like that, yes.
11 Q    Okay.  And it was three months later that you went to the
12 FBI?
13 A    Yes.
14 Q    Did you ever pay that money back?
15 A    Partially, yes.
16 Q    How much of it did you pay back?
17 A    About $400.  And it wasn't directly to him.  It went to
18 another drug dealer.
19 Q    Okay.  So when you went to the FBI in August of 2001, you
20 owed Mr. Schulze around $2,600; does that sound right?
21 A    That's correct.
22 Q    Okay.  Now, at some point did you collect some money for
23 Mike Schulze?
24 A    Yes.
25 Q    Okay.  And how much do you collect -- did you collect, if

1   you can recall?

2   A   $2,000 from Isaac, I don't know his last name, and that

3   $2,000 was for a partial payment of a pound of

4   methamphetamine.  And the other money --

5           MR. STEWARD:  Move to strike, Your Honor.

6   Nonresponsive, the last part.

7           THE WITNESS:  The methamphetamine?

8           THE COURT:  All right.  The court will strike that

9   last part of the answer.

10  BY MR. STEWARD:

11  Q   Did you turn that money over to Mr. Schulze?

12  A   No, I did not.

13  Q   Okay.  And I think you said that was how much?

14  A   $2,000.  It was a counterfeit $100 bill, so $1,900 to be

15  exact.

16  Q   So that was $1,900 plus $2,600, does that sound right,

17  that you owed him?

18  A   That sounds right.

19  Q   Around $4,500?

20  A   Yes.

21  Q   And then you went to the FBI in August of 2001.  Did you

22  pay any of that total back to Mr. Schulze?

23  A   No.

24  Q   As you sit there today, do you still owe him that money?

25  A   Yes, I do.