

el Schulze, 36817-048
, Bennettsville
Box 52.020
ettsville, SC. 29512-5220

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

FEDERAL CORRECTIONAL INST.
696 MUCKERMAN RD, BENNETTSVILLE, S.C. 29512

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

DATE 2/5/06