IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL F. SCHULZE, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER DENYING PETITIONER'S MOTION FOR JUDICIAL
NOTICE OF ADJUDICATIVE FACTS

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Petitioner's Motion, the Court DENIES Petitioner's Motion For Judicial Notice of Adjudicative Facts.

BACKGROUND

Petitioner Michael Schulze's ("Petitioner") trial began on January 30, 2003. The jury rendered a guilty verdict on February 11, 2003. This conviction was upheld by the Ninth Circuit on December 27, 2005.

## DISCUSSION

Petitioner requests that the Court "take judicial notice of the attached exhibits as adjudicative facts. . . for use in support of [Petitioner's] motion for a new trial." However, no such motion has been filed with the Court. Further, Petitioner represents to the Court that the "attached exhibits" are photocopies of the transcript from his jury trial. Assuming that Petitioner's exhibits are in fact photocopies of the transcript from his trial, there is no need to take Judicial Notice of these items, as they are part of this Court's records. Consequently, Petitioner's Motion for Judicial Notice of Adjudicative Facts is DENIED.

## CONCLUSION

For the reasons stated above, the Court DENIES Petitioner's Motion for Judicial Notice of Adjudicative Facts.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 3, 2006.



_____
David Alan Ezra
United States District Judge

Michael F. Schulze v. United States of America, CR. NO. 02-00090 DAE; ORDER DENYING PETITIONER'S MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS