Michael F. Schulze
Reg.#36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

Defendant in pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2006

at 11 o'clock and 27 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00090 DAE |
| Plaintiff, ) | |
| vs. ) | DEFENDANT'S EXHIBITS: "A" THROUGH "O" |
| MICHAEL F. SCHULZE, ) | |
| Defendant. ) | |

DEFENDANT'S EXHIBITS "A" THROUGH "O"

The Defendant hereby submits Exhibits "A" through "O" in support of his Motion for Disclosure of Grand Jury Transcripts in the above-captioned case.

DATED: April 6, 2006, at Bennettsville, South Carolina.

Respectfully submitted,

_____
Michael F. Schulze
Defendant, pro se