EXHIBIT "A"

(TRANSCRIPT OF JURY TRIAL)

February 4, 2003, day 3.


APPEARANCES: FBI Special Agent, Cindy Maglasang under direct
examination by AUSA, Kennth Sorenson.

1  Q    Okay. So you have commenced the process of signing him
2  up; is that correct?
3  A    Correct.
4  Q    And this process involves what?
5  A    Numerous checks done in our databases with other
6  agencies. We verify certain information he's provided us.
7  And basically if his -- there's no hits on our criminal checks
8  or any of the other checks that we run through, then he's
9  pretty much opened as an informant.
10 Q    Okay. Now, by the end of August of 2001, had you
11 completed your process of signing him up?
12 A    No.
13 Q    What was remaining to be done at that time?
14 A    He was currently under state probation and his -- I
15 believe it ended sometime in October. He had a one-year
16 probation. We needed to get approval from the state side to
17 actually have him work with us as an informant because he --
18 if he did work with us, he would be undertaking criminal
19 activity under our direction.
20 Q    Did there come a time when you did -- when he did qualify
21 under your guidelines?
22 A    Yes.
23 Q    And based on that, did you sign him up?
24 A    Yes, we did.
25 Q    Now, let me direct your attention to August 30th of 2001.