EXHIBIT "E"

(AFFIDAVIT OF FBI SPECIAL AGENT, MICHAEL GAVIN)

Pages 7 and 11.

Whenever stated in this affidavit that a conversation was consensually monitored, it also means that the conversation was recorded as well. All recordings mentioned in this affidavit have been reviewed by Special Agents of the FBI and their content have been found to reflect the substance of what is represented in this affidavit.

Whenever consensually monitored and recorded conversations are described in this affidavit, verbatim language has not been used except where quotation marks have been placed around specific words or phrases. Instead, the general substance of the conversation has been set forth as was understood by those who recorded or by those who monitored or reviewed the conversations.

## RESULTS OF INVESTIGATION

### Investigation Indicating That Michael Schulze Is Part of a Conspiracy to Distribute Methamphetamine.

On August 17, 2001, CW-1 provided the following information: The telephone number for Schulze's new home in Las Vegas is 702-655-5259. Schulze's girlfriend is Alena Olaes. CW-1 last saw Schulze in Hawaii approximately three to four months ago. Each time Schulze visits Hawaii, he is there to deliver methamphetamine (ice) or to collect money for ice.

Records checks indicated that 702-655-5259 is subscribed to Alena P. Olaes, 3224 Ludlow Avenue, Las Vegas, Nevada. Clark County, Nevada, property records indicate that the property at

7

667

the payment of $1,800 to Schulze in Schulze's rental vehicle bearing Hawaii license plate number JPN620. The registered owner of this vehicle is Dollar Rent A Car. Subpoenaed records from Dollar Rent A Car revealed that Anthony Tabion address 94-484 Kupuohi Street, Waipahu, Hawaii, rented the vehicle on September 20, 2001, returning the vehicle on September 21, 2001. During this recorded conversation, Schulze also told CW-1 that he, Schulze, could make $20,000 in one day collecting drug payments in Hawaii and spend all of it in a month. Schulze also stated that Schulze could sell some of his properties and live comfortably.

On that same day, CW-1 accompanied Schulze in Schulze's rental car to the home of Mark Arakaki located at 94-640 Onelua Street, Ewa Beach, Hawaii. Schulze went to Arakaki's residence to collect on a drug payment. Schulze told CW-1 that Arakaki owed Schulze $80,000 for previously fronted drugs. After meeting with Arakaki, Schulze told CW-1 that Arakaki did not have the money to give to Schulze at that time. According to Schulze, Arakaki said that he had made three payments to Tabion for ice fronted to Arakaki by Schulze. Schulze also told CW-1 that Tabion had borrowed $5,000 out of the money Tabion collected for Schulze for drugs. Schulze told CW-1 that Tabion was instructed to give Arakaki "two" (two bags with two ounces of ice each) then collect payment before giving Arakaki another two bags.

11

EXHIBIT "F"

(TRANSCRIPT OF JURY TRIAL)

January 31, 2003, day 2.


APPEARANCES: FBI Special Agent, Bruce Neal Strauss under cross-
examination by Defense Attorney, H. Dean Steward.

1    have, Special Agent Strauss.

2                    CROSS-EXAMINATION

3    BY MR. STEWARD:

4    Q    Agent Strauss, does the name Steve Olaes ring a bell?

5    A    Yes.

6    Q    Could that have been the informant we're talking about

7    here?

8    A    Yes, I believe that's the informant.

9    Q    Okay.  Now, from your position of surveillance, could you

10   actually see the meeting between Mr. Olaes and whoever he met

11   with?

12   A    No, I could not.

13   Q    Okay.  Where were you positioned -- what were you looking

14   at, what were you surveilling?

15   A    I was parked on the side of the street just monitoring

16   the radio.  I think I put a visor up in my window to stay out

17   of sight because it would look funny to be sitting, parked on

18   the side of the street in that area, so I was not observing

19   anything other than just monitoring the radio.

20   Q    Okay.  Did you hear an actual conversation between

21   Mr. Olaes and anyone?

22   A    I believe my transmitter was not picking up very clearly

23   and I don't recall any conversation.

24   Q    Okay.  Now, you said in your six years working with the

25   FBI that you've used informants before, right?