EXHIBIT "G"

(TRANSCRIPT OF JURY TRIAL)

February 4, 2003, day 3.


APPEARANCES: FBI Special Agent, Cindy Maglasang under direct
examination by AUSA, Kenneth Sorenson.

3-59

1   Michael Schulze's house or be in a position to pick up --
2   Q   Now, that particular house, what is the address of that
3   house?
4   A   91-349, I believe.
5   Q   Are you sure about the address then?
6   A   No, I'm not.
7   Q   Okay.  Do you know where the house is?
8   A   Yes.
9   Q   Did you follow him to that location?
10  A   Yes.
11  Q   Describe what it looks like.
12  A   There's a wooden fence out front so you can't see the
13  house.  And there's also a pine tree.
14  Q   Okay.  And did you follow Mr. Olaes completely to that
15  location?
16  A   Yes.
17  Q   And what did you do?
18  A   After I followed him to the house, I continued on.  We
19  already had another car positioned to keep an eye on Steve's
20  car.
21  Q   Okay.  And once you went by that position, where did you
22  go?
23  A   I parked in a spot across the highway to be able to pick
24  Steve back up once he was leaving the site.
25  Q   Now, did there come a time when you came back into visual

```
 1   view of Mr. Olaes?
 2   A    Yes.
 3   Q    And where did you see him next?
 4   A    In his vehicle driving back to our arranged staging area.
 5   Q    Okay. And did you meet with him?
 6   A    Yes. We followed him back to a staging area and met with
 7   him. I obtained the recording device, turned it off, obtained
 8   the transmitter, and he handed me a package that had the drugs
 9   in it.
10   Q    Now, when you say you obtained the recording device, who
11   did you obtain that from?
12   A    Steve.
13   Q    Okay. And once you got possession of the recording
14   device, what did you do with it?
15   A    I deactivated it using -- well, stating the time and that
16   it would be deactivated, and then turned it off using the
17   paper clip.
18   Q    And what did you do with it then?
19   A    Maintained control of it until I was able to turn it in
20   to Elsur.
21   Q    Did you then take it over to the Elsur ladies?
22   A    Yes.
23   Q    And did they then convert it to a CD-ROM for you?
24   A    Yes, they did.
25        MR. SORENSON: Your Honor, may I approach?
```