EXHIBIT "H"

(TRANSCRIPT OF JURY TRIAL)

February 5, 2003, day 4.


APPEARANCES: FBI Special Agent, Cindy Maglasang under direct
examination by AUSA, Kenneth Sorenson.

4-64

1   Q    Okay.  Who sent it?

2   A    There was no name.  It was a fictitious address of

3   another animal supply, like a pet shop or something in Las

4   Vegas.

5   Q    Okay.  Now, were fingerprints attempted to be taken from

6   the -- the shipping label?

7   A    No.

8   Q    Okay.  Now, there was one fingerprint taken of some value

9   in your investigation, correct?

10  A    Correct.

11  Q    And where was that taken from?

12  A    On the August 30th meeting between Schulze and Steve

13  where Schulze gave Steve a package of -- containing crystal

14  meth.

15  Q    Was that the very first meeting that you were aware of?

16  A    After we made contact with Steve, yes.

17  Q    Did you happen to observe that meeting in any way?

18  A    No.

19  Q    No surveillance, anything like that?

20  A    No.

21  Q    Did you happen to see Michael Schulze that day?

22  A    No.

23  Q    So what you know about that meeting is what Steve Olaes

24  gave you, which was a package with drugs in it, right?

25  A    Correct.

4-65

1   Q    Was that meeting recorded?

2   A    No.

3   Q    Okay.  So, do you have any confirmation other than

4   Mr. Olaes' word that the day that the package, which later