EXHIBIT "I"

(TRANSCRIPT OF JURY TRIAL)

February 7, 2003, day 6.


APPEARANCES: FBI Financial Analyst, Conrad Ho under direct
             examination by AUSA, Kenneth Sorenson.

1   A    Yes.

2   Q    And did you review bank records of New Vision Equipment?

3   A    Yes.

4   Q    And did you review bank records of Pearl Harbor Federal

5   Credit Union?

6   A    Yes, I did.

7   Q    All right.  Now, Mr. Ho, I'm going to show you what's now

8   been marked and entered into evidence as Government's Exhibit

9   78 through 82B, and ask you if you've seen them before?

10  A    Yes.

11           THE CLERK:  I have 82.  I don't have 82B.

12           MR. SORENSON:  I believe it may be in there, if you

13  look.

14           THE WITNESS:  I got it.

15  BY MR. SORENSON:

16  Q    Okay.  First off, I'm going to direct your attention to

17  Exhibit 78.  Have you seen 78 before?

18  A    Yes, I did.  Yes.

19  Q    And what is 78?

20  A    It's Bank of America records, and statements and backups

21  for Innovative Investments.

22  Q    And have you seen Exhibit 78 before?

23  A    Yes.  These are the worksheets that I worked off.

24  Q    How do you know that?

25  A    Because it contains all -- signature cards as well as the

6-35

1  individual's transaction, like cash, checks that were issued
2  and deposits that were received.
3  Q   I understand that, but how do you know those are the
4  records that you reviewed?
5  A   They are from the bank themselves and there's a copy over
6  here.  It's a certification of authenticity that -- that
7  backs -- backs up what I have in my hand.
8  Q   Okay.  Do you see any markings that you placed on those
9  items?
10 A   Yes.  I also initialed the -- the documents that we
11 reviewed as well.
12 Q   Would that be how you know those are -- that's what
13 you've seen before?
14 A   Yes, yes.
15 Q   Okay.  Now, did you closely review those records?
16 A   Yes, I did, each item.
17 Q   In reviewing those records, did you create a spreadsheet
18 to summarize those records?
19 A   Yes.  Yes, I did.
20 Q   And in creating that spreadsheet, did you put any of your
21 interpretation into those records?
22 A   No, none whatsoever.
23 Q   Okay.
24 A   Those items were strictly from the bank records, and
25 those items that I could not read, I put "illegible" on it.

```
1           MR. SORENSON:  May I approach?
2           THE COURT:  Yeah.
3  BY MR. SORENSON:
4  Q    Mr. Ho, I approach you with what's been marked
5  Government's Exhibit 83.  I'm going to ask you to identify
6  this?
7  A    Okay.  These are -- this is a spreadsheet I created on
8  the Microsoft Excel 2000.  And it's basically a replica --
9  replica of the statements and documents I reviewed, and this
10 is from Innovative Investments, Incorporated, Bank of America,
11 account number 2701 46145.
12 Q    Now, specifically, when you look at Government's Exhibit
13 83, if you will just read across the top, specifically what
14 information did you put into Government's Exhibit 83?
15 A    Basically, what was off of the statements.  Transaction
16 dates, check dates, description of the items, notation of what
17 the items were, check pairs, bank account numbers, where they
18 came from, check numbers, check debits, and deposit credits,
19 and also the -- the statement balances just to make sure I
20 balance to the statements themselves.
21 Q    Was any of the information that you placed into your
22 Innovative Investments spreadsheet information that you came
23 up with from any other source other than those records?
24 A    No.
25 Q    Okay.
```