EXHIBIT "J"

(TRANSCRIPT OF JURY TRIAL)

February 7, 2003, day 6.


APPEARANCES: FBI Financial Analyst, Conrad Ho under direct
examination by AUSA, Kenneth Sorenson.

1    A    Yes, I can.

2    Q    Specifically, you have indicated over here on the right

3    side of the chart, as the side I'm standing on, Innovative

4    Investments, you came to a figure $221,370; is that correct?

5    A    Yes, I did.

6    Q    What does that reflects?

7    A    That represents all the cash deposits that were made

8    by -- that were received by Innovative Investments.

9    Q    Okay.  And Michael Schulze's bank accounts, are these

10   accounts you previously described?

11   A    Yes.

12   Q    Are these accounts that you reviewed that are in evidence

13   here?

14   A    Yes.

15   Q    And the cash deposit figure, where does that come from?

16   A    The four bank accounts that were -- that are under him --

17   that were under him, which totaled $64,853 in cash deposits.

18   Q    Now, down here for Gretchen Schulze's bank accounts,

19   you've indicated $12,600.  How did you come to that figure?

20   A    Those were taken totally from the bank statements

21   themselves, cash deposits that were received in those accounts

22   by Gretchen Schulze.

23   Q    And down here in the middle, Alena Olaes, two bank

24   accounts, did you review the deposits for those accounts?

25   A    Yes, and they totaled $48,000 and -- $48,030 of cash

1   deposits that were received in those accounts.

2   Q    And you've also included the Michael J. Green retainer

3   fee; is that correct?

4   A    Yes, I did.

5   Q    Does that indicate $25,000 in currency being paid to him?

6   A    Yes, in cash.

7   Q    You've also placed on here cash that was seized from his

8   residence; is that correct?

9   A    Yes.

10  Q    And how much was that?

11  A    112,500 --

12  Q    No, no, from his residence.

13  A    Oh, I'm sorry.  From his residence?  Oh, $23,726.

14  Q    And the cash receipts, were those cash receipts that you

15  reviewed and that are in evidence here?

16  A    Yes.

17  Q    And how much were those?

18  A    $112,572.

19  Q    And in reviewing the records of Innovative Investments,

20  did you come up with a total amount of deposits to the bank

21  account of Innovative Investments?

22  A    Yes.

23  Q    What were the total deposits into Innovative Investments?

24  A    $221,370.

25  Q    Maybe I need to be more clear.  Those are the total cash

1    deposits.

2    A     Cash deposits, yes, yes.

3    Q     What were the total deposits?

4    A     $514,480.

5    Q     And did you review the total bank deposits into Mike

6    Schulze's accounts?

7    A     Yes, I did.

8    Q     What were the total deposits into his accounts?

9.   A     The total deposits in his account was $696,000.

10   Q     No, no, no.

11   A     I'm sorry.

12   Q     What were the total bank deposits into his particular

13   bank accounts that were in his name?

14   A     Which -- taking off from this sheet here?

15   Q     I'm referring to the chart 91.  You need to look at your

16   spreadsheets that are already in evidence, that's fine.

17   A     I don't think I have 91.

18         MR. SORENSON:  Your Honor, may I approach?

19         THE COURT:  You may.

20   BY MR. SORENSON:

21   Q     (Handing document.)

22   A     Oh, okay.

23   Q     What are the total bank deposits into Mike Schulze's four

24   bank accounts?

25   A     $112,563.

1  Q    And what are the total bank deposits into the Gretchen

2  Schulze ten bank accounts?

3  A    $344,371.

4  Q    And what are the total bank deposits into the Alena Olaes

5  bank accounts?

6  A    $147,283.

7  Q    What are the total bank deposits into the New Vision

8  Development Corporation bank accounts?

9  A    $68,986.

10  Q    Now, you prepared -- you prepared income tax on the

11  federal income tax; is that correct?

12  A    Yes, I did.

13  Q    And is this an accurate blowup of that particular

14  summary --

15  A    Yes, it is.

16  Q    -- federal income tax return?  Now, this particular

17  spreadsheet indicates tax return information for Michael

18  Schulze, Innovative Investments, Galaxie Records, New Vision

19  Development Corporation, Alena Olaes and Gretchen Schulze; is

20  that correct?

21  A    Yes.

22  Q    Now, the figures that you have here all came from the tax

23  records you reviewed; is that correct?

24  A    Yes.

25  Q    And the total of gross bank deposits received, is this an