EXHIBIT "K"

(WORKSHEETS MANUFACTURED BY MAGLASANG)

These particular worksheets demonstrate how FBI Special Agent, Cindy Maglasang, manufactured non-existent accounts, doubled and tripled balances, and created fictitious deposits to show that Gretchen Schulze had "ten accounts" and a "large amount of money".

1) Pages 2306-07 show account #5 with a balance of $1,050.30.
2) Pages 2315-16 show Maglasang created #6 from a transfer of #5.
3) Pages 2319-20 show Maglasang created #11 from a transfer of #6.
4) Page 2321 (yellow highlight) shows Maglasang posted #6 and #11 as additional accounts, and tripled the original balance of #5.
5) Pages 2317-18 shows Maglasang created account #10 from a transfer of #8. She then adds #8 and #10 to some obscure tax figure to produce a balance of $7,529.52. She then transfers the ghost amount of #10 ($3,883.26) and includes it, along with the double-counted balance of $7,529.52 to her Total Deposit column of her worksheet (Page 2321 (pink highlight)).

PHFCU #5233428730 MM #5

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| VEGAS ICE | | | | | | | | | |
| OCDETF - MEXICAN ORGANIZATION | | | | | | | | | |
| 245C-HN-16329 | | | | | | | | | |
| Case SA: Cindy Maglasang | | | | | | | | | |
| Pearl Harbor FCU | | | | | | | | | |
| Gretchen Schulze | | Printed: 9/30/2002 | | | | | | | |
| 91189 Ewa Beach Road | | | | | | | | | |
| Ewa Beach, HI 96706 | | | | | | | | | |
| Money Market Certificate Account #5233428730 #5 | | | | | | | | | |
| | | | | | | | | | |
| Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 10/1/99 | | Previous balance | | | | | | | |
| 10/31/99 | | US Treasury Social Security | | | | | | $ 1,000.00 | $ 1,000.00 |
| 11/1/99 | | Dividend | | | | | | $ 3.82 | $ 1,003.82 |
| 11/30/99 | | Transfer to Acct #1 | | | | | $ 3.82 | | $ 1,000.00 |
| 12/1/99 | | Dividend | | | | | | $ 3.70 | $ 1,003.70 |
| 12/31/99 | | Transfer to Acct #1 | | | | | $ 3.70 | | $ 1,000.00 |
| 1/1/00 | | Dividend | | | | | | $ 3.82 | $ 1,003.82 |
| 4/30/99 | | Transfer to Acct #1 | | | | | $ 3.82 | | $ 1,000.00 |
| 5/1/99 | | Dividend | | | | | | $ 3.70 | $ 1,003.70 |
| 5/31/99 | | Transfer to Acct #1 | | | | | $ 3.70 | | $ 1,000.00 |
| 6/1/99 | | Dividend | | | | | | $ 3.82 | $ 1,003.82 |
| 6/30/99 | | Transfer to Acct #1 | | | | | $ 3.82 | | $ 1,000.00 |
| 7/1/99 | | Dividend | | | | | | $ 3.70 | $ 1,003.70 |
| 7/31/99 | | Transfer to Acct #1 | | | | | $ 3.70 | | $ 1,000.00 |
| 8/1/99 | | Dividend | | | | | | $ 3.82 | $ 1,003.82 |
| 8/31/99 | | Transfer to Acct #1 | | | | | $ 3.82 | | $ 1,000.00 |
| 9/1/99 | | Dividend | | | | | | $ 3.82 | $ 1,003.82 |
| 9/30/99 | | Transfer to Acct #1 | | | | | $ 3.82 | | $ 1,000.00 |
| 10/1/99 | | Dividend | | | | | | $ 3.70 | $ 1,003.70 |
| 10/31/99 | | Transfer to Acct #1 | | | | | $ 3.70 | | $ 1,000.00 |
| 11/1/99 | | Dividend | | | | | | $ 3.82 | $ 1,003.82 |
| 11/30/99 | | Transfer to Acct #1 | | | | | $ 3.82 | | $ 1,000.00 |
| 12/1/99 | | Dividend | | | | | | $ 3.70 | $ 1,003.70 |
| 12/31/99 | | Transfer to Acct #1 | | | | | $ 3.70 | | $ 1,000.00 |
| 12/31/99 | | Dividend | | | | | | $ 3.82 | $ 1,003.82 |
| 1/31/00 | | Transfer to Acct #1 | | | | | $ 3.82 | | $ 1,000.00 |
| | | Dividend | | | | | | $ 3.81 | $ 1,003.81 |

PHFCU #5233428730 MM #5

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 39 | 2/1/00 | | Transfer to Acct #1 | | | | | $ 3.81 | | $ 1,000.00 |
| 40 | 2/9/00 | | Dividend | | | | | | $ 0.98 | $ 1,000.98 |
| 41 | 2/9/00 | | Transfer to Acct #1 | | | | | $ 1,000.98 | | $ - |
| 42 | | | | | | | Column Totals: | $ 1,050.03 | $ 1,050.03 | $ - |
| 43 | | | | | | | | | | |

2307

Page 2 of 2

PHFCU #5233428730 #6

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VEGAS ICE | | | | | | | | | |
| 2 | OCDETF - MEXICAN ORGANIZATION | | | | | | | | | |
| 3 | 245C-HN-16329 | | | | | | | | | |
| 4 | Case SA: Cindy Magiasang | | | | | | | | | |
| 5 | Pearl Harbor FCU | | | | | | | | | |
| 6 | Gretchen Schulze | | Printed: 9/30/2002 | | | | | | | |
| 7 | 91189 Ewa Beach Road | | | | | | | | | |
| 8 | Ewa Beach, HI 96706 | | | | | | | | | |
| 9 | Money Market Certificate Account #5233428730 #6 | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 12 | | | | | | | | | | |
| 13 | | 2/9/00 | New account transfer from #5 | | | | | | $ 1,044.98 | $ 1,044.98 |
| 14 | 2/29/00 | | Dividend | | | | | | $ 3.45 | $ 1,048.43 |
| 15 | | 3/1/00 | Transfer to account #1 | | | | | $ 3.45 | | |
| 16 | 3/31/00 | | Dividend | | | | | | $ 5.09 | $ 1,044.98 |
| 17 | | 3/31/00 | Transfer to account #1 | | | | | $ 5.09 | | $ 1,050.07 |
| 18 | 4/30/00 | | Dividend | | | | | | $ 4.93 | $ 1,044.98 |
| 19 | | 5/1/00 | Transfer to account #1 | | | | | $ 4.93 | | $ 1,049.91 |
| 20 | 5/31/00 | | Dividend | | | | | | $ 5.09 | $ 1,044.98 |
| 21 | | 6/1/00 | Transfer to account #1 | | | | | $ 5.09 | | $ 1,050.07 |
| 22 | 6/30/00 | | Dividend | | | | | | $ 4.93 | $ 1,044.98 |
| 23 | | 7/1/00 | Transfer to account #1 | | | | | $ 4.93 | | $ 1,049.91 |
| 24 | 7/31/00 | | Dividend | | | | | | $ 5.09 | $ 1,044.98 |
| 25 | | 8/1/00 | Transfer to account #1 | | | | | $ 5.09 | | $ 1,050.07 |
| 26 | 8/31/00 | | Dividend | | | | | | $ 5.09 | $ 1,044.98 |
| 27 | | 9/1/00 | Transfer to account #1 | | | | | $ 5.09 | | $ 1,050.07 |
| 28 | 9/30/00 | | Dividend | | | | | | $ 4.93 | $ 1,044.98 |
| 29 | | 10/1/00 | Transfer to account #1 | | | | | $ 4.93 | | $ 1,049.91 |
| 30 | 10/31/00 | | Dividend | | | | | | $ 5.09 | $ 1,050.07 |

PHFCU #5233428730 #6

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 12 | | | | | | | | | | |
| 31 | 11/1/00 | | Transfer to account #1 | | | | | $ 5.09 | | $ 1,044.98 |
| 32 | 11/30/00 | | Dividend | | | | | | 4.93 | $ 1,049.91 |
| 33 | 12/1/00 | | Transfer to account #1 | | | | | $ 4.93 | | $ 1,044.98 |
| 34 | 12/31/00 | | Dividend | | | | | | 5.09 | $ 1,050.07 |
| 35 | 1/1/01 | | Transfer to account #1 | | | | | $ 5.09 | | $ 1,044.98 |
| | | | February statement missing | | | | | | | |
| 36 | 2/1/01 | | Dividend | | | | | | 5.10 | $ 1,050.08 |
| 37 | 1/31/01 | | Transfer to account #1 | | | | | $ 5.10 | | $ 1,044.98 |
| 38 | 2/1/01 | | Dividend | | | | | | | $ 1,044.98 |
| 39 | 2/8/01 | | Dividend | | | | | | 1.15 | $ 1,046.13 |
| 40 | 2/8/01 | | Transfer 1 | | | | | $ 1,046.13 | | $ - |
| 41 | | | | | | | | | | |
| 42 | | | | | | | Column Totals: | $ 1,104.94 | $ 1,104.94 | $ - |

Page 2 of 2

Share Certificate #11

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VEGAS ICE | | | | Prepared: | | | | | |
| 2 | OCDETF - MEXICAN ORGANIZATION | | | | | | | | | |
| 3 | 245C-HN-16329 | | | | | | | | | |
| 4 | Case SA: Cindy Maglasang | | | | | | | | | |
| 5 | Pearl Harbor FCU | | | | | | | | | |
| 6 | Gretchen Schulze | | Printed: 9/30/2002 | | | | | | | |
| 7 | 91189 Ewa Beach Road | | | | | | | | | |
| 8 | Ewa Beach, HI 96706 | | | | | | | | | |
| 9 | Share Certificate Account #5233428730 #11 | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 12 | | | | | | | | | | |
| 13 | 3/1/01 | | New account transfer from #6 | | | | | | | |
| 14 | 3/31/01 | | Dividend | | | | | | $ 1,104.94 | $ 1,104.94 |
| 15 | 4/30/01 | | Dividend | | | | | | $ 5.16 | $ 1,110.10 |
| 16 | 5/1/01 | | Dividend transfer 1 | | | | | $ 5.16 | | $ 1,104.94 |
| 17 | 5/31/01 | | Dividend | | | | | | $ 4.99 | $ 1,109.93 |
| 18 | 6/1/01 | | Dividend transfer 1 | | | | | $ 4.99 | | $ 1,104.94 |
| 19 | 6/30/01 | | Dividend | | | | | | $ 5.16 | $ 1,110.10 |
| 20 | 7/1/01 | | Dividend transfer 1 | | | | | $ 5.16 | | $ 1,104.94 |
| 21 | 6/30/01 | | Dividend | | | | | | $ 4.99 | $ 1,109.93 |
| 22 | 7/31/01 | | Dividend | | | | | | $ 4.99 | $ 1,104.94 |
| 23 | 8/1/01 | | Dividend transfer 1 | | | | | $ 5.16 | | $ 1,110.10 |
| 24 | 8/31/01 | | Dividend | | | | | | $ 5.16 | $ 1,104.94 |
| 25 | 9/1/01 | | Dividend transfer 1 | | | | | $ 5.16 | | $ 1,110.10 |
| 26 | 9/30/01 | | Dividend | | | | | | $ 5.16 | $ 1,104.94 |
| 27 | 10/1/01 | | Dividend transfer 1 | | | | | $ 4.99 | | $ 1,109.93 |
| 28 | 10/31/01 | | Dividend | | | | | | $ 4.99 | $ 1,104.94 |
| 29 | 11/1/01 | | Dividend transfer 1 | | | | | $ 5.16 | | $ 1,110.10 |
| 30 | 11/30/01 | | Dividend | | | | | | $ 5.16 | $ 1,104.94 |
| 31 | 12/1/01 | | Dividend transfer 1 | | | | | $ 4.99 | | $ 1,109.93 |
| 32 | 12/31/01 | | Dividend | | | | | | $ 4.99 | $ 1,104.94 |
| 33 | 12/31/01 | | Dividend transfer 1 | | | | | $ 5.16 | | $ 1,110.10 |
| 34 | 1/31/02 | | Dividend | | | | | | $ 5.16 | $ 1,104.94 |
| 35 | 2/1/02 | | Dividend transfer 1 | | | | | $ 5.16 | | $ 1,110.10 |
| 36 | 3/1/02 | | Dividend | | | | | | $ 5.16 | $ 1,104.94 |
| 37 | 3/1/02 | | Transfer 1 | | | | | $ 1,109.60 | $ 4.66 | $ 1,109.60 |
| 38 | | | | | | | | | | $ — |

2320

Share Certificate #11

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | Column Totals: $ | 1,165.68 | $ 1,165.68 | $ - |

Page 2 of 2

Account Names & Numbers

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VEGAS ICE | | | | | | | | | | | | | |
| 2 | OCDETF - MEXICAN ORGANIZATION | | | | | | | | | | | | | |
| 3 | 245C-HN-16329 | | | Printed: 10/2/2002 | | | | | | | | | | |
| 4 | Case SA: Cindy Maglasang | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | Account Information: | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | Bank Name | File Name | Account Number | Account Name | Type of Account | Loans | Beginning Statement Date | Ending Statement Date | Months in Operation with Records on Hand | Beginning Balance | Ending Balance | Total Checks & Debits/Loan Amounts | Total Deposits & Credits |
| 10 | 1 | Bank of America | BOA #270146145 | #270146145 | Innovative Investments Inc. | Business Checking | | 7/8/99 | 5/13/02 | 35 | $ - | $ (2.98) | $ 514,483.92 | $ 514,480.94 |
| 11 | 2 | Bank of America | BOA #180304479 | #180304479 | Olaes, Alena | Express Account | | 3/10/99 | 4/19/02 | 38 | $ - | $ 14,841.23 | $ 131,883.78 | $ 146,725.01 |
| 12 | 3 | Bank of America | BOA #4962308707 | #4962308707 | Olaes, Alena | Customer Savings | | 5/12/00 | 5/9/02 | 24 | $ - | $ 141.67 | $ 416.58 | $ 558.25 |
| 13 | 4 | Pearl Harbor FCU | IRA Certificate #10 | #5233428730 #10 | Schulze, Gretchen | IRA Certificate | | 10/31/00 | 10/31/01 | 12 | $ 3,646.25 | $ - | $ 3,883.26 | $ 3,883.26 |
| 14 | 5 | Pearl Harbor FCU | Share Certificate #11 | #5233428730 #11 | Schulze, Gretchen | Share Certificate | | 3/1/01 | 3/1/02 | 12 | $ 1,104.94 | $ - | $ 1,165.68 | $ 1,165.68 |
| 15 | 6 | Pearl Harbor FCU | PHFCU #5233428730 MM#5 | #5233428730 #5 | Schulze, Gretchen | Money Market Certificate | | 10/1/99 | 12/6/01 | 26 | $ 1,000.00 | $ - | $ 1,050.03 | $ 1,050.03 |
| 16 | 7 | Pearl Harbor FCU | PHFCU #5233428730-6 | #5233428730 #6 | Schulze, Gretchen | Money Market Certificate | | 2/9/00 | 10/31/01 | 21 | $ 1,044.98 | $ - | $ 1,104.94 | $ 1,104.94 |
| 17 | 8 | Pearl Harbor FCU | IRA Certificate #9 | #5233428730 #9 | Schulze, Gretchen | Traditional IRA | | 10/31/00 | 10/31/01 | 12 | $ 3,646.26 | $ - | $ 7,529.52 | $ 7,529.52 |
| 18 | 9 | Pearl Harbor FCU | PHFCU #5233428730-1 | #5233428730-1 | Schulze, Gretchen | Share Savings | | 1/1/97 | 7/30/02 | 67 | $ 4,266.52 | $ 8,462.09 | $ 137,057.22 | $ 145,519.31 |
| 19 | 10 | Pearl Harbor FCU | PHFCU #5233428730-2 | #5233428730-2 | Schulze, Gretchen | Share Draft | | 1/1/97 | 5/8/97 | 5 | $ 3,531.95 | $ 5,639.90 | $ 134,943.89 | $ 140,583.59 |
| 20 | 11 | Pearl Harbor FCU | PHFCU #5233428730L-154 | #5233428730-L154 | Schulze, Gretchen | Signature Loan | x | 1/14/97 | 10/3/97 | 10 | $ 2,145.05 | $ - | $ 2,145.05 | $ 2,145.05 |
| 21 | 12 | Pearl Harbor FCU | PHFCU #5233428730L-155 | #5233428730-L155 | Schulze, Gretchen | Signature Loan | x | 5/8/97 | 2/9/00 | 32 | $ 1,389.81 | $ - | $ 4,389.81 | $ 4,389.81 |
| 22 | 13 | Pearl Harbor FCU | PHFCU #5233428730L-156 | #5233428730-L156 | Schulze, Gretchen | First Mortgage Balloon Loan | x | 10/3/97 | 2/8/01 | 41 | $ 561.01 | $ - | $ 37,000.00 | $ 37,000.00 |
| 23 | 14 | Bank of America | BOA #880015664 | #880015664 | Schulze, Michael F. | Regular Checking | | 3/15/99 | 11/8/01 | 32 | $ - | $ - | $ 24,387.52 | $ 24,387.52 |
| 24 | 15 | Pearl Harbor FCU | PHFCU #5759058800-1 | #5759058800-1 | Schulze, Michael F. | Regular Share | | 1/15/97 | 7/31/02 | 67 | $ 503.49 | $ 186.93 | $ 5,183.14 | $ 5,370.07 |
| 25 | 16 | Pearl Harbor FCU | PHFCU #5759058800-2 | #5759058800-2 | Schulze, Michael F. | Share Draft | | 1/7/97 | 4/5/97 | 4 | $ 236.72 | $ 0.57 | $ 81,569.47 | $ 81,590.04 |
| 26 | 17 | Pearl Harbor FCU | PHFCU #5759058800-L4 | #5759058800-L145 | Schulze, Michael F. | Share Draft Loan | x | 1/13/97 | 7/3/02 | 67 | $ 1,211.28 | $ - | $ 1,215.55 | $ 1,215.55 |
| 27 | | | | | | | | | | | | Column Totals: | $ 1,089,429.16 | $ 1,118,698.57 |

2317

IRA Certificate #8

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VEGAS ICE | | | | | | | | | | |
| 2 | OCDETF - MEXICAN ORGANIZATION | | | | | | | | | | |
| 3 | 245C-HN-16329 | | | | | | | | | | |
| 4 | Case SA: Cindy Magiasang | | | | | | | | | | |
| 5 | Pearl Harbor FCU | | Printed: 9/30/2002 | | | | | | | | |
| 6 | Gretchen Schulze | | | | | | | | | | |
| 7 | 91189 Ewa Beach Road | | | | | | | | | | |
| 8 | Ewa Beach, HI 96706 | | | | | | | | | | |
| 9 | IRA Certificate Account #5233428730 #8 | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance | Statement Balance |
| 12 | | | | | | | | | | | |
| 13 | 10/31/00 | | Deposit | | | | | | $ 3,646.26 | $ 3,646.26 | $ 3,646.26 |
| 14 | 12/31/00 | | Withdrawal | | | | | $ 3,646.25 | | $ 0.01 | $ 0.01 |
| 15 | 9/30/01 | | No activity | | | | | | | $ 0.01 | $ 0.01 |
| 16 | 10/31/01 | | Transfer 10 | | | | | | $ 3,883.26 | $ 3,883.27 | |
| 17 | 10/31/01 | | Income tax withholding | | | | | $ 388.32 | | | |
| 18 | 10/31/01 | | Transfer 1 | | | | | $ 3,494.95 | | $ 3,494.95 | |
| 19 | | | | closed | | | | | | $ - | $ - |
| 20 | | | | | | | | | | | |
| 21 | | | | | Column Totals: | | | $ 7,529.52 | $ 7,529.52 | | |

Page 1 of 1

IRA Certificate #10

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VEGAS ICE | | | | Prepared: | | | | | | |
| 2 | OCDETF - MEXICAN ORGANIZATION | | | | | | | | | | |
| 3 | 245C-HN-16329 | | | | | | | | | | |
| 4 | Case SA: Cindy Magiasang | | | | | | | | | | |
| 5 | Pearl Harbor FCU | | | | | | | | | | |
| 6 | Gretchen Schulze | | | | | | | | | | |
| 7 | 91189 Ewa Beach Road | | Printed: 9/30/2002 | | | | | | | | |
| 8 | Ewa Beach, HI 96706 | | | | | | | | | | |
| 9 | IRA Certificate Account #5233428730 #10 | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance | Statement Balance |
| 12 | | | | | | | | | | | |
| 13 | 10/31/00 | | Deposit | | | | | | $ 3,646.25 | $ 3,646.25 | $ 3,646.25 |
| 14 | 10/31/01 | | Dividend | | | | | $ - | $ 237.01 | $ 3,883.26 | $ 3,646.25 |
| 15 | 10/31/01 | | Transfer 8 | | | | | $ 3,883.26 | $ - | $ - | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | Column Totals: | | $ 3,883.26 | $ 3,883.26 | | |

Page 1 of 1