EXHIBIT "L"

(FINDINGS & REVIEW BY MAGLASANG)

VEGAS ICE
OCDETF - MEXICAN ORGANIZATION
245C-HN-16329
Case SA: Cindy Maglasang

**Prepared: 9/25/2002**

**Findings & Review:**

1) There were (17) accounts reviewed:

    (2)    belonging to Alena Olaes
    (1)    belonging to Innovative Investments
    (10)   belonging to Gretchen Schulze
    (4)    belonging to Michael Schulze

2) Alena Olaes had two accounts from the Bank of America:

    -    BOA #18030447 9 Express checking account
    -    BOA #496230870 7 Customer Savings account

3) Innovative Investments Inc. has an account with Bank of America #270146145

4) Gretchen Schulze has (10) accounts with the Pearl Harbor FCU:

    -    #5233428730 #10 IRA Certificate
    -    #5233428730 #11 Share Certificate
    -    #5233428730 #5 Money Market Certificate
    -    #5233428730 #6 Money Market Certificate
    -    #5233428730 #8 Traditional IRA
    -    #5233428730-1 Share Savings
    -    #5233428730-2 Share draft
    -    #5233428730-L154 Signature Loan
    -    #5233428730-L155 Signature Loan
    -    #5233428730-L156 First Mortgage Balloon Loan

5) Michael F. Schulze has (4) accounts, (1) with Bank of Hawaii and (3) with Pearl Harbor FCU:

    -    #880015664 from Bank of America Regular Checking account
    -    Pearl Harbor FCU #5759058800-1 Regular Share
    -    Pearl Harbor FCU #5759058800-2 Share Draft
    -    Pearl Harbor FCU #5759058800-L4 Share Draft Loan

6) Signature Cards were obtained for the following accounts:

    -    Bank of America #270146145 for Innovative Investments Inc. with Michael Schulze as the signor