EXHIBIT "M"

(TRANSCRIPT OF JURY TRIAL)

February 7, 2003, day 6.

APPEARANCES: FBI Financial Analyst, Conrad Ho, under cross-
examination from Defense Attorney, Shawn Perez,
and redirect examination from AUSA Kenneth Sorenson.

1  Q   There's no way to know if any of those receipts were paid
2  for with cash that was withdrawn from the bank -- from the
3  bank account, correct?
4  A   No.
5  Q   So that would be another source of double-counting?
6  A   Could be.
7  Q   Could be. So, Mr. Ho, you are the only one that analyzed
8  the banking records in this case, correct?
9  A   Yes, I did.
10 Q   Is there anyone else who can tell me of the $78,000 that
11 was deposited by Gretchen Schulze is money that was given to
12 her in the form of cash by Michael Schulze?
13 A   Not that I know of.
14 Q   Could you tell from the records?
15 A   Just from the statements, I think the cash receivable of
16 $12,000, if I'm not mistaken.
17 Q   $12,000 over what period of time?
18 A   From the bank -- for the period of when she had her
19 accounts. I'm not sure what the --
20 Q   So from '97 to 2000 --
21 A   2002, yes.
22 Q   Over five years there was $12,000?
23 A   In cash, yeah.
24 Q   Okay. Now, on the cash deposits that you're using to
25 come up with this $12,000, was there any notation that said it

```
1    was from Michael Schulze?
2    A    No.
3    Q    So you really don't know where it came from?
4    A    No.
5    Q    Mrs. Schulze works, does she not?
6    A    I'm not sure.
7    Q    Do you know how old she is?
8    A    No.
9    Q    Do you know how old those bank accounts are?
10   A    Just for the period that was -- it was subpoenaed from,
11   '97 to 2002.
12   Q    Okay.
13        MR. PEREZ:  I have nothing further, Your Honor.
14        THE COURT:  Okay.  Anything else?
15        MR. SORENSON:  Just a little redirect, Your Honor.
16                    REDIRECT EXAMINATION
17   BY MR. SORENSON:
18   Q    Mr. Ho, you were questioned a little bit about loans; is
19   that correct?
20   A    Yes.
21   Q    Now, specifically, the -- the loans that were referred
22   to, did you have any evidence within the stuff that you have
23   that they were actually loans?
24   A    Yes, they are on the statements that we -- I reviewed.
25   Q    Right.  And were you able to total up what those loans
```

6-72

1   were?
2   A    Yes, I included them in the charts that I -- we
3   prepared -- I prepared.
4   Q    Now, specifically, let's talk about Gretchen Schulze.
5   The loans that you've been able to document, how much were
6   those?
7   A    Offhand, I think I only noted that $30,000 or that
8   $33,000 one that he mentioned earlier.
9   Q    Just 30 or $33,000?
10  A    I'd have to look at each -- each document again.
11  Q    Now, there were indications of loans between the parties;
12  is that correct?
13  A    Yes.
14  Q    In the banking records that you saw?
15  A    Yes, saw a lot of the checks that were -- that are
16  recorded on -- just on the top of my head, had loans noted on
17  the checks themselves, loans going back and forth.
18       MR. SORENSON:  Your Honor, that's all the questions I
19  have.  Thank you.
20       THE COURT:  Okay.  Anything else?
21       MR. PEREZ:  Just brief, Your Honor.
22                    RECROSS-EXAMINATION
23  BY MR. PEREZ:
24  Q    As far as those loans, you said there was just the
25  $37,000 one?

1   A    I'd have to check again because -- on the statements to
2   get an accurate amount, accounting of those items.
3   Q    So then your response to Mr. Sorenson was not an accurate
4   response?
5   A    From the top of my head, the $37,000 loan stands out.
6   Q    Okay.  But, now, in those -- in those deposits, though,
7   in addition to -- there are several loans, we can -- we know
8   that, correct?
9   A    Yes.  Yes.
10  Q    In your deposits, anything that was transferred from one
11  account to the other account is going to increase the amount
12  of deposits, even though --
13  A    Yes.
14  Q    Even though the amount of cash is the same, correct?
15  A    Yes.
16  Q    It's not going to change?
17  A    No.
18  Q    Okay.
19              MR. PEREZ:  Thank you.
20              THE COURT:  Anything else, counsel?
21                      REDIRECT EXAMINATION
22  BY MR. SORENSON:
23  Q    Mr. Ho, the defense has had occasion -- an opportunity to
24  come by and see the records that you have; is that correct?
25  A    Yes.