EXHIBIT "N"

(WORKSHEETS MANUFATURED BY MAGLASANG)

(CASH DEPOSITS MADE BY ALENA OLAES)

VEGAS ICE
OCDETF - MEXICAN ORGANIZATION
Case SA: Cindy Magiasang
Bank of America
Alena Olaes
3145 E Flamingo Ave. Apt. 2111
Las Vegas, NV 89121-4362
Express Account #18304479
Prepared: 9/26/2002

## Cash Deposits made by Olaes:

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 1264 | | 9/28/99 | | Cash deposit | Deposit $1,500 | | | | $ 1,500.00 | |
| 1265 | | | | | | | | | | |
| 1266 | | 4/10/00 | | Cash deposit | Deposit $500 | | | | $ 500.00 | |
| 1267 | | 6/7/00 | | Cash deposit | Deposit $600 | | | | $ 600.00 | |
| 1268 | | 6/16/00 | | Cash deposit | Deposit $500 | | | | $ 500.00 | |
| 1269 | | 6/23/00 | | Cash deposit | Deposit $500 | | | | $ 500.00 | |
| 1270 | | 7/11/00 | | Cash deposit | Deposit $1,000 | | | | $ 1,000.00 | |
| 1271 | | 9/11/00 | | Cash deposit | Deposit $1,000 | | | | $ 1,000.00 | |
| 1272 | | 10/3/00 | | Cash deposit | Deposit $1,000 | | | | $ 1,000.00 | |
| 1273 | | 10/10/00 | | Cash deposit | Deposit $500 | | | | $ 500.00 | |
| 1274 | | 10/30/00 | | Cash deposit | Deposit $1,400 | | | | $ 1,400.00 | |
| 1275 | | 11/14/00 | | Cash deposit | Deposit $1,000 | | | | $ 1,000.00 | |
| 1276 | | 11/29/00 | | Cash deposit | deposit $1,400 | | | | $ 1,400.00 | |
| 1277 | | 12/26/00 | | Cash deposit | Deposit $1,000 | | | | $ 1,000.00 | |
| 1278 | | 1/12/01 | | Cash Deposit | Deposit $2,000 | | | | $ 2,000.00 | |
| 1279 | | 3/26/01 | | Cash deposit | Deposit $1,260 | | | | $ 1,260.00 | |
| 1280 | | 4/12/01 | | Cash deposit | Deposit $1,000 | | | | $ 1,000.00 | |
| 1281 | | 5/11/01 | | Cash deposit | Deposit $2,000 | | | | $ 2,000.00 | |
| 1282 | | 5/17/01 | | Cash deposit | Deposit $1,500 | | | | $ 1,500.00 | |
| 1283 | | 6/18/01 | | Cash deposit | Deposit $3,000 | | | | $ 3,000.00 | |

## Deposits made by Alena Olaes:

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 11 12 | | 6/21/01 | | Cash deposit | Deposit $700 | | | | 200.00 | |
| 1285 | | 7/24/01 | | Cash deposit | Deposit $1,674 | | | | 900.00 | |
| 1286 | | 8/13/01 | | Cash deposit | Deposit $1,000 | | | | 1,000.00 | |
| 1287 | | 8/27/01 | | Cash deposit | Deposit $2,046 | | | | 2,000.00 | |
| 1288 | | 11/19/01 | | Cash deposit | Deposit $1,250 | | | | 1,000.00 | |
| 1289 | | 1/17/02 | | Cash deposit | Deposit $1,300 | | | | 1,300.00 | |
| 1295 | | 8/3/99 | | Olaes, Alena | Deposit $500.41 | Beach City LLC | Pioneer Citizens Bank #68152183 | | | |

Column Totals: $ 29,060.00