EXHIBIT "O"

(TRANSCRIPT OF JURY TRIAL)

February 5, 2003, day 4.

APPEARANCES:  FBI Special Agent, Cindy Maglasang, under cross-examination from Defense Attorney, H. Dean Steward.

NOTE: page 87 is not sequential to 105 & 106.

1   whether or not your informant is using drugs, right?
2   A   Yes.
3   Q   And the third reason is because it's simply a crime, both
4   state and federal, to be using illegal drugs under these
5   circumstances, correct?
6   A   Yes.
7   Q   Okay. So when he says to you he's not using drugs and in
8   truth he is, he's then made a false statement to a federal
9   official, correct?
10  A   Yes.
11  Q   Okay. So the score card would read then that during the
12  eight to nine months that Mr. Olaes worked with you, he did a
13  false statement to a federal official, drug possession,
14  obstruction of justice, drug distribution, conspiracy,
15  probation violation and theft, right?
16  A   Sure.
17  Q   And any discussion of prosecuting Steve Olaes?
18  A   No.
19  Q   None at all?
20  A   No.
21  Q   You had any discussions with Mr. Olaes about that?
22  A   No.
23  Q   Does he get a free pass for everything he's done?
24  A   At this point we haven't discussed anything.
25  Q   Okay. Have you discussed whether or not he's going to

1  personal drugs were, where was he getting the stuff?
2  A   In -- before, yes.
3  Q   No, I mean during your investigation.
4  A   It could have been the same person, Emory.
5  Q   Let me ask the question again.  During the period of time
6  when Steve Olaes was working for you, did he at any point tell
7  you who he was getting the personal use amounts of drugs from?
8  A   No.
9  Q   Okay.  Did you ever ask him?
10 A   No.
11 Q   He's getting this ice from a drug dealer, right?
12 A   I was assuming he was using the ones he was pinching.
13 Q   Okay.  But you know that he only pinched about six times,
14 right?
15 A   Approximately.
16 Q   And by your description, he's talking about little rice
17 granules, right?
18 A   Correct.
19 Q   That's not drug use $20 a week for eight or nine months,
20 is it?
21 A   He claims that's $20 worth.
22 Q   Okay.  But what I'm asking is:  Did you ever inquire of
23 him who the dealer was that was selling him the personal use
24 amounts that he used during the investigation?  Did you ask
25 him that?

Case 1:02-cr-00090-DAE    Document 247-15    Filed 04/13/2006    Page 4 of 4

4-106

1   A    I don't recall.

2   Q    Okay.  Weren't you interested in finding out who that
3   might be?

4   A    Well, I just had an idea that it was probably the same
5   people he was buying from before working with us.

6   Q    And who would that be?

7   A    Emory, where he and Ralph Byrd went to and they started
8   working.

9   Q    Who was that?

10  A    Emory.  I don't know his last name.  It's behind the
11  St. Francis West Hospital.

12  Q    Okay.  You mentioned Mr. Yamada who just went ahead and
13  pled guilty, right?

14  A    Yes.

15  Q    Okay.  But you know that Mr. Yamada fought his case for
16  18 months, right?

17  A    There -- well, we didn't talk to him until almost, say,
18  ten months after he was arrested.

19  Q    Okay.  As to your first conversation was ten months,
20  right?

21  A    Yes.

22  Q    So it's not like he got arrested, the next day he comes
23  in to talk to you and tells you everything, right?

24  A    No.  No.

25  Q    Okay.  And in fact, the -- what's a substantive case in