ORIGINAL

Michael F. Schulze
Reg. # 36817-048

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO. 02-00090 DAE |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF CHANGE OF ADDRESS |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE, MICHEAL F. SCHULZE, hereby gives notice of his change of address. His new address is:

> Federal Correctional Institution
> P.O. Box 52020
> Bennetsville, SC 29512-5220

All correspondence hereforth should be addressed as described above.

DATED: December 22, 2005, at Bennettsville, South Carolina.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se

cc: All Parties

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 2 4 2006

DISTRICT OF HAWAII



FLORENCE SC 295
20 APR 2006 PM 2

Michael F. Schulze
Reg. #36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC. 29512-5220

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii  96850

96850+0001

LEGAL MAIL