Michael F. Schulze
Reg.#36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL F. SCHULZE,<br><br>　　　　Defendant. | CR. NO. 02-00090 (DAE)<br><br>MOTION FOR AN ORDER DIRECTING THAT ALL CORRESPONDENCE TO PRO SE DEFENDANT BE CERTIFIED, OR STYLED AS LEGAL MAIL |

MOTION FOR AN ORDER DIRECTING THAT ALL CORRESPONDENCE
TO PRO SE DEFENDANT BE CERTIFIED, OR STYLED AS LEGAL MAIL

　　COMES NOW defendant Michael Schulze, pro se, and moves this Honorable Court for an Order directing that all correspondence to him be via certified mail, or styled as legal mail to ensure delivery and receipt of court-issued recommendations and orders.

　　This motion is based on defendant's reception of his criminal court docket which informed that five motions, which were submitted pro se, had been denied as far back as one year ago. Defendant did not receive any orders denying these motions which violated his Fifth Amendment right to due process of law.

DATED: May 3, 2006, at Bennettsville, South Carolina.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Michael F. Schulze
　　　　　　　　　　　　　　　　　　Defendant, pro se