

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building                              (808) 541-2850
300 Ala Moana Blvd., Room 6-100           FAX (808) 541-2958
Honolulu, Hawaii 96850

January 24, 2003

H. Dean Steward, Esq.
34700 Pacific Coast Highway
Suite 205
Capistrano Beach, CA   92624

      Re:   United States v. Michael F. Schulze
            Cr. No. 02-00090 DAE

Dear Dean:

     Please find enclosed memorandum of interviews in the above case. While these are not Jenck's material, we share them with you to assist in your preparation for trial. I also enclose the grand jury testimony of Special Agent Cindy Maglasang. As we have discussed, by accepting these materials you agree that they will not be shared with your client, although you may certainly discuss the factual matters contained therein. The bate numbers on the memorandums and grand jury testimony are ___0001___ through ___00135___.

     In addition, as we have discussed, we have in our possession records which we intend to introduce pursuant to Fed. R. Crim P. 902(11). I understand that you have not had occasion to inspect all of these records for geographic reasons. We have endeavored to copy and send most of them to you. We have also provided spreadsheet information which summarizes banking records. Here is a listing of records to be introduced in the case pursuant to Rule 902(11).

1.   Bank of America Records
    a.   Michael Schulze
    b.   Innovative Investments
    c.   New Vision Equipment
    d.   Alena Olaes

2.   Pearl Harbor Federal Credit Union Records
    a.   Michael Schulze
    b.   Gretchen Schulze



EXHIBIT A

3. <u>AT&T Wireless Records</u>
   a. "Mike Clark" Toll Records (808) 349-1923
   b. Toll Records from 4 Phones (previously provided)

4. <u>Verizon Records</u>
   a. Subscriber Records: 808 621-6451; 808 689-8169; 808 689-6453 & 808 682-9319

5. <u>Nextel Records</u>
   a. Toll Records for October, 2001 for 808 479-7554 (Agent Phone)

6. <u>T-Mobile Records</u>
   a. Toll Records for 808 256-5909 (Phone Used by Steve Olaes)

7. <u>United Title Records</u>

8. <u>Stewart Title Records</u>

All of the above, along with the certifications, will be available for your inspection upon your arrival in Honolulu. Please let me know when you wish to view these items, along with other exhibits and discovery.

Sincerely Yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By *Jim Sorenson*
KENNETH M. SORENSON
Assistant U.S. Attorney

Enclosures