Michael F. Schulze
Reg.#36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

Defendant in pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2006

at 2 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL F. SCHULZE,<br><br>    Defendant. | CR. NO. 02-00090-DAE<br><br><br>DEFENDANT'S EXHIBITS<br>"A" THROUGH "J" |

### DEFENDANT'S EXHIBITS "A" THROUGH "J"

The Defendant hereby submits Exhibits "A" through "J" in support of his Notice of Supplement to his Motion for New Trial, filed March 16, 2006, in the above-captioned case.

DATED: May 25, 2006, at Bennettsville, South Carolina.

Respectfully submitted,

_____
Michael F. Schulze
Defendant, pro se