EXHIBIT "A"

(State of Hawaii Arrest Record of Steven P. Olaes)


This document demonstrates that Steven Olaes received a One-year(s) probation on October 5, 2000, for Assault 3. Olaes' probation therefore did not expire until October 5, 2001.

Charge Information
State of Hawaii Transitional CJIS-CCH
Abbreviated Format - Confidential Information - For Criminal Justice Agencies Only

| | | |
|---|---|---|
| SID: A0196900 | Offender Status: | PROBATION | Last Arrested: 09/17/2000 |
| Name: OLAES, STEVEN P | Custody Facility: | | Arrest Agency: HONOLULU PD |
| | Supervision Agency: | HONOLULU APD | Total Charges: 6 |

**Charge 1 of 6**

- Agency/Tracking No: HONOLULU PD / 38349Q3
- Arrest Date: 09/17/2000
- Report No: 00-355121
- A: Arrest/Filing Charge: 707-0711 ASSAULT 2 (FELONY CLASS C)
- F: Final Charge: 707-0712 ASSAULT 3 (MISDEMEANOR)
- Drug:
- Case No: CR00-2015
- Warrant:
- CIC Tracking No:
- CIC Report No:
- Pardon Date:
- Offense Date: 09/17/2000
- Place of Offense: 2631 PUNINONI ST
- Disposition Information: GUILTY
- DAG Return Date: 10/05/2000
- Continuance Date:
- Sentence Information: ON 10/05/2000, SUBJECT WAS SENTENCED TO 2 DAY(S) CONFINEMENT AND 1 YEAR(S) PROBATION.
- Comment Date:
- Comments:

**Charge 2 of 6**

- Agency/Tracking No: HONOLULU PD / 3986619
- Arrest Date: 08/13/1990
- Report No: 90-307991
- A: Arrest/Filing Charge: 710-1077 CRIM CONTMP CRT (MISDEMEANOR)
- F: Final Charge:
- Drug:
- Case No:
- Warrant:
- CIC Tracking No:
- CIC Report No:
- Pardon Date:
- Offense Date:
- Place of Offense:
- Disposition Information: NOLLE PROS
- DAG Return Date: 11/21/1990
- Continuance Date:
- Sentence Information:
- Comment Date:
- Comments:

**Charge 3 of 6**

- Agency/Tracking No: HON SHERIFF / 6061568
- Arrest Date: 10/26/1989
- Report No: SD89-4771
- A: Arrest/Filing Charge: 710-1077 CRIM CONTMP CRT (MISDEMEANOR)
- F: Final Charge:
- Drug:
- Case No: 273
- Warrant:
- CIC Tracking No:
- CIC Report No:
- Pardon Date:
- Offense Date:
- Place of Offense:
- Disposition Information: GUILTY
- DAG Return Date: 11/14/1989
- Continuance Date:
- Sentence Information: ON 11/14/1989, SUBJECT WAS SENTENCED TO $50 FINE.
- Comment Date:
- Comments: