<u>EXHIBIT "B"</u>

(TRANSCRIPT OF JURY TRIAL)

February 4, 2003, day 3, pages 17 & 19.


APPEARANCES: FBI Special Agent, Cindy Maglasang, under direct
examination by AUSA, Kenneth Sorenson.

1   person?

2   A   Yeah, we spoke with him -- I spoke with him on several

3   occasions. He gave us information on Michael Schulze and

4   other distributors in Ewa Beach. What we wanted to do was

5   verify some of this information first. We did initially start

6   our paperwork on getting Steve -- Steven to be opened up as an

7   informant for the FBI.

8   Q   Now, when you open somebody up as an informant, if you

9   could, just tell the jury what -- what does that mean.

10  A   Basically it's an arrange -- well, not an arrangement,

11  but just an agreement that this person is voluntarily

12  providing us information and on occasion will actively act as

13  our agent and actually do active either drug buys or recorded

14  conversations for us under our direction. And they provide

15  information to us without disclosing that they work with the

16  FBI.

17  Q   Now, you have signed up informants in the past; is that

18  correct?

19  A   Yes, I have.

20  Q   In the -- in the case of Mr. Olaes, was he an individual

21  who had been previously charged or who you all had an

22  investigation on?

23  A   Not federally, no.

24  Q   At the time -- well, did you have a state -- did you know

25  of a state investigation going on?

1  Q   Okay. So you have commenced the process of signing him
2  up; is that correct?
3  A   Correct.
4  Q   And this process involves what?
5  A   Numerous checks done in our databases with other
6  agencies. We verify certain information he's provided us.
7  And basically if his -- there's no hits on our criminal checks
8  or any of the other checks that we run through, then he's
9  pretty much opened as an informant.
10 Q   Okay. Now, by the end of August of 2001, had you
11 completed your process of signing him up?
12 A   No.
13 Q   What was remaining to be done at that time?
14 A   He was currently under state probation and his -- I
15 believe it ended sometime in October. He had a one-year
16 probation. We needed to get approval from the state side to
17 actually have him work with us as an informant because he --
18 if he did work with us, he would be undertaking criminal
19 activity under our direction.
20 Q   Did there come a time when you did -- when he did qualify
21 under your guidelines?
22 A   Yes.
23 Q   And based on that, did you sign him up?
24 A   Yes, we did.
25 Q   Now, let me direct your attention to August 30th of 2001.