EXHIBIT "C"

(TRANSCRIPT OF JURY TRIAL)

February 5, 2003, day 4, pages 66 & 67.

APPEARANCES: FBI Special Agent, Cindy Maglasang, under cross-examination by defense Attorney, H. Dean Steward.

1  him as an informant or right around that time; is that
2  correct?
3  A   Yes.
4  Q   Okay. And you heard on the tape either today, or was it
5  yesterday, where he said he had been in jail before, right?
6  A   Yes.
7  Q   Okay. Was there anything about that criminal records
8  check that was inconsistent with his statement on the tape
9  that he had been to jail before?
10 A   No.
11 Q   And you said he was on state probation, correct?
12 A   Correct.
13 Q   Did you have any -- you or anybody at the FBI that you
14 know of have any contact with state probation in regard to
15 your use of Mr. Olaes?
16 A   Yes, we did.
17 Q   Okay.
18 A   We --
19 Q   And who did you contact?
20 A   We have a deputized -- deputized HPD officer, Detective
21 Dwight Sato, and he was our contact between us working Steve
22 and with state probation.
23 Q   Okay. And did you have to get some kind of permission to
24 use Steve Olaes?
25 A   Yes.

4-67

1  Q    Okay. Because he was being supervised by state
2  probation, correct?
3  A    Correct.
4  Q    And you were asking him to get involved in some kind of a
5  drug deal?
6  A    Correct.
7  Q    Okay. Now, in connection with that state probation, has
8  Steven Olaes received any kind of benefit that you are aware
9  of?
10 A    No.
11 Q    Have you or the prosecutor in this case gone to the -- to
12 the prosecuting agency on the state side and somehow told them
13 that Steve Olaes helped you?
14 A    That he helped us?
15 Q    Yes.
16 A    Well, he -- we were seeking approval for him to start
17 that process to help us.
18 Q    Okay. And then after that approval and all of the work
19 that Mr. Olaes did, did you go back to these people and say:
20 He did a good for us, take it easy on him, or anything like
21 that?
22 A    No, his probation was over October, early October, like
23 October 5th.
24 Q    Okay.
25 A    So it would have been covered the period of August