EXHIBIT "D"

(TRANSCRIPT OF JURY TRIAL)

February 5, 2003, day 4, page 87.


APPEARANCES: FBI Special Agent, Cindy Maglasang, under cross-
examination by defense Attorney, H. Dean Steward.

1  whether or not your informant is using drugs, right?
2  A    Yes.
3  Q    And the third reason is because it's simply a crime, both
4  state and federal, to be using illegal drugs under these
5  circumstances, correct?
6  A    Yes.
7  Q    Okay.  So when he says to you he's not using drugs and in
8  truth he is, he's then made a false statement to a federal
9  official, correct?
10 A    Yes.
11 Q    Okay.  So the score card would read then that during the
12 eight to nine months that Mr. Olaes worked with you, he did a
13 false statement to a federal official, drug possession,
14 obstruction of justice, drug distribution, conspiracy,
15 probation violation and theft, right?
16 A    Sure.
17 Q    And any discussion of prosecuting Steve Olaes?
18 A    No.
19 Q    None at all?
20 A    No.
21 Q    You had any discussions with Mr. Olaes about that?
22 A    No.
23 Q    Does he get a free pass for everything he's done?
24 A    At this point we haven't discussed anything.
25 Q    Okay.  Have you discussed whether or not he's going to