<u>EXHIBIT "E"</u>

(FBI REQUIRED ADMONISHMENTS FORM FOR CRIMINAL INFORMANTS)

Signed by Special Agent, Cindy Maglasang, August 17, 2001.

This document demonstrates that a cooperating witness was assisting the FBI as of August 2001.

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                    Date: 8/17/2001

To: Honolulu                    Attn: Informant Coordinator

From: Honolulu
      Squad 3
      Contact: SA Cindy Maglasang, ext. 475

Approved By: Kelly Daniel

Drafted By: Maglasang Cindy:cm

Case ID #: 270F-HN-16889

Title: HN 3929-CW-0

**Synopsis:** Required admonishments to criminal informants/ cooperating witnesses (CI/CW) pursuant to the Attorney General Guidelines. These admonishments must be reiterated at least annually or at any time there is an indication that there is a need. (Furnished at conversion of Cooperating Individual or Confidential Informant and yearly thereafter.)

**Details:** Captioned individual has been provided with the following admonishments in accordance with MIOG, Section 137-6 and Resolution 18. These admonishments must be made clear to the CI/CW at the earliest opportunity, but in no event, later than the second contact after being converted.

   1. **Assistance Voluntary** - The CI/CW's, assistance is strictly voluntary and will not exempt him/her from arrest or prosecution for any violation of law except where such violations were approved by the appropriate FBI official pursuant to Section 137-5.

   2. **Plan Criminal Acts** - CI/CWs will not initiate a plan to commit criminal acts.

   3. **Participation with Subjects** - CI/CWs will not participate in criminal activities unless specifically authorized by the FBI.

   4. **Unlawful Acts** - CI/CW's assistance is strictly voluntary. He/she must not engage in any unlawful acts, except as specifically authorized by representatives for the FBI, and is subject to prosecution for any unauthorized unlawful acts.

Eff. 9/9/98

CIMS
Date entered 9/5/01
by

270F-HN-16889-3

To: Honolulu  Fr . Honolulu
Re: ??, 8/17/2001

5. **Truthfulness** - CI/CW must provide truthful information at all times. He/she must report all positive information, both inculpatory and exculpatory, as promptly as possible.

6. **FBI Instructions** - CI/CW must abide by the instructions of the FBI and not take or seek to take any independent action on behalf of the United States Government. He/she will not initiate a plan to commit a criminal act.

7. **Not Employee** - CI/CW is not an employee of the FBI and may not consider or represent himself/herself to be an employee or undercover agent of the FBI.

8. **Jurisdiction** - CI/CW was advised of the pertinent legal issues related to the FBI jurisdiction regarding the specific criminal violations on which source is reporting.

9. **Acts of Violence** - CI/CW must not engage or participate in acts of violence to include witness tampering, witness intimidation, entrapment, or the fabrication, alteration, or destruction of evidence. When asked to participate in such an act, or learns of plans to commit such an act, he/she is to take all reasonable measures to discourage the violence, and report the incident to his/her handling agent at their earliest opportunity.

10. **Payments Are Income** - CI/CW is liable for any taxes that may be owed on monies the United States Government pays to him/her for services rendered.

11. **Payments Not Guaranteed** - The FBI cannot guarantee any rewards, payments, or other compensation to the CI/CW.

12. **Prosecutive Promises** - When a CI/CW is cooperating with the FBI in exchange for consideration by a prosecuting office(s), and upon request of the source, the FBI will advise the prosecuting office(s) of the nature and extent of the person's assistance to the FBI, but cannot make any prosecutive or sentencing promises.

13. **Alien Status** - In cases involving foreign nationals no promises or representations can be made regarding alien status and/or their right to enter or remain in the United States.

14. **Grant of Confidentiality** - CI/CW's relationship must be maintained in the strictest confidence and he/she must exercise constant care to ensure that the relationship is not divulged to anyone. The United States Government will strive to protect a CI/CW's identity (and CW's identity except as necessary

To: Honolulu  Fr: Honolulu
Re: ??, 8/17/2001

for trial and/or related investigative purposes) but cannot guarantee that it will not be divulged.

15. **No Contracts** - The CI/CW may not enter into any contracts or incur any obligations on behalf of the United States Government, except as specifically instructed and approved by the FBI.

16. **Confidential Source** - Need only be advised that Confidential Source (CS) is not acting as an agent or employee of the FBI and that under no circumstances should CS use unlawful techniques to obtain information. The fact that a CS has been so advised must be documented in the main file.

Case Agent Signature: _____

Date: 8/17/01

♦♦

3

2424