EXHIBIT "H"

(TRANSCRIPT OF SUPPRESSION HEARING)

November 18, 2002, page 37.


APPEARANCES: Defense Attorney, H. Dean Steward, before the
Honorable David Alan Ezra, Chief United States
District Court Judge.

```
 1          MR. STEWARD:  Of course, it does.  When he talks
 2   about consent --
 3          THE COURT:  Why?
 4          MR. STEWARD:  It makes him more vulnerable, the fact
 5   that he in fact was --
 6          THE COURT:  But there isn't any evidence that anybody
 7   coerced him.
 8          MR. STEWARD:  Well, yes, but you've got to -- you've
 9   got to take it that the informant here was someone who is
10   doing something unlikely, we've discussed that, and he was
11   someone that was very, very vulnerable just for the
12   circumstance of his own personal health, the fact that he's
13   doing the drugs.  And his goal, as we say use -- as we say in
14   another motion, his goal was in fact to continue doing the
15   drugs, which he was successfully able to do.
16          THE COURT:  We still don't have one shred of evidence
17   that he was coerced.  None.  All -- all you're doing is
18   saying:  Well, he's a drug user and he came forward
19   voluntarily, and that just couldn't have possibly happened.
20          MR. STEWARD:  Well, maybe the biggest factor I have,
21   Your Honor, is the fact that he's not here to tell us himself.
22   We have no declaration from this informant.  We have nothing
23   from him.
24          THE COURT:  Okay.
25          MR. SORENSON:  Well, Your Honor, if you want me to
```