<u>EXHIBIT "I"</u>

(UNLAWFUL ACTIVITY AUTHORIZATION FORM)

Page 3 of 5.

This document demonstrates Assistant United States Attorney, Kenneth Sorenson, concurred with Informant (Steven Olaes') unlawful activity on October 22, 2001. This proves that Olaes was not authorized to participate in the FBI's investigation at least until this date.

To: Honolulu   Fr : Honolulu
Re: 270F-HN-16889, January 18, 2002

II unlawful activity is being granted for the following reason(s):

    Please check the correct reason(s):

    (x)  The activity is necessary to obtain information or evidence for prosecutive purposes.
    ( )  To prevent or avoid death or serious bodily injury.
    (x)  To establish and maintain credibility with subjects of our investigation.

    Constraints:

    It has been determined that the need for participation in the above unlawful activity by captioned CW outweighs the seriousness of the conduct involved. Captioned CW has been reinstructed that the CW, under no circumstances, should participate in any act of violence, initiate a plan to commit unlawful acts, or use unlawful techniques to obtain information and is forbidden to engage in any unlawful activities other than those previously authorized.

    Captioned source has been instructed that he/she may participate only in the unlawful activity directed by the FBI in this case.

SA Signature _____  DATE: 1/18/02
(Agent re-instructing CW)

Name of United States Attorney: AUSA Ken Sorenson

Date of United States Attorney Concurrence: 10/22/2001
    (complete letter)

(Continued on pages 4 and 5)

3

2430