EXHIBIT "J"

(FBI REQUIRED ADMONISHMENTS FORM FOR CRIMINAL INFORMANTS)

Signed on October 24, 2001, by then
Confidential Source, Steven Olaes,
Code Name: Long Wood.

This document demonstrates that Olaes did not actually become an FBI Informant until October 24, 2001.

(12/31/1995)

## FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                              Date: October 24, 2001 *(10/24/2001)*

To: Honolulu                                     Attn: Informant Coordinator

From: Honolulu
      Squad 3
      Contact: SA Cindy Maglasang, Ext. 475

Approved By: Kelly Daniel

Drafted By: Maglasang Cindy:cm

Case ID #: 270F-HN-16889

Title: HN 3929-CW-D

**Synopsis:** Required admonishments to criminal informants/cooperating witnesses (CI/CW) pursuant to the Attorney General Guidelines. These admonishments must be reiterated at least annually or at any time there is an indication that there is a need. (Furnished at conversion of Cooperating Individual or Confidential Informant and yearly thereafter.)

**Details:** Captioned individual has been provided with the following admonishments in accordance with MIOG, Section 137-6. These admonishments must be made clear to the CI/CW at the earliest opportunity, but in no event, later than the second contact after being converted.

On October 24, 2001, source was advised that:

(A) You must provide truthful information to the FBI at all times;

(B) Your assistance and the statements you make to the FBI are entirely voluntary.

(C) The United States Government will strive to protect your identity, but cannot guarantee your identity will not be divulged.

(D) The FBI on its own cannot promise or agree to any consideration by a Federal Prosecutor's Office or a Court in exchange for your cooperation, since the decision to confer any such benefit lies within the exclusive discretion of the Federal Prosecutor's Office and the Court. However, the FBI will consider (but not necessarily act upon) a request by you to advise the appropriate Federal Prosecutor's Office or Court of the nature and extent of your assistance to the FBI;

(E) You have no immunity or protection from investigation, arrest or prosecution for anything you say or do,

CIMS

Date entered 10/26/01

To: Honolulu    From: Honolulu
Re: 270F-HN-16889, October 24, 2001

and the FBI cannot promise or agree to such immunity or protection, unless and until you have been granted such immunity or protection in writing by a United States Attorney or his or her designee; and

(F) You have not been authorized to engage in any criminal activity and could be prosecuted for any unauthorized criminal activity in which you have engaged or engage in the future. **(This instruction should be provided to any source who is not authorized to engage in otherwise illegal activity).**

(G) You must abide by the instructions of the FBI and must not take or seek to take any independent action on behalf of the United States Government.

(H) You are not an employee of the United States Government and may not represent himself or herself as such;

(I) You may not enter into any contract or incur any obligation on behalf of the United States Government, except as specifically instructed and approved by the FBI;

(J) The FBI cannot guarantee any rewards, payments, or other compensation to you;

(K) In the event that you receive any rewards, payments or other compensation from the FBI, you are liable for any taxes that may be owed; and

(L) No promises or commitments can be made, except by the Immigration and Naturalization Service, regarding the alien status of any person or the right of any person to enter or remain in the Unites States;

(M) You were advised of the pertinent legal issues related to the FBI jurisdiction regarding the specific criminal violations on which you are reporting;

(N) You must not engage or participate in acts of violence to include witness tampering, witness intimidation, entrapment, or the fabrication, alteration, or destruction of evidence. When asked to participate in such an act, or learn or plans to commit such an act, you are to take all reasonable measures to discourage the violence, and report the incident to your handling agent at your earliest opportunity;

To: Honolulu  F    : Honolulu
Re: 270F-HN-16889, October 24, 2001

(O) For Confidential Source, you are not acting as an agent or employee of the FBI and that under no circumstances should you use unlawful techniques to obtain information. The fact that a Confidential Source has been so advised must be documented in the main file.

_LongWood_     _10-24-01_
Code Name            Date

**OR**

The guidelines and instructions listed above were read verbatim to the source. Source orally acknowledged the instructions.

_____     _____
Special Agent                                Date

_____     _____
Witnessing Law Enforcement Official     Date

SSA _____ (date)_____ has reviewed and approved this document.

3

2427