Michael F. Schulze
Reg.#36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2006

at 2 o'clock and 55 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL F. SCHULZE,<br><br>            Defendant. | CR. NO. 02-00090-DAE<br><br>NOTICE OF VOLUNTARY WITHDRAWAL OF DEFENDANT'S OUT-OF-TIME NOTICE OF APPEAL / ALTERNATIVE MOTION TO RE-ENTER ORDERS FOR APPEAL |

COMES NOW defendant Michael Schulze, pro se, and hereby gives notice of his voluntary withdrawal of his out-of-time appeal and/or alternative motion to re-enter orders for appeal, submitted May 5, 2006, which was based primarily on the fact that defendant did not receive notice that several motions which he had filed in the past, had been denied.

This voluntary withdrawal is based on defendant's reception and review of the requested copies of this Court's orders denying his previously filed motions, upon which reveals all issues moot.

DATED: May 25, 2006

Respectfully submitted,

_[signature]_
Michael F. Schulze
Defendant, pro se