IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S MOTION FOR AN ORDER DIRECTING THAT ALL CORRESPONDENCE TO PRO SE DEFENDANT BE CERTIFIED, OR STYLED AS LEGAL MAIL

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. In his motion, Defendant asserts that he did not receive Orders issued by this Court in connection with his case. As a result, he filed the instant motion requesting that all correspondence from this Court be sent to him via certified mail or styled as legal mail.

While the Court is concerned with Defendant's claim, he has provided no supporting documentation to show that he has not received correspondence from this Court. The Court has confirmed that Defendant's address is correctly noted on the docket sheet. Furthermore, all correspondence from this Court is

labeled as such on the envelope and therefore constitutes legal mail.  Accordingly, this Court finds no basis to grant Defendant's unusual request to send all correspondence by certified mail.  If Defendant continues to experience problems receiving mail, he should promptly notify the Court and provide supporting documentation.  The Court may then revisit this issue.

For the reasons stated above, the Court DENIES Defendant's Motion That All Correspondence to Pro Se Defendant be Certified, or Styled as Legal Mail.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 2, 2006.



_____
David Alan Ezra
United States District Judge

United States v. Schulze, CR No. 02-00090 DAE; ORDER DENYING DEFENDANT'S MOTION FOR AN ORDER DIRECTING THAT ALL CORRESPONDENCE TO PRO SE DEFENDANT BE CERTIFIED, OR STYLED AS LEGAL MAIL