IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DIRECTING DEFENDANT TO FILE DOCUMENTS THROUGH COUNSEL AND STRIKING THOSE FILED IN VIOLATION OF LOCAL RULE 83.6

Local Rule 83.6 states that "[w]henever a party has appeared by an attorney, the party may not thereafter appear or act in his or her own behalf in the action, or take any step therein . . ." Despite the fact that Defendant Michael Schulze is represented by Shawn R. Perez, Esq., he has filed various motions and documents with this Court on his own behalf in violation of Local Rule 83.6. Accordingly, the Court hereby strikes Defendant's Motion for New Trial (Docket No. 245), Motion for Disclosure of Grand Jury Transcripts (Docket No. 246), Supplement to Motion for New Trial (Docket No. 254), and Motion for a New and Accurate Presentence Investigation Report (Docket No. 258). If Defendant wishes

to re-file these motions, he is instructed to do so through his counsel consistent with the rules Local Rules of Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, June 14, 2006.



_____
David Alan Ezra
United States District Judge

United States v. Schulze, CR No. 02-00090 DAE; ORDER DIRECTING DEFENDANT TO FILE DOCUMENTS THROUGH COUNSEL AND STRIKING THOSE FILED IN VIOLATION OF LOCAL RULE 83.6