EXHIBIT "A"

(Enlarged Photocopy of the Back Side of the Envelope)


This exhibit demonstrates that the mailroom staff at FCI Bennettsville processed this envelope on Tuesday, February 14, 2006. The postmark above demonstrates that the U.S. Post Office at Bennettsville, South Carolina, processed this envelope on March 2, 2006, following the second attempt at mailing.



FEDERAL CORRECTIONAL INST.

2-14-06

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.