EXHIBIT "B"

(Enlarged Photocopy of the Front Side of the Envelope)


This exhibit demonstrates that the envelope was routed to the Post Office in Florance, South Carolina, and not processed until February 28, 2006. This exhibit also demonstrates that the District Court of Hawaii refused the envelope on March 3, 2006.

NOTE: The 3-page Rule 33 motion, including the certificate of service, was 4 pages. Three sets total 12 pages. Twelve pages is less than 2 ounces, and a two-ounce envelope requires 63¢ postage. This exhibit demonstrates that two 37¢ stamps were affixed to this envelope, yet it was returned for a deficieny of 13¢.



Michael Schulze, 36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

LEGAL MAIL

Clerk of the Court
U.S. District Court of Hawaii
300 Ala Moana Blvd.

NIXIE

RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

2769 1    14    03/06/06