EXHIBIT "C"

(Letter to the Clerk of the Court, dated March 9, 2006)

This document demonstrates an attempt to have photocopies of the returned evelope filed along with the Rule 33 motion, as well as the "explanation" letter to prove that the Rule 33 motion was placed in the Institution's Legal Mailbox on February 11, 2006, and processed by the Institution's mail room staff on February 14, 2006.

Michael F. Schulze  
Reg.#36817-048  
FCI Bennettsville  
P.O. Box 52020  
Bennettsville, SC 29512-5220

March 9, 2006

Clerk of the Court  
U.S. DIstrict Court  
District of Hawaii  
300 Ala Moana Blvd.  
Honolulu, HI. 96850

Re: CR. NO. 02-00090-DAE  
    (United States v. Schulze)  
    (Returned Mail)

Dear Clerk:

    The enclosed Motion, dated February 11, 2006, was returned twice. The first time I had erred to place additional postage. The second time, however, is not explained. I would request that your office take notice of this situation as this particular motion is being filed under a statute of limitation.

    I have enclosed photo copies of the envelope from both occasions, I ask that you file these along with the enclosed motion. I apologize for the inconvenience, I am truly sorry.

                                         Sincerely yours,

                                         Michael Schulze  
                                         Defendant, pro se



Michael F. Schulze
Reg. #36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC
29512-5220

LEGAL MAIL

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii
96850

FCI BENNETTSVILLE SC
2006 JUN 16 AM 7:54

FEDERAL CORRECTIONAL INST.
696 MUCKERMAN RD, BENNETTSVILLE S.C. 29512
DATE
THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.