ORIGINAL

Michael F. Schulze
Reg.#36817-048
FCI Bennettsville
P.O. Box 25020
Bennettsville, SC 29512-5220

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2006

at __1__ o'clock and __10__ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00090 DAE |
| Plaintiff, ) | |
| ) | NOTICE OF TERMINATION OF |
| vs. ) | COUNSEL(S) & INVOCATION OF |
| ) | RIGHT TO SELF-REPRESENTATION |
| MICHAEL F. SCHULZE, ) | UNDER FARETTA v. CALIFORNIA |
| Defendant. ) | |

COMES NOW, the Defendant, Michael Schulze (hereinafter "Defendant"), and hereby serves NOTICE to the Court and all interested parties that he has effectively TERMINATED all previous counsel(s) to have represented him in this case and hereby invokes his right to self representation under Faretta v. California, 422 U.S. 806, 807 (1975).

In Support thereof, Defendant would show:

1. On June 14, 2006, this Court entered an order "striking" Defendant's Motion for New Trial (Docket No. 245), Motion for Disclosure for Grand Jury Transcripts (Docket No. 246), Supplement to Motion for New Trial (Docket No. 254), and Motion for New and Accurate Presentence Investigation Report (in preparation for Defendant's belated "resentencing" (Docket No. 258). The basis in doing so, according to the Court, was that Defendant "is represented by Shawn R. Perez, Esq., [but] he has filed various motions and documents with this Court on his own behalf in

violation of Local Rule 83.6." (Order at 1).

2.  In March of 2005, Defendant's trial attorney, H. Dean Steward, offered to represent Defendant at his resentencing, as well as at his oral hearing before the Ninth Circuit, pro bono. Shortly thereafter, Mr. Steward notified Defendant that Mr. Perez was willing to assist at the oral hearing, also pro bono (See Attachments). Following the remand, Mr. Perez extended his pro bono help to Mr. Steward at Defendant's resentencing. The extent of Mr. Steward's representation, and Mr. Perez's help, was strictly for resentencing purposes only.

3.  In January of 2006, Mr. Steward notifed Defendant and Mr. Perez that he would not be able to represent Defendant until September of 2006, due to a lenthy trial. Subsequently, Mr. Perez notified this Court and AUSA, Kenneth Sorenson, via telephone, and attempted to postpone the resentencing. The Government opposed and the request was denied. Consequently, Mr. Perez was placed on the record and thus became obligated to represent Defendant.

4.  Upon receipt of the above-described order, Defendant contacted Mr. Perez, who stated that he was not of the view that he, or any other attorney for that matter, had represented Defendant since his original sentencing in September, 2003. (This does not count Defendant's limited representation on appeal, which was terminated when he elected to proceed pro se in submitting his reply brief).

5.  This Court has already ruled upon several motions which were submitted by Defendant, pro se, and the Government has already responded to two of the three motions this Court recently decided to "strike". The Court's motivation here is perplexing.

6.  Irrespective of this Court's motivation for issuing its order, Defendant has remedied the problem by TERMINATING all current and previous counsel(s) in this case and invoking his right to represent himself. Defendant does so while reserving ALL RIGHTS to challenge any adverse effects this Court's order may have on his pleadings and documents "stricken" by way of the same. Defendant also points out that, pursuant to the last sentence of the Court's order, he does wish to "re-file" his pleadings and contends that when he does so, they will relate back to the dates they were originally filed.

7.  Defendant submits this NOTICE pursuant to his Constitutional right under the Sixth Amendment to represent himself, and does so knowingly, intelligently and voluntary. Faretta v. California, 422 U.S. 806, 807 (1975); Jackson v. Ylst, 921 F.2d 882, 888 (9th Cir. 1990); United States v. Arlt, 41 F.3d 516, 519 (9th Cir. 1994).

8.  Defendant understands the possible penalties and the dangers of self-representation. Lopez v. Thompson, 202 F.3d 1110, 1117 (9th Cir. 2000).

DATED: June 23, 2006, at Bennettsville, South Carolina.

Respectfully submitted,

_____
Michael F. Schulze
Defendant, pro se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing NOTICE OF TERMINATION OF COUNSEL(S) & INVOCATION OF RIGHT TO SELF-REPRESENTATION UNDER FARETTA v. CALIFORNIA, was duly served upon the following parties, by depositing the same in the U.S. Institutional Mail at FCI Bennettsville, South Carolina, first class, with sufficient postage attached and addressed to:

>Kenneth M. Sorenson, Esq., AUSA
>Office of the United States Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii  96850

>Shawn R. Perez, Esq.
>4564 Desert Bloom Ct.
>Las Vegas, Nevada  89121

>H. Dean Steward, Esq.
>107 Avenida Miramar, Suite C
>San Clemente, California  92672

DATED: June 23, 2006,
Bennettsville, South Carolina

By: _____
Michael F. Schulze
Defendant, pro se

# H. Dean Steward
## ATTORNEY AT LAW

107 Avenida Miramar
Suite "C"
San Clemente, CA 92672
949-481-4900

March 2, 2005

Michael Schulze
Reg. No. 36817-048
USP Atwater
1 Federal Way
Atwater, CA 95301

**RE: re-sentencing**

Dear Michael:

This will confirm my willingness to do the re-sentencing in your case in Hawaii without further charge. You've been a great client and I'm happy to help.

Best regards,

H. Dean Steward

• Admitted-California & Hawaii • Fellow-American College of Trial Lawyers •
fax: 949-496-6753 • e-mail: deansteward@fea.net

# H. Dean Steward
## ATTORNEY AT LAW

107 Avenida Miramar
Suite "C"
San Clemente, CA 92672
949-481-4900

April 13, 2005

Michael Schulze
Reg. No. 36817-048
USP Atwater
1 Federal Way
Atwater, CA 95301

Dear Michael:

This will confirm our earlier conversation that I am willing to argue your case before the 9th Circuit (if oral argument is granted) on a pro bono basis. Please feel free to attach this letter to any notice of hearing form to be returned to the Court.

Best regards,

H. Dean Steward

• Admitted-California & Hawaii • Fellow-American College of Trial Lawyers •
fax: 949-496-6753 • e-mail: deansteward@fea.net

# H. Dean Steward
## ATTORNEY AT LAW

107 Avenida Miramar
Suite "C"
San Clemente, CA 92672
949-481-4900

September 6, 2005

Michael Schulze
Reg. No. 36817-048
USP Atwater
1 Federal Way
Atwater, CA 95301

Dear Michael:

Oral argument is set for Friday, Nov. 18 at 9:00 AM in Honolulu. Shawn Perez wants to go with me, also pro bono. Talk to you soon.

Best regards,

H. Dean Steward

• Admitted-California & Hawaii • Fellow-American College of Trial Lawyers •
fax: 949-496-6753 • e-mail: deansteward@fea.net

# H. Dean Steward
## ATTORNEY AT LAW

107 Avenida Miramar
Suite "C"
San Clemente, CA 92672
949-481-4900

December 3, 2005

Michael Schulz
Reg. No. 36817-048
USP Atlanta
P.O. Box 150160
Atlanta, GA 30315

Dear Michael:

I hope this is the right address- BOP inmate locator shows you at Atlanta [??].

Enclosed is the material from the Circuit- obviously a big disappointment. You can ask for re-hearing or suggest re-hearing en banc, 

I believe you are still pro se, with me on only as pro bono help for the argument [that didn't happen].

Let me know what you want to do.
Best regards,

H. Dean Steward

Enclosure

• Admitted-California & Hawaii • Fellow-American College of Trial Lawyers •
fax: 949-496-6753 • e-mail: deansteward@fea.net