Michael F. Schulze
Reg. #36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

LEGAL MAIL

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd.; C-338
Honolulu, Hawaii 96850-0338





FCI BENNETTSVILLE, SC
2006 JUN 26  AM 8:03