CC:DAE

ORIGINAL

Michael F. Schulze
Reg.#36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

at ____ o'clock and _____ min.____ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00090 DAE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S SUBMISSION OF |
| ) | PREVIOUSLY FILED PLEADINGS |
| MICHAEL F. SCHULZE, ) | FOR FILING PURPOSES |
| ) | PURSUANT TO DISTRICT |
| Defendant. ) | COURT'S JUNE 14, 2006, |
| ) | ORDER |

NOW COMES the Defendant, Michael F. Schulze (hereinafter "Schulze"), pro se, and hereby submits previously filed pleadings for filing purposes pursuant to this Court's June 14, 2006, Order directing Schulze to file documents through his counsel and struck those filed in violation of Local Rule 83.6.

Specifically, the Court struck Schulze's Motion for New Trial (Docket 245), Motion for Disclosure of Grand Jury Transcripts (Docket No. 246), Supplement to Motion for New Trial (Docket No. 254), and Motion for a New and Accurate Presentence Investigation Report (Docket No. 258), on the basis that these pleadings were submitted pro se, "[D]espite the fact that Schulze is represented by Shawn R. Perez, Esq." (Order at 1).

On June 23, 2006, Schulze submitted a Notice of Termination of Counsel(s) and Invoked his Right to Self Representation. In this Notice, Schulze explained that Mr. Perez had volunteered his

services on a <u>pro</u> <u>bono</u> basis for <u>resentencing</u> purposes only, and
that his specific intent was to <u>assist</u> Attorney Dean Steward, who,
had also offered to represent Schulze <u>pro</u> <u>bono</u>, but as of this
date has not participated in this matter due to a lenthy trial.
Mr. Perez did not offer to represent Schulze in challenging his
conviction, i.e., Motion for New Trial and Disclosure of Grand
Jury Transcripts.

As a technical matter, Mr. Perez was terminated as counsel
on September 2, 2003 (Docket No. 171), and the record is void to
show that he has since become Schulze's counsel through a written
notice of appearance. Moreover, Mr. Perez is not admitted to
practice law in the State of Hawaii (not yet), and there is no
record of an application for admission Pro Hac Vice or notice of
association of counsel filed since his termination. Furthermore,
there is no written attorney-client agreement between Schulze and
any attorney. And because of his uncertainty as to whether he
was actually represented by counsel, Schulze filed the motion for
a New and Accurate PSR and also filed a <u>pro</u> <u>se</u> Sentencing
Memorandum on June 14, 2006.

Irrespective of these facts, as a remedy to the Court's
concerns, Schulze has effectively terminated Dean Steward and
Shawn Perez so the record can be clear that Schulze is without
legal representation, thereby eliminating any violation of Local
Rule 83.6. As a result, Schulze now submits the previously filed
pleadings mentioned above to preserve the original filing dates,
and requests that the Court enter these documents in the same
filing order and date in which they were received.

Lastly, Schulze hereby requests to be notified by the Court

if he is required to submit (again), a copy or copies of the same motions and supporting documents that he had submitted and filed pro se, which are addressed within this pleading, or any other pleadings that this Court may have struck.

DATED: June 27, 2006, at Bennettsville, South Carolina.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing DEFENDANT'S SUBMISSION OF PREVIOUSLY FILED PLEADINGS FOR FILING PURPOSES PURSUANT TO DISTRICT COURT'S JUNE 14, 2006, ORDER, was duly served upon Counsel for the United States of America, by delivering the same to the Institutional Mail Room Staff at FCI Bennettsville, SC, with sufficient postage attached, first class, and addressed to:

> Kenneth M. Sorenson, Esq., AUSA
> Office to the U.S. Attorney
> Room 6-100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii  96850

DATED: June 27, 2006,
        Bennettsville, South Carolina

By: _____
        Michael F. Schulze
        Defendant, pro se