Case 1:02-cr-00090-DAE    Document 266    Filed 07/03/2006    Page 1 of 1

Michael F. Schulze
Reg.#36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512-5220

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2006

at 1 o'clock and 30 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL F. SCHULZE,<br><br>    Defendant. | CR. NO. 02-00090 DAE<br><br>MOTION TO POSTPONE<br>RESENTENCING HEARING |

COMES NOW the defendant, Michael F. Schulze, pro se, having terminated all counsel(s) in this matter, and having invoked his right to self representation on June 23, 2006, hereby moves this Honorable Court for an Order Granting a Postponement of his Resentencing Hearing, scheduled for July 20, 2006.

Because Defendant Schulze is now proceeding pro se, a postponement is in order to allow him an opportunity to prepare a defense for resentencing purposes.

DATED: June 26, 2006. at Bennettsville, South Carolina.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se