SHAWN PEREZ
2740 Camino Capistrano
San Clemente, CA  92672
Telephone: (949) 492-9545
Facsimile: (949) 492-9538

EARLE A. PARTINGTON   1568
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: info@partington-foley.com

Attorneys for Defendant SCHULZE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR. NO. 02-00090 (DAE) |
| ) | |
| Plaintiff,    ) | MOTION TO ALLOW COUNSEL TO |
| ) | WITHDRAW AS COUNSEL OF |
| vs.     ) | RECORD; DECLARATION OF |
| ) | SHAWN R. PEREZ; |
| MICHAEL SCHULZE (1),          ) | CERTIFICATE OF SERVICE |
| ) | |
| Defendant.    ) | Sentencing Date: |
| ) |       July 20, 2006 |
| ) | Time:   1:00 p.m. |
| ) | |

MOTION TO ALLOW COUNSEL TO
WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** attorney Shawn R. Perez, counsel of

record for Defendant Michael Schulze ("Defendant"),

together with local counsel, Earle A. Partington, and moves this Honorable Court to be allowed to withdraw as counsel of record for Defendant.

This motion is brought on the grounds that Defendant terminated the services of counsel and requested in a written motion filed with the court that he be allowed to proceed in *pro se*, pursuant to *Faretta v. California,* 422 U.S. 806 (1975).

This motion is based upon the accompanying Declaration of Shawn R. Perez, and upon such oral and/or documentary evidence as may be adduced at the time of the hearing before the Court.

Dated: Honolulu, Hawaii, July 16, 2006.

_____
/s/EARLE A. PARTINGTON
Counsel for Defendant
Michael Schulze

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing MOTION TO ALLOW COUNSEL TO WITHDRAW AS COUNSEL OF RECORD was duly served upon the following party at his last known address on July 16, 2006.

KENNETH M. SORENSON
kenneth.sorenson@usdoj.gov
Assistant United States Attorney
PJKK Federal Building, Room 6100
300 Ala Moana Blvd.
Honolulu, HI  96813

DATED:  Honolulu, Hawaii, July 16, 2006.

_____
/s/EARLE A. PARTINGTON