IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL SCHULZE,<br><br>　　　　Defendant. | ) CR. NO. 02-00090 (DAE)<br>)<br>) DECLARATION RE: MOTION TO<br>) ALLOW COUNSEL TO WITHDRAW<br>) AS COUNSEL OF RECORD AND<br>) TO ALLOW DEFENDANT TO<br>) PROCEED IN PRO SE<br>)<br>) Sentencing Date:<br>)　　　　July 20, 2006<br>) Time:　1:00 p.m. |

## DECLARATION OF SHAWN R. PEREZ

I, Shawn R. Perez, do hereby declare that,

1.  I was one of Mr. Schulze's attorneys of record through trial.  Mr. Partington was local counsel.  Our representation terminated prior to sentencing and Mr. Schulze was appointed counsel for the purposes of appeal.

2.  My understanding is that during the pendency of his appeal, Mr. Schulze terminated his appointed counsel and he began to represent himself.

3.  Mr. Dean Steward agreed to argue the appeal in the event that oral argument was granted.  I am unclear whether Mr. Steward actually entered his appearance in that matter.

4. While the appeal was under submission, Mr. Schulze continued to represent himself before this court. He filed a number of motions that were denied, as well as several others that were never decided, but were returned to Mr. Schulze on the premise that he was no longer representing himself, but was now represented by your Declarant and Mr. Partington.

5. Initially I agreed to appear with Mr. Partington *pro bono* for Mr. Schulze at his re-sentencing along with Mr. Steward. Mr. Steward became unavailable and I informed the Court that I would be appearing on behalf of Mr. Schulze, along with Mr. Partington as local counsel.

6. On or about July 6, 2006, I was notified by Mr. Schulze that, pursuant to *Faretta v. California*, 422 U.S. 806 (1975), he wanted to represent himself at sentencing and that Mr. Partington and I were terminated as his attorneys of record.

7. As a result of Mr. Schulze's request to proceed in pro se, I respectfully request that the Court allow my withdrawal, along with Mr. Partington, from the matter and allow Mr. Schulze to proceed *pro se* as he has