requested.

Executed this 11th day of July, 2006, at Las Vegas, Nevada, under penalty of perjury.

SHAWN R. PEREZ