Michael F. Schulze
Reg.#36817-048

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 8 2006

at 3 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF CHANGE OF ADDRESS |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE, MICHEAL F. SCHULZE, hereby gives notice of his change of address.  His new address is:

FDC Honolulu
P.O. Box 30080
Honolulu, HI
96820

All correspondence hereforth should be addressed as described above.

DATED: July 25, 2006, at Honolulu, Hawaii.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se

cc: All parties

NAME: Michael F. Schulze
NUMBER: 36817-048
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

LEGAL MAIL

FEDERAL DETENTION CENTER

P.O. BOX 130080
HONOLULU, HI 96819
DATE: 26 JUL AM

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

RECEIVED
CLERK US DISTRICT COURT
JUL 28 2006
DISTRICT OF HAWAII

26 JUL. 2006 PM 1 T

HONOLULU HI 968

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii
96850-0338

