Michael F. Schulze
Reg. # 36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

July 25, 2006

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 28 2006
DISTRICT OF HAWAII

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850

RE: CR. NO. 02-00090 DAE (U.S. v. Schulze)
Request for criminal docket and resentencing date.

Dear Clerk of the Court:

  I write to request a copy of my criminal docket, and ask for information pertaining to when my re-sentencing hearing has been re-scheduled for. I have just arrived here from Bennettsville, South Carolina, and I am proceeding pro se. My hearing was on July 20th, but the transit process forced a postponement. Thank you very much.

Yours truly,
Michael Schulze
Defendant pro se.

NAME: M. Schulze
NUMBER: 36817-048
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

Legal Mail

FEDERAL DETENTION CENTER
P.O. BOX 130080
HONOLULU, HI 96819
DATE 27 JUL AM

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI. 96850-0338

HONOLULU HI 968
27 JUL 2006 PM 4 T

