Michael F. Schulze, Defendant
Reg.#36817-048
P.O. Box 30080
Honolulu, Hawaii
96820

August 1, 2006

Kenneth M. Sorenson, Esq., AUSA
Office of the United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG - 3 2006

at __1__ o'clock and __05__min. __P__M
SUE BEITIA, CLERK

Re: CR. No. 02-00090 DAE (United States v. Schulze)
    Re-sentencing hearing.

Dear Mr. Sorenson:

As a pro se defendant, I write to request that you inform me as to how my re-sentencing hearing might be conducted on October 27th, and what should I expect to have happen. Specifically, I would like to know the Government's position and whether there will be an evidentiary hearing. Thank you kindly for your attention to this matter.

Yours truly,

Michael F. Schulze
Defendant, pro se

cc: United States District Court at Honolulu, Hawaii.

Michael F. Schulze
Reg. #36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii
96820

Legal Mail

HONOLULU HI 968
02 AUG 2006 PM 4 L

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii
96850-0338