Michael F. Schulze, Defendant, pro se
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii  96820

August 1, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 0 3 2006

DISTRICT OF HAWAII

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii  96850-0338

Re: CR. NO. 02-00090-DAE
    Request to file letter to AUSA, Kenneth M. Sorenson.

Dear Clerk of the Court:
    I am proceeding pro se and I have written the Assistant United States Attorney in my case to request specific information. I write to ask that the enclosed copy of that letter be filed in your court so as to not only document my request, but also to expose my communication with the Government. Thank you very much.

Yours truly,

Michael F. Schulze
Defendant, pro se