LEGAL MAIL

Michael F. Schulze
Reg. #36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii
96820

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii
96850-0338

