

**ORIGINAL**

Michael F. Schulze
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii
96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2006

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | EMERGENCY MOTION FOR |
| MICHAEL F. SCHULZE, | ) | INJUNCTIVE RELIEF |
| Defendant. | ) | |

COMES NOW the Defendant, Michael F. Schulze ("Schulze"), pro se, and hereby moves this Honorable Court for an Order directing John T. Rathman, Warden of the Federal Detention Center (FDC) at Honolulu, Hawaii, to provide him sufficient access to legal materials and typewriter.

In support thereof, Schulze would show:

1.   Schulze proceeds pro se in the instant criminal matter, as well as two civil matters. One of which involves a §2241 habeas corpus petition (No. F-04-6100 AWI LJO HC (Schulze v. Schultz)), and the other is related to the instant criminal matter over documents withheld by federal agencies (No. 05-0180 AWI LJO (Schulze v. FBI, et al.,).

2.   Currently, "local rules" at FDC govern access to legal materials and permit only two (2), three-hour periods per week of use. This amounts to only twenty-four (24) hours per month, versus one hundred-sixty hours of an average attorney.

3.   Schulze has requested extended use of the typewriter and legal

materials from his Unit Team Staff, the Education Department, and the Warden. The response is that unless Schulze is within forty-five days from his hearing, he may not be granted any extra use, and that the legal materials provided are not to be used for civil matters. (SEE ATTACHED).

4. The Fifth Amendment provides that a criminal defendant have proper access to the courts and legal materials. Furthermore, the Constitution allows one the right to self-representation. The "local rules" of FDC Honolulu violate the Constitution by severly limiting a criminal defendant's access to materials that are necessary for his defense. Six hours per-week not only violates the due process rights of a defendant, it serves to cause prejudice and harm as well.

DATED: August 8, 2006, at FDC Honolulu, Hawaii.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se