BP-S148.055  **INMATE REQUEST TO STAFF**  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) John T. Rathman, Warden | DATE: August 2, 2006 |
|---|---|
| FROM: M. Schulze | REGISTER NO.: 36517-048 |
| WORK ASSIGNMENT: None | UNIT: 5A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I respectfully request that you implement a change in the "local rules" of this facility that govern the use of the law library and typewriters. I submitted a request that would grant me proper access due to the fact that I proceed pro se in my criminal matter, as well as two civil cases. I have been denied based on a "local rule" which limits my access to six (6) hours per week — unless I demonstrate I am within fourty-five (45) days of my hearing date. I am also advised that I may not utilize the law library to pursue civil litigation. This "local rule" violates the Fifth Amendment's due process and access to court rights. Section 2241 and §2255 are civil actions to remedy a wrongfully imposed sentence or BOP-afflicted [conditions?]. To limit access to criminal and not civil matters is a violation of law — and 6 hrs. per week is not reasonable.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

STAFF ACTION

Education Staff Comments:

Be advised that 45 days before your resentencing date you'll be granted extra law library time. Extra-law library will only apply to your Criminal case. Meanwhile, you can attend the law library on your housing unit designated days.

Sept 12 - Oct 26, 2006

This application has been ( ) Approved (X) Denied. If denied, state reason:

Until 45 days within resentencing date

Your extra law library time begins on _____ and ends on _____.

Date: August 2, 2006   Signature or Designee: _____