BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Unit 5A Team | DATE: Aug. 3 2006 |
|---|---|
| FROM: M. Schulze | REGISTER NO.: 36817-048 |
| WORK ASSIGNMENT: None | UNIT: 5-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I need to gain access to the typewriter which is provided in our unit. I am proceeding pro se in my criminal matter that involves a resentencing hearing for Oct. 27, and quite possibly an evidentiary hearing (which I am motioning the court for). I am also pursuing a §2241 against the warden of Atwater which involves an issue that could significantly affect my resentencing, and, I am currently engaged in a civil law-suit against the FBI, DEA, U.S. Marshals, and DOJ. The result of that outcome will determine whether evidence was withheld that would support my claim of innocence in the current criminal matter. I therefore require the use of our typewriter. Thank you.

(Do not write below this line)

DISPOSITION:

Regarding your criminal matter, you will be able to use the discovery room/or get extra law library time when you are within 45 days of the hearing.

As far as your civil case goes, those documents are not required to be typewritten. Therefore you can hand write those items and submit as necessary.

| Signature Staff Member | Date 8/4/06 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94