Alan Schatzer
Reg. #36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, HI. 96820

Legal Mail

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii
96850-0338

**FEDERAL DETENTION CENTER**
P.O. BOX 130080
HONOLULU, HI 96819
DATE: 11 AUG A.M.

**SPECIAL MAIL**
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.