6: DAE

M. Schulze
Reg. #36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

August 10, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2006
DISTRICT OF HAWAII

Clerk of the Court
U.S. District Court
District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, HI. 96850-0338

Re: U.S. v. Schulze, CR. NO. 02-00090-DAE
    Emergency Motion for Injunctive Relief.

Dear Clerk of the Court:

Please take notice that I did not supply copies of the attached documents to the additional two copies of the above-mentioned. I am having trouble obtaining copies which is why I could only submit those to the original. I apologize for any inconvenience this may have caused.

Sincerely,

Michael F. Schulze
Defendant, pro se