ORIGINAL

Michael F. Schulze
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii  96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 17 2006

at __ o'clock and 35 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR. NO. 02-00090-DAE |
| Plaintiff,                        ) | |
| vs.                               ) | SECOND MOTION FOR A NEW |
| MICHAEL F. SCHULZE,               ) | AND ACCURATE PRESENTENCE |
| Defendant.                        ) | INVESTIGATION REPORT; and |
|                                   ) | CERTIFICATE OF SERVICE |

COMES NOW the Defendant, Michael F. Schulze ("Schulze"), pro se, and respectfully submits this Second Motion for a New and Accurate Presentence Investigation Report ("PSR").

For good cause, Schulze would show:

1. On November 28, 2005, the Ninth Circuit remanded Schulze to be resentenced by this Court.

2. On June 6, 2006, Schulze filed a motion for a new and accurate PSR on the basis that the original was invalid due to the number of inaccuracies, and insisted on challenging the factual findings which the court would likely consider before resentencing.

3. On June 14, 2006, the district court struck Schulze's motion(s) on the basis that he was represented by counsel and pursuant to Local Rule 83.6, he was barred from filing any pleadings in the court.

4. On June 30, 2006, Schulze filed a Notice dismissing all counsel(s) and invoked his right under Feretta v. California to self-representation.

5.  Under 18 §3552(d), a presentence report must be given to the defendant (and his counsel) at least ten days prior to the date set for sentencing. Failing to assert §3552(d) at the appropriate time will result in a waiver. <u>United States v. Blythe</u>, 944 F.2d 356 (7th Cir. 1991).

6.  Objections to a PSR must be made in a timely fashion, and when an evidentiary hearing has been requested by the defendant, the burden of proof on the disputed issues becomes the Government's responsibility because they relate to factors considered for sentencing enhancements. <u>United States v. Greene</u>, 41 F.3d 383 (8th Cir. 1994).

7.  If a criminal defendant fails to dispute facts contained in a PSR, a district court may adopt facts without further inquiry. <u>United States v. Alford</u>, 142 F.3d 825 (5th Cir. 1998).

8.  Federal Rules of Criminal Procedure require a sentencing court make findings as to the accuracy of the propositions contained in the PSR. See Fed.R.Crim.P., Rule 32(C)(3)(D). <u>United States v. Garfield</u>, 987 F.2d 1424 (9th Cir. 1993). Such findings are therefore subject to challenge.

9.  Fed.R.Crim.P., Rule 32(C)(1) requires a sentencing court to "rule on any unresolved objections to the presentence report." <u>United States v. Jones</u>, 70 F.3d 1009 (8th Cir. 1995).

10. A defendnat has a right to make objections to the presentence report. <u>United States v. Petty</u>, 80 F.3d 1384 (9th Cir. 1996).

DATED: August 15, 2006, at FDC Honolulu, Hawaii.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached SECOND MOTION FOR A NEW AND ACCURATE PRESENTENCE INVESTIGATION REPORT, was duly served upon counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at FDC Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

> Kenneth M. Sorenson, Esq., AUSA
> Office of the U.S. Attorney
> Room 6-100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii  96850

DATED: August 15, 2006, at Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se

Michael F. Schulze
Reg. #36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii
96820

LEGAL MAIL

Clerk of the Court
United States District Court
District of Hawaii
Room C-338
300 Ala Moana Blvd.
Honolulu, Hawaii
96850-0338

FEDERAL DETENTION CENTER
P.O. BOX 130080
HONOLULU, HI 96819
DATE: 16 AUG A.M.
"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the enclosed correspondence is for another addressee, please return enclosed to the above address.