FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# RESPONSE TO INMATE REQUEST TO STAFF MEMBER

SEP 01 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

SCHULZE, Michael
Reg. No. 36817-048
Unit 5A

Cr 02-00090 DAE

This is in response to your Inmate Request to Staff Member dated August 2, 2006, in which you request to change the local policy because of your denied access to the institution law library and a typewriter.

Legal materials have been provided per Program Statement 1315.07. <u>Legal Activities, Inmate.</u> The Main Law Library is located in Education Department on the second floor. Each unit is allotted six (6) hours of law research time each week. Typewriters are available in the library for legal usage. A discovery room is also set up in each unit with a typewriter and computer for discovery materials. Extra law library time is set aside for those inmates proceeding pro se (preparing their own defense) or inmates needing additional access to the law library as a result of an imminent court deadline or date. (An imminent court deadline is defined as within 30 days of the scheduled court date for represented inmates and within 45 days of the scheduled date for pro se inmates.) For purposes of extra law library usage, the following types of hearings are not considered "court deadlines" for non-pro se inmates: bail hearings, motion hearings, and status conferences.

It is my understanding that your proceed pro se and your re-sentencing date is scheduled for October 27, 2006. Therefore, on September 12, 2006, you will be granted 45 days of extra law library time. Aside from using the library for six hours each week, you will be afforded three hours each on Saturday and Sunday. You will also have unlimited access to use the discovery room in your unit from September 12, 2006. After October 27, 2006, you will receive access to the law library only on your housing unit's designated day(s) unless you provide sufficient proof of another significant, imminent court date.

If you have any further questions, please contact the Education Department.

John T. Rathman
Warden

8/17/06
Date

cc:  Central File
     Education Supervisor

Michael F. Schulze
Reg.# 36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

August 29, 2006

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 0 1 2006
DISTRICT OF HAWAII

Re: CR. NO. 02-00090-DAE  (United States v. Schulze)
    Supplemental exhibit for Emergency Motion for Injunctive Relief.

Dear Clerk of the Court:

   I have enclosed three copies of an important document that I would like to have filed and added as a supplemental exhibit to my 'Emergency Motion for Injunctive Relief', filed on August 8, 2006 (Docket No. 276). Thank you very much.

Yours truly,

Michael F. Schulze
Defendant, pro se

NAME: Michael F. Schulze
NUMBER: 36817-048
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

HONOLULU HI 968
30 AUG 2006 PM 4 L

LEGAL MAIL

968504033834

United States District Court
District of Hawaii
Attn: Clerk of the Court
Room C-338
300 Ala Moana Blvd.
Honolulu, Hawaii
96850-0338



FEDERAL DETENTION CENTER

P.O. BOX 130080
HONOLULU, HI 96819

DATE: 3 0 AUG A M

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.