

Michael F. Schulze
Reg #36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii
96820

Clerk of the Court
United States District Court
District of Hawaii
Room C-338
300 Ala Moana Blvd.
Honolulu, Hawaii
96850-0338

LEGAL MAIL

FEDERAL DETENTION CENTER
P.O. BOX 30080
HONOLULU, HI 96819
DATE: 28 SEP AM
"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.