ORIGINAL

Michael F. Schulze
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

A Pro Se Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 11 2006

at 12 o'clock and 32 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF APPEAL –** |
| | ) | **ORDER DENYING MOTION FOR** |
| MICHAEL F. SCHULZE, | ) | **NEW TRIAL, AND MOTION FOR** |
| | ) | **DISCLOSURE OF GRAND JURY** |
| Defendant. | ) | **TRANSCRIPTS** |

**NOTICE** is hereby given that defendant Michael Schulze appeals the October 4, 2006, Order denying his motion for a new trial, and motion for disclosure of grand jury transcripts.

DATED: October 7, 2006, at Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing NOTICE OF APPEAL was duly served upon counsel for the United States of America, by depositing the same in the U.S. Institutional mail at the Federal Detention Center in Honolulu, Hawaii, first class, with sufficient postage attached, and addressed to:

>   Kenneth M. Sorenson, Esq, AUSA
>   Office of the United States Attorney
>   PJKK Federal Building, Room 6-100
>   300 Ala Moana Blvd.
>   Honolulu, Hawaii  96850

DATED: October 7, 2006, at Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se