<u>EXHIBIT "A"</u>

(Transcript of jury trial, volume 6, page 177)

(February 7, 2003, day 6)

APPEARANCES: The Honorable David Alan Ezra, Chief District Court Judge; Kenneth M. Sorenson, Assistant United States Attorney.

1   with respect to Tabion and Byrd.

2   THE COURT: Olaes actually by name, but he -- they
3   weren't the only ones. There was --

4   MR. SORENSON: Earl Yamada.

5   THE COURT: Yamada. How come he isn't included here?

6   MR. SORENSON: Well, because Tabion and Byrd were the
7   only co-defendants in -- that pled in this case. Earl Yamada
8   was not in this case and neither was Donald Grimm.

9   THE COURT: Yeah, they were in a separate --

10  MR. SORENSON: So Ralph Byrd pleaded guilty to a
11  crime arising from the same events.

12  THE COURT: But isn't the government -- they've
13  already been sentenced, haven't they?

14  MR. SORENSON: Yes.

15  THE COURT: So --

16  MR. SORENSON: Your Honor, we can add their
17  names into --

18  THE COURT: -- they can't get a sentence reduction
19  from me.

20  MR. SORENSON: Yeah, we could add their names into
21  that instruction. I have no problem with that.

22  THE COURT: All right. So do we really need "you
23  heard the testimony that several government witnesses"?

24  MR. STEWARD: Yes, Your Honor, but I would -- I would
25  agree that the word "compensation" needs to go. Because