CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing DEFENDANT'S AMENDED PRO SE SENTENCING MEMORANDUM, and EXHIBITS A, B, C and D, was duly served upon counsel for the United States of America, by Personal Service, whereby I caused such envelope containing the attached to be delivered by hand to the following at:

>Kenneth M. Sorenson, Esq., AUSA
>Office of the U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Blvd.
>Honolulu, HI 96850

Dated October 23, 2006, at Honolulu, Hawaii.

By: _____
Gretchen Schulze