IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10629     U.S. District Court Case No. CR 02-00090-DAE

Short Case Title  United States v. Schulze

Date Notice of Appeal Filed by Clerk of District Court  October 11, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 15 2006
at ___ o'clock ___ min. ___ M
SUE ___ CLERK

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statement |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

(X) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  N/A     Estimated date for completion of transcript  N/A

Print Name of Attorney  M. Schulze, pro se     Phone Number

Signature of Attorney  [signature]

Address  FDC Honolulu, P.O. Box 30080, Honolulu, Hawaii 96820

SECTION B - To be completed by court reporter

I, _____ have received this designation.
              (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                    BY: _____
(U.S. District Court Clerk)    (date)              DEPUTY CLERK

NAME: Michael F. Schulze
NUMBER: 36817-048
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820



HONOLULU HI 968

13 NOV 2006 PM 4 L

Sue Beitia, Clerk of the Court
United States District Court
District of Hawaii
PJKK Federal Building, Room C-338
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-0338

LEGAL MAIL

FEDERAL DETENTION CENTER
P.O. BOX 130080
HONOLULU, HI 96819

DATE: _____

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.