UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

HONOLULU HI
OCT 20'06
PB METER
7050426
U.S. POSTAGE
0.63

Reuel M. Williams
P.O. Box 80117
Las Vegas, NV 89180-0117

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 1 5 2006
DISTRICT OF HAWAII

WILL117   891802014 1206 17 11/07/06
RETURN TO SENDER
WILLIAMS' REUEL M
PO BOX 370490
LAS VEGAS NV 89137-0490

RETURN TO SENDER

Reuel M. Williams
P.O. Box 80117
Las Vegas, NV 89180-0117

CR 02-00090 DAE