IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO POSTPONE RESENTENCING HEARING SCHEDULED ON OCTOBER 27, 2006

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On September 27, 2006, Defendant Michael Schulze ("Defendant") filed the instant motion to continue his resentencing hearing. While the Court has expressly denied many of the outstanding motions that formed the basis of Defendant's motion to continue, Defendant still maintains that he has not been afforded an adequate opportunity to consider the responses to his objections in an amended presentence report. The Government does not object to Defendant's request. Accordingly, Court finds that Defendant has stated sufficient good cause to continue the hearing, and therefore GRANTS Defendant's

Motion to Postpone Resentencing Hearing Scheduled on October 27, 2006. The hearing shall now be set for January 26, 2007 at 1:30 p.m.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 19, 2006.



_____
David Alan Ezra
United States District Judge

United States v. Schulze, CR No. 02-00090 DAE; ORDER GRANTING DEFENDANT'S MOTION TO POSTPONE RESENTENCING HEARING SCHEDULED ON OCTOBER 27, 2006