# Other Orders/Judgments

1:02-cr-00090-DAE USA v. Schulze, et al

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from gls, entered on 10/20/2006 at 9:26 AM HST and filed on 10/20/2006

**Case Name:** USA v. Schulze, et al
**Case Number:** 1:02-cr-90
**Filer:**
**Document Number:** 285

**Docket Text:**
ORDER Granting Defendant's Motion To Postpone Resentencing Hearing Scheduled On October 27, 2006 as to Michael F. Schulze re [281] Sentencing set for 1/26/2007 01:30 PM before JUDGE DAVID ALAN EZRA.. Signed by Judge DAVID ALAN EZRA on 10/19/06. (gls, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/20/2006] [FileNumber=170869-0
] [457f0711381e008c6b36d016118672bb81944bce7d95aefb200148a8590ed3798df
77f1fbc1206b7a6cc90d3394a4b0e2b2291b7835329a37937ecfbafa3e3f6]]

**1:02-cr-90-1 Notice will be electronically mailed to:**

Joseph R. Mottl , III    tizmot@earthlink.net

Kenneth M. Sorenson    ken.sorenson@usdoj.gov, dawn.aihara@usdoj.gov; USAHI.ECFNarcotics@usdoj.gov

**1:02-cr-90-1 Notice will be delivered by other means to:**

Sean R. Perez
2740 Camino Capistrano
San Clemente, CA 92672

Michael F. Schulze
36817-048
Federal Detention Center

P.O. Box 30080
Honolulu, HI 96820

H Dean Steward
107 Avenida Miramar Ste C
San Clemente, CA 92672

Reuel M. Williams
P.O. Box 80117
Las Vegas, NV 89180-0117