## Other Events
1:02-cr-00090-DAE USA v. Schulze, et al

U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from gls, entered on 10/20/2006 at 9:36 AM HST and filed on 10/20/2006

**Case Name:**        USA v. Schulze, et al
**Case Number:**     1:02-cr-90
**Filer:**
**Document Number:**

**Docket Text:**
COURT'S CERTIFICATE of Service - a copy of [285] Order Granting Deft's Motion to Postpone Resentencing has been served by First Class Mail to the addresses of record on: 10/20/06. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (gls, )

The following document(s) are associated with this transaction:

**1:02-cr-90-1 Notice will be electronically mailed to:**

Joseph R. Mottl , III    tizmot@earthlink.net

Kenneth M. Sorenson    ken.sorenson@usdoj.gov, dawn.aihara@usdoj.gov; USAHI.ECFNarcotics@usdoj.gov

**1:02-cr-90-1 Notice will be delivered by other means to:**

Sean R. Perez
2740 Camino Capistrano
San Clemente, CA 92672

Michael F. Schulze
36817-048
Federal Detention Center
P.O. Box 30080
Honolulu, HI 96820

H Dean Steward
107 Avenida Miramar Ste C

San Clemente, CA 92672

Reuel M. Williams
P.O. Box 80117
Las Vegas, NV 89180-0117