Michael F. Schulze
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii
96820

Defendant, pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 02-00090-DAE |
| Plaintiff,      ) | |
| vs.      ) | **MOTION FOR AN ORDER** |
| MICHAEL F. SCHULZE,      ) | **DIRECTING THE BUREAU OF PRISONS TO SEND DEFENDANT'S** |
| Defendant.      ) | **LEGAL DOCUMENTS FROM HIS RECENT PLACE OF INCARCERATION** |

**NOW COMES** Defendant Michael F. Schulze (Schulze), pro se, and hereby moves this Honorable Court for an Order directing the Bureau of Prisons to send his leagal documents from the Federal Correctional Institution at Bennettsville, South Carolina, to the Federal Detention Center at Honolulu, Hawaii.

For good cause Schulze would show:

1. Schulze proceeds pro se in the instant matter.

2. On November 28, 2005, a panel for the Ninth Circuit remanded Schulze for resentencing in the District Court of Hawaii. (C.A. NO. 10-10493)

3. Upon the issuance of a writ from the District Court of Hawaii, Schulze placed into storage, all his personal and legal property, to include trial transcripts and numerous documents pertaining to the instant matter.

4.  The aforementioned property is currently in storage at the Federal Correctional Facility (FCI) at Bennettsville, South Carolina.

5.  Schulze is currently scheduled to be resentenced on January 26, 2007.

6.  On December 1, 2006, Schulze received his presentence report and the addendum.

7.  Schulze has discovered discrepancies within the presentence report and intends to file objections pursuant to F.R.Crim.P., Rule 32(f)(1). However, many of these objections are based on accuracy only established through direct reference to trial transcripts and other documents currently in storage at FCI Bennettsville.

8.  Schulze will file his sentencing statement and object accordingly to matters believed to be inconsistent or incorrect. However, to the extent he is challenged, he would then require access to the document and transcripts located in storage at FCI Bennettsville.

9.  **WHEREFORE**, based on the following reasons Schulze moves this Honorable Court to **GRANT** this motion and **ORDER** the Bureau of Prisons to send his property from FCI Bennettsville, South Carolina, to FDC Honolulu, Hawaii, in a manner consistent with an expedited nature.

DATED: December 8, 2006, at FDC Honolulu, Hawaii.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **MOTION FOR AN ORDER DIRECTING THE BUREAU OF PRISONS TO SEND DEFENDANT'S LEGAL DOCUMENTS FROM HIS PLACE OF INCARCERATION**, was duly served upon counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center in Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

> Kenneth M. Sorenson
> Assistant U.S. Attorney
> Office of the U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: December 8, 2006, at the FDC, Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se