

Michael F. Schulze
Reg #36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338