MICHAEL F. SCHULZE
Defendant, pro se
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 6 2006

at 3 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>vs.  )<br>    )<br>MICHAEL F. SCHULZE, )<br>    )<br>    Defendant. )<br>    ) | CR. NO. 02-00090-DAE<br><br>MOTION TO POSTPONE<br>RESENTENCING HEARING;<br>CERTIFICATE OF SERVICE |

**COMES NOW** defendant Michael F. Schulze (Schulze), pro se, and moves this Honorable Court to postpone the January 26, 2007, resentencing hearing.

For good cause Schulze would show:

1.  Schulze proceeds pro se.

2.  Schulze is currently under a 30-year sentence.

3.  The Federal Detention Center (FDC) at Honolulu, Hawaii, where Schulze is in custody, allows inmates six (6) hours per week of access to legal materials. If a defendant demonstrates pro se status and an immediate court date, the FDC provides an additional 6 hours per week access to law books and full access to a typewriter located in the housing unit.

4.  On August 14, 2006, Schulze moved this Court for an order directing the FDC to allow him more than 12 hours per-week access to legal books.

5. On August 14, 2006, Schulze moved this Court for an order directing the Warden at the FDC to allow him effective access to legal materials.

6. On October 4, 2006, this Court denied the request, finding that "the HFDC warden doubled his weekly access to the library." (Order at 10). In this effect, the Court found that twelve (12) hours per-week access to law books and research was sufficient.

7. On September 27, 2006, Schulze moved to postpone his resentencing hearing, citing among other reasons, insufficient access to the law library and lack of meaningful research time in which to "properly defend himself and prepare for the upcoming resentencing." (Motion at 4).

8. On October 20, 2006, this Court granted the request and re-scheduled the resentencing hearing for January 26, 2007.

9. On October 27, 2006, Schulze's "doubled" weekly access expired.

10. During the month of November, two of the eight regular access days were canceled due to practice drills.

10. On November 21, 2006, Schulze requested "double" weekly access.

11. On December 8, 2006, the warden "doubled" Schulze's weekly access.

12. On December 9, 2006, a staff member charged with escorting Schulze to the library claimed to be too busy, and canceled Schulze's access.

13. On December 16, 2006, a disturbance caused another cancellation.

14. On December 17, 2006, a staff member charged with escorting Schulze to the library took the day off, causing another cancellation.

15. Schulze intends to submit a Sentencing Statement objecting to findings contained in the Presentence Report. Schulze also intends to submit a Second Sentencing Memorandum, whereby correcting earlier misconceptions and

misapplications of the law which were realized through effective research.

16. Schulze requires additional time in which to perform adequate and thorough research so as to properly draft meaningful and meritorious briefs. And while this Court has expressed a belief that twelve hours research time per-week is sufficient, considering the frequent cancellations and the fact that Schulze is a slow learner, it would be in the best interests of justice to postpone his resentencing hearing to afford him an opportunity to prepare. In addition, considering the fact that he is currently under a 30-year sentence for which he attempts to reduce, it should be a far and just approach to allow him whatever time he requires to prepare to defend the taking of his freedom.

17. **WHEREFORE,** through this showing of good cause, and in the interest of justice, Schulze prays this Honorable Court postpone his resentencing hearing, scheduled, January 26, 2007.

18. I SWEAR UNDER THE PENALTY OF PERJURY THAT THE STATEMENTS CONTAINED IN THIS MOTION ARE TRUE AND CORRECT TO THE BEST OF MY ABILITY.

DATED: December 20, 2006, at FDC Honolulu, Hawaii.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached **MOTION TO POSTPONE RESENTENCING HEARING**, was duly served upon counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center, at Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

>Kenneth M. Sorenson
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>PJKK Federal Building, Room 6-100
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

DATED: December 20, 2006, at the FDC Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se