

Michael F. Schulze
Reg. # 28170-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 26 2006
3:30pm
DISTRICT OF HAWAII

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338