

MICHAEL F. SCHULZE
Reg.#36817-048
FDC Honolulu
P.O.Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2007

at 3 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | MOTION FOR PRODUCTION OF AN INCARCERATED WITNESS AT |
| MICHAEL F. SCHULZE, | ) | THE EXPENSE OF THE GOVERNMENT; CERTIFICATE OF |
| Defendant. | ) | SERVICE |

**COMES NOW** defendant Michael Schulze, pro se, and moves this Honorable Court for an ORDER directing the attorney representing the United States of America in the above-numbered and styled cause, to produce EARL YAMADA,[1] at the resentencing hearing of defendant Schulze, tentatively scheduled for January 26, 2007, at 1:30 p.m.[2]

Defendant Schulze also moves this Court for an ORDER directing the United States Marshal to deliver EARL YAMADA, at the expense of the United States Government, because Schulze is currently serving a 30-year sentence and is without income or assets.

**WHEREFORE**, defendant Schulze prays this Honorable Court grant this motion.

---

[1] Earl Yamada was a Government witness in the matter above and is in the custody of the Attorney General through the Bureau of Prisons.

[2] A motion to postpone this hearing was filed on December 26, 2006.

DATED: January 4, 2007, at Honolulu, Hawaii

                                              Respectfully submitted,

                                              _____
                                              MICHAEL F. SCHULZE
                                              Defendant, pro se