DECLARATION OF DEFENDANT

I, Michael F. Schulze, declare:

1. That on September 2, 2003, I was sentenced to a term of 360 months' imprisonment by the district court who found that during my trail, Government witness, Earl Yamada, had testified truthfully and therefore held that the quantity seized in criminal matter number 00-00320-SOM was attributable to me.

2. That Earl Yamada committed perjury and was not forthright with federal investigators.

3. That information and evidence has come to light and is being sought that will impeach Earl Yamada's trial testimony.

4. That I intend to call Earl Yamada to testify at my resentencing hearing and through direct examination, demonstrate to the district court that he was not truthful during his testimony at my trial , thereby diminishing the credibility in which the court relied when it determined that the quantity seized in his case was connected to me.

5. That upon satisfying the court of Yamada's dishonesty, it will then impose a sentence consistent with the jury's verdict, and without the enhancements that I received when the court found Earl Yamada to have testified truthfully.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and is based on facts I believe to be true. Executed this 4th day of January, 2007.

                                              Michael F. Schulze
                                              Defendant, pro se