CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached MOTION FOR PRODUCTION OF AN INCARCERATED WITNESS AT THE EXPENSE OF THE GOVERNMENT, was duly served upon counsel for the United States of America, be depositing the same in the Institutional Legal Mailbox at the Federal Detention Center at Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

>Kenneth M. Sorenson
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>PJKK Federal Building, Room 6-100
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

DATED: January 4, 2007, at the Federal Detention Center, Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se