IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION TO POSTPONE
RESENTENCING HEARING SCHEDULED ON JANUARY 26, 2007

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On October 20, 2006, the court granted Defendant's request to postpone his resentencing hearing to January 26, 2007. On December 26, 2006, Defendant, pro se, filed the instant motion to continue his resentencing hearing. Defendant is currently serving a term of imprisonment. Defendant still maintains that he has not been afforded an adequate opportunity to consider the responses to his objections in an amended presentence report because he has not had adequate access to legal materials or his files. The Government does not object to Defendant's request. Accordingly, Court finds that Defendant has stated sufficient good cause to continue the hearing, and therefore GRANTS Defendant's

Motion to Postpone Resentencing Hearing Scheduled on January 26, 2007. The hearing shall now be set for April 5, 2007, at 1:30 p.m.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, January 10, 2007.



_____
David Alan Ezra
United States District Judge

United States v. Schulze, CR No. 02-00090 DAE; ORDER GRANTING DEFENDANT'S MOTION TO POSTPONE RESENTENCING HEARING SCHEDULED ON JANUARY 26, 2007