MICHAEL F. SCHULZE
Reg.# 36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2007

at 9 o'clock and 45 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO. 02-00090-DAE |
| Plaintiff, | ) | |
| | ) | MOTION TO VACATE THE ORIGINAL SENTENCE AND ORDER A FULL RESENTENCING PURSUANT TO THE LIMITED REMAND INSTRUCTIONS IN UNITED STATES V. AMELINE; MEMORANDUM OF LAW; and CERTIFICATE OF SERVICE |
| vs. | ) | |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

**COMES NOW** defendant Michael Schulze, pro se, and hereby moves this Honorable Court to VACATE his original 30-year sentence and ORDER a full resentencing pursuant to the authority granted to this Court through the limited remand instructions in United States v. Ameline, 409 F.3d 1073 (9th Cir. 2005)(en banc).  Said motion is based on the attached Memorandum of Law.

DATED: January 7, 2007, at Honolulu, Hawaii

Respectfully submitted,

_____
Michael F. Schulze
Defendant, pro se