CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached MOTION TO VACATE THE ORIGINAL SENTENCE AND ORDER A FULL RESENTENCING PURSUANT TO THE LIMITED REMAND INSTRUCTIONS IN UNITED STATES V. AMELINE, was served upon counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center in Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

>Kenneth M. Sorenson
>Assistant U.S. Attorney
>PJKK Federal Building, Room 6-100
>300 Ala moana Boulevard
>Honolulu, Hawaii 96850

DATED: January 8, 2007.

By: _____
Michael F. Schulze
Defendant, pro se