EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT'S MOTION TO |
| vs. | ) | PRODUCE INCARCERATED WITNESS |
| | ) | AT THE EXPENSE OF THE |
| MICHAEL F. SCHULZE, | ) | GOVERNMENT; DECLARATION OF |
| | ) | KENNETH M. SORENSON; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO PRODUCE INCARCERATED WITNESS AT THE
EXPENSE OF THE GOVERNMENT

Defendant Michael F. Schulze ("Schulze") has moved the Court for an order directing the government to produce Earl Yamada ("Yamada") for Schulze's sentencing hearing.  Schulze argues that Yamada is incarcerated and that the government should produce Yamada for Schulze's sentencing hearing.  Government counsel has confirmed through the Bureau of Prisons that Earl Yamada has been released from federal custody.  Accordingly, the government cannot produce Yamada for the hearing.

It should be noted, however, that Schulze's counsel conducted extensive cross-examination of Yamada and several other of Schulze's drug associates who testified at trial. Schulze was accorded ample opportunity to test Yamada's credibility and testimony and did so through lengthy cross examination. Relitigating Yamada's evidence and credibility will serve only as a waste of the Court's time and resources in light of the above, and the overwhelming other evidence of Schulze's extensive drug trafficking.

DATED: January 19, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Kenneth M. Sorenson
   KENNETH M. SORENSON
   Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

>MICHAEL SCHULZE #36817-048
>FDC Honolulu
>P.O. Box 30080
>Honolulu, HI   96820

DATED: January 19, 2007, at Honolulu, Hawaii.

                                                <u>/s/ Dawn M. Aihara</u>