```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )   CR. NO. 02-00090 DAE
                               )
             Plaintiff,        )   DECLARATION OF
                               )   KENNETH M. SORENSON
     vs.                       )
                               )
MICHAEL F. SCHULZE,            )
                               )
             Defendant.        )
_____)
```

## DECLARATION OF KENNETH M. SORENSON

I, KENNETH M. SORENSON, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the Assistant United States Attorney assigned to the above-captioned case.

2. The facts as stated in the GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO PRODUCE INCARCERATED WITNESS AT THE EXPENSE OF THE GOVERNMENT are true to the best of my knowledge and belief.

DATED: January 19, 2007, at Honolulu, Hawaii

                                                        /s/ Kenneth M. Sorenson
                                                      KENNETH M. SORENSON