IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S MOTION FOR AN ORDER DIRECTING THE BUREAU OF PRISONS TO SEND DEFENDANT'S LEGAL DOCUMENTS FROM HIS RECENT PLACE OF INCARCERATION AND DENYING AS MOOT DEFENDANT'S: (1) MOTION FOR PRODUCTION OF AN INCARCERATED WITNESS AT THE EXPENSE OF THE GOVERNMENT AND (2) MOTION TO VACATE THE ORIGINAL SENTENCE AND ORDER A FULL RESENTENCING PURSUANT TO THE LIMITED REMAND INSTRUCTIONS IN UNITED STATES V. AMELINE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's motions and the supporting and opposing memoranda, the Court DENIES Defendant's Motion for an Order Directing the Bureau of Prisons to Send Defendant's Legal Documents From His Recent Place of Incarceration and DENIES AS MOOT (1) Defendant's Motion for Production of an Incarcerated Witness at the Expense of the Government, and (2) Motion to Vacate the Original Sentence and Order a Full

Resentencing Pursuant to the Limited Remand Instructions in <u>United States v. Ameline.</u>

## DISCUSSION

On December 13, 2006, Defendant filed a Motion for an Order Directing the Bureau of Prisons to Send Defendant's Legal Documents from His Recent Place of Incarceration.  The Court will not issue such an order at this time as Defendant has not established that he has followed the required procedures to have his files transferred.  As Defendant's sentencing has been continued to April, Defendant has ample time to obtain his records by following the required procedures.  Therefore, Defendant's Motion is DENIED.

On January 9, 2007, Defendant filed a Motion for Production of an Incarcerated Witness at the Expense of the Government.  The government filed a response to this motion on January 19, 2007.  According to Assistant United States Attorney Kenneth M. Sorenson, the witness is no longer incarcerated and thus, the government cannot produce him at the sentencing.  Therefore, Defendant's Motion is DENIED A MOOT.

After being sentenced, the Ninth Circuit affirmed Defendant's conviction and remanded his sentence on November 28, 2005.  As Defendant will have a full re-sentencing , which is presently scheduled for April 5, 2007, at 1:30

p.m., Defendant's Motion to Vacate the Original Sentence and Order a Full Resentencing Pursuant to the Limited Remand Instructions in <u>United States v. Ameline</u> filed on January 11, 2007, is DENIED AS MOOT.

## CONCLUSION

For the reasons stated above, the Court DENIES Defendant's Motion for an Order Directing the Bureau of Prisons to Send Defendant's Legal Documents From his Recent Place of Incarceration and DENIES AS MOOT: (1) Defendant's Motion for Production of an Incarcerated Witness at the Expense of the Government, and (2) Motion to Vacate the Original Sentence and Order a Full Resentencing Pursuant to the Limited Remand Instructions in <u>United States v. Ameline.</u>

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 26, 2007.



_____
David Alan Ezra
United States District Judge

<u>United States of America v. Michael F. Schulze</u>, Cr. No. 02-00090 DAE; ORDER DENYING DEFENDANT'S MOTION FOR AN ORDER DIRECTING THE BUREAU OF PRISONS TO SEND DEFENDANT'S LEGAL DOCUMENTS FROM HIS RECENT PLACE OF INCARCERATION AND DENYING AS MOOT DEFENDANT'S: (1) MOTION FOR PRODUCTION OF AN INCARCERATED WITNESS AT THE EXPENSE OF THE GOVERNMENT AND (2) MOTION TO VACATE THE ORIGINAL SENTENCE AND ORDER A FULL RESENTENCING PURSUANT TO THE LIMITED REMAND INSTRUCTIONS IN UNITED STATES V. AMELINE