ORIGINAL

MICHAEL F. SCHULZE
Defendant, pro se
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 25 2007
at 10 o'clock and 55 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>    Plaintiff, )<br>           )<br>    vs.    )<br>           )<br>MICHAEL F. SCHULZE, )<br>           )<br>    Defendant. )<br>_____) | CR.NO. 02-00090-DAE<br><br>APPLICATION FOR FUNDS FOR PAYMENT OF DEFENSE WITNESS/ PRIVATE INVESTIGATOR; MEMORANDUM OF LAW; CJA FORM 23; DECLARATION OF DEFENDANT; and CERTIFICATE OF SERVICE |

**COMES NOW** defendant Michael F. Schulze, pro se, and applies to this Honorable Court for an ORDER allowing payment of witness expenses (for retention of a private investigator, service of subpoenas, and reasonable travel expenses), because he is indigent. At this point, Schulze is currently serving a 30-year prison term and is under a $50,000,00 fine. He is without income and assets, and cannot pay for the services of a private investigator to obtain evidence, interview witnesses, serve subpoenas, and testify to the facts revealed through investigative procedures that will impeach Government witness Earl Yamada, who, Schulze intends to call as a defense witness at his resentencing hearing, scheduled for April 5, 2007, at 1:30 p.m., to prove Yamada committed perjury duing the very testimony that this Court relied upon to enhance Schulze's original sentence.

In support, Schulze submits the attached Memorandum of Law, CJA Form 23, and Declaration of Defendant.

DATED: January 18, 2007, at Honolulu, Hawaii

                                              Respectfully submitted,

                                              Michael F. Schulze
                                              Defendant, pro se

//

//