Subject :    hello                                                                                                  ➚ | ✧ | ✗ | Inbox

I don't mind hearing from Mike, and I was glad when I saw his address was currently at FDC, knowing you get to see him. He must've read my mind, knowing I was wondering about how it would affect others. This has been weighing heavily on my mind and I've been giving it a lot of thought. Do you know what type of time frame he's looking at for now to respond?



Take care, and I'll try to keep in touch better.
Love,
Susan