# Ashley Miller / After Midnight Design

83 Walton Street • Atlanta, GA 30303
Phone: 404-230-9556 • Fax: 404-230-9599 • E-mail: aftermidnight@mindspring.com

## ESTIMATE / INVOICE FORM

☐ ESTIMATE    ☑ INVOICE

| | |
|---|---|
| TO: Michael Schulze | DATE: 7/11/00 |
| c/o Galaxie Records | INVOICE NUMBER: 727 |
| | CLIENT'S P.O. NUMBER: |

| | |
|---|---|
| ASSIGNMENT: Ads for Atlantis | DELIVERY DATE: 7/11/00 |

**DESCRIPTION**
Designed ads for Galaxie Records and Johnny Knox for the Atlantis Directory and Pocket Guide.

ITEMIZED EXPENSES. CLIENT SHALL REIMBURSE DESIGNER FOR ALL EXPENSES. IF THIS IS AN ESTIMATE, ANY EXPENSE AMOUNTS ARE ESTIMATES ONLY. IF THIS IS AN INVOICE, EXPENSE AMOUNTS ARE FINAL. CLIENT SPECIFIED CHANGES ARE LIMITED TO TWO ROUNDS. ANY ADDITIONAL ROUNDS WILL INCUR ADDITIONAL ART TIME CHARGES. CLIENT WILL INDEMNIFY DESIGNER AGAINST ALL CLAIMS AND EXPENSES, INCLUDING REASONABLE ATTORNEY'S FEES, DUE TO USES FOR WHICH NO RELEASE WAS REQUESTED IN WRITING OR FOR USES WHICH EXCEED AUTHORITY GRANTED BY RELEASE.

| ILLUSTRATION / PHOTOGRAPHY / SCANNING | MATERIALS AND SUPPLIES |
|---|---|
| N/A | N/A |
| **PAPER STOCK** | **COURIERS/FED EX/DELIVERY COST** |
| N/A | N/A |
| **FILM OUTPUT** | |
| N/A | |
| **PROOFS** | |
| N/A | |
| **PRINTING** | |
| N/A | |
| **ART HOURS/ART TIME** | |
| $400.00 | |
| **MISCELLANEOUS** | |
| N/A | |

| TOTAL DUE | DEPOSIT MADE (50% AT START OF PROJECT) | TOTAL DUE (REMAINDER DUE AT DELIVERY OF FINAL DISK/PRINTED PIECE) |
|---|---|---|
| $400.00 | $400.00 | $0.00 |

*Ashley P. Miller* (signed)
Ashley P. Miller / After Midnight Design
7/11/00
Date

_____
Client (Authorized Signature)

_____
Date

**Atlanta Manufacturing Group**
83 Walton Street, Suite 202
Atlanta, GA 30303
404-230-9559



| BILL TO |
|---|
| Galaxie Records<br>Michael Schulze<br>215 14th Street NW<br>Atlanta, GA 30318<br>702-525-5953 |

## Estimate

| NUMBER | 964 |
|---|---|
| DATE | 7/11/2000 |

| TERMS | PROJECT |
|---|---|
| 50% dep, bal. on deliv. | JOHNNY |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| JOHNNY KN... | Johnny Knox CD | 2,000 | 0.90 | 1,800.00 |
| Print | 4/1 tray card | 2,000 | 0.12 | 240.00 |
| Film Setup | Film and Matchprints from art on disk | | 125.00 | 125.00 |
| Freight | Shipping to be determined | | 0.00 | 0.00 |
| Payment | Cash Deposit rec'd 7/14 | | -1,165.00 | -1,165.00 |

**Total**  $1,000.00

All CD/Print orders are +/-10%

Please make check or money order payable to AMG.

Art on disk must be accompanied by color reference printouts and necessary changes will incur a $45 minimum charge.

Freight charges:  UPS Groundtrac: $.09/unit  UPS 2 day: $.45/unit  Overnight: $.70/unit

| CUSTOMER APPROVAL | DATE |
|---|---|
| | |