## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached APPLICATION FOR FUNDS FOR PAYMENT OF DEFENSE WITNESS/PRIVATE INVESTIGATOR; MEMORANDUM OF LAW; CJA FORM 23; DECLARATION OF DEFENDANT, was duly served upon counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center in Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

>Kenneth M. Sorenson
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>PJKK Federal Building, Room 6-100
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

DATED: January 23, 2007, at Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se