Name: Michael F. Schulze
Number: 36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820



~~RAL~~ DETENTION CENTER
P.O. BOX 130080
HONOLULU, HI 96819

**"SPECIAL MAIL"**

enclosed letter was processed
h special mailing procedures for
ding to you. The letter has been
r opened nor inspected. If the
raises a question or problem over
this facility has jurisdiction, you
wish to return the material for
r information or clarification. If
riter encloses correspondence for
ding to another addressee, please
n the enclosed to the above
ess.

Clerk of the Court
United States Dist
District of Hawaii
PJKK Federal Build
300 Ala Moana Bou
Honolulu, Hawaii 9

LEGAL MAIL