ORIGINAL

MICHAEL F. SCHULZE
Defendant, pro se
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 9 2007

at 1 o'clock and 45 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
|---|---|---|
| Plaintiff, | ) | NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION TO PRODUCE INCARCERATED WITNESS AT THE EXPENSE OF THE GOVERNMENT; and CERTIFICATE OF SERVICE |
| vs. | ) | |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

**COMES NOW** defendant Michael F. Schulze, pro se, and hereby gives NOTICE of his voluntary withdrawal of his Motion to Produce Incarcerated Witness at the Expense of the Government.

Said Notice is based on information provided by Kenneth M. Sorenson, Assistant U.S. Attorney, received on January 22, 2007, through the Government's January 19, 2007 Response to said motion, informing that EARL YAMADA is no longer incarcerated.

DATED: January 24, 2007, at Honolulu, Hawaii.

Respectfully submitted,

_____
MICHAEL F. SCHULZE
Defendant, pro se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION TO PRODUCE INCARCERATED WITNESS AT THE EXPENSE OF THE GOVERNMENT, was duly served upon counsel for the United States of America, by placing said Notice in the Institutional Legal Mailbox at the Federal Detention Center at Honolulu, Hawaii, first class, pre-paid with sufficient postage attached and addressed to:

> Kenneth M. Sorenson
> Assistant U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: January 24, 2007, at Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se