

Name: Michael P. Schulze
Number: 36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

Clerk of the Court
United States District Court
For the District of Hawaii
PJKK Federal Building, C-338
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-0338