281C-HN-16329-S1
Date:    02/05/2002
Time:    Approximately 12:09 p.m.
Tape:    Body Recorder
CM:pct

          CW  -  Cooperating Witness
          MS  -  Michael Schulze
          KO  -  Kristen Olaes
          AO  -  Alena Olaes
          CM  -  Special Agent Cindy Maglasang
          UI  -  Unintelligible

CM:    Today's date is February fifth two thousand and two.  The
       time now is approximately 12:09 p.m, Las Vegas, Nevada time.
       The following will be a consensually recorded meeting
       between the Source and Michael Schulze.  The meeting will
       take place in areas in the Las Vegas, Nevada area.  The
       recorder will be temporarily turned off until the meeting
       takes place.

CM:    The time now is approximately 12:15 p.m.  The recorder
       has been reactivated.

1149 - 1150

MS:    That's the cul-de-sac that me and Al spent like four months
       making.

KO:    Wow.

MS:    We bought twelve ex, uh twenty-two exotic cacti from around
       the world.  Alena likes going on display here.  She's like
       telling everybody exactly which cacti came from where and
       what it's name is.  Course we haven't been out here
       landscaping lately.  What we, what Al and I have been doing
       is there used to be a thousand bushes surrounding the whole
       property.  And then, we tore down the fence and the bushes
       and we just got done putting up a new fence.  And uh, we're
       going to dig this all out and start building a second story
       house.

CW:    Is this, it's a private golf course?

MS:    Yeah, it's a National Golf Course.  Not private, private,
       but you can (UI).

CW:    How'd you get the contract for this one?

MS:    I bought it.

CW:    Huh?

**EXHIBIT "A"**

281C-HN-16329-S1                    2

MS:  I bought it, I bought, I bought this, I bought the house, tore it down...

CW:  Oh this is it? (UI).

**1254 - 1256**

MS:  But like Jeff, when we first started making all of this money, we just wanted to show it off, you know. All these fancy things. Jeff always had the newest cell phone, a seven or eight hundred dollar cell phone. But now he like...now my income stopped, and I like time to tone it down. I'm glad we live in a small...

CW:  Yeah.

MS:  ...well, not small, but a little secluded house.

CW:  Mmm, huh.

MS:  I don't have like high maintenance bills you know. We're comfortable. All this is owned. Everything is paid for. So now I can go back to work, everything is fine, you know.

CW:  Mmm, huh.

MS:  That's the only thing I can do that everybody else...all my partners can't do. They cannot quit.

CW:  Yeah.

MS:  You know. That's their life. They...they count on that money. I can quit and still go back to work. Wait til you see my shop, you know, I mean, it's huge. I make cabinets, I build houses, look at all the things I do. The bobcat.

CW:  Yeah.

MS:  I bought that thirty thousand dollars brand new. I own it. Paid for it. Done. Done. All these cars, I own um. I don't...I don't...

CW:  You didn't finance any of these cars?

MS:  Huh?

CW:  You didn't finance um?

MS:  Finance what?

CW:  Your cars?

281C-HN-16329-S1                    3

MS:  Nothing.  The only thing is her BMW we financed.

CW:  Uh, huh.

MS:  And this house. (UI).

CW:  Oh, good uh.

MS:  Everything else I own.  That Geronimo house, my two acres.
     Everything... own em, I own em.  My condo, everything.  Jus
     straight up.  So I could retire without really flipping, you
     know.  Where other people...like oh...

CW:  But they can retire (UI) they need the income.

MS:  Yeah, they created a life style that eats up their income,
     like Shane can't.  Shane makes fifty thousand a month.  He
     only got two dollars the next month.  He just manages the
     bullet, you know.  You know Steve, five years I've been
     doing this.

CW:  Five years.

MS:  Five years. I made..I started the day I turned thirty.

CW:  Mmm, huh.

MS:  I quit the day I turned thirty-five.

CW:  Well, cool.  Finally, well.  When's...when's the wedding
     then?  Huh?

MS:  Hey what, what day's the wedding?

AO:  Labor Day weekend, maybe. (UI)

CW:  May too. (UI)

MS:  I'm selling my two acre property.

CW:  Um Hmm.

MS:  We're selling that, when we get, when we sell that, we
     should have plenty money.  Sell it for uh 385,000.  Sell
     that then (UI) we won't have one of those fancy fancy ones.
     We fly everyone from across the country to a nice vineyard
     in Napa Valley.  And we have like a weeks worth of
     activities, hotels and food, there's going to be boating,
     golfing, horseback riding, all that.

**1319 - 1321**

281C-HN-16329-S1                     4

MS:   It was more than, you know it was really one of those things
      that I just had to make her feel equal because I bought
      Carrie a 500 SL. And um, she always thought that after
      every time we would you know have a discussion it would be
      like well (UI) cause Ela started the whole thing with her,
      like Mike must not love you as much as he loved Carrie
      because he bought her a nice car you know. So Alena starts
      coming thinking like yeah, how come Mike doesn't have, how
      come Mike didn't buy me a nice car if he bought his ex-
      girlfriend a car. You know then it became an issue that's
      always being brought up. "Okay, you know what. Fucken name
      a car and let's go get it." You know, well it was dumb, it
      was one of those childish things but she had to have the car
      though to prove to prove that I loved her. And I didn't
      give a fuck. If the car, and it's still in my name, like I
      own it. I just bought it for her but you know. If we ever,
      if she ever fucked me like Carrie did you know what I mean,
      the car is still in my name.

CW:   Yeah, with Carrie, yeah I never, you never did say
      what happened with you and Carrie, but.

MS:   Well...

CW:   I guess every things fine, (UI)

MS:   Yeah, fine. Just, she just one day she just said that um
      she wants more out of life than me and I said okay fine.
      And that was it. Real simple. It was easy, and simple, and
      no fighting, no fuck yous. She just she said can I keep the
      car and I'm like yeah. Cause you know what, I've been with
      her for three years. I've been with her for four years and
      she's been by my side and you know. Uh considering all the
      money I had made and all she wants is a $50,000 car, aw take
      it.

CW:   (chuckle) Just like that.

MW:   For real, she could have been milking me for a lot more than
      that.

**1412 - 1440**

CW:   What is..what is that "loaner" mean on your license plate?

MS:   "Loan" means I'm loaning you the car. The guy that...one of
      um my business partners buys and sells cars. He owes me
      money, lot of money, keep his business going, he owed it to
      me. So he gave me this car at a real good price. Because
      if I go down and I have to register it's fourteen hundred

281C-HN-16329-S1              5

    dollars and I have to have it insured but if I run his
    plate, his corporation insures and registers my car for me
    as long as I want.

CW:  Oh.

MS:  So I don't have to bother...

CW:  Why is this seat so hot.

MS:  Cause your seat, your on

CW:  I'm in the hot seat.

MS:  Switch your back.  On the side of your hip right there...

CW:  Ok.

MS:  You'll feel a flap, pull it back.  On the very forward of
    the seat,

CW:  Pull it up.

MS:  Pull it back all the way towards your ass and it will be
    off.

CW:  I wasn't going to say anything but then it got hotter and
    hotter and I was like okay.

MS:  Well, it's nice in the morning.  When it's twenty degrees
    out though.

CW:  Love it huh

MS:  Get your ass in that hot seat.

AO:  I figured Desert Inn is the best way (on speaker phone).

CW:  You figured it (UI) it was a dumb idea.

MS:  You have a smart (UI).

AO:  Thank you, thank you very much (on speaker phone).

MS:  You're welcome.

MS:  I've loaned so many people money, Steve, it's ridiculous.
    For awhile, I was making fifty thousand, (UI) keep it.  A
    hundred thousand a month.  It's like six months, this is
    about two years ago, before everybody started going to jail,
    but I just couldn't think I could make anymore money.  So at

281C-HN-16329-S1                    6

        that point, it was coming in so fast, I was begging people
        to borrow it.  I was like, "Hey, is there any (UI)."

CW:  Did you lose my number at this time?

MS:  Well, I have business partners from Georgia, from Virginia,
     Canada.  I..I have businesses everywhere.  I have pool halls
     in Atlanta.  We are buying gaming...gaming...uh video games.
     I mean, I had..it was crazy how webbed.  I was caught up in
     all kinds of things I was investing in.  Basically a lot of
     things never paid back.  But it was just....you know what
     you could've dug a whole in the ground and buried it but at
     the time, when you're young and it just comes in that easy.
     You get caught up in it and you just think it's never gonna
     stop.  So I loaned out hundreds of thousands of dollars so
     this guy here, who's one of my good friends borrowed a lot
     of money during that time and so every time he um, he had a
     couple three thousand to pay me off, he gives me some kind
     of a deal, I...I get this, it's worth twenty-three, twenty-
     four thousand, I get it at seventeen, I sell it for twenty-
     one, twenty-two, he knocks off two thousand what he owes me,
     I made a couple thousand off of that.  It's like interest,
     so you know, it...it works out.  But anyway, it's a trip,
     Steve, now you never phantom (UI).  I use to criticize
     Donovan, like, "You know what, you're such a fucken idiot,"
     at one time he admitted he made a million dollars.  I was
     like, "Man, if I were in your shoes, aw, fuck, what I would
     have done...I would've blah, blah, blah," then one day like,
     eight months ago, Brennan was like "Man, if I was in your
     shoes, I would...I would fucken be sitting on stacks of
     cash."  But you know what, I use to say that too but when
     you are in my shoes, it's a different story.  It's
     like...not only is it like an adrenaline, a twenty-four hour
     adrenaline, you might go down any second.  What good is this
     money underground gonna do to you?

CW:  Yeah.

MS:  Let's live it up.  Lets A. enjoy yourself, B. live your
     fantasies and C. try to invest long-term.  So, you know,
     Steve, I own four houses right here in town.  You know, I
     mean it's like...I bought everything you could possibly buy
     and another thing you don't just walk up and put down a
     hundred fifty...sixty thousand, two hundred thousand dollars
     on a house without the IRS finding out.  You gotta pay
     taxes.  I pay thirty to fifty thousand a year in taxes.  I
     mean I pay taxes, I hire the best accountants money can buy,
     I hire the best attorneys to advise me on how to structure
     my accounts.  I mean I spend hundreds and thousands of
     dollars a year just trying to be safe.  But damn when the
     day you quit, you look around it's like, "Well yeah, I'm

lying rich but cash poor." I mean, you know, it's..it's a
trip, it's just not like you think it is. People are always
criticizing me, "oh, yeah, if I were in your shoe, I would
have, you know," fuck, I use to do that to Donovan and now
what. But at least I own houses. Like I have it in my
corporation's name, my boats, my cars all under my
corporation's name so, you know, and I did put some cash
away but it's like, I'm not a dumb ass like people think but
people going running around like I hear Mark's just laughing
his ass off (UI).

CW:   Well...

MS:   Fuck, "I fucked Mike out of a hundred and fifty thousand
      dollars," Isaac "I fucked Mike out of eighty thousand
      dollars." Everyone's like laughing at me. But really, I
      have the last laugh cause I'm sitting over here, if I quit
      and I'm out of it and I'm not in jail, man, how could you
      ask for more.

CW:   Yeah.

MS:   The reason why I financed her car was two reasons, I didn't
      have the money, or B. it's  gotta make...we gotta finance
      something.  You don't just show up and own everything.  You
      gotta have payments on your house, so her house, her car is
      what we're making payments on.  But I pay her salary, she
      pays taxes, every year she's one hundred percent legitimate.
      She's on one of the payrolls of one of my companies, that is
      a subsidiary of a major corporation here.  It's a shame.

CW:   You a...stockholder, a major stockholder or something?

MS:   I have uh...I have a hundred thousand..a hundred thousand
      shares of my Innovative Investments Corporation that I have
      split up in different corporations and everybody's
      investing.  It actually so structured that I don't
      understand it altogether but I have a ballpark idea...

CW:   Mmm, huh.

MS:   Like my accounts...accountants are on it.  I told you who my
      accountant is.

CW:   It's a LL, LLC?

MS:   Well, LLC is a limited liability corporation.

CW:   Yeah.

MS:   They're a limited to the liabilities but my incorporated

like my um I have one major...I can't think what the name is right now.

CW:   The parent company is a...is a...LLC?

MS:   Right.  No, no, no. Like Galaxie Records and New Vision Development, all these other corporations, little corporations are kinda like dummy corporations set-up under Innovative Investments, which is a financial...a financial investment group invests in a lot of different small businesses.  So like Classic Billiards, um Eberhardt (phonetic) Antiques, these are all corporations in different parts of the country that are subsidiaries which my checks, when I loan the money, these are corporate checks that loan money to other corporations which are recorded...

CW:   Mmm, huh.

MS:   And my attorney

CW:   You put money into the parent company...

MS:   Right.

CW:   ...and they find a way to trickle it down to the other company...

MS:   Right, and they pay me back in cash or they pay me back in paychecks like, here's another way I do it, my insurance bills, I pay I don't know, six thousand dollars a year, I overpay by sometimes four five thousand a year.

CW:   In excess (UI).

MS:   So then I get...I get refund checks from the insurance company.  I deposit those into my account.  So it's....

CW:   But of course along the way accountants take their cut and...

MS:   Yeah.  Right, and they, they know... like like... Joseph Zerga's my accountant.  And he wrote the book "The IRS and You."

CW:   Zerga?

MS:   Zerga.

CW:   I read a lot.  I better get his book.  Zerga.

MS:   Joseph Zerga.  He wrote the book called "The IRS

281C-HN-16329-S1                9

and You."

CW:   Oh, I heard the title before but..

MS:   Well, he's my accountant. In fact, he's Ted Turner's
      accountant and they're like super close friends. I wonder
      if that guy just ran that lady off the street or she broke
      down (UI). This is the worse time of the day to drive.
      You..you think fucken L.A. and Hawaii is bad, this
      is...that's why I drive Suburban's and big truck. My dually
      is a four door, you know, a big crew cab four door, because
      I feel so confident in those cars.

CW:   Mmm, huh.

MS:   Anyway, like I was telling Alena the other day, you know,
      she has one of her best friends in Hawaii that's...I don't
      know if you met her, her name is Jade, she's kinda this
      heavy set chick, she's at our house couple days...I know you
      met her when you were out there.

CW:   Yeah.

MS:   But anyway, she's suppose to be, all of a sudden, now she's
      Alena's saying she's some kind of a mid-range nickle and
      dime chick. She knows big buyers and she knows big sellers
      and she usually puts them in touch with each other.

CW:   All of a sudden she's...

MS:   Well, apparently she knew this all the time but all of a
      sudden it became information to me.

CW:   That she is?

MS:   (UI) guy tailgating me (UI).

CW:   (UI). She knows these people?

MS:   Alena's best friend, Jade, supposedly a guy name
      Lorenzo from Waipahu or Ewa is a...is a...you know an ounce
      dealer and...and he's looking for a new line cause his got
      cut.

CW:   Mmm, huh.

MS:   She's like, "Look, Jade, just wants to know if you know
      anybody that could hook her up with this guy cause she can
      make money for him." So one night, Alena gets drunk she's
      like, "Look, I'm suppose to act like I don't know nothing,
      but I hear all about you, do you know anybody?" you know.

281C-HN-16329-S1          10

CW:  Yeah me.

MS:  I'm like, "Look, you know what, I'm not talking to you about
     that and I don't know Jade and I'm not trusting Jade.  Who
     knows if she wasn't sent to set you up," you know, all this
     shit, so then whatever.

CW:  Mmm, huh.  But Jade is her good friend, right?

MS:  Right.  She...she bet's her life.  Alena bet's her life on
     Jade.

     That fucken guy (UI) almost got around that pole.

     Here I am so busy watching him.  Anyway, the point is..is
     that I was telling her that night, you know what's a shame?
     Is that I have been through so much and I know so much, that
     it is a shame to just like die with a secret.

CW:  Mmm, huh.

MS:  It's like having a cure to cancer and taking it to your
     grave.  In a way, not such in a higher scale but...

CW:  Mmm, huh.

MS:  ...but it's like I've learned so much, I've learned tricks
     and trade and I've perfected methods and it's like now I'm
     just, I don't have nobody to teach it to.

CW:  Mmm, huh.

MS:  Cause I've tried everybody and it's like you know what, you
     just gotta be a super high caliber, dumb, lucky and gutsy
     person.  Like you gotta find someone that A. doesn't really
     respect life too much, B. doesn't respect his freedom, C.
     doesn't.. you know what I mean, thinks he's lucky.  It
     takes, it's it's a lot.  It's big shoes to fill and one of
     the reasons why Anthony owes me a lot of money is because he
     had a job but he decided to...he decided to expand it based
     on what people promised him and he swore, he put his money
     down on these people and they fucked him and now in turn, he
     has no choice but to fuck me.  So it's like, you know eh,
     but, it's just pathetic but Alena's like sometimes when I'm
     telling, "You know what we don't have money right now, you
     know what sometimes I have money, Alena, right now we don't
     have no money,"  So she's frustrated.  She's like, "Isn't
     there anybody you could...I don't know, isn't there anybody
     you could talk to, see, do?" "No, you know what, I've
     accepted the fact that I quit, why can't you?"  You know?
     "The first year we've dated you blamed me for all your

281C-HN-16329-S1

friends being fucked up now you're telling me you wish I
could figure out a way to stay in business, I mean, come
on." But you know, I keep reflecting back to you. You're
probably the best candidate but you're, you know, you don't
want to...

CW:  I love the stuff.

MS:  ...yeah. Well, A. you know being a user is only a minute
part of that.

CW:  Yeah.

MS:  Half the people I deal with are users. But it's like, my
biggest fear with you is that, you're too relaxed about
fucken me. You think it's ok. You know like, well, look at
all the shit Mike has.

CW:  You're taking out stuff on me that's not even...that's not
even my fault that I...that I did. I mean Jesus.

MS:  Well, I don't mean to be harsh, Steve, I just think that,
you know what I thought about today, I'm not even sure
exactly where it started, how it became something, but I
thought that at one point, I said, "Look Steve, if you can
collect money for me, I'll pay you for it."

CW:  Mmm, huh.

MS:  And then you went out and collected money and by the time I
came around, it was gone. And I think to myself, you may,
you may have scored couple hundred or couple thousand, I
don't even know what you picked up but the long run, I
could've employed you, you could've made five hundred to a
thousand a month off of me just collecting money and by now
you would have made, you know, five or ten grand.

AO:  (on speaker phone) You need to step on the gas, we need to
make this light.

CW:  Jesus. And that's why I started dumping stuff to you.  (UI)
worked it out somewhere. Somewhere in between that, with
that, so you know. On top of...on top of the other money
for the...for the house.

MS:  Well, you know it's just like your approach for being so
nonchalant, like, "Steve, where's my money,"

AO:  (on speaker phone) (UI) traffic.

MS:  "Well, I held it, then held it, and then we needed

281C-HN-16329-S1          12

furniture, we..." that condo I have is like somewhere
around here, one of these little streets right here, it's
like...like one of these, one of these rooms right there.
It's pretty cool. It's right off the strip. And
I've...I've only seen it once but it's pretty cool. But
anyway, but but besides the point, Steve, besides that
point, there's...you're probably the best candidate but you
said to me several times, I remember you criticizing me
three four years ago, how could I face Kylah and let her
know...that...that I...I cause I was telling you, you know,
Steve, fuck man, it's all around you.

CW:    Mmm, huh.

MS:    No matter...you're one end or the other end of the spectrum,
       you're still around it. Like you can't avoid that being in
       Hawaii.

CW:    Yeah, I kinda...I kinda  (UI) it's I'm surrounded by this
       stuff.

MS:    It's a way of life.

CW:    It's not like I can...I can...

MS:    It's like Hawaiian food.

CW:    I figure the only way I can get away from the stuff is if I
       move to a desert island by myself. It's um...(UI).

MS:    So you wanna be making money off a guy but you don't want to
       be spending the money, you know. Anyways, I wasn't given
       that option. I did it and I...my intentions were to get in,
       make like ten twenty grand, pay off my bills, and that was
       it. But then the first month, I made twenty grand, I'm
       like, "Ho, twenty grand in a fucken month. How could you
       walk away now?" Then I'm like ok, me and Shane made a pact,
       we make a hundred thousand each, we walk away. Then after
       that it was like, ok, we make half a million we walk away,
       you know, it just escalated. Then you're like, you're
       buying your third boat, you're like do I want a bigger boat?
       You know, there was always something more money could buy.
       So the only thing...and..and even having people all around
       go to jail it's like it didn't deter me. It was like you
       know what...I had a...I had an obsession with making money.
       I was fucken excited about it.

CW:    Ok, before we lose track, how many pounds would I have to
       dump to make up for the money...that...that twenty-six,
       twenty-two, yeah, twenty-six hundred or whatever...

281C-HN-16329-S1              13

MS:  Was it that?  I figure, Steve, it's simple.  It's like super
     simple.

CW:  How much you thought it was?

MS:  I figure it was around fifteen hundred to two thousand.  I
     couldn't remember.

CW:  That's the other thing.

MS:  (UI) there was a loan to your house, to help you buy a house
     and then you guys said look, we're gonna sell some stocks,
     and I was like, guys don't do that, here you know what, take
     this money for now, we'll work it out.  But how...

CW:  Ok, wait...

MS:  ...man, Steve, are you ready for that?  Are you ready to go
     pick up a fucken pound or two and then drive over to (UI)
     house and drop it off?  And then hold the money without
     touching it til I get there or sending it to me?  Have
     you...you thought about this?

CW:  I thought about it more than you thought.  I mean, Richard's
     gonna help me in this one.  He's gonna...he's gonna...

MS: ·Man, how much you trust Richard.

CW:  He's gonna do the running around.  He's gonna get the money
     and the dope. (UI) see if they'll go for that.  But uh, if I
     can pay you off at one fail swoop, one deal, hell, I'll do
     it.

MS:  Well, what do you...what do you think I should do?  I mean,
     you're happier (UI) on one hand...

CW:  Yeah,...

MS:  ...happier, well, not yet.  I need to make some money.

CW:  Well, I didn't come here to force your hand, I just thought,
     cause you always been talking about getting out, as long as
     you live, it's another one of your...mantra of the week.
     (UI).

MS:  You know, Steve, I'll tell you this, um, I took up four...

CW:  Mmm, huh.

MS:  ...ok, so that's eighty on my bill.

281C-HN-16329-S1          14

CW:  Mmm, huh.

MS:  Brennan was suppose to take two, those went to shit, but
     I made twenty back, right?

CW:  Mmm, huh.

MS:  Mark took eight.

CW:  Ounces?

MS:  Yeah, he took I forget exactly, okay he took four, paid me
for  three, he took another four disappeared so there's five
     gone.  I left one and four with Anthony.  Which he like, I
     forget what he owed me, he owes me like forty-six and I got,
     he owes me about seventeen more.  And he's saying the guy
     got arrested, he'll never see the money again.

CW:  (UI)

MS:  Yeah.

CW:  That was recently?

MS:  Yeah.  So what I turned in compared to what I owed them was
     half and I kept the last for myself.  Because I had to make
     sure that I survived, my kids are fed, you know.

CW:  Mmm, huh.

MS:  You know, this car was a fluke.  I totally didn't want this
     car.  It was one of those things where the guy was like,
     "You want your money, take this car," you know, and I have
     it for sale in the paper.  I haven't gotten any calls yet.
     So I'm kinda now at the border like do I take the money from
     this car and tell these guys, "You know what I'm out, fuck
     you."  Do I take it, turn it in, hope they give me...a guy
     came up here last like three days ago, and brought one, he
     brought a pound to me, he's like "Here take this, go make
     some money."  I'm like, "You know what I don't want it,
     cause I quit, and now's not the time.  I don't have any
     buyers, I don't have any money to fly up there."  There's a
     bunch of no's.

CW:  Mmm, huh.

MS:  So he's like, well, I said if you make it two, then now it
     would be worth my while.  He's like, "Well, let me go see
     what I can do."  So he trying to call me like yesterday, I
     had a missed call from him, so I'm sure he's telling me now
     he's got his two.  So the thing is..is I go up there, I'm

281C-HN-16329-S1          15

      already back in it, you know.

CW:  Mmm, huh.

MS:  Now you know what I gotta do?  I gotta penny pinch to make
     enough to come back to satisfy the old bill too plus this
     bill and maybe get on track.

CW:  Mmm, huh.

MS:  And I don't know what I wanna do.  I don't know.  I mean, I
     got my ass kicked out of this job.  I mean, I've been
     working at lot, really long hours, really hard, the guys
     drove out here to take this car from me, right?

CW:  Mmm, huh.

MS:  I said, "You guys, here I got the Suburban, you can have
     it."  They drove out, they're like, "Oh, fucken this is a
     piece of shit compared to ours."  "Come on take it."  "Nah,
     fuck it, we'll wait for you to sell it to give us the
     money."  We're out there and they're saying, "What the fuck
     are you doing?"  I said "I'm working."  He's like, "This
     shit is interfering with our business don't take anymore
     jobs like this."

CW:  So don't take the legit jobs?

MS:  Yeah.  He's like, "This shit is interfering with our
     business."  Man, what am I suppose to do, you know.  Like,
     it gets real tricky for me.  So if I go out there, say I
     show up with two, A. I need to make top dollar, B. I need to
     have people ready.  One of my new resolutions was this year
     because you know...you know what brought me, Steve, I'm
     telling you, I lost probably...three hundred...to three
     hundred fifty thousand last year because I fronted.  I give
     it to um, and they disappear.

CW:  You know, that's why it shocked me from the very beginning,
     is that you fronted the stuff.  I was like, I thought
     everybody paid for it.

MS:  That's how, you know what, you blew my mind when you told me
     you went and got the money and brought it back to Ronnie.
     That made me shit.  Like I can't...I still can't get that
     out of my mind, how mad I am at you.

CW:  (UI).

MS:  A. nobody does that, B. of all fucken people you should be
     doing it to, you do it to him, like my enemy and then you

281C-HN-16329-S1          16

        pay over price.

CW:   When I was in business, that's (laughing) when I was in
      business that's all I was, cash up front. Even...even
      whatever level, lower level, whatever, it's always cash up
      front.

MS:   Donovan never did it, Brennan never did it, Flex never did
      it. Nobody does that anymore. In fact, the only person,
      nobody ever did, in fact the only person I ever did it was
      when I sold an ounce of each one. Like Ralph would hop my
      gate, he'd buy an ounce of coke and ounce of ice. He had
      the money. Then one day he was like four, then like a year
      later, he's like, "Look I got enough for four but I got a
      guy that wants eight, trust me." I'm like ok. Then it got
      up to one pound, then it got up to two, then it got up to
      eight, then I was like, "Okay, I could drop off eight, leave
      the island, come back a month later and the money would be
      right in the bag. Perfect." Then I got spoiled for four
      fucken years we did that. Then all of a sudden he's like
      "Hey, I quit." So then I scramble. I'm like "Well, who the
      hell is gonna take eight, now?"

CW:   Mmm, huh.

MS:   I bring eight out there, it takes me a month and I get
      fucked for half of um. Because I'm...the guy's like, "Eh, I
      know a guy that'll buy, but he ain't gonna give you the
      money. He wants to see it." "Ok, here it is, go show it to
      um." Bam, fucken hung up, the phones disconnected. Never
      see the guy again. I know I agree with you, it use to be I
      show up with my stuff, you show up with yours, and we swap.

CW:   If you just be a little more patient...

MS:   That's what everybody's telling me...but what am I suppose
      to do, hang out there. (UI).

CW:   No, no, no. If you release a few ounces, a pound whatever,
      and you don't get the money for it, you know what that does?
      It drives the price of ice down to the ground. You just
      flooding the market. Free stuff, free dope. Now if you
      could just hang on and wait...wait...let them squeeze, let
      them come up with the money up front, you know, it's a
      supply and demand market. It's the..it's the basic (UI) of
      business.

MS:   Let me explain something else to you, I use to pay for my
      shit up front.

CW:   Mmm, huh.

281C-HN-16329-S1          17

MS:  I use to drop off a hundred thirty thousand, I would pick up
     six, seven pounds, whatever...

CW:  And...and...

MS:  And I would come to the island and it would be all mine.   If
     I lost two or three or whatever, that was mine, that was
     fine.   The day that Achi lost those nine...

CW:  Mmm, huh.

MS:  I fucken had to pay everybody.

CW:  But you...those were fronted, right?

MS:  Most of um were fronted but I still had like fifty, eighty
     grand invested.

CW:  Mmm, huh.

MS:  So then I lost.   Then I was out of business.   I was like I
     have no money and on top of that I had to pay twenty-five
     grand to get him a lawyer.   So then the guys were like, "You
     can't quit on us now, you owe us money." "Well, what do you
     want me to do?" "Ok, here's one, go make some money." "Ok,
     I'll take the one, make some money."   Then after like a year
     or six months later, "Here...here's two, go make some
     money."   I come back, then I got up to like three, four, and
     then the four I brought out there, I lost two and a half,
     three.   So I turn back, I come back with twenty-five, thirty
     grand, they're like, "Ho, what happened to the rest?"  "I
     lost it." "Wow, so right after you lost our seven, within
     six, seven months or a year later you lost three?"

CW:  Yeah, those guys must, they shouldn't have fronted you
     stuff.

MS:  Well, now they're saying I'm not fronting you shit.

CW:  Yeah, well...

MS:  Well, I'm telling them I ain't got no money.   They're
     saying, "Well, you fucken owe us." "Well, how can I pay if
     you don't give me nothing?" "We're not giving you nothing
     cause you keep losing it." "Well, I'm losing it cause I
     keep fucken trying to push it."   Well, it's a catch twenty-
     two no matter how you look at it, we're going in circles
     now, you know.

CW:  Did they apply pressure on you to front the stuff?   I mean
     for you to get it out there.

281C-HN-16329-S1                18

MS:  One guy did.  I had two guys, one guy came out and was
     shoving it down my throat.  I fucken like, turned around,
     handed it back to um, they flew out here, they were like,
     man, they sat down, said "Look we're not fucking around.
     You need to take this, you need to get rid of it for us."

CW:  See, that's what, well(UI).

MS:  Well and that (UI).

CW:  Once somebody, (UI) well it did say it come up from there
     and it matriculated down.

MS:  Anyways, so now, they're telling me, "Eh, what's going on?"
     "Well, A. I don't have any money, B."  They're like, "Well,
     then you lost your connections."  "I didn't lose my
     connections."  "Well, how'd you lose two, three."  "Well,
     cause one of the guys went down."  "How can you prove to us
     that you're gonna be able to take two, three more?"  "I
     can't."  "Well, then we're not giving it to you."  "Well,
     what do you want to do?"  You know?

CW:  Yeah.

MS:  "I can't, there's nobody that's gonna guarantee me out
     there.  You guys wanna see...here take my fucken Suburban,
     you want a boat, take a boat."  "Nah, we want the money."
     "Well, then..."

CW:  So they won't settle for the boat and Suburban?

MS:  They won't...they won't take it.  They won't touch it.  It's
     in somebody else's name already.  They're worried about it.
     You gotta remember, you know, everybody else is a
     possibility of indictment.  Everybody.  If they take a boat
     from Joe Blow and he's being indicted, that means
     they're...they're involved.  It's an automatic pin.

CW:  Well, look at Donovan.  Only Donovan went jail.  Nobody,
     but all the people around him, shit.

MS:  Yeah, that surprised me.

CW:  I'm pretty damn sure it's only Donovan that went in.

MS:  Yeah.  Well, they had a State's witness that's supposedly
     supposed to be testifying against them.  No one knows who it
     is, like a mystery witness.  One of the guy's in Donovan's
     crew got pinched.

CW:  Oh, he's been to trial or something?

281C-HN-16329-S1          19

MS:   Yeah.  Donovan wants to admit guilt.  I mean, just take
      responsibility and cough up a plea but his boss, John, is
      pleading not guilty because his parents are being indicted
      for life too.

CW:   Um hmm.

MS:   So they're trying to take him down for life, guarantee life
      his parents possible life.

CW:   Don's...Don's parents?

MS:   Yeah, because they were, I guess, they owned the house he
      bought them...

CW:   Mmm, huh.

MS:   ...and they...they showed money...they were they were
      involved in laundering, they were involved in uh structuring
      and then different things like that.  They were taking his
      money, and using it for their benefit.  That's what got
      Susie off.  Susie was behind the credit card payments.  She
      didn't own anything new and she didn't have any money in her
      bank.  So it showed that she was doing it for love, not for
      money.  And they gave...they gave...they let her off.  In
      fact, I heard she hasn't even...she doesn't even need to go
      to jail.  She's basically on house arrest.  The thing is, if
      you get involve with somebody and you don't prosper, then
      that means you're an idiot, you did it for love.  And they
      let you off for free. But if you show like you got houses or
      property, or cars, or money in the bank, that shows you
      prosper...you profited and that's something she didn't.

CW:   Well, I guess, you might as well sell your boat and car and
      I mean...

MS:   Yeah, well I'm not worried.  If I give um, these guys love
      me.  They think I'm just brilliant.  I've taught them
      everything they know.  They were a bunch of nickle and dime
      guys and...and they were good friends...they were brothers
      and best friends of my friends and I kinda walked them
      through the steps and taught them everything I knew.  So
      they think I'm just fucken great.  And um if I pled with
      them and said, "Look guys, you know what I fucken got my
      shit together.  I got some guys ready to go, let's do this."
      I'll get two.  But I keep asking myself, "Do I want to?  Do
      I want to do this?  And if I do, when I show up there are we
      all going down or is there somebody there with the money."
      You know?

CW:   You...you tell me how you wanna do it.  If Mackie has the

281C-HN-16329-S1          20

cash and he has no where else to go to, which I don't believe, I think he has other places to go.   I'm just wondering why...why he wanna go to you?

MS:   I remember Brennan telling me something one time and he said "You know what's funny?  That the guys that are picking this shit up, know you."  And I'm like, "Really?"  And I remember Isaac telling me that too.  Telling me that.  You know, all I do is pick this up and I drive right down the street and come right back with your money.

CW:   Mmm, huh.

MS:   And these guys know you.  I'm like, "well, how come they never try to get a hold of me."

CW:   Well...

MS:   Because that's the system.  You, you

CW:   You don't cut anybody's line.

MS:   Yeah.  You don't end up with one guy.  You don't...you don't go...

CW:   As long as he's serving, exactly, exactly.  As long as you're you're being served well by this one person, there's no need to go around um.  There's no need to cut his line, whatever, nothing like that.

MS:   Right.  And then you risk...you risk losing everything by letting him know.  So...

CW:   Yeah.  Nobody will trust you after that.

MS:   So (UI) I've been talking to Shane like every week I've been getting an update on what's going on over there.  And he's like "Let me tell you, your friend's trying to get a hold of me."  And he's like "Well, give him a call he probably wants to see you about something."  I'm like, "Yeah, but, that's from your side.  Why does he need to call me?"  He's like, "I don't know."  "Well, I'm not doing nothing right now, you call um."  That's his way of telling me, I could talk to um.  So I was like, "Ok, whatever."  You know?  And you know how I know it was him, because Mark would go sometimes, he's telling me about this guy in Ewa Beach, he'd go, he'd come back, and the fucken packs of money he would have hair bands on um.  Colored rubber bands for hair, hair bands.  And sometimes I go see Brennan, it was folded the same way, packed the same way.  Like dollars, wrapped with five's, wrapped with ten's, and there'd be hair bands on um.  So

then I'd be like, "Jus fucken, all this money, I'm getting
from three different people is coming from the same guy."
And they would all tell me, "Eh, you know the guy."

CW: Coming from the same guy...

MS: Yeah, they telling me, "You know the guy." I'm like, Fuck.
And now it turns out maybe it is Mackie. But, why didn't a
year ago, when I sat on his porch, I sat on...I went to his
house, I heard, Ralph called me up, he said "Eh, Mackie is
trying to reach you." So then I go by Ralph's house, I
mean, Mackie house and then Serena was home. I'm like "Eh."
And I know her pretty well. She's like, "Eh, Mike." I said
"Eh, Mackie looking for me. Tell um to call me when he gets
home." Like an hour later, I get a call. "Eh, Mackie,
what's up, I'm gonna come right over." I go over, he comes
out of the house, we sit down, on two chairs in front of his
house, I'm like, he's like, "So what, just visiting?"
"Yeah, just visiting." Small talk out of the way. You
know. I'm like, "So what, I heard you trying to get a hold
of me." He's like, "Oh, that was last week." I'm like, "You
don't need to talk to me or nothing?" He's like, "No, I'm
ok." "Alright, you know what, you got my pager number.
Take care, brother." And I left. That was it. So then
like a year later, now, I hear he's trying to get a hold of
me again.

CW: Well, he makes me nervous he.. (laughing).

MS: Eh, you know what, Steve, I never liked the guy. Never
ever. In fact the time him and I, we stoned that bus,
coming out of Ewa Beach, that girl lost her eye on the bus
that day?

CW: Yeah.

MS: You know, it was like, that was kind of a pact. I never
told on him. And he assumed I'd never tell on him. So
we're kinda cool.

CW: Yeah.

MS: But, one time, when we were going on these bug cruises, with
Kevin and Chris, and all we all had our bugs out in a row, I
saw Mackie like go down by my car and fuck around, I never
thought nothing. I figured I could trust him. Then I was
missing one of my my CDs.

(UI)

MS: I was missing one of my CDs. And um, later on like two weeks

281C-HN-16329-S1          22

later someone tells me and says "How's Mackie, go in your car when you weren't looking and take your CD." And he said the name of the CD, I mean cassette. And that was the same one I was missing.

CW:   Um hmm.

MS:   I was, "that fucken ...."

CW:   The last time I talked to Mackie before we (UI) I went there for stolen stuff that he took from from my dad or that ended up in his hands. That's the only time I dealt with him too, I mean. You think I like him or trust him...uh

MS:   Not only that, but you know Ralph them would tell me that you know what the lumber, he he got he went to jail for stealing lumber, he went to jail for stealing tools, he went to jail for this, that fucken guy's been in and out of jail, uh in trouble with the law forever.

CW:   Yeah.

MS:   You know what, I don't care if he turns two pounds a week.

CW:   Ok, well...

MS:   Has he been watched? Does he fucken say, does he cooperating? Is, you know all these things. If Shane, if Shane knows he can do that and Shane has access, how come Shane doesn't work with em?

CW:   Yeah, that's what...

MS:   You know?

CW:   That's what I was I was trying to tell Richard. "Eh Rich, don't you think I'd ask around before I try and hook Mackie up." To see, what why isn't he getting from somewhere else where he could get from or... I don't know. Seems too uh, seems too fishy to me.

MS:   Eh you know I know other guys, I have other guys out there..I have a guy that I just met last time I was out there with Shane. So I ran into Ronnie, big meeting at the gym.

CW:   mmm

MS:   All these big guys from town came down, we all met. And they're like, "You know I can take like five off of you." "Well, you guys got the money right there?" And they're

like, "No, we need like three hours. We'll take it and we'll come back in three hours." And Shane's like "Aw, these are good people." It's like when me and Shane are talking, it's like, "Eh those guys in the mainland, tell em to bring down like ten and we'll just fuck em. We won't even pay em."

CW:   Who was saying that?

MS:   Shane told me that. "Like what?" You're talking about fucking my friends like ordering ten, like if I have ten fronted and then fucking the guys? I'm like, "I can't do that, I'm closer to these guys than I am with you." You don't do that to these guys man. Five years we've been doing business together, they trust me. My conscience would eat me up over that.

CS:   Yeah.

MS:   "Aw fuck em. I can hook you back up with some other clowns over here." Like, then he tells me that he doesn't have nothing. Well...

CS:   Yeah, it's all...

MS:   (UI) two different songs. He knows someone there who can hook you up then fucken why do you want me to fuck somebody then.

CS:   Yup.

MS:   And why you asking me to, cause he calls me up like two months ago and he's like, "Eh, when you coming down here man, I need to see you about some shit." I came down there and I'm like, "Eh, I hear you wanted you know you wanted to see me about some shit." He's like, "Oh, I just wanted to let you to know that I'm planning to get back into it."

CS:   But there is one thing, your your stuff is the best stuff around. I mean, that, that, you know that separates your stuff. That's one small reason they have on their side that justifies why they want to get to you. But it be like, well, like yeah it is better than anything that's out there, but still, you know. Any way, I get confused when I try to figure out anything too much. Like, fuck wait a minute. That don't fit, that don't fit, no try again.

MS:   Yeah for real huh, like fuck.

CW:   Like did Brennan get screwed or not.

281C-HN-16329-S1                24

MS:  Or where is he that's what I want to know.  And does he feel
     obligated to pay me any more money or does he think we're
     square.  Cause I've told him all along I pay twenty for em.
     I've always told everybody that, I've never held that from
     anybody.  But, you know what these guys, they don't they
     won't deal to any ole guy that knocks on their door with
     twenty grand.  You know we go way back.  We've been through
     a lot.  I've stuck out for them.  I've put up, I've bailed
     them out of jail.  I've put up money for them to start back
     in business you know.  And...

AO:  (on speaker phone) Ahoy there matties.

MS:  Ahoy hon.

AO:  (UI)

MS:  We're turning into Jeff's house right now.

AO:  (UI) We can see you.

CW:  Okay...

MS:  Oh shit, okay, hi.  (UI)

CW:  How'd they get over there?

AO:  Did you think you could honestly beat mois?

MS:  Just watch me sister.

AO:  Don't do it, don't do it, I've got kids in the car.  Don't
     make me do it.

MS:  Bye, bye.

CS:  Any way, I was nervous when when Richard uh was talking
     about Mackie and how much he wanted.  But now I'm really,
     really nervous.  I don't want anything to do with em.  (UI)
     If you're not sure just don't do anything.  You can't get
     into trouble for not for not doing anything.  Well any way.

MS:  Yeah, (UI) if you if you hear of a guy out there that's
     passing that kind of money...

CS:  But that's where I was going by Ralph, and he, well Mackie
     told me himself that he said that too, but that's where
     Ralph you know uh that he has the cash, he has the cash.
     Because this is ideal (UI)

MS:  Well Ralph wouldn't lie to you.  I trust Ralph with my life.

281C-HN-16329-S1          25

        If there's one person on that island that I do trust, it's
        Ralph.

CS:   Yeah he does, he does...

MS:   Cause Ralph's a, you know as much of a fucken cockroach
        that he is, he's always got his ear to the street.  He knows
        his shit.  And he just fucken has a talent for knowing
        people you know.  And so I, I, if Ralph told me the sky is
        green, I'd believe it.  Like I'd just fucken, I trust Ralph.

CS:   (UI).

MS:   If Ralph, if Ralph supports it...

CS:   Yeah, he said go ahead, go ahead (UI)

MS:   Well see, there you go.  If Ralph said, "You know what,
        I tell you Mackie's a good guy to deal with...

CS:   I, I don't think he went that far as saying he's a good guy
        to deal with.  He said, "He has the cash..."(UI)

MS:   Shit, he might have cash, but he keeps fucking people.

CW:   (laughing) And I, I told Richard too, I told em, "Eh, I will
        not get fucked on this deal...there is no fucking way
        anybody's going to fuck me on..."  If if it comes about.
        And and it didn't, nothing ever happen.  I was only going to
        talk whatever, nothing (UI)  One thing's sure, I will not
        get fucked, if anything I am going to fuck somebody.  I'm
        going to take the money and they can come searching for the
        dope later.  But ah, any way that's (UI).  Basically, I
        wouldn't, me, I'd walk away.  I'm not, I'm not...

MS:   Your brother's neighborhood.

CW:   Yeah, I'm not that greedy for money.  That's going to blind
        me...and I lose my

MS:   Yeah I know, no you know that's, that's cool, but yeah I
        think, I think back to like um, like, Steve you had a
        reputation out there, for like, that people were fucken,
        were scared of you to death.  But I send you to Salaam's
        house and you can't get the fucken paper work from him
        (chuckle) I mean.  I'm not saying that's belittling but you
        lost your touch or you're just too negotiable now, you know?

CW:   You know what's funny?  (UI).  But fuck, they going around
        talking shit about me, because I'm this, I'm terrorizing
        people forcing them to get stuff, or what ever, or you know