281C-HN-16329-S1
Date:   02/06/2002
Time:   Approximately 7:18 a.m.
Tape:   Body Recorder
CM:pct

        CW - Cooperating Witness
        MS - Michael Schulze
        CM - Special Agent Cindy Maglasang
        UI - Unintelligible

CM:     It's Cindy Maglasang, today's date is February sixth, two
        thousand and two. The time now is approximately seven
        eighteen a.m. Las Vegas, Nevada time. The following will
        be a consensually recorded conversation between the
        Source and Michael Schulze. The recorder will be
        temporarily turned off and reactivated when the meeting
        takes place.

        The time now is approximately seven forty-five a.m. The
        recorder has been reactivated.

**0729-0731**

MS:     This street is Harmon.

CW:     Harmon.

MS:     Harmon. This street the name of this street is Harmon.
        Achi lived on Harmon about eight, about four more blocks
        down on the left. Like he lived on this street...

CW:     Uh, huh.

MS:     (UI) it was ok. It was kinda you know. I'm trying to
        look for a similar. But it was like right on the street
        like this. Across the street from Texaco.

CW:     Oh.

MS:     You know he had it so made. I don't understand what
        happened. I just don't understand. See what happened
        was...

CW:     Well, from what I heard, it was stupid, stupid, stupid.

MS:     Yeah, well, what started off was I guess, there was a
time    when we were getting a lot of blue.

CW:     Yeah, I remember blue crap.

MS:     So he started saying well, let me check it out first and
        I'll tell you if it's um, you know, if it's good. I was

EXHIBIT "B"

like, no, I don't want you to do that, you know, you know
what we could do, hold it up to the light bulb, burn it
and see what it looks like.  That's the only way we can
test it.

CW:    Yeah.

MS:    Well, he got to the point where I guess when I wasn't
       around he'd suck in the smoke.  You know and then he
       ended up getting like....

CW:    Oh, but he smoked before right?  From...(UI)

MS:    Yeah, he use to when he was younger.  Yeah.  But any
ways,  then I guess, the more, the more we did business
       together, the more I left him alone like, you know, I
       started feeling like he was very capable of doing his own
       thing and you know and then he had his own guys up there.
       All I would do is set him up with whatever he could
       handle, he'd go out there, he'd he responsible for
       getting it there, he'd be responsible for getting rid of
       it, come back drop off the money and he'd take his
       portion, I'd deliver my portion, and we'd go back again
       and do it.  You know?  And I think just somewhere over
       the year or so he just started smoking so much that it
       became a full time thing where he never put the pipe
       down.  Cause it, I I have his car right now.  We went
       through his car, we found fucken like two, three
       different compartments where he had glass pipes stored,
       you know and then in his house, I guess your mom found
       fucken paraphernalia over there and...

CW:    His...his mom.

MS:    ...apparently he just stayed high twenty-four hours a
       day.  I mean he had his hands, he had access to pounds.
       So he would just take enough...he would just take enough
       like an ounce on the side, because I was always short
       whenever the thing would get up there.  It would be an
       ounce, two ounces short.  I couldn't never figure it out.
       He swore up and down he had nothing to do with it.

CW:    It's a lot of smoking an ounce (UI).

MS:    Oh, shit.  He never slept.  Never once did we
       catch...well, once in a while we'd find him sleeping in
       his car.  He's weird.  He always had the same clothes on.
       He'd always five o'clock shadow.  His mom couldn't figure
       it out.  And I was so busy I didn't really spend too much
       time with him.  So it wasn't like I could sit there but
       Alena, Susie, everyone was telling me, "Oh, he getting

high, getting high." And I was like, "Look, I don't
know, as long as he's doing his job, I don't care." And
then one day he screwed up and it was because he had...he
had not followed all the rules and he had just, put his
faith so much on Susie. Then, he went as far as to
record him on tape, of her setting him up. You know. He
was aware. If he had not been high, he probably would
have caught on and never would have left. They wouldn't
of never have grabbed him. Any way, just follow me.

**0746 - 0748**

MS:     It was brand new when I walked in. I was actually going
        in to uh, my Hawaiian Punch I took it in to have it you
        know fixed up and ready to uh, and then I saw this and it
        was on sale. It was like 62,000 and they were selling it
        for 50.

CW:     Uh, I was uh I would grab it too. You know.

MS:     So I was like man that's a good fucken deal. So, I I had
        another one just like it but only gray but older. (UI)
        like a (UI) smaller. So I traded that in, paid 20 grand
        more and got (UI). This one has a lot more (UI). Shit,
        the other had one like this, you know?

CW:     Oh.

MS:     Um, I used to take my time because the last time I went
        and I took guys (UI).

CW:     You bumped this? (UI)

MS:     No, the Hawaiian Punch (UI). You see the bottom of it?
        It ran up on rocks one day.

CW:     Oh you ran up in this one not that one. Oh, yeah.

MS:     Well this one wouldn't have happened because I has GPS.

CW:     Oh.

MS:     And I have a spot light up front. We, we happened to go
        out and it got dark on us real quick and I took a wrong
        turn and I just got lost. (UI) not too much damage
        though. It, it's just that underneath. And it was soft
        rock. It was, like chalk like, um it just crumbled
        underneath.

CW:     Yeah. (UI).

281C-HN-16329-S1                4

MS:    Oh yeah, it's still a brand new boat.  (UI)

CW:    (UI).  Oh this Jeff's car right, oh no.  Oh, nice uh?

MS:    Achi's one, I bought it for him, twenty-one grand.

CW:    It's an Impala?

MS:    Yeah, it's a ninety-five Impala.  It had like twenty
       thousand miles on it when we bought it.  (UI)

CW:    Are you holding it for him forever or are you going to
       sell it.

MS:    Uh, I thought about selling it if I'm short on money.

**0829 - 0834**

CW:    So how did Achi's thing go?  (UI).

MS:    Like I just talked to his lawyer, like a week ago.  They
       said his trial was um in November or December...trial was
       in December...and um Susie testified against him.  He
       was, he was happy that she did cause she got a year now
       but he said she was upset with her cause she lied about a
       lot stuff.

CW:    Oh.

MS:    Like she...she said stuff she didn't need to say and she
       was exaggerating about a lot of other stuff.  So that was
       the only disappointed in her testimony but the..the
       judge...the prosecutors were trying to give him life
       cause the amount...

CW:    Life?

MS:    Life.  Yeah, you have a schedule.  If you see the
       schedule, but it's life with parole.

CW:    Ok.

MS:    So that means you do like fifteen years and then you get
       out.  But any ways so he admitted guilt.  He said he
       acted alone.  He admitted, you know, blah, blah, blah he
       was high.  He admitted he was on drugs, he admitted
       everything they wanted to hear.

CW:    Uh, huh.

MS:    So then he qualified for like what they call, safety

valve, and then like they have where he gets points for all these things and the programs and everything that he's...it's like I swear, I just want to clean up my life and it's never gonna happen again, blah, blah, blah, and they um the judge sentenced him to eleven years which is like below their standard. Like and even the judge told him, like you know what, I'm...I'm...

CW:   He got a good deal then?

MS:   He got a good deal. He's like, like everybody...like the mom them and everybody was hugging each other. Like everybody was all stoked, he got to hug everybody. But the thing is, is that like the judge even said, "You know what? I hate even giving you eleven years. Because I believe people like you deserve another chance."

CW:   Uh, huh.

MS:   Because it's his first offense, first time, everything, first, first, first all the way. He explained how he lost his house, he explained how everything went upside down and, you know, Green told me that the judge seemed disappointed with his sentence like they wish they could have gave it to him easier.

CW:   But that's the guidelines they have to follow.

MS:   ·Yeah, they have to. They went below the guidelines because he admitted guilt. And any ways, he never denied anything from the beginning. Like he never once put up a fight. He's like, "Fuck I did it." Any ways, so um then he said he's already been in for a year and a half, qualified for like go to a farm, which is like minimum security, and then he...he got three choices, there was Oregon, Nellis, and there's another one called like Sing Sing or something like that.

CW:   Sing Sing. Sounds bad.

MS:   Not Sing Sing but...yeah, but it's a camp. It's uh, it's like uh, um, it's a minimum, in a minimum security work farm where you can go out and plant corn and shit get paid. Anyway, so um, and he said he was real happy with his sentence. And he says if he does everything by the book and by the way they want it done, he should probably be home within five years. So..

CW:   (UI).

MS:   Well, what's shitty is that...yeah, five years and he

281C-HN-16329-S1                    6

> doesn't have anything to show for it.  Like I often
> think, you know what, if I had to go away for five years
> and I came back and this was all here...

CW:    Uh, huh.

MS:    ...you know half a million dollars in five years, that's
       not to bad, you know.

CW:    Yeah, you look forward to something, yeah.

MS:    But it's to bad, all he has maybe, hopefully, I'll have
       a hand out for him and he got his car, you know, that's
       the only two things that I'll have for him and that's a
       shame.  I wish he could...never got that far when he
       (UI).

       (UI).

CW:    So five years on the kiddie farm?

MS:    Anyway, yeah, so, I just wish that just he never like, uh
       or if he was fucked up on drugs, I wished he had told me
       cause I wouldn't have like....

CW:    Mike, the time you (UI), what is that?  Ko Olina.   What
       do you call that, Ihilani?

MS:    Yeah.

CW:    Fuck, he was flying so high I asked um him for some
       stuff, he threw me a whole bunch.   I'm like I don't have
       that kind money to pay for these.   He said, "No, just
       take it.   That's nothing to me."  I mean Healani, Healani
       knew he was high.   If you couldn't tell he was high...

MS:    Well, you know they told me but I just thought like we
       had an honest thing where like he would tell me if he
       was, you know, if he was in what kind of shape he was in
       or what he was planning.   But I wouldn't have...but you
       know what I did start slowly cutting him off but it
       wasn't soon enough and it wasn't like...it wasn't enough.

CW:    (UI) yeah.

MS:    Yeah, I should've just been more harsh and stern on
       everything.

**953 - 1028**

MS:    Sometimes Alena and I come out for the weekend and just

camp out at Sandy Beach there's usually hundreds of boats out partying and shit. We go...we go somewhere secluded. My other friend, Bill, who bought one of my other boats, I had a twenty-four foot Sea Ray, I had like five boats at one time. That was ridiculous how much fucken money I had. It was crazy, man. That's why I trip out. Like Donovan's doing it like ten years and then like by my third year, I had like four times what he had. So it was like it was weird. But I guess like he just like to spend, you know. (UI)

CW:    (UI) Well he supported da kine, his harem, flying everybody around.

MS:    (UI).

CW:    (UI).

MS:    (UI) You wanna know how much you think I made by now? I was like "Yeah." (UI). Cause you know I tripped out on? Cause when I uh... When I first saw um...when I first saw um...

CW:    (UI).

MS:    When I first uh started making money, cause he told me like...he told me this thing like (UI). Counterfeit bills that he needed to have the older hundred bills it couldn't be the newer ones.

CW:    Yeah.

MS:    So I was like, he told me if I come across em like save um, like eighty-eight and below. So like in the first month, I had twenty-four thousand in all hundreds. So he was...one night we were out and I'm like "Hey.."

CW:    (UI).

MS:    I just wanted...it had to be individual serial numbers. It couldn't be...they didn't want...they didn't want to duplicate the same serial numbers. They just wanted... You gave um a hundred thousand in hundreds, he'd give you back a hundred fifty thousand. Your hundred thousand back plus fifty thousand. He kept fifty. That was the deal. But it had to be...he would only duplicate one bill so there wasn't a whole bunch of same...

CW:    Yeah.

MS:    ...um serial numbers in the circulation. So anyway, so

          first month I got I came across uh twenty-four thousand
          so I was talking to him one night I'm like, "Guess how
          many old hundreds I got already?" "How much?"  I'm like,
          "Twenty-four."  He was like, "What?"  Like, he was
          tripping out that I...in one month I could make twenty-
          four grand, you know.

CW:    Uh, huh.

MS:    He was like, "Fuck."  And that was just old hundreds.

CW:    Yeah the old ones huh.  Eight-eight and below.  But the
       money just came out.  You been out that long?  Like back
       in eighty-eight.

MS:    Eighty-eight and below didn't have that magnetic stripe
       you could go ahead and duplicate those without the
       magnetic stripe.  Anything above that had it in there so
       at...at one time I had a hundred and thirty-seven
       thousand in old bills.  That's the most I ever had but I
       spent like fifty on the record company.  I...I bought
       that house, that burn house I put like another thirty,
       forty in that and before I know it I was out...I spend
       like almost all of um.  I only kept the really old ones
       like the twenty and thirties.

CW:    Yeah, the kinda green uh, the different look.

MS:    Yeah, with the red stamp like I had the ones with the red
       stamp and all.  Blue stamp..

CW:    I'm surprised that you let those go, sometimes you come
       across them and you're like, "Wow."  They just look
       different.

MS:    Come on Ginger, jump.

CW:    (UI)

MS:    They did, yeah.  Shane, Donovan, Ach, and Don the old
       man, they were all in it together.  The were all talking
       shit.  Don was telling um he was mad at me.  (UI).

CW:    Water dog (UI)

MS:    She knows how to come up the ladder so.

CW:    What was Don saying about you? Old man Don?

MS:    He was saying he was mad I never got him a lawyer.  I was
       like... here Gin, right here.  I never got him a lawyer.

281C-HN-16329-S1                9

I was like Hoku's the one, you know.  Hoku's the one
(UI).

(UI).

CW:     So what happened with Tony then.  He owes you like
        seventeen?

MS:     Well, I said he fucked me out of seventeen but on
        books, like right now, like he owes me...well, it's a
        dispute, he's suppose to owe me like thirteen, he's
        saying he owes me nine.  I said, "Ok, whatever, just give
        me the nine."  He said, "Oh, I don't have that."

CW:     (Laughing).

MS:     The deal was, was for like a long time I had like
        eight...seven different ways to bring in those things. At
        one time I was using him and he made like probably
        twenty...thirty thousand and he's like, "'Nough already.
        I quit."  "Kaye, whatever."  I had like five other guys I
        was using.  So then like two years went by, he's like,
        "Man, I'm fucken broke, I need to go back to work."  So I
        was like, "Ok," so then I trusted him.  So the deal was
        he gets paid an X amount for whatever he does, well then
        I'd leave it up to him to collect the money.  Then
        instead of turning it in, he'd be like, "Oh, well, I had
        to use it for my bills." You know?  So then the next one
        he would work for free like since he already spent the
        money in advance he'd work for free.

CW:     Yeah.  (UI).

MS:     He got for free, he got for free and before you know it,
        man I'm thinking he told me the last time I saw um that
        um, oh what the hell were we talking about, um he told me
        that um the IRS is after him for eight thousand dollars,
        you know. Ironically,  that's what he owed me nine, and
        he doesn't have any money now he's gonna come up with
        (UI) the IRS got paid, you know.

CW:     (UI).

MS:     Yeah.  But, you know, what do you do?  It's like, they
        people just keep fucking me out of money but then like
        look around I'm not hurting, you know what I mean.  Well,
        I'm hurting for cash but I own all this.  I paid for it
        already and like I spent hundreds of thousands to clear
        hundreds of thousand, you know.

CW:     Yeah.

281C-HN-16329-S1                10

MS:     So I own this legitimate money now.  Well, everything's
        owned legitimately but...

CW:     Well, what I owe you is peanuts compared to what uh...uh
        at least I'm still here trying to work it off...whatever.

MS:     Yeah. (UI)

CW:     It wasn't all my fault, you know.  One thing I don't have
        is uh...uh love for money.  I need money so you know for
        me...

MS:     Gin, Gin...

CW:     But uh, I'm not craving any bikes, motorcycles or toys or
        cameras...

MS:     I wasn't either but like it just...I just wanted one
        boat you know what I mean, but then I got another boat
        after that.  I bought the other one that was similar to
        this for thirty-two thousand and the guy took my cash.
        I'm like right-on.  Believe it or not when you come up
        with that kind of money, it's hard to find people who
        will take the money.  Usually um...usually they get weird
        on you, you know.

CW:     Yeah.

MS:     · So um...

CW:     (UI).

MS:     Yeah, so it's like a guy like you...

CW:     Fuck you, what are you talking about.

MS:     He was worried it was drug money or it was fake...

CW:     Yeah, so what?  You didn't say anything.

MS:     Yeah, but I like saying he was worried that I just
        printed it, it wasn't it real and all these things... He
        just had to verify everything before he gave me the
        title.  Verify that it was real.  Anyway, so...
        (UI).

CW:     (UI)

MS:     (UI) Yeah but he was a fucken nerd any way but... The
        thing is that...

281C-HN-16329-S1                    11

CW:    You don't want to get drawn into the conspiracy (UI).

MS:    ...it's just hard to find people that take...when I
       bought Carrie's car it was fifty grand, you know, I was
       scared to go to any old Joe to see if he wanted to take
       the money, you know. But anyway, I had my fun, I had my
       go 'round, I got all kinds of shit so whoever thinks you
       know got whatever from me, to me it's like I consider a
       whole lot of charity. I donated half my money to
       charity. I'm thinking I may have got fucked out of three
       hundred thousand but I still made like, I don't know, I
       made like, I don't know eight hundred...a million half or
       something so...but it got real hard. It's not real easy
       like it use to be too. I got it at the tail end of the
       free, the easy, shit. Now days whoever gets in it, man
       is, the cops got smarter or they found out the ways, they
       got all these rats and all these people.

CW:    Yeah I said well, that's what Ralph told me. You know,
       cause he's been in it for a while. I went to Salaam's
       house that one time, he wanted to put out. You know he
       was like, "What can I do? What can I (UI)?" (UI) I was
       like, "No, if Mike was a new face in the business and he
       just started, yeah (UI)." But the (UI), it's just going
       to pile up. Fucken let it go. Leave him alone, at a
       stalemate basically. He doesn't have the jet skis. He
       doesn't have the paper work. Like a draw.

MS:    Yeah, but those jet ski's, they don't have to be
       licensed on private lakes. So I'm like eventually I'll
       sell it.

CW:    Yeah.

MS:    I'll make two thousand dollars. But...more like the
       fucker...more like he threatened, he called the cops on
       me like to me that...that makes me more mad then the fact
       he's not giving me the paperwork, you know.

CW:    Yeah. I didn't...I didn't realize he was so kooky. (UI)

MS:    When we started talking he started crying. Hey Ginger
       leave that ball alone.

10:04:46

CW:    Pretty much, you can get out safely without um, you know,
       you gotta tell a few things but..you not stuck in this,
       huh?

MS:    Who? Me?

281C-HN-16329-S1                    12

CW:     Yeah.

MS:     No.  I don't have to, you know, they don't, I'm so...they
        don't have...they don't know where I live.  They don't
        know where I live.  They don't know how to get a hold of
        me.  They don't know nobody I know.  And the phones that
        they call me on are disposable.  If I wanted to say fuck
        you.

CW:     Uh, huh.

MS:     I'm thinking...I've been thinking about it.

CW:     (UI).  If you can get away with that, that would be the
        best way then..

MS:     Yeah, but...

CW:     They knew the risk...before.

MS:     Yeah.  Well, and...and I know I made them money.

CW:     Yeah.

MS:     I mean I was the one making ten out of every twenty.  Or
        ten out of thirty, you know, they were making fucken,
        they were making about eight to ten out of every twenty.

CW:     Uh, huh.

MS:     I know how it goes.  I know where they get it from.  I
        know how they make it.  I use to make it for a while but
        then I was having the problems getting...

CW:     Ephedrine.

MS:     ...pure shit.  But I...I probably made twenty pounds in
        my life.  It's just ridiculous, funny.  Funny, fucken
        thing how people get so crazy over it.

CW:     Well you, you add that to money, shit it's better than
        money, fuck.

MS:     Do you want us to throw it Gin?  (UI)

CW:     It's like a double addiction.  Addiction to the stuff
        itself and addiction to the money.

10:08:30

MS:     Um it was a tough call.  Like I was telling you today, I

        got so many things in play, so many people, I got so many
        secrets but the smartest thing to do if I was advising
        anybody is just quit.  Give a little bit back to those
        guys to make like their not an enemy and then just call
        it quits.

CW:     Yeah.

MS:     I mean...like Alena's ring was like ten grand.  Think
        of all the things that I own, you know.

CW:     Yeah.  (UI).

MS:     My bobcat's thirty thousand dollars, the boat was fif...
        well plus the whole stereo I got in here the GPS all that
        was all added on.  So I got sixty grand on the boat.
        Then those two..those two Suburbans, they were twenty,
        twenty-two thousand each.

CW:     (UI).

MS:     You know?  Then the dually, that's you know, fifteen,
        seventeen thousand there and I got, I own it all.  So and
        I own the houses.  All my houses.  Like my condo and my
        two acres.

CW:     Yeah.

MS:     And my...my Geronimo.  I own um.

CW:     Mmm, hmmm.

MS:     So like, what..what more could I fuck...why stick my
        neck out one more time.

CW:     Yeah, yeah.  No, I see your point, it's just, I see your
        point and I...I cannot disagree with that.

MS:     But it's like on the other hand like, you spend so long
        getting slapped around, you're getting tough now you know
        what to do, well, why quit, you know.

CW:     Yeah.

MS:     You hold a secret.  Or you know a lot of secrets that
        could make you money.

CW:     Yeah.

MS:     Why would you want to quit.  I...(UI) thousands learning
        how to make hundreds of thousands.

281C-HN-16329-S1            14

CW:     Yeah, you quit just when you perfected something, but
        what the fuck.

MS:     Yeah.

CW:     Yeah, I guess, either it's a win, win.  You're lucky.
        Because you win, you get out now, you have more shit than
        anybody else in Ewa Beach and then uh, if you don't..
        hell you can still make money.

MS:     Yeah.  Just relax for a little while.

CW:     That's why I asked are you stuck in this.   Cause uh, if
        you're stuck that's a different story.  Cause they going
        come after you, cut your liver out.

MS:     If anything, like I said, there's people out there, like
        you know like Mark owes me about hundred..probably
        hundred thirty...Isaac owes me like hundred...Like
        Anthony probably owes me like seventeen, twenty.  I can
        think of like five or six people like Bren owes me
        thirty, Flex owes me thirty-two.  In fact, I'd a give you
        Flex's number.  Call him up and just say you're like,
        "You know what, Mike Mike asked me to come ask you when
        you're gonna pay his thirty fucken thousand."

CW:   . Yeah.

MS:     And then he's like, I got busted with that.  And he knows
        he didn't.  He knows he didn't.  He knows everything.

CW:     That was before he went, yeah.

MS:     And if he's like well....well, uh tell him, tell him I
        said, "Fuck you."  At least I know where he's standing.

CW:     Yeah.

MS:     You know what I mean.  But, right now there's a chance
        he'd be like, "Ok, you know what, here's five grand, tell
        Mike that's all I can do."  And that, at least it's
        something.

CW:     Yeah yeah.

MS:     Or maybe there's, just tell Mike, "I owe him a
        lot of favors, if he wants me to do something, I'll do it
        for free."  You know, then at least I know.

CW:     You gotta brand some things uncollectible too, (UI).

                                                            208

281C-HN-16329-S1                15

MS:     Hello.  I know I...I whenever I deal...whenever I deal
        with somebody there's always a chance I'll never see them
        or the money again.

CW:     What do they call it?  Write it off or something.

MS:     Yeah.  Write off.

10:14:35

MS:     The thing is the two acres...

CW:     Mmm, huh.

MS:     I have.  Um I'm selling um for...probably gonna get three
        fifty for um.

CW:     You want three hundred fifty thousand?

MS:     Yeah, I was asking four twenty-five.

CW:     Where the hell is that?

MS:     Right over here, in like...it's the fucken air is on
        fire.  They put like a WalMart Super Store, a Home Depot,
        like um a Sam's Club.  It's like two blocks right down
        the street there.  They're...they're having a big
        reservoir (UI)...

CW:     It's just land.

MS:     Just nothing but desert.  I bought it three years ago but
        there was no houses there.  Now there's not a place you
        can without a house.

CW:     It appreciated like gangbusters then huh?

MS:     Yeah.  So any ways, I bought it for one, one thirty-five
        and I'm selling it...I was asking four and a quarter...

CW:     Oh my god, fuck then, you don't need the money.

MS:     Well, I know.  That's what I'm getting at.  But I could
        use that money to build my house on Geronimo.  Well,
        anyway...

CW:     There's a plan.  I mean you can't improve on that.

MS:     The thing is though, we we I mean, yeah, I can but it's
        just..I don't know why, I guess you know it would be that
        it's like um I could do it, I'm good at it, so why not do

it.  But then yeah, there's that risk.  But...I don't
know, if I go out there make a couple of good trips, I
make usually twenty...twenty-five thousand a weekend,
when I go out there, you know, so...when everything goes
good.  If everything goes my way, I you know, I call what
a perfect ten weekend would be twenty-five thousand and
sometimes I do it in one day...one afternoon, you know,
so, fuck, where do, how do you say no to that, you know.

CW:    (UI).  It's funny, just when I uh

MS:    (UI) Here, just open this one.

CW:    (UI) Yeah I'll take it, uh.  Just when you're getting
       ready to quit, I just get this uh, I finally connect with
       somebody who can hook up the cash..(UI) Okay, it took
       that long but uh...

MS:    But you know a lot of people like that.  I know...I've
       heard that I've been known.  Like everybody around town
       knows.  Like Lori said that she was in rehab and people
       there, the fucken girls in rehab knew who I was.  She's
       like, "Oh, you know a girl named something, something
       from Waianae?"  I'm like, "No." She's like, "Oh, she
       said, she said you the guy out there."

CW:    You the guy out there.  (Laughing).

MS:    Yeah.  And them um she call me up, she call me up tell
       me, "Oh, hook me up, da kine, hook me up (UI)."  "Shut
       up, I no talk to you guys about that kind stuff."

CW:    Straight up on the phone.

MS:    Yeah, and then um and there's other people I don't even
       know that saying, oh, yeah, like Shane said in prison,
       he's talking to all kind guys that I don't even know
       Saying oh that, you know that I'm the guy to come see,
       whatever.  I know the cops know way more than the fucken
       inmates know, you know.

CW:    Yeah.  It's funny cause uh...(UI) you know you're the one
       everybody wants to be next to, but the one everybody
       wants to be furthest away from at the same fucken time.
       I was like, "Oh, ok.  How do you get away from a
       guy...how do you distance yourself but yet stay close?"
       Impossible.

MS:    Well, I think my first line of defense is that I don't
       live there.

281C-HN-16329-S1              17

CW:    Yeah.

MS:    So I don't have to see anybody.  And I'm kinda like a
       mystery.  Like I just, I don't usually tell people, I
       show up, I use a different name, I appear, I do what I
       gotta do and I'm out.  And if they were watching the
       airport for a...meet me uh my name for come in, I never
       did come in.

CW:    Yeah.

MS:    They heard I was there.  They never, they never have any
       evidence, so...

CW:    You're fucken weird.  But they're not idiots.  They're
       actually kinda smart, I think.

MS:    Well, the one thing....

CW:    Oh, get down, get down!

MS:    (UI) I got clean towels down stairs.  Any ways uh...Stop.
       Cause all you do is break this up in pieces.  Any ways.

CW:    (UI) Well, you always you could always lay low for a
       while.  There's another option.

MS:    Yeah, just take a break.  That's why, well it's been
       almost two and half months since I've done anything.

CW:    Yeah, well...

MS:    Since like the second week of Christmas.  That's the last
       time I was out there.  And those four I brought out, I
       told you, I only made money off of one.  Yeah, a big
       cruiser went by about twenty minutes ago.

10:18:32

CW:    (UI) six months off a year wouldn't hurt.

MS:    Yeah.

CW:    I don't know what (UI) going to do.

MS:    Yeah, that's the thing.  See, I've tried that before,
       I've tried to take off a couple months, you lose your
       place in line.

CW:    Yeah.

MS:   Everybody else finds somebody else.  You show up you're
      like "Ok, I'm back,"  They're like, "You're back we're
      already here with fucken Joe."  You know?

CW:   Yeah.

MS:   It's like, it's a big game.

CW:   (UI)

MS:   I don't think there's anything that you can do that I
      haven't tried or thought of, you know what I mean?

CW:   Yeah.

MS:   Like Al tries to suggest cause Al makes money off of me
      sometimes.

CW:   Yeah.

MS:   I use him for errands.  And he's always like, he counts
      on that extra two thousand a month off of me.  Now
      I'm...I'm like "Eh, I think I gotta take a break."  He's
      like...

CW:   No!  (Laughing).

MS:   Well, "Can't you do this?"  No, I thought about that.
      Then he'll come back a week later, "You know I was
      thinking, how 'bout you do this?" And I'm like, "No."
      Then he goes farther, like when we go like Home Depot,
      the guy helps him load the lumber, the guy's like, "Oh,
      yeah, I'm from Waianae." He'll say stuff.  He'll say
      stuff in front of Josh too like "Oh, you left Hawaii
      cause all the batu, ah?  What, you know where can get?"
      He just says stuff like that.

CW:   Who said that?

MS:   Al says that to people from Hawaii.  Like he runs into
      people from Hawaii and fishes.

CW:   He's asks (UI)...

MS:   "Oh, yeah, you left Hawaii cause of the batu?"

CW:   (UI).

MS:   (UI).  I'm like "Al, don't say that stuff around me."
      He's like "I'm just kidding."  Yeah.  The guy goes "Yeah,
      I got a pound for sale." You know, I was like fuck.

281C-HN-16329-S1          19

        Fucken terrible.

CW:     Well I wasn't going to ask you now but you know, I've
        been hanging with Richard (UI) with Mackie gonna gonna
        (UI) my way.  I don't know.  It's a tough one.  If was
        me, I'd say I had enough.  I'd get the fuck out.  If was
        me, I'm a man of meager needs.

MS:     Yeah, well I was to.  I just want to pay off a few bills.
        You know what..how it started?  I borrowed like um three
        thousand from Donovan, cause when I moved to Atlanta...

CW:     Yeah.

MS:     ...I was out of work and I never really caught up with my
        bills.  So my mom bought me a trip out for Christmas.  So
        I came out I was like, "Don, you know what?  Let me
        borrow three thousand dollars.  Just so I can catch up
        with all my bills so I'm ok.  And in fact, if anything
        just give it to me.  I don't know when I'm gonna pay you
        back, but I will."  Then he's like, he made a big deal
        about it.  Like he, shit, like it took, like hours of
        lectures before he handed it over.  Then when he gave it
        to me, he's like, "Don't ever ask me for money again.
        You can have this, but don't ever ask me for money
        again."  And I was like "Donny, man, I feel like if...out
        of all the fucken guys you give your money away to, shit,
        here's a guy that's been your friend forever, the most
        trusted guy you know, and I, cause I didn't take your
        route, I'm asking for a hand out."  But he made me
        realize...so I started (UI) as favors for him to help pay
        him back that three thousand dollars.  And then when he's
        likes "Ok, you know what, Mike, you go to the mainland
        and bring me back five pounds, I give you ten grand."
        Whoa, ten thousand dollars, that's more money than I
        dreamt about, I'm like I'll fucken do it.  So then, you
        know, that's when it all started.  I started bringing in
        shit for him, you know.

CW:     But that ten thousand wasn't as much as you thought it
        was.

MS:     No, you know, ten thousand went like that.  Then I was
        like where'd that money go (UI) two weeks.  So then every
        two weeks I was making ten grand from him.  Then after I
        was like, "Why am I...I could be making fucking fifty off
        of this, I'm making ten?"  I was like, "See you later,"
        then he got mad.

CW:     Aw, fuck you could have stuck with him for little while.

281C-HN-16329-S1                 20

MS:     Then he's like, "Eh, you fucker, what are you doing?"
        I'm like, "What, I'm making a living." He's like, "You
        don't go..." cause what I was doing was I was cutting him
        ...I would go to Brennan, I would go to everyone else.
        He was charging thirty-two a pound, I just wanted twenty-
        eight a pound. So he was like...he came back and started
        yelling at me.

CW:     He set you up with his line.

MS:     Well, the thing is...

CW:     You breaking rules from the very beginning.

MS:     Well, but you know what? When he came to me and told me
        that (UI), when he came and told me that, I stopped.  I
        stopped seeing Brennan, I stopped seeing everybody.  I
        didn't know.  I didn't know there was such a thing as,
        you know...

CW:     You fucken idiot. (UI)

MS:     Then I went and got my own guys in town. Then I was set
        up in town.  And the guys in town paying thirty-five a
        pound.

CW:     What you did was get you shot, basically, if you guys
        were friends, fuck this guy.

MS:     But...you know what strangers do it to everybody every
        day.

CW:     But you're not strangers.

MS:     I know that but...I'm just trying to say...

CW:     Did it dawn on your that...that...

MS:     I didn't know that Brennan was buying from him.  Like
        it..to me it was a well known secret.  I mean I didn't
        know.  So I went to Brennan, I said, "Eh, I got this.  Is
        this is how much it is?"  He goes, "Ok, give me some."
        And then a month later, Don's like, "Eh, who you selling
        to?"  "Oh, I'm selling to Ralph, I'm selling to Brennan,
        this and that."  He was like, "Eh, you cannot sell to
        Brennan.  Ralph I don't care about.  But you can't, these
        these guys..."  Well, I didn't know.  I'm not going sell
        no more.  Fine.

CW:     You know, for some reason I I believe you, I believe you
        didn't know.  But uh,

281C-HN-16329-S1            21

MS:   Yeah.  You know what (UI).

CW:   If you're honest, you're really honest.  You're straight
      up with business and that's a pretty bad fucken thing to
      do so I believe you didn't know.

MS:   Yeah.  But not him too, I wouldn't do it.  But he
      kinda...he left me...he I was mad at him at the same time
      because when he like was bringing in, he was bringing in
      like ten ki's a week...

CW:   Uh, huh.

MS:   of...of coke.

CW:   Of coke?

MS:   And he asked me to hold it for him until it was sold.
      And I'd hold it sometimes two, three months.  And he
      never gave me a dollar for it.  He would just tell
      me...and then he would call me up two in the morning, "I
      need you to go meet me da kine."  You know, so I would go
      meet um, he never did fucken give me nothing and then
      when I found out that he was selling...

CW:   That's ten g's...(UI)

MS:   He was telling me that Brennan, Mackie, Shane and me were
      all paying the same price.  I was like, "Eh, I'm doing
      big favors for you here, how about giving me a break."
      He was like, "I cannot.  Everybody pays the same.  That's
      how it is."  I was like, "Eh, I don't like Mackie and
      neither do you.  Why are you giving um fucken...I'm doing
      something here."  So that's when it started falling
      apart.  That's when our little circle started breaking
      up, you know.  That's when Flex came to me and said "Man,
      fuck Donovan.  He thinks he can control us."  Then
      Brennan said, "Fuck Donovan he thinks he can control us."
      And everybody was saying, "Fuck Donovan."  So I was like,
      "Ok, fuck Donovan."  Then everybody broke up.  Everybody
      did their own thing.  Which was kinda good because if we
      were all working for him when he went down, we would all
      be (UI).

CW:   I was wondering why only him.  (Laughing).

MS:   Well, we had all broken up.  Shane and him fucken crossed
      paths.  There was a big fight that was going on.  Shane
      went over there and called him out. There was all kind
      shit.

281C-HN-16329-S1          22

CW:    No shit.

MS:    His dad had to get involved.  Yeah, it was like...and
       Donovan had guys like in Waianae wanted to kill um.

CW:    Donovan would have take, Donovan could've take Shane.

MS:    Yeah, at the time.  But Shane had his first fight last
       weekend.  He's been training hard now to fight.  And
       that's what he's doing.  He want's to become a
       professional fighter.

CW:    But uh, that's well any ways, you guys weren't hanging
out    anymore.

MS:    Well, that's the thing, that's the good thing, that's
       why everybody broke up.  Me and Shane broke up, Donovan
       and Shane broke up.  Me and Donovan broke up.  Me and
       Brennan broke up.  Everything broke up.  It was like,
       "Fuck you then already."  Everybody's like, "Fuck you,
       fuck you."  "Ok, you're my good friend, but I'm not
       fucken talking to you about this shit ever again."  You
       know, that's how it was, so and I already I was...

CW:    It's all these egos (UI).  Fuck, you guys could all make
       money, put the ego in check for little while...

MS:    Yeah yeah.  But then, but then, no one needed to tell me
       that, "Oh, you can't sell to that guy he's mine."  You
       know? Well I'd be like, "Ok, fine, I'll go to this guy."
       Well you can't do him, he belongs to somebody else, you
       know?

CW:    When I when I with the Mackie deal or not, I went
       to check with Ralph, I checked with Brennan, can I sell
       to Mackie?  That I was going to ask them, straight up.
       Can I sell to Mackie.  See what they say.  I'm not, I
       checked with Ralph he gave me the go.  Ok.  So who
       else...who else...can Mackie get from besides Brennan and
       Ralph?  Ronnie?(UI)

MS:    I don't know anybody else (UI).  Especially when I bring
       in something and I hear some from the other side of the
       island saying they have some, how did my shit get way
       over there.

CW:    Mmm, huh.

MS:    And they're like, "I know it's yours."  I'm like, "No,
       it's not, it couldn't be, I just got here."  "I know it's
       yours."  I'm like, "How do you know?"

281C-HN-16329-S1                23

CW:    It don't take twenty minutes to drive out there.

MS:    Yeah, I know.  But he's like, "Cause I can tell, you're
       the only one who has this."  I'm like, oh, well that's
       kinda good but kinda bad.  Now everybody knows that so...

CW:    But by the time everybody realizes it, you're gone.

MS:    That's another pathetic thing.  Like for about a year, I
       brought in nothing but shit.  Like fucken shit.

CW:    (laughing) You know I know it came to me you fuck I
       smoked I smoked a lot of that shit.

MS:    I went through I went through probably a hundred pounds
       of that shit and then I finally got a line on the good
       stuff and then when I get the good stuff, I'm about to
       quit.  My whole life I was (UI).

CW:    Mike, Mike, nobody's even close to the fucken stuff.  The
       other stuff you got like um shit, from before when I
       started picking up, it's not even...it's not even close I
       mean it's like...

MS:    Eh, that's what kills me the last that he flushed
       there was a piece like solid rock...like that.  And I've
       never seen a piece.  I've probably seen like four, five
       hundred pounds in my life.

CW:    Uh, huh.

MS:    I've never seen a rock like that.  It was like a
       perfectly clear rock.  (UI).

CW:    Oh fuck...

MS:    And those were the ones that Brennan flushed. (UI)

CW:    (UI) You're making my mouth drool here...

MS:    That's what I told Brennan. That fucken that fucken rock
       is in the toilet? (UI).

CW:    Couldn't you just fucken shove his arm all the way down
       in the fucken.  I mean Brennan you got a big arm
       Brennan...just shove the whole thing down...

MS:    Then he said the next night the bag was sticking out.
       (UI)  Let's get it, let's open the sewer.

CW:    Let's uh rinse that shit off that rock.

281C-HN-16329-S1              24

MS:    I've seen a lot of shit Steve.  I've been through a lot.

CW:    That's what Mackie said.  Mackie goes, "Oh, uh, if..if
his    stuff his good, we'll pay up-front, whatever."  So I
       said, "Yeah, it's good.  He got the good stuff."  And he
       says, "Yeah, lately."  And that was his last words,
       "Yeah, lately, it's been really good."

MS:    Yeah.

CW:    That was so I guess everybody (UI) to you or whatever.

MS:    Everybody knows where I come from.

CW:    Yeah.

MS:    It's suppose to be a big secret but everybody's like...

CW:    They know, but they can't prove anything.  There's
       nothing.

MS:    Yeah.

CW:    You know it's just talk.  If talk was against the law,
       everybody would be in jail.

       (End of transcript).