

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

FEB 16 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-10043 |
| Plaintiff - Appellee, | D.C. No. CR-02-00090-1-DAE |
| v. | District of Hawaii, Honolulu |
| MICHAEL F. SCHULZE, | |
| Defendant - Appellant. | ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2007

at _11_ o'clock and _10_ min. _A_ M
SUE BEITIA, CLERK

This pro se appeal is dismissed as duplicative of appeal no. 06-10629.

The order filed February 2, 2007, is vacated.

The certified copy of this order sent to the district court shall constitute the mandate as to appeal no. 07-10043.

For the Court:

*Karen Golinski*

Karen Golinski
Motions Attorney/Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

FEB 16 2007

by: _____
Deputy Clerk

S:\MOATT\Clrkords\02.07\ahh\07-10043.wpd