INTERNAL USE ONLY: Proceedings include all events.
07-10043 USA v. Schulze

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Kenneth M. Sorenson, Esq.<br>FAX 808/541-2958<br>808/440-9241<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| MICHAEL F. SCHULZE<br>    Defendant - Appellant | Joseph R. Mottl, III, Esq.<br>808/533-6612<br>[COR LD NTC cja]<br>Attorney at Law<br>63 Merchant Street<br>Honolulu, HI 96813<br><br>Michael F. Schulze<br>36817-048<br>[COR LD NTC prs]<br>FDCH - FEDERAL DETENTION CENTER (HONOLULU)<br>P.O. Box 30080<br>Honolulu, HI 96820 |