ORIGINAL

MICHAEL F. SCHULZE
Reg.#36817-048
FDC Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 05 2007

at 4 o'clock and 00 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>MICHAEL F. SCHULZE,　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　)<br>　　　　　　　　　　　　　　)<br>_____) | CR. NO. 02-00090-DAE<br><br><br>MOTION TO POSTPONE<br>DEFENDANT'S APRIL 5. 2007<br>RESENTENCING HEARING;<br>CERTIFICATE OF SERVICE |

　　　　COMES NOW defendant Michael F. Schulze (Schulze), pro se, and hereby moves this Honorable Court to postpone his resentencing hearing, scheduled for April 5, 2007, at 1:30 p.m., for a period of forty-five (45) days.

　　　　FOR GOOD CAUSE, Schulze would show:

　　　　1.　On September 2, 2003, this Court sentenced Schulze to thirty (30) years' imprisonment.

　　　　2.　On November 28, 2005, Schulze's sentence was remanded.

　　　　3.　The Federal Detention Center (FDC) in Honolulu, Hawaii, allows inmate access of six (6) hours per week to legal materials and typewriter, twelve (12) hours per week if proceeding pro se and within 45 days of a specified hearing.  (Certain hearings restrict additional access).

　　　　4.　On August 8, 2006, Schulze moved the Court to direct the Warden at FDC to provide him additional access than 12 hours per week.  The Court denied the motion on October 4, 2006.

5. On September 27, and December 26, 2006, Schulze postponed his resentencing hearing due in part to the limited access to legal materials needed to perform adequate research and study.

6. Schulze requires additional time to properly study and research controlling authority and applicable law for use in submitting his Sentencing Statement and Objections to his Presentence Report, as well as supplement or amend his Sentencing Memorandum.

7. On January 25, 2007, Schulze applied to this Court for funds to pay for a private investigator to obtain evidence and interview witness on his behalf for use in his resentencing hearing. On February 12, 2007, the Government filed its Response, and on February 16, 2007, Schulze filed his Reply. As of this date the application is pending.

8. To the extent the application is approved, Schulze would require time to submit for visitation approval at the FDC for the investigator to meet with him. In addition, if a private investigator is retained, he or she would also require additional time to obtain the desired materials.

9. To the extent the application is denied, Schulze would require time to explore other means of producing the evidence and witness statements necessary for his defense.

10. Under these circumstances, Schulze submits that there is good cause for this Court to grant a postponement of his resentencing hearing for a period of forty-five (45) days, or thereabout.

DATED: February 28, 2007, at Honolulu, Hawaii.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached MOTION TO POSTPONE DEFENDANT'S APRIL 5, 2007 RESENTENCING HEARING, was duly served upon counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center at Honolulu, Hawaii, first class, postage pre-paid, and addressed to:

> Kenneth M. Sorenson
> Assistant U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: February 28, 2007, at Honolulu, Hawaii.

By: _____
Michael F. Schulze
Defendant, pro se