IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S MOTION
TO POSTPONE DEFENDANT'S APRIL 5, 2007 RESENTENCING HEARING

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's motion, the Court GRANTS Defendant's motion to postpone his resentencing from April 5, 2007 to May 25, 2007, at 1:30 p.m.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 23, 2007.



_____
David Alan Ezra
United States District Judge