UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
APR 0 5 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MICHAEL F. SCHULZE, Defendant - Appellant. | No. 06-10629 D.C. No. CR-02-00090-DAE District of Hawaii, Honolulu ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT
APR 09 2007
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

The court has received and reviewed the response to this court's order to show cause. The order to show cause is discharged. The district court's jurisdiction to decide the motion for new trial arose from Federal Rule of Criminal Procedure 33. *See United States v. Ross*, 372 F.3d 1097, 1105 (9th Cir. 2004). The order appears to be final for purposes of 28 U.S.C. § 1291, vesting this court with jurisdiction over the timely appeal of the order.

With respect to appellant Michael F. Schulze's request for leave to represent himself on appeal, the court has determined that a hearing would be appropriate pursuant to Ninth Circuit Rule 4-1(d) and Ninth Circuit General Order 6.3(e). The hearing will be limited to determining whether appellant Schulze's request to proceed pro se and the waiver of the right to counsel are knowing, intelligent, and

No. 06-10629

unequivocal; apprising Schulze of the dangers and disadvantages of self-representation on appeal; and determining whether the court should allow Schulze to represent himself on appeal.

The hearing will take place by video conference on Tuesday, April 17, 2007, at 2:30 p.m. Pacific Daylight Saving Time. Appellant Schulze shall appear by video from The Federal Detention Center in Honolulu, Hawaii. Assistant United States Attorney Kenneth M. Sorenson shall make the appropriate arrangements with the Federal Bureau of Prisons to produce appellant Schulze at the hearing. Assistant United States Attorney Sorenson and standby counsel Joseph R. Mottl, III, Esq., will appear by telephone.

Appellant Schulze should be prepared to address at the hearing: (1) how he intends to comply with this court's rules and procedures; (2) how he intends to identify and research the relevant legal issues and present an intelligent and responsible argument; (3) whether the issues that he intends to raise on appeal are so complex that a lay person would require substantial assistance of counsel to aid the court in deciding the case; and (4) his education, employment history, legal experience, and research and writing background. *See Price v. Johnston*, 334 U.S. 266, 284-85 (1948); *United States v. Gillis*, 773 F.2d 549, 560 (4th Cir. 1985).

No. 06-10629

Appellant Schulze may withdraw his request to represent himself at any time by notifying the court in writing. The court would then appoint counsel to represent Schulze.

A new briefing schedule will be established upon resolution of appellant's representation status.

The Clerk shall serve a copy of this order on appellant at Michael F. Schulze, Reg. No. 36817-048, FDC Honolulu, Federal Detention Center, P.O. Box 30080, Honolulu, HI 96820, in addition to serving the order on standby counsel Mottl and counsel for the United States.

*Peter L. Shaw*
General Order 6.3(e)