MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2007

at __ o'clock and __ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| | ) | EX PARTE APPLICATION FOR |
| | ) | FUNDS FOR PAYMENT OF |
| vs. | ) | DEFENSE WITNESS/CLINICAL |
| | ) | & FORENSIC PSYCHOLOGIST; |
| MICHAEL F. SCHULZE, | ) | MEMORANDUM OF LAW; |
| | ) | FINANCIAL AFFIDAVIT; and |
| Defendant. | ) | EXHIBIT "A" |

**COMES NOW** defendant Michael F. Schulze (Schulze), pro se, and applies to this Honorable Court for an ORDER allowing payment of witness expense (for retention of a clinical & forensic psychologist), because he is indigent. At this point, Schulze is currently serving a 30-year sentence and is without income and assets, and cannot pay for the services of a clinical & forensic psychologist to perform an evaluation in which various mitigating factors are considered and presented to the court in the form of a written mitigation evaluation report for use at his resentencing hearing.

In support, Schulze submits the attached Memorandum of Law; Financial Affidavit; and Exhibit "A".

DATED: April 9, 2007, at Honolulu, Hawaii.

Respectfully submitted,

Michael F. Schulze
Defendant, pro se