March 19, 2007

Michael F. Schulze
Register No. 36817-048
Federal Detention Center, Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Dear Mr. Schulze,

I am sorry to hear of your unfortunate predicament. The best and perhaps only thing I have to offer is similar to what I did in the case of Mr. Lungren, that is, a sentencing mitigation evaluation. This is typically a forensic psychological evaluation in which various mitigating factors are considered, and if appropriate, presented to the court in the form of a written report. The evaluation is conducted from the point of view of neutral objectivity. I cannot guarantee any opinion beforehand. If, as a result of the evaluation, you or your attorney feel the opinions expressed may be useful to you, the report may be submitted to the sentencing Court.

Usually these require 12 to 15 hours of my time, billed at $250.00 per hour. I review the various records and reports, perform interviews at FDC, consult with the attorney involved, interview family members if available and willing, and administer a battery of psychological tests. Fees are payable prior to the beginning of the evaluation.

If this is of interest, please have your agent or attorney contact my office.

In the meantime, I send my best wishes.

Sincerely,

Marvin W. Acklin, PhD, ABPP, ABAP
Board-certified Assessment, Clinical & Forensic Psychologist
850 W. Hind Drive, Suite 203
Honolulu, Hawaii 96821
(808) 373-3880

Michael F. Schulze
Register No. 36817-048
Federal Detention Center, Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

LEGAL MAIL

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850

