Michael F. Schulze
Register No. 36817-048
Federal Detention Center, Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

LEGAL MAIL

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850

