MICHAEL F. SCHULZE
Reg.#36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2007

at /2 o'clock and 40 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL F. SCHULZE, )<br>)<br>Defendant. )<br>_____ ) | CR.NO. 02-00090-DAE<br><br>MOTION TO POSTPONE<br>RESENTENCING HEARING;<br>CERTIFICATE OF SERVICE |

**COMES NOW** defendant Michael F. Schulze (Schulze), pro se, and hereby moves this Honorable Court for an ORDER granting this motion to postpone his May 25th, 2007 resentencing hearing.

FOR GOOD CAUSE Schulze would show:

1. On September 2, 2003, this Court sentenced Schulze to a term of 30 years' imprisonment after determining by a preponderance of the evidence that Schulze was responsible for a quantity of drug seized from Earl Yamada in July of 2000, and that Schulze was a leader or organizer of the offense of conviction. Schulze appealed that his sentence violated the Sixth Amendment.

2. On November 28, 2005, Schulze was remanded for resentencing in light of the Supreme Court's amendment to 18 U.S.C. § 3553(b), as articulated in United States v. Booker, 125 S.Ct. 738 (2005).

3. During the period on appeal, Schulze filed two motions in this Court for a new trial, pursuant to F.R.Crim.P., Rule 33, and disclosure of

transcripts from each grand jury hearing, pursuant to F.R.Crim.P., Rule 6(e). On October 4th, 2006, this Court denied both motions and Schulze immediately filed a notice of appeal (C.A. No. 06-10629), which is pending and requires time for briefing and Schulze has yet to submit and is without counsel.

4. Schulze proceeds pro se in the instant matter and requires additional time to research and prepare pleadings pertaining to his resentencing hearing such as a sentencing statement and memorandum.

5. On January 25th, 2007, Schulze applied to this Court for CJA witness funds for the purpose of retaining an private investigator to obtain evidence and witness statements that would impeach Earl Yamada, thereby preventing the attribution of the quantity relied upon to enhance Schulze's sentence. On March 4th, 2007, Schulze filed a motion to postpone based in part on the pendency of his CJA application and advised that in the event the application were denied, he would require additional time to find alternative means to retain a private investigator. On April 9th, 2007, this Court denied Schulze's CJA motion. Accordingly, Schulze requires additional time.

6. Filed simultaneously with this pleading is an ex parte application for CJA defense witness funds (for an issue not related to the above-mentioned CJA application). The application is for expert services necessary to Schulze and his position upon resentencing. The pendency of the ex parte application would also require additional time.

7. The Federal Detention Center (FDC) in Honolulu allows detained persons only six (6) hours access to legal materials per week - twelve (12) hours if proceeding pro se and within forty-five (45) days of an immediate court appearance. Under these limited conditions, Schulze cannot adequately conduct thorough research and draft meaningful pleadings without requiring a great deal of additional time. Especially in light of the fact he has no access to a computer and must rely on a basic typewriter (with no memory).

8. For all the reasons mentioned above, Schulze submits that there is good cause for this Honorable Court to GRANT this motion and ORDER that his May 25th, 2007 resentencing hearing be postponed for a period of forty-five (45) days.

DATED: Honolulu, Hawaii, April 16, 2007.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached MOTION TO POSTPONE RESENTENCING HEARING, was dually served upon counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center in Honolulu, Hawaii, first class, with sufficient postage attached, and addressed to:

> Kenneth M. Sorenson
> Assistant U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, April 17, 2007.

By: _____
Michael F. Schulze
Defendant, pro se