Michael F. Schulz
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

LEGAL MAIL

APR 2007 PM HONOLULU HI 968 23 APR

RECEIVED
APR 24 2007

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96820-0338

