EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-01 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S OPPOSITION TO |
| | ) | DEFENDANT MICHAEL SCHULZE'S |
| vs. | ) | MOTION TO POSTPONE |
| | ) | RESENTENCING HEARING; EXHIBITS |
| MICHAEL F. SCHULZE, (01) | ) | A & B; CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT MICHAEL SCHULZE'S MOTION TO POSTPONE RESENTENCING HEARING

Defendant Michael Schulze has moved the Court for a continuance of his May 25, 2007 sentencing hearing.  For the reasons set forth below, the government objects to any further continuances of the sentencing date in this case.

On November 28, 2005, the Ninth Circuit remanded this case for resentencing pursuant to Ameline III.[1] Since that time this case has been scheduled for sentencing on eight (8) separate occasions. The initial sentencing date was scheduled for March 1, 2006. Following a motion by Schulze, the sentencing date was moved to June 21, 2006.[2] On motion of Schulze, the date was then moved to July 20, 2006. On motion of Schulze, the date was then moved to August 3, 2006. On motion of Schulze, the date was then moved to October 27, 2006. On motion of Schulze, the date was then moved to January 26, 2007. On motion of Schulze, the date was then moved to April 5, 2007. On motion of Schulze, the date was then moved to May 25, 2007. Both the Court and government counsel have consented to each delay to afford this *pro se* defendant adequate time to prepare for his sentencing proceeding.

During this time period, Schulze has been an active though unskilled *pro se* litigant, filing an vast array of motions on a multitude of subject matters. Also during this period, Schulze has been litigating his motion for a new trial (and the

---

[1] United States v. Ameline, 409 F.3d 1073 (9th Cir. 2005) (en banc)

[2] On June 30, 2006, Schulze moved the Court to allow him to represent himself, and on July 21, 2006, the Court permitted his counsel, Earl Partington and Shawn Perez, to withdraw. On July 24, 2006, the Court-appointed Joseph Mottl, III as stand by counsel.

appeal from its denial) and preparing and filing a lawsuit naming government counsel and FBI employees as defendants in a Bivens[3] action.

      The Court, government, defendant and public have an interest in a speedy and just sentencing process free from unreasonable and unnecessary delay.  Rule 32(a)(1) of the Federal Rules of Criminal Procedure provides that "[s]entence shall be imposed without unnecessary delay, but the court may, when there is a factor important to the sentencing determination that is not then capable of being resolved, postpone the imposition of sentence for a reasonable time until the factor is capable of being resolved."  Fed. R. Crim. P. 32(a)(1).  There are no important factors remaining for sentencing determination which are not capable of being quickly resolved by the Court.  The facts are fully developed by way of a two week jury trial and the conduct of the first sentencing hearing in this case.  To the degree any other factors require determination, the intervening year has certainly afforded Schulze time to develop them.

      As set forth above, this case was remanded for resentencing in November 2005.  It has been scheduled for sentencing on eight (8) occasions, and moved to a new date every time on the motion of Schulze.  Government counsel and the Court

---

[3] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

have been exceedingly patient with Schulze and his ongoing efforts to delay sentencing.  Justice however now requires that those delays terminate and that Schulze face the music for his substantial, significant and harmful criminal activity.

Of particularly troublesome nature are Schulze's continual representations to this honorable Court that he was in need of additional time to prepare for sentencing because the local Federal Detention Center (FDC) permitted him limited access to judicial resources.  While Schulze's access to the law room at the FDC is limited, he has been allowed unprecedented and generous use of the FDC's legal facilities.  It now appears that Schulze has been utilizing significant amounts of his legal access time preparing and filing *pro se* lawsuits on behalf of himself, and his mother, naming government counsel, agents and newspaper writers as defendants.  (Exhibits "A" and "B")  While the merits of Schulze's allegations are questionable at best (his most recent lawsuit has been dismissed), it is clear that Schulze has been using the bulk of his FDC legal time preparing frivolous lawsuits, not preparing for his sentencing hearing.  This is bothersome since Schulze's central argument in demanding continuances is his limited access to legal resource time to prepare for sentencing.[4]

---

[4] In paragraph 7 of his April 24 motion for a continuance Schulze represents:  "[t]he Federal Detention Center (FDC) in Honolulu allows detained persons only six (6) hours access to

Schulze now has nearly 30 days to prepare for his May 25, 2007 sentencing date. This will now have afforded him over a year and one half to prepare for sentencing, and nearly a year since he became a *pro se* litigant. During that time, it appears Schulze has spent the bulk of his efforts preparing civil lawsuits instead of preparing for his sentencing hearing. Schulze's motion for further delay should be denied.

        DATED:  April 27, 2007, at Honolulu, Hawaii.

                Sincerely Yours,

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By  /s/ Kenneth M. Sorenson
                   KENNETH M. SORENSON
                   Assistant U.S. Attorney

---

legal materials per week - twelve (12) hours of proceeding *pro se* and within forty-five days of an immediate court appearance. Under these limited conditions, Schulze cannot adequately conduct thorough research and draft meaningful pleadings without requiring a great deal of additional time. Especially in light of the fact he had no access to a computer and must rely on a basic typewriter (with no memory)."

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

      Michael F. Schulze #36817-048
      Federal Detention Center
      P.O. Box 30080
      Honolulu, HI  96820

      *Pro Se*

      DATED: April 27, 2007, at Honolulu, Hawaii.

      /s/ Dawn M. Aihara