Gretchen V. Schulze
91-189 Ewa Beach Road
Ewa Beach, HI 96706
Plaintiff in pro per

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 7 2006

at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRETCHEN V. SCHULZE,<br>Plaintiff,<br>vs.<br><br>CINDY MAGLASANG,<br>CONRAD HO, KENNETH<br>M. SORENSON, UNITED<br>STATES DEPARTMENT OF<br>JUSTICE, RICK DAYSOG,<br>AND THE HONOLULU STAR-<br>BULLETIN,<br>Defendants. | CASE NO.: CV06 00490 DAE KSC<br><br>COMPLAINT FOR DAMAGES<br>and INJUNCTIVE RELIEF<br><br>—Summons |

Plaintiff GRETCHEN V. SCHULZE (hereinafter "Plaintiff"), pro se, sues Defendant FBI Agents CINDY MAGLASANG ("Maglasang") and CONRAD HO ("Ho") in their individual and official capacity, Assistant U.S. Attorney KENNETH M. SORENSON ("Sorenson") in his individual and official capacity, UNITED STATES DEPARTMENT OF JUSTICE ("DOJ"), RICK DAYSOG ("Daysog") in his individual and professional capacity, and THE HONOLULU STAR BULLETIN ("HSB"), individually, jointly, ("Defendants"), and for cause says:

1

**EXHIBIT A**

## CAUSE OF ACTION

This complaint for damages and injunctive relief arises under Libel and Slander, where Defendants did cause Plaintiff personal injury by knowingly and maliciously fabricating documents implicating plaintiff's involvement in criminal activity such as tax evasion, money laundering, and an affiliation to a drug trafficking ring, then caused oral communication of this false information, as well as printed materials containing Plaintiff's name, to be obtained by the press who published and distributed to the public this false information.

These injurious acts caused Plaintiff to suffer personal injury through mental anguish, stress, depression, public ridicule, disassociation from friends, neighbors, disgrace, diminished esteem, loss of respect, humiliation, harassment, discrimination, avoidance by colleagues at work, contempt, and public hatred.

Plaintiff now seeks compensatory and punitive damages from the said malicious and injurious actions of Defendants, and injunctive relief in the form of a Court Order directing Defendants to publish and distribute a public apology exonerating Plaintiff, with an explanation that the information was false and irresponsibly relayed and published.

### Jurisdiction

1. This action arises under Libel and Slander.

2. Jurisdiction in the Court is proper under 28 U.S.C. § 1331, 1343 (b) and 47 U.S.C. §§ 553 and 605.

3. Venue in this Court is proper under 28 U.S.C. § 1391 (b) as these claims arose in this district.

### Parties

4. Plaintiff GRETCHEN V. SCHULZE is a seventy-six year old deaf single woman employed by the United States Department of Defense at Pearl Harbor Naval Shipyard, and is a resident of Ewa Beach, Hawaii, in the United States of America.

5. Defendants Maglasang, Ho, and Sorenson, individually and jointly, are, federal officials under the authority of the United States Attorney General, and were employed by Defendant DOJ during the period covered in this Complaint.

6. Defendant Daysog was a reporter employed by Defendant HSB on or about September 7, 2003, who does business and circulates its publications within the District of Hawaii, in the United States of America.

### Factual Allegations

7. At a time unknown to Plaintiff, but between August 2001 and January 30, 2003, Maglasang, an FBI case agent, did willfully and maliciously create, manufacture, and fabricate worksheets containing false information into the bank accounts of Plaintiff, implicating tax evasion, money laundering, and criminal association to an alleged drug ring.

8. At a time unknown to Plaintiff, but between August of 2001 and January 30, 2003, Ho, an FBI Financial Analyst, did willfully and maliciously create, manufacture, and fabricate spreadsheets and summary charts containing information known to be false, and did so with the intention and knowledge that these such spreadsheets and summary charts would be viewed by the public.

9. On or about September 7, 2003, Sorenson did cause false and defamatory information to be communicated to a third party, and provided Daysog with summary charts created by Ho that contained information linking Plaintiff to criminal activity.

10. On or about September 7, 2003, Daysog did create and cause a news story to be published that contained false and defamatory information, including the summary chart that implicated Plaintiff's involvement in criminal activity.

11. On or about September 7, 2003, HSB caused a news story that contained false information to be published, printed, and distributed to the public.

12. Plaintiff hereby incorporates the allegations set forth above as if the same were fully set forth and re-alleged herein below in Counts 1 through 7.

13. Unless otherwise specifically indicated, the word "Defendants" will include Maglasang, Ho, Sorenson, DOJ, Daysog and HSB.

14. The word "personal injury" in this complaint means injury caused by: mental anguish, stress, depression, public ridicule, disassociation from friends and neighbors, disgrace, diminished esteem, loss of respect, humiliation, harassment, discrimination, avoidance by colleagues at work, contempt, and public hatred.

## COUNT 1

### LIBEL PER SE

15. On or about September 7, 2003, in the District of Hawaii, Defendants did cause false and defamatory statements to be printed, published, and distributed to the public which wrongfully link Plaintiff to drug trafficking and implicated money laundering of drug proceeds. Defendant's libelous actions caused Plaintiff personal injury.

## COUNT 2

### SLANDER PER SE

16. On or about September 7, 2003, in the District of Hawaii, Defendants did cause oral communications, restatements, printed material, and summary charts to be published and distributed to the public that contained false and defamatory words linking Plaintiff to drug trafficking and implicating money laundering of drug proceeds which caused harm to her reputation and livelihood. Defendant's slanderous actions caused Plaintiff personal injury.

## COUNT 3

### ACTUAL MALICE

17. On or about September 7, 2003, in the District of Hawaii, Defendants did act with actual malice through reckless disregard for the truth by making false and defamatory statements, creating false documents, and causing to be printed, published, and distributed to the public, such maliciously inaccurate information that implicates Plaintiff's participation in a drug trafficking ring and laundering of its drug proceeds. Defendant's malicious actions caused

Plaintiff personal injury.

## COUNT 4

### DEFAMATION

18. On or about September 7, 2003, in the District of Hawaii, Defendants did cause false statements to be made about Plaintiff, that are not capable of an innocent meaning, to a third person, who then published and distributed to the public these statements, that are defamatory because they implicate an association to a drug trafficking ring and the act of laundering its proceeds. Defendant's defamatory actions caused Plaintiff personal injury.

## COUNT 5

### GROSS NEGLIGENCE

19. On or about September 7, 2003, in the District of Hawaii, Maglasang, Ho, and Sorenson, did consciously and voluntarily act in reckless disregard of a legal duty by creating documents containing knowingly false information that implicate Plaintiff, an innocent citizen, in laundering drug proceeds with documents to the press for publishing and distribution to the public. Maglasang, Ho, and Sorenson's negligent actions caused Plaintiff personal injury.

## COUNT 6

### MALICIOUS ACCUSATION

20. On or about September 7, 2003, in the District of Hawaii, Maglasang, Ho, and Sorenson, did, without probable cause and for an improper purpose, maliciously accuse Plaintiff of laundering drug proceeds and having a link to drug trafficking, by creating documents

6

and charts that include Plaintiff's name, though knowingly innocent, and providing this information to the press for publication and distribution throughout the District of Hawaii. These malicious actions of Maglasang, Ho, and Sorenson caused Plaintiff personal injury.

### COUNT 7

#### UNPROFESSIONAL CONDUCT

21. On or about September 7, 2003, in the District of Hawaii, Maglasang, Ho, and Sorenson did willfully engage in a manner that is immoral, unethical, and dishonorable through the wrongful actions taken in violation of their legal duty to protect the privileges and immunities due innocent citizens from discrimination and unlawful harassment, by fabricating documents, statements, and charts that implicate Plaintiff in criminal activity for which no cause of probability can be established, and did so with full knowledge that such information would be made public through oral statements and the press. The unprofessional conduct of Maglasang, Ho, and Sorenson caused Plaintiff personal injury.

22. Pursuant to the Seventh Amendment, Plaintiff hereby requests a trial by jury.

23. Plaintiff is a person who has suffered personal injury by Defendants' wrongful acts as alleged in the above mentioned Counts 1 through 7.

24. Because of Defendants' wrongful acts, Plaintiff is entitled to judgement against Defendants for

(a) Compensatory damages for personal injury; (b) punitive damages; (c) injunctive relief; (d) full costs of this action together with reasonable attorney fees as determined by the court; and (e) such other and further relief as the jury or court deems just and

proper.

25. WHEREFORE Plaintiff GRETCHEN SCHULZE requests this Honorable Court enter judgement against Defendants CINDY MAGLASANG, CONRAD HO, KENNETH M. SORENSON, UNITED STATES DEPARTMENT OF JUSTICE, RICK DAYSOG, and THE HONOLULU STAR-BULLETIN, for:

(a) Compensatory damages for personal injury suffered from (1) Defendants' Libel per se, (2) Slander per se (3) Actual Malice (4) Defamation (5) Gross Negligence (6) Malicious Accusation, and (7) Unprofessional Conduct according to proof, in the amount of Three Hundred Forty-Four Thousand, Three Hundred and Seventy-One Dollars ($344,371) for each Count if separated from this action in whole, or for all Counts 1 through 7 combined with this action;

(b) Punitive damages for Defendants' wrongful actions as alleged in Counts 1 through 7 according to proof, in the amount of Sixty Thousand ($60,000) for each Count if separated from this action in whole, or for all Counts 1 through 7 combined with this action;

(c) Injunctive relief in the form of a Court Order directing Defendants to publish and distribute a public apology exonerating Plaintiff with an explanation that the information was false and irresponsibly relayed and published;

(d) Full costs of this action, including reasonable attorney's fees;

8

(e) Such other and further relief as the jury or this Court deems just and proper.

DATED: September 7, 2006.

By: _____
Gretchen V. Schulze
Plaintiff in pro per

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Hawaii

Gretchen V. Schulze

V.

Cindy Maglasang
Conrad Ho
Kenneth M. Sorenson
United States Dept of
Justice, Rick Daysog
and The Honolulu
Star Bulletin

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

ALL NAMED DEFENDANTS

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gretchen Schulze
91-189 Ewa Beach Rd.
Ewa Beach, HI 96706

an answer to the complaint which is served on you with this summons, within __60/20__ (USA) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA
CLERK

(By) DEPUTY CLERK    Allison Quoney

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.