UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
APR 30 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 02 2007
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL F. SCHULZE,<br><br>Defendant - Appellant. | No. 06-10629<br><br>D.C. No. CR-02-00090-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: O'SCANNLAIN and BEA, Circuit Judges

Appellant Michael F. Schulze requested leave to represent himself on appeal and to relieve appointed standby counsel, James R. Mottl, III, Esq. The matter was referred to the Appellate Commissioner pursuant to Ninth Circuit General Order 6.3(e). The Appellate Commissioner prepared a report and recommendation that the court grant appellant Schulze's request to represent himself.

The report and recommendation is adopted in full. Counsel Mottl is relieved as appointed standby counsel and appellant Schulze's request to represent himself is granted.

No. 06-10629

The opening brief and excerpts of record are due July 6, 2007; the answering brief is due August 6, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve a copy of this order on Michael F. Schulze, Reg. No. 36817-048, FDC Honolulu, Federal Detention Center, P.O. Box 30080, Honolulu, HI 96820, in addition to serving the order on former standby counsel Mottl and counsel for the United States.