ORIGINAL

MICHAEL F. SCHULZE
Register No 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 4 2007

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | EXHIBITS "A" THROUGH "N" FOR DEFENDANT'S RESENTENCING STATEMENT AND OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT; and CERTIFICATE OF SERVICE |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

EXHIBITS "A" THROUGH "N" FOR DEFENDANT'S

RESENTENCING STATEMENT AND OBJECTIONS TO

THE PRESENTENCE INVESTIGATION REPORT

Respectfully submitted,

_____
MICHAEL F. SCHULZE
Defendant, pro se