ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL SCHULZE,<br><br>        Defendant. | ) CR. NO. 02-00090 (DAE)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 1 2003

at 9 o'clock and 32 min. A M
WALTER A. Y. H. CHINN, CLERK

COURT'S JURY INSTRUCTIONS

COURT'S INSTRUCTION NO. 24

Michael Schulze is charged in Count 1 of the Indictment with conspiring to distribute and possess with the intent to distribute a controlled substance in violation of Section 841(a)(1) of Title 21 of the United States Code. In order for Michael Schulze to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, beginning on or about a date unknown to the Grand Jury, but at least by January 1997, and ending on or about March 21, 2002, there was an agreement between two or more persons to either distribute, or possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and

Second, Michael Schulze became a member of the conspiracy knowing of at least one of its objectives and intending to help accomplish it;