COURT'S INSTRUCTION NO. 27

Michael Schulze is charged in Count 2 of the Indictment with distribution of 5 grams or more of methamphetamine, its salts, its isomers and salts of its isomers, in violation of Section 841(a)(1) of Title 21 of the United States Code. In order for Michael Schulze to be found guilty of either of those charges, the government must prove each of the following elements beyond a reasonable doubt:

First, Michael Schulze knowingly delivered 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers; and

Second, Michael Schulze knew that it was methamphetamine or some other prohibited drug.