IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 1 2003

at 4 o'clock and ___ min. P M
WALTER A. Y. H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| Plaintiff, | ) | |
| vs. | ) | VERDICT |
| MICHAEL F. SCHULZE,    (01) | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, in the above-entitled cause, find the Defendant, MICHAEL F. SCHULZE:

### AS TO COUNT 1

_____ Not Guilty.              ✓ Guilty.

### AS TO COUNT 2

_____ Not Guilty.              ✓ Guilty.

### AS TO COUNT 3

_____ Not Guilty.              ✓ Guilty.

DATED: 2-11-03 , at Honolulu, Hawaii.

SIGNED: [signature]
        FOREPERSON