To: Honolulu   From: Honolulu
Re: 270F-HN-16889, January 18, 2002

Title of Substantive Case and Universal File Number:
   EARL YAMADA;
   SUSAN FUKUMOTO;
   ET AL.;
   OC/DI - MEXICAN ORGANIZATIONS
   281E-HN-16329-S1

1. Synopsis (Background of Case):
   On July 21, 2000, Susan Fukumoto was arrested by Honolulu FBI after accepting a box containing approximately six pounds of crystal methamphetamine, a.k.a. "ice." The box was shipped to Fukumoto via FedEx from Las Vegas, Nevada by Fukumoto's boyfriend Earl Yamada. Yamada was arrested on July 22, 2000 at the Los Angeles Airport by Los Angeles FBI on a warrant issued by Honolulu.
   Yamada was living in Las Vegas, Nevada at the time and met an individual named Michael Schulze, date of birth (DOB) January 28, 1967, Social Security Account Number (SSAN) 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. Information has been obtained by Yamada and another Source that Schulze is a multi-pound distributor of "ice." Schulze distributes the ice to several sub distributors living in the Ewa Beach area of Hawaii.

2. Authorized Unlawful Activity (Clearly Defined):
   The Source is an acquaintance of Schulze and has been approached by Schulze to help him with distributing "ice" in Hawaii. The Source is capable of collecting money for "ice" from dealers in Hawaii supplied by Schulze and transport this money back to Las Vegas for Schulze. The Source has been able to purchase "ice" from Schulze's sub distributors in Hawaii. There is a possibility that the Source may obtain "ice" directly from Schulze's suppliers located in California to be delivered to Schulze in Las Vegas, Nevada. The Source may be asked by Schulze to transport (body carry) or receive "ice" from Schulze through the mail sent from Las Vegas, Nevada to Hawaii.

3. Oversight:
   Every authorized unlawful activity done by the Source will be a controlled operation.

**Effective Dates of Authorization:**

   1/18/2002   THROUGH   4/17/2002

(Not to exceed 90 days)

   This approval for captioned CW to participate in Tier

2

2429

TO: Honolulu  Fr: Honolulu
Re: 270F-HN-16889, January 18, 2002

II unlawful activity is being granted for the following reason(s):

    Please check the correct reason(s):

    (x)  The activity is necessary to obtain information or evidence for prosecutive purposes.
    ( )  To prevent or avoid death or serious bodily injury.
    (x)  To establish and maintain credibility with subjects of our investigation.

    Constraints:

It has been determined that the need for participation in the above unlawful activity by captioned CW outweighs the seriousness of the conduct involved. Captioned CW has been reinstructed that the CW, under no circumstances, should participate in any act of violence, initiate a plan to commit unlawful acts, or use unlawful techniques to obtain information and is forbidden to engage in any unlawful activities other than those previously authorized.

Captioned source has been instructed that he/she may participate only in the unlawful activity directed by the FBI in this case.

SA Signature _____ DATE: 1/18/02
(Agent re-instructing CW)

Name of United States Attorney: AUSA Ken Sorenson

Date of United States Attorney Concurrence: 10/22/2001
    (complete letter)

**(Continued on pages 4 and 5)**

2430

To: Honolulu  From: Honolulu
Re: 270F-HN-16889, January 18, 2002

On  1/18/2002 , individual was advised of the following
     (Date)
conditions regarding Tier I or Tier II authorized otherwise
illegal activity:

    1. The source is authorized only to engage in the specific conduct set forth in the written authorization described above and not in any other illegal activity.

    2. The source's authorization is limited to the time period specified in the written authorization.

    3. Under no circumstance may the source:

        (a) Participate in an act of violence or

        (b) Participate in an act that constitutes obstruction of justice (e.g., perjury, witness tampering, witness intimidation, entrapment, or the fabrication, alteration, or destruction of evidence).

        (c) Participate in an act designed to obtain information for the FBI that would be unlawful if conducted by a law enforcement agent (e.g., breaking and entering, illegal wiretapping, illegal opening or tampering with the mail, or trespass amounting to an illegal search); or

        (d) Initiate or instigate a plan or strategy to commit a federal, state, or local offense.

    4. If the source is asked by any person to participate in any such prohibited conduct, or if he or she learns of plans to engage in such conduct, he or she must immediately report the matter to his or her contact agent; and

    5. Participation in any prohibited conduct should subject the source to full criminal prosecution.

4

2431

TO: Honolulu  From: Honolulu
Re:  270F-HN-16889, January 18, 2002

6. AUSA <u>Ken Sorenson</u> was contacted regarding the source on <u>1/7/2001</u> and concurred with the authorized activity.
       (Date)
A letter of confirmation was sent to the U.S. Attorney.

_Long Wood 3929_     1/18/02
Code Name           Date

_____     1/18/02
Special Agent           Date

_____     1/18/02
Witnessing Law Enforcement Official     Date

♦♦

5

2432