1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF HAWAII

3

4    UNITED STATES OF AMERICA,              ) CRIMINAL NO. 00-00184HG
                                            )
5              Plaintiff,                    )
                                            )
6        vs.                                )
                                            )
7    (01) JORGE CASAS,                      )   - Volume 6 -
                                            )
8              Defendant.                    )
                                            )
9    _____ )

10                 INSTANT ROUGH TRANSCRIPT OF PROCEEDINGS

11           The above-entitled matter came on for hearing on

12    Tuesday, August 15, 2006, at 9:04 a.m., at Honolulu, Hawaii,

13    BEFORE:              THE HONORABLE HELEN GILLMOR
                          Chief Judge, United States District Court
14
     REPORTED BY:         STEPHEN B. PLATT, RMR, CRR, CBC
15                        Official U.S. District Court Reporter

16    APPEARANCES:         SUSAN CUSHMAN, ESQ.
                          U.S. Attorney's Office
17                        300 Ala Moana Blvd., Suite 6100
                          Honolulu, Hawaii  96813
18
                                        Attorney for the Government
19
                          MICHAEL J. PARK, ESQ.
20                        733 Bishop Street, Suite 2302
                          Honolulu, Hawaii  96813
21
                                        Attorney for the Defendant
22

23

24

25

84

1    intent to distribute.

2              THE COURT:  Okay.

3              So, possession, the amount of drugs makes a

4    difference; correct?

5              MS. CUSHMAN:  Right.

6              THE COURT:  And, so, to the extent that the amount

7    of drugs makes a difference, don't we have to deal with this

8    in some way in our verdict form?

9              And we'll get back to the verdict form, but I've

10   basically -- I just want to alert you to that.

11             MS. CUSHMAN:  Well, I think the jury has to find,

12   beyond a reasonable doubt, the amount that they possessed.

13             THE COURT:  Yes.

14             MS. CUSHMAN:  Okay.

15             THE COURT:  So 11 is one that has that issue.

16             MS. CUSHMAN:  Right.

17             THE COURT:  As does 14.

18             MS. CUSHMAN:  Right.

19             THE COURT:  And those are the only corrections, or

20   issues that I have.

21             So you are now aware of the things that need to be

22   changed, and you'll have that for us tomorrow --

23             MS. CUSHMAN:  Yes.

24             THE COURT:  -- at 8:00 in the morning --

25             MS. CUSHMAN:  Yes.

1  Frisbee case, which I have a copy of, which is -- we might

2  look to that.

3            MS. CUSHMAN:  Good.  Okay.

4            THE COURT:  But we have the problem of

5  methamphetamine, and the purity of methamphetamine, and ice.

6  And that is not addressed anywhere here, because we have to

7  look at the question of the purity of the meth, because that,

8  in the Ninth Circuit, is relevant to the amount of drugs.

9            MS. CUSHMAN:  Okay.

10           THE COURT:  And that's not addressed anywhere.  And

11  I don't believe that it's really been addressed other than in

12  the chemist's report.

13           MS. CUSHMAN:  Right.  There is mention of the purity

14  on the chemist's report.

15           THE COURT:  So, somehow, we have to integrate this

16  into that.

17           MS. CUSHMAN:  Do you have a sample from the Frisbee

18  case?  I'm open to working with whatever is used in this

19  jurisdiction.

20           THE COURT:  I believe that was Mr. Bracco's case.

21           And I take it that you've only put in the proof with

22  respect to methamphetamine and/or ice, and cocaine.

23           So the fact that the other's charged in the

24  indictment is irrelevant to what you have put before the jury;

25  correct?

1  plan on dealing with this difference between methamphetamine

2  and ice?  I don't know if you are just not familiar with it.

3  I don't know if it's just a Ninth Circuit thing.

4            But in terms of finding the purity of the drug, as I

5  understand the law in the Ninth Circuit, if you've got 100

6  grams of ice, and only 80 percent of it is pure, then you only

7  have 80 grams of meth.  And so the purity enters into your

8  finding of what drug there is there, which affects the

9  sentencing.

10            MS. CUSHMAN:  Right.

11            And I thought that was more of a sentencing issue,

12  and not -- I mean, I know the jury has to find, beyond a

13  reasonable doubt, the weight of the drugs.

14            THE COURT:  After Booker, I am not able to find the

15  drugs.

16            MS. CUSHMAN:  No, but --

17            THE COURT:  If it makes a difference in terms of the

18  ultimate sentence.

19            MS. CUSHMAN:  But I know the jury does, in their

20  verdict.

21            THE COURT:  Yeah, and that's what we are trying to

22  establish right now.

23            MS. CUSHMAN:  Right.

24            But what I am saying is, I wasn't aware of the

25  purity issue that you just raised.

94

1          THE COURT:  Okay.

2          MS. CUSHMAN:  I thought it was just --

3          THE COURT:  Well, it's an issue in the Ninth

4    Circuit.

5          MS. CUSHMAN:  I thought it was strictly the weight

6    of the drugs, and that's why I drafted the verdict form the

7    way I did.

8          THE COURT:  I don't know about other circuits, but

9    in this circuit, it's been interpreted -- or at least in some

10   courts it's been interpreted that the purity of meth is at

11   issue.

12         What's your position on that, Mr. Park?

13         MR. PARK:  That is correct, Your Honor.

14         The basic issue is, there is there is a difference,

15   a legal difference, with methamphetamine and ice.  And it's

16   defense's contention that -- well, neither have been proven,

17   but that it would be a big difference if the substance was

18   ice, versus the substance was methamphetamine.

19         THE COURT:  Well, what we have, in terms of the

20   government's case, is a lab report for each one of the

21   packages of drugs, or the total of the cocaine, and the total

22   of the meth, with the purity, and that -- with respect to the

23   cocaine, I don't know, I didn't even look at that too

24   carefully, because it come up.  But that affects the -- at

25   least with respect to the meth, it's an issue.  I don't know