H. Dean Steward (Hawaii Bar No. 4026)
Attorney at Law
34700 Pacific Coast Hwy., Ste. 205
Capistrano Beach, CA 92624
940-481-4900
fax 949-496-6753

Attorney for
Michael Schulze

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 11 2003

at 9 o'clock and 30 min. A M
WALTER A. Y. H. CHINN, CLERK

COPY

United States District Court

For the District of Hawaii

| United States of America, | CR-02-90-DAE |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S PROPOSED SPECIAL VERDICT FORM |
| Michael Schulze (1) | |
| Defendant | |

Comes now defendant and counsel, and submit the attached proposed verdict form.

Dated: Feb. 10, 2003

_____
H. Dean Steward
Counsel for Defendant Schulze

**VERDICT- Count 1**

We, the jury, find the defendant, Michael Schulze, [not guilty/guilty]

_____ of the crime of conspiracy to possess and distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers as charged in count 1 of the indictment.

If, and only if, you find the defendant guilty of count 1, you must answer the following:

-Did the defendant conspire to possess and distribute methamphetamine, its salts, isomers and salts of its isomers in the amount of:

_____ At least 50 grams, but not more than 150 grams?

_____ At least 150 grams, but not more than 500 grams?

_____    At least 500 grams, but not more than 1.5 kilos?

_____    At least 1.5 kilos or more?

Dated:                          _____
                                        Jury Foreperson

**VERDICT- Count 2**

We, the jury, find the defendant, Michael Schulze, [not guilty/guilty]

_____ of the crime of distributing 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, on or about August 30, 2001, as charged in count 2 of the indictment.

If, and only if, you find the defendant guilty of count 2, you must answer the following:

-Did the defendant distribute methamphetamine, its salts, isomers and salts of its isomers in the amount of:

_____ At least 5 grams, but not more than 50 grams?

_____ At least 50 grams, but not more than 150 grams?

_____ At least 150 grams, but not more than 500

grams?

_____ At least 500 grams, but less than 1.5 kilos?

_____ At least 1.5 kilos or more?


**Dated:**                            _____

                                    **Jury Foreperson**

**VERDICT- Count 3**

We, the jury, find the defendant, Michael Schulze, [not guilty/guilty]

_____ of the crime distributing 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, on or about Oct. 2, 2001, as charged in count 3 of the indictment.

If, and only if, you find the defendant guilty of count 3, you must answer the following:

-Did the defendant distribute methamphetamine, its salts, isomers and salts of its isomers in the amount of:

_____    At least 50 grams, but not more than 150 grams?

_____    At least 150 grams, but not more than 500 grams?

_____   At least 500 grams, but not more than 1.5 kilos?

_____   At least 1.5 kilos or more?

Dated: _____

                                        Jury Foreperson

Certificate of Service

I hereby certify that a true and correct copy of the attached **Defendant's Proposed Special Verdict Form** was duly served on the following party by hand delivery on February 11, 2003:

AUSA Ken Sorenson
300 Ala Moana BL.
Room 6-100
Honolulu, HI 96813

Dated: 2-11-03

H. Dean Steward
Counsel for defendant
Michael Schulze