1   with respect to Tabion and Byrd.
2              THE COURT: Olaes actually by name, but he -- they
3   weren't the only ones. There was --
4              MR. SORENSON: Earl Yamada.
5              THE COURT: Yamada. How come he isn't included here?
6              MR. SORENSON: Well, because Tabion and Byrd were the
7   only co-defendants in -- that pled in this case. Earl Yamada
8   was not in this case and neither was Donald Grimm.
9              THE COURT: Yeah, they were in a separate --
10             MR. SORENSON: So Ralph Byrd pleaded guilty to a
11  crime arising from the same events.
12             THE COURT: But isn't the government -- they've
13  already been sentenced, haven't they?
14             MR. SORENSON: Yes.
15             THE COURT: So --
16             MR. SORENSON: Your Honor, we can add their
17  names into --
18             THE COURT: -- they can't get a sentence reduction
19  from me.
20             MR. SORENSON: Yeah, we could add their names into
21  that instruction. I have no problem with that.
22             THE COURT: All right. So do we really need "you
23  heard the testimony that several government witnesses"?
24             MR. STEWARD: Yes, Your Honor, but I would -- I would
25  agree that the word "compensation" needs to go. Because