```
                                                                    1

  1              IN THE UNITED STATES DISTRICT COURT

  2                   FOR THE DISTRICT OF HAWAII

  3

  4    UNITED STATES OF AMERICA,    )  CR 00-00320 SOM 01
                                    )
  5                    Plaintiff,   )  Honolulu, Hawaii
            vs.                     )  May 21, 2001
  6                                 )  11:15 A.M.
       EARL YAMADA,                 )
  7                                 )  Motion to Withdraw Not
                       Defendant.   )  Guilty Plea and to Plead
  8    _____ )  Anew

  9
                      TRANSCRIPT OF PROCEEDINGS
 10           BEFORE THE HONORABLE SUSAN OKI MOLLWAY
                  UNITED STATES DISTRICT JUDGE
 11

 12    APPEARANCES:

 13    For the Government:       KENNETH M. SORENSON, ESQ.
                                 Office of the U.S. Attorney
 14                              PJKK Federal Bldg.
                                 300 Ala Moana Blvd., Ste. 6100
 15                              Honolulu, HI 96850

 16    For the Defendant:        MICHAEL J. GREEN, ESQ.
                                 345 Queen St., Fl 2
 17                              Honolulu, HI 96813

 18    Official Court Reporter:  Debra Kekuna Chun, CSR, RPR
                                 United States District Court
 19                              300 Ala Moana Blvd., Ste. C285
                                 Honolulu, HI 96850
 20                              (808) 534-0667

 21

 22

 23

 24
       Proceedings recorded by machine shorthand, transcript
 25    produced with computer-aided transcription (CAT).
```



```
 1   with Susan Fukumoto, his codefendant, to possess, with
 2   intent to distribute, 50 grams or more of methamphetamine.
 3              The evidence would further show that on or about
 4   July 12, 2000, that Earl Yamada, the defendant, shipped a
 5   package containing in excess of two pounds of crystal
 6   methamphetamine via Federal Express from Las Vegas, Nevada,
 7   to Susan Fukumoto in Honolulu, Hawai'i.
 8              On or about July 13th, 2000, the evidence would
 9   show that Susan Fukumoto received the package at the
10   Wahiawa Animal Hospital and departed the hospital with the
11   package in her possession with the intent to distribute it
12   to Yamada, the defendant, when he arrived in Honolulu from
13   Las Vegas.
14              The evidence would also show that on or about
15   July 20th of the year 2000 that the defendant shipped a
16   package containing approximately four pounds of crystal
17   methamphetamine via Federal Express from Las Vegas, Nevada,
18   to Susan Fukumoto again in Honolulu, Hawai'i.
19              The evidence would show that on or about
20   July 21st of the year 2000 Miss Fukumoto received the
21   package at the Wahiawa Animal Hospital and departed the
22   hospital with the package in her possession with the
23   intent to further distribute the package to Mr. Yamada once
24   he arrived in Honolulu from Las Vegas.
25              The evidence would finally show that on or about
```