# H. Dean Steward

ATTORNEY AT LAW

34700 Pacific Coast Highway
Suite 205
Capistrano Beach, CA 92624
949-481-4900

December 30, 2002

Ken Sorenson
Asst. U.S. Attorney
300 Ala Moana Bl., Ste. 6-100
Honolulu, Hawaii 96850

Dear Ken:

Attached please find 18 jury instructions that I am proposing. As I understand the local rule, we need to iron out by January 9th the instructions we agree on. I also understand that we then separately file the ones we can't agree on. Please let me know if I have this wrong.

I have not had my secretary type these up, as I believe there will be at least some that you agree on and already have on computer. Once we get the agreed upon instructions out of the way, I'll have the remainder formally prepared.

I think you'll agree that post-Apprendi, we'll need a special verdict form. However, I suggest we not try to draft that until the end of the trial, as the proof will have to dictate potential choices for the jury.

Sincerely,

H. Dean Steward

Enclosure

cc:   Shawn Perez, Esq.

• Admitted-California & Hawaii • Fellow-American College of Trial Lawyers •
fax: 949-496-6753 • e-mail: deansteward@fea.net