Michael F. Schulze, Reg.# 36817-048                                    March 25, 2007
Defendant, pro se
FDC Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

Rosanne T. Donohoe
U.S. Probation Officer
300 Ala Moana Boulevard, Room C-126
P.O. Box 50111
Honolulu, Hawaii 96850

Re: United States v. Schulze, Cr. No. 02-00090-DAE
Subject: Request for information for verification purposes

Dear Rosanne Donohoe:

    I have made thirteen (13) attempts (copies enclosed) to verify the arrest you report in paragraph 61 in my presentence report. All of which have failed to yield any confirmation of the information you report. Therefore, I write directly to you and request that you provide me with proof that I was in fact "adjudged guilty as charged and ordered to pay a fine in each count."

    Also, paragraph 60 states, "The defendant was represented by counsel or legally waived his right to counsel unless otherwise indicated." However, you do not provide information of which occurred. Therefore, I request from you proof that I was either represented by counsel of that I legally waived my right to counsel in the matter you claim involves me.

    My attempt is made here before filing objections to your presentence report in an effort to prevent further postponements of my resentencing. If you are able to provide me with the requested material now, I will commence to challenge the alleged conviction so as to eliminate that from the court's consideration at sentencing. To address this issue at a later point will cause further delay to this matter. And to the extent you are unable to provide proof, I request you file an amendment.

                                                                     Thank you,

                                                                     Michael F. Schulze

cc: Kenneth M. Sorenson,
    Assistant U.S. Attorney