

**First Judicial Circuit — Court Operations — Rural Courts — 'Ewa-Pearl City Division**

THE JUDICIARY • STATE OF HAWAI'I • 870 FOURTH STREET • PEARL CITY, HAWAI'I 96782-3398
TELEPHONE (808) 454-5488 • FAX (808) 453-6906

**Kenneth K.M. Ling**
CHIEF COURT ADMINISTRATOR

March 22, 2005

**Jean K. Yamane**
DEPUTY CHIEF COURT ADMINISTRATOR

**Wendell K. Kikuchi**
COURT ADMINISTRATOR

Michael F. Schulze
USP-Atwater, #36817-048
PO Box 019001
Atwater, CA 95301

Dear Mr. Schulze:

    This is in response to your letter regarding outstanding traffic warrants/failing to appear on January 21, 1994.

    After researching your records, we have found no outstanding warrants for your arrest. However, we did find several outstanding criminal violations. They are as listed:

        138628DL Strays Prohibited
        139191DL Strays Prohibited
        139492DL Strays Prohibited
        139493DL Strays Prohibited
        140139DL Strays Prohibited
        140140DL Strays Prohibited
        100786DL Dog License Req

    Please come in to EWA DISTRICT COURT, 870 FOURTH ST, PEARL CITY, HI 96782, Monday through Friday, 8:00am to 4:15pm, except holidays. If you have any questions please call our office at 454-5488.

Sincerely,

_____
Judicial Clerk

Michael F. Schulze                                          March 30, 2005

USP-Atwater, #36817-048

P.O. Box 019001

Atwater, CA. 95301


Judicial Clerk

First Judicial Circuit, Ewa-Pearl City Division

870 Fourth Street

Pearl City, HI. 96782-3398


Dear Judicial Clerk:

    Thank you for your March 22, 2005 response to my January 21, 2005 letter. You advised me of a number of outstanding criminal violations which appear to be animal related. I am unaware of such violations, and I write to ask you for information on this matter.

    I appreciate your invitation to come in to the court to handle this matter, and I wish that I could, but I am currently an alien prisoner with a release date of 2028 (see:bop.gov), whom will be deported back to my country upon release. Since you will all be retired by then, is it possible for me to request that these violations be permanently dismissed? Thank you.

                                                    Sincerely yours,

                                                    Michael Schulze

PETER B. CARLISLE 2209
Prosecuting Attorney
RICHARD W. STACEY 6419
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richard Street, 10th Floor
Honolulu, Hawaii 96813
Ph:    547-7430
FAX:  527-6471
Attorneys for State of Hawaii

RECEIVED

2005 JUL -1 A 8: 44    2005 JUN 30 A 10: 11

DISTRICT COURT 1ST CIRC.

E. Sagon                K. OKADA

IN THE DISTRICT COURT OF THE FIRST CIRCUIT

EWA DIVISION

STATE OF HAWAII

| STATE OF HAWAII | ) | CASE NO. unknown of 5/24/93, et al |
|---|---|---|
| v. | ) | |
| | ) | EX PARTE MOTION TO RECALL |
| MICHAEL F. SCHULZE, | ) | PENAL SUMMONSES AND NOLLE |
| | ) | PROSEQUI; ORDER; DECLARATION |
| Defendant. | ) | OF COUNSEL; EXHIBIT "A"; |
| | ) | CERTIFICATE OF SERVICE |

ct: 7/20/05 @ 8:30 AM

EX PARTE MOTION TO RECALL
PENAL SUMMONSES AND NOLLE PROSEQUI

The STATE OF HAWAII, by Richard W. Stacey, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawaii, hereby moves this Honorable Court ex parte to recall the Penal Summonses and nolle prosequi the above-entitled matters (see Exhibit "A") on the ground that the Defendant is currently serving a 360-month federal term of imprisonment.

This motion is based upon Rule 47 of the <u>Hawaii Rules of Penal Procedure</u>, Rule 7 of the <u>Rules of the District Courts of the State of Hawaii</u>, the declaration attached hereto and the files and records herein.

Dated at Honolulu, Hawaii: June 28, 2005.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
RICHARD W. STACEY
Deputy Prosecuting Attorney
City and County of Honolulu

APPROVED AND SO ORDERED:

_____
RUSSEL S. NAGATA (SEAL)
Judge of the above entitled court

# DECLARATION OF COUNSEL

I, RICHARD W. STACEY, declare, upon information and belief, that:

1. I am a Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii.

2. The above-entitled matters (see Exhibit "A") have outstanding Penal Summonses.

3. The Defendant is currently serving a 360-month federal term of imprisonment (projected release date June 25, 2028), followed by a 5-year term of supervised release.

4.  Therefore, the State of Hawaii respectfully requests that the court recall the Penal Summonses and approve a nolle prosequi herein.

Further declarant sayeth naught.

I declare under penalty of law that the foregoing is true and correct.

Executed on June 28, 2005.

_____
RICHARD W. STACEY

EXHIBIT "A"

| Date PS Filed/Issued | Report/Citation No. |
| --- | --- |
| 5/24/93 | 138628DL |
| 8/9/93 | 139191DL |
| 9/27/93 | 139492DL |
|  | 139493DL |
| 10/20/93 | 140139DL |
|  | 140140DL |

3