CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly served upon the following persons by delivering the same to:

> KENNETH M. SORENSON
> Assistant U.S. Attorney
> Office of the U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850
>
> ROSANNE DONOHOE
> U.S. Probation Office
> PJKK Federal Building, Room C-126
> 300 Ala Moana Boulevard
> P.O. Box 50111
> Honolulu, Hawaii 96850

DATED: May ____, 2007, at Honolulu, Hawaii.

By: _____
Gretchen V. Schulze, for
MICHAEL F. SCHULZE
Defendant, pro se