MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 08 2007

at 10 o'clock and ___ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br> vs.  )<br>  )<br>MICHAEL F. SCHULZE,  )<br>  )<br>   Defendant.  )<br>_____) | CR. NO. 02-00090-DAE<br><br>NOTICE OF SUPPLEMENT TO<br>MOTION TO POSTPONE<br>RESENTENCING HEARING;<br>DECLARATION; CERTIFICATE<br>CERTIFICATE OF SERVICE |

SUPPLEMENT TO MOTION TO POSTPONE
RESENTENCING HEARING

**COMES NOW** defendant Michael F. Schulze, pro se, and hereby submits the attached declaration to supplement his motion to postpone his resentencing hearing, scheduled for May 25, 2007, at 1:30 p.m.

DATED: Honolulu, Hawaii, May 4, 2007.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se

## DECLARATION

I, Michael F. Schulze, declare:

1. On or about April 1, 2007, I contacted my trial counsel, Mr. Shawn Perez, and requested he send me my case file which I intend to utilize at my resentencing hearing. Mr. Perez agreed to ship my entire file.

2. On April 13, 2007, Mr. Lee Shellko, Federal Detention Center (FDC) staff, and Ms. Natalie Wight, FDC counsel, informed me that mailroom staff, a Mr. Sua, had refused to accept a parcel sent from Mr. Perez because the sender's label was not properly marked. The package was presumed to have been returned to Mr. Perez.

3. On April 13, 2007, following receipt of this information, I immediately contacted Mr. Perez and informed him that the package was being returned and to inspect the label, make any necessary corrections, and send it again as soon as possible.

4. On April 17, 2007, Ms. Reith, FDC Case Manager, informed me that she had sought to intervene and prevent Mr. Sua from returning the parcel by having me sign a waiver form that would allow immediate inspection and delivery; but that Mr. Sua was unwilling to cooperate.

5. On May 3, 2007, I contacted Mr. Perez to inquire as to whether he received and re-sent the parcel. Mr. Perez informed me that the parcel was never returned.

6. On May 3, 2007, I informed Ms. Reith that Mr. Perez never received the returned parcel. Ms. Reith advised she would inform Mr. Shellko.

7. I consider the contents of my lost file necessary to my defense.

8. I swear under the penalty of perjury that the foregoing is true.

9. EXECUTED: May 4, 2007, at FDC Honolulu, Hawaii.

By: _____
Michael F. Schulze

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached document was duly served upon counsel for the United States of America, by depositing said document in the Institutional Legal Mailbox at the Federal Detention Center at Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

> KENNETH M. SORENSON
> Assistant U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 6, 2007.

By: _____
Michael F. Schulze
Defendant, pro se