MICHAEL F. SCHULZE
Register No. 38817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| | ) | MOTION FOR INVOCATION OF |
| vs. | ) | SUPERVISORY POWERS TO REVERSE |
| | ) | CONVICTION AND DISMISS |
| MICHAEL F. SCHULZE, | ) | INDICTMENT; MEMORANDUM OF |
| | ) | LAW; DECLARATION; EXHIBITS; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |

MOTION FOR INVOCATION OF SUPERVISORY POWERS TO
REVERSE CONVICTION AND DISMISS INDICTMENT

**COMES NOW** defendant Michael F. Schulze (Schulze), pro se, and hereby moves this honorable Court to invoke its supervisory powers and reverse his conviction and dismiss his indictment with prejudice.

This motion is based on the attached Memorandum of Law; Declaration; and Exhibits, submitted herein to establish good cause.

DATED: Honolulu, Hawaii, May 8, 2007.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se