IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION** |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

DECLARATION

I, Michael F. Schulze, declare:

    1.   That the statements contained in the foregoing Memorandum of Law are based on information and documents I believe to be true and correct.

    2.   That the worksheets manufactured by FBI Special Agent, Cindy Maglasang, contain double and triple-counted deposits, bank loans, transfers, and withdrawals, and they reflect non-existent accounts and balances.

    3.   That Agent Maglasang's worksheets were relied on to support statements made and pleadings submitted pre-trial, trial, and post-trial.

    4.   That FBI Financial Analyst, Conrad Ho, created exhibits for use at my trial that reflect double and triple-counted figures that exaggerate deposits and balances, that, in some instances, represent two-thirds the actual amount.

    5.   That Agents Maglasang and Ho committed perjury by testifying to accounts and balances they knew were false and non-existent.

    6.   That if given the opportunity, I could prove, by way of documentation, that the foregoing declarations are true and accurately reflect the facts stated herein.

7. I swear under the penalty of perjury that the foregoing declarations are true and correct.

8. EXECUTED: May 8, 2007.

By: _____
Michael F. Schulze
Defendant, pro se