CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached document was duly served upon counsel for the United States of America, by depositing said document in the Institutional Legal Mailbox at the Federal Detention Center at Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

KENNETH M. SORENSON
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 8, 2007.

By: _____
Michael F. Schulze
Defendant, pro se