ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2007

at 11 o'clock and 20 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| | ) | |
| Plaintiff, | ) | EXHIBITS "A" THROUGH "O" IN |
| | ) | SUPPORT OF DEFENDANT'S |
| vs. | ) | MOTION FOR INVOCATION OF |
| | ) | SUPERVISORY POWERS TO REVERSE |
| MICHAEL F. SCHULZE, | ) | CONVICTION AND DISMISS |
| | ) | INDICTMENT; CERTIFICATE OF |
| Defendant. | ) | SERVICE |
| | ) | |

EXHIBITS "A" THROUGH "O" IN SUPPORT OF DEFENDANT'S
MOTION FOR INVOCATION OF SUPERVISORY POWERS TO
REVERSE CONVICTION AND DISMISS INDICTMENT