"B"

## II. Consensual Recordings Allegedly Conducted for the Purpose of Committing a Crime

Defendant argues that Informant intercepted wired, oral, or electronic conversations and then unlawfully used the intercepted communications to commit crimes, in violation of 18 U.S.C. § 2511(2)(d). According to Defendant, Informant used the information he intercepted as part of his own scheme to steal both drugs and money from the targeted individuals of the F.B.I. investigation. The Government challenges Defendant's argument by asserting that 18 U.S.C. § 2511(2)(d) is only applicable to consensual recordings, and not those made "under color of law." The Government asserts that all Informant's communications were made under color of law and for the purpose of furthering the investigation into a large-scale drug trafficking operation.

This court finds that 18 U.S.C. § 2511(2)(d) does not apply in this situation. However, the allegations that Informant used the information he intercepted from the F.B.I. targets to steal drugs and money from those individuals present serious cause for concern. As with the evidence allegedly possessed by Defendant regarding the involuntariness of Informant's participation in the F.B.I. investigation, any evidence Defendant has regarding theft or illegality by

8