"E"

1  Q    Okay. So you have commenced the process of signing him
2  up; is that correct?
3  A    Correct.
4  Q    And this process involves what?
5  A    Numerous checks done in our databases with other
6  agencies. We verify certain information he's provided us.
7  And basically if his -- there's no hits on our criminal checks
8  or any of the other checks that we run through, then he's
9  pretty much opened as an informant.
10 Q    Okay. Now, by the end of August of 2001, had you
11 completed your process of signing him up?
12 A    No.
13 Q    What was remaining to be done at that time?
14 A    He was currently under state probation and his -- I
15 believe it ended sometime in October. He had a one-year
16 probation. We needed to get approval from the state side to
17 actually have him work with us as an informant because he --
18 if he did work with us, he would be undertaking criminal
19 activity under our direction.
20 Q    Did there come a time when you did -- when he did qualify
21 under your guidelines?
22 A    Yes.
23 Q    And based on that, did you sign him up?
24 A    Yes, we did.
25 Q    Now, let me direct your attention to August 30th of 2001.

4-66

1  him as an informant or right around that time; is that
2  correct?
3  A    Yes.
4  Q    Okay. And you heard on the tape either today, or was it
5  yesterday, where he said he had been in jail before, right?
6  A    Yes.
7  Q    Okay. Was there anything about that criminal records
8  check that was inconsistent with his statement on the tape
9  that he had been to jail before?
10 A    No.
11 Q    And you said he was on state probation, correct?
12 A    Correct.
13 Q    Did you have any -- you or anybody at the FBI that you
14 know of have any contact with state probation in regard to
15 your use of Mr. Olaes?
16 A    Yes, we did.
17 Q    Okay.
18 A    We --
19 Q    And who did you contact?
20 A    We have a deputized -- deputized HPD officer, Detective
21 Dwight Sato, and he was our contact between us working Steve
22 and with state probation.
23 Q    Okay. And did you have to get some kind of permission to
24 use Steve Olaes?
25 A    Yes.

1   Q   Okay.  Because he was being supervised by state
2   probation, correct?
3   A   Correct.
4   Q   And you were asking him to get involved in some kind of a
5   drug deal?
6   A   Correct.
7   Q   Okay.  Now, in connection with that state probation, has
8   Steven Olaes received any kind of benefit that you are aware
9   of?
10  A   No.
11  Q   Have you or the prosecutor in this case gone to the -- to
12  the prosecuting agency on the state side and somehow told them
13  that Steve Olaes helped you?
14  A   That he helped us?
15  Q   Yes.
16  A   Well, he -- we were seeking approval for him to start
17  that process to help us.
18  Q   Okay.  And then after that approval and all of the work
19  that Mr. Olaes did, did you go back to these people and say:
20  He did a good for us, take it easy on him, or anything like
21  that?
22  A   No, his probation was over October, early October, like
23  October 5th.
24  Q   Okay.
25  A   So it would have been covered the period of August

1  through September.
2  Q   What benefits has Steven Olaes received for his
3  participation in this case?
4  A   I wouldn't consider he received any benefits except for
5  the fact that we did pay expenses.
6  Q   You paid more than expenses, didn't you?
7  A   Expenses is what basically we paid for. We didn't pay
8  for his services.
9  Q   Didn't you pay him $11,000 for his services?
10 A   Not that I categorized it.
11 Q   Didn't you in fact pay $11,000 for services and the
12 balance of the 6,000 and some odd cents and dollars for things
13 like hotel room and mortgage?
14 A   $6,000 for hotel and mortgage?
15 Q   Other -- well, we'll get to those in a minute. Let's
16 just -- I just want to ask you about the $11,000 payment, one
17 lump sum, that was given to him; that happened, right?
18 A   That was after -- I think in March. Let me look at my --
19 that was for his relocation for him to -- for him and his
20 family.
21 Q   Okay.
22 A   It wasn't -- it wasn't $11,000 at one lump sum.
23 Q   Okay. I see you looking to some papers. What are you
24 looking to?
25 A   I was going to pull out my spreadsheet that I prepared.