"H"

1  Q    Where is she currently?
2  A    At home on maternity leave.
3  Q    And -- and you have -- you have now become the case agent
4  in this case, have you not?
5  A    Yes.
6  Q    Now -- but you were present to meet with -- with
7  Mr. Olaes; is that correct?
8  A    Off the top of my head, I can't remember if it was that
9  meeting, but I know at subsequent meetings I was there.
10 Q    Okay.  Do you remember when you first met with Mr. Olaes?
11 A    Yes.
12 Q    And when was that?
13 A    The date, I don't know the exact date, was about pretty
14 close to August of 2001, in that month.
15 Q    And at that meeting, did you and Mr. Olaes discuss
16 Mr. Schulze and other drug dealers?
17 A    Yes.
18 Q    And what was the substance of that conversation?
19 A    We talked about several Ewa Beach subjects to include
20 Ronnie Vasconellos, Ralph Byrd, Mike Schulze, and that
21 particular organization in Ewa Beach.
22 Q    And these were all individuals that subsequently were
23 investigated and indicted; is that correct?
24 A    Correct.
25 Q    Now, in this meeting with Mr. Olaes -- first off, did he

1   voluntarily come and meet with you?
2   A    Yes.
3   Q    Where did this meeting take place?
4   A    The first meeting, again, I cannot recall if I was
5   available for that first meeting.
6   Q    For the meeting you were at?
7   A    In Ewa Beach, in that area.
8   Q    In Ewa Beach?
9   A    Yes.
10  Q    And when he came and met with you, did he appear to be
11  sober?
12  A    Yes.
13  Q    Did he appear to know where he was?
14  A    Yes, he was coherent.
15  Q    Did he appear to be oriented as to time and date?
16  A    Yes.
17  Q    And when you spoke with him, what did he tell you?
18  A    He just gave us an overview of the drug trafficking
19  knowledge that he had regarding Ewa Beach and that side of the
20  island, west side Oahu.
21  Q    Did he mention any interest in becoming involved in an
22  investigation?
23  A    Yes.
24  Q    And what did you all do subsequent to that time?
25  A    We made him -- we signed him up, as we would say in the

1    FBI; got him to fill out a few documents, had him start making
2    some consensually recorded telephone calls just to see the
3    intention of the people receiving the phone calls.
4    Q    And did he continue to work with you throughout the
5    course of this investigation?
6    A    Yes.
7    Q    And how long did this investigation last?
8    A    Approximately eight months.
9    Q    Okay. From August until approximately when?
10   A    April 2002.
11   Q    Now, during this investigation, did Mr. Olaes travel to
12   Las Vegas with you and other agents?
13   A    Yes.
14   Q    And what happened there?
15   A    We did surveillance of our -- well, Mr. Olaes meeting
16   with Michael Schulze. Michael Schulze took him to various
17   addresses and locations in Las Vegas, and he showed him assets
18   and property that he had acquired.
19   Q    Now, during the course of this investigation, Mr. Olaes
20   made many recorded conversations with Mr. Schulze; is that
21   correct?
22   A    That's correct.
23   Q    And a number of those, of course, were -- were recorded
24   with the assistance of the FBI; is that correct?
25   A    Yes.