"I"

Case 1:02-cr-00090-DAE     Document 329-10     Filed 05/10/2007     Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| Plaintiff, | ) ) | DECLARATION OF CINDY MAGLASANG |
| vs. | ) ) | |
| MICHAEL F. SCHULZE, aka: "Alan Banks" "Michael Dannon" | ) ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF CINDY MAGLASANG

I, Cindy Maglasang, declare and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for six (6) years.

2. I was Federal Bureau of Investigation's primary case agent in the investigation of Michael F. Schulze.

3. In August of 2001, the FBI began working with then confidential informant Steve Olaes in an investigation into the drug trafficking activities of a known and significant methamphetamine dealer, Michael Schulze. Olaes was the brother of Schulze's live-in girlfriend, Alena Olaes.

4. On August 30, 2001, prior to completing Olaes' informant sign up approval, Olaes contacted me and advised me that he had received 2 ounces of methamphetamine from Michael Schulze at the airport Holiday Inn. Olaes advised me that Schulze was willing to conduct narcotics trafficking business