"J"

1   undercover informant in this case on two occasions. He sold
2   enough drugs on each one to trigger a ten-year mandatory
3   minimum. He sold two ounces the first time and he sold two
4   ounces the second time.
5           THE COURT: Were these observed transactions?
6           MR. SORENSON: These were observed, surveilled --
7   well, excuse me. The second one was an observed, monitored --
8   electronically monitored conversation and drug sale that took
9   place in Schulze's house. Now, during that --
10          THE COURT: And that was in the affidavit?
11          MR. SORENSON: Yes, that's in the affidavit. The --
12  the first one was the August 30th deal. Now, on that
13  particular occasion, the confidential informant met with
14  Mr. Schulze, Mr. Schulze gave him the drugs, he then came back
15  and gave them to Special Agent Maglasang.
16          There's an allegation by the defense that the
17  informant stole drugs on that occasion. Now, if you look at
18  the affidavit and you go through it, you will see time after
19  time after time Mr. Schulze in recorded, monitored
20  conversations, that FBI agents are listening to as they occur,
21  admits to the August 30th deal, admits he did the deal, tells
22  and directs the confidential informant to pay his drug
23  associate, Anthony Tabion.
24          Now, through this investigation Tabion is paid time
25  and time again for drugs that Mr. Schulze fronted. On the