"K"

Account Names & Numbers

VEGAS ICE
OCDETF - MEXICAN ORGANIZATION
245C-HN-16329                Printed: 10/2/2002
Case SA: Cindy Maglasang

Account Information:

| # | Bank Name | File Name | Account Number | Account Name | Type of Account | Loans | Beginning Statement Date | Ending Statement Date | Months in Operation with Records on Hand | Beginning Balance | Ending Balance | Total Checks & Debits/Loan Amounts | Total Deposits & Credits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bank of America | BOA #270146145 | #270146145 | Innovative Investments Inc. | Business Checking | | 7/8/99 | 5/13/02 | 35 | $ - | $ (2.98) | $ 514,483.92 | $ 514,480.94 |
| 2 | Bank of America | BOA #180304479 | #180304479 | Olaes, Alena | Express Account | | 3/10/99 | 4/19/02 | 38 | $ - | $ 14,841.23 | $ 131,883.78 | $ 146,725.01 |
| 3 | Bank of America | BOA #4962308707 | #4962308707 | Olaes, Alena | Customer Savings | | 5/12/00 | 5/9/02 | 24 | $ - | $ 141.67 | $ 416.58 | $ 558.25 |
| 4 | Pearl Harbor FCU | IRA Certificate #10 | #5233428730 #10 | Schulze, Gretchen | IRA Certificate | | 10/31/00 | 10/31/01 | 12 | $ 3,646.25 | $ - | $ 3,883.26 | $ 3,883.26 |
| 5 | Pearl Harbor FCU | Share Certificate #11 | #5233428730 #11 | Schulze, Gretchen | Share Certificate | | 3/1/01 | 3/1/02 | 12 | $ 1,104.94 | $ - | $ 1,165.68 | $ 1,165.68 |
| 6 | Pearl Harbor FCU | PHFCU #5233428730 MM#5 | #5233428730 #5 | Schulze, Gretchen | Money Market Certificate | | 10/1/99 | 12/6/01 | 26 | $ 1,000.00 | $ - | $ 1,050.03 | $ 1,050.03 |
| 7 | Pearl Harbor FCU | PHFCU #5233428730-6 | #5233428730 #6 | Schulze, Gretchen | Money Market Certificate | | 2/9/00 | 10/31/01 | 21 | $ 1,044.98 | $ - | $ 1,104.94 | $ 1,104.94 |
| 8 | Pearl Harbor FCU | IRA Certificate #8 | #5233428730 #8 | Schulze, Gretchen | Traditional IRA | | 10/31/00 | 10/31/01 | 12 | $ 3,646.26 | $ - | $ 7,529.52 | $ 7,529.52 |
| 9 | Pearl Harbor FCU | PHFCU #5233428730-1 | #5233428730-1 | Schulze, Gretchen | Share Savings | | 1/1/97 | 7/30/02 | 67 | $ 4,266.52 | $ 8,462.09 | $ 137,057.22 | $ 145,519.31 |
| 10 | Pearl Harbor FCU | PHFCU #5233428730-2 | #5233428730-2 | Schulze, Gretchen | Share Draft | | 1/1/97 | 5/8/97 | 5 | $ 3,531.95 | $ 5,639.90 | $ 134,943.69 | $ 140,583.59 |
| 11 | Pearl Harbor FCU | PHFCU #5233428730L-154 | #5233428730-L154 | Schulze, Gretchen | Signature Loan | x | 1/14/97 | 10/3/97 | 10 | $ 2,145.05 | $ - | $ 2,145.05 | $ 2,145.05 |
| 12 | Pearl Harbor FCU | PHFCU #5233428730L-155 | #5233428730-L155 | Schulze, Gretchen | Signature Loan | x | 5/8/97 | 2/9/00 | 32 | $ 1,389.81 | $ - | $ 4,389.81 | $ 4,389.81 |
| 13 | Pearl Harbor FCU | PHFCU #5233428730L-156 | #5233428730-L156 | Schulze, Gretchen | First Mortgage Balloon Loan | x | 10/3/97 | 2/8/01 | 41 | $ 561.01 | $ - | $ 37,000.00 | $ 37,000.00 |
| 14 | Bank of America | BOA #880015664 | #880015664 | Schulze, Michael F. | Regular Checking | | 3/15/99 | 11/8/01 | 32 | $ - | $ - | $ 24,387.52 | $ 24,387.52 |
| 15 | Pearl Harbor FCU | PHFCU #5759058800-1 | #5759058800-1 | Schulze, Michael F. | Regular Share | | 1/15/97 | 7/31/02 | 67 | $ 503.49 | $ 186.93 | $ 5,183.14 | $ 5,370.07 |
| 16 | Pearl Harbor FCU | PHFCU #5759058800-2 | #5759058800-2 | Schulze, Michael F. | Share Draft | | 1/7/97 | 4/5/97 | 4 | $ 236.72 | $ 0.57 | $ 81,589.47 | $ 81,590.04 |
| 17 | Pearl Harbor FCU | PHFCU #5759058800-L4 | #5759058800-L145 | Schulze, Michael F. | Share Draft Loan | x | 1/13/97 | 7/3/02 | 67 | $ 1,211.28 | $ - | $ 1,215.55 | $ 1,215.55 |
| | | | | | | | | | | | Column Totals: | $ 1,089,429.16 | $ 1,118,698.57 |