"L"

PHFCU #5759058800-2

VEGAS ICE
OCDETF - MEXICAN ORGANIZATION
Case 245C-HN-16329
Case SA: Cindy Magiasang
Pearl Harbor FCU
Michael F. Schulze
91189 Ewa Beach Road
Ewa Beach, HI 96706
Share Draft Account #5759058800-2      Printed: 9/30/2002

| Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1/7/97 | | Previous balance | | | | | | | $ 236.72 |
| 1/7/97 | | Cash deposit | | | | | | $ 1,100.00 | $ 1,336.72 |
| 1/9/97 | | Share draft | | | | 316 | $ 100.00 | | $ 1,236.72 |
| 1/9/97 | | Share draft | | | | 315 | $ 134.55 | | $ 1,102.17 |
| 1/10/97 | | Share draft | | | | 317 | $ 200.00 | | $ 902.17 |
| 1/10/97 | | Share draft | | | | 314 | $ 400.00 | | $ 502.17 |
| 1/13/97 | | Withdrawal | | | | | $ 150.00 | | $ 352.17 |
| 1/15/97 | | Transfer for draft | | | | | | $ 12.15 | $ 364.32 |
| 1/15/97 | | Overdraft fee | | | | | $ 3.00 | | $ 361.32 |
| 1/15/97 | | Share draft | | | | 318 | $ 361.32 | | $ - |
| 1/16/97 | | Transfer for draft | | | | | | $ 53.00 | $ 53.00 |
| 1/16/97 | | Overdraft fee | | | | | $ 3.00 | | $ 50.00 |
| 1/16/97 | | Share draft | | | | 313 | $ 50.00 | | $ - |
| 1/17/97 | | Cash deposit | | | | | | $ 300.00 | $ 300.00 |
| 1/21/97 | | Deposit | | | | | | $ 300.00 | $ 600.00 |
| 1/21/97 | | Share draft | | | | 319 | $ 281.78 | | $ 318.22 |
| 2/3/97 | | Share draft | | | | 320 | $ 200.00 | | $ 118.22 |
| 2/10/97 | | Transfer for draft | | | | | | $ 275.21 | $ 393.43 |
| 2/10/97 | | Overdraft fee | | | | | $ 3.00 | | $ 390.43 |
| 2/10/97 | | Share draft | | | | 321 | $ 390.43 | | $ - |
| 2/12/97 | | Cash deposit | | | | | | $ 500.00 | $ 500.00 |
| 2/18/97 | | Share draft | | | | 324 | $ 25.00 | | $ 475.00 |
| 2/18/97 | | Share draft | | | | 326 | $ 300.00 | | $ 175.00 |
| 2/20/97 | | Transfer | | Bank unable to locate backup item 11/5/2002 | | | | $ 900.00 | $ 1,075.00 |
| 2/20/97 | | Cash withdrawal | | | | | $ 803.00 | | $ 272.00 |
| 2/20/97 | | Transfer | | | | | | | $ 287.00 |
| 2/24/97 | | Share draft | | | | | | $ 15.00 | $ 287.00 |
| 2/27/97 | | Transfer for draft | | | | 327 | $ 115.00 | | $ 172.00 |
| 2/27/97 | | | | | | | | $ 119.00 | $ 291.00 |
| 2/27/97 | | Overdraft fee | | | | | $ 3.00 | | $ 288.00 |

PHFCU #5759058800-2

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 11 | 2/27/97 | | Share draft | | | | 328 | $ 288.00 | $ | $ - |
| 12 | 2/28/97 | | Transfer for draft | | | | | | $ 179.70 | $ 179.70 |
| 43 | 2/28/97 | | Overdraft fee | | | | | $ 3.00 | $ | $ 176.70 |
| 44 | 2/28/97 | | Share draft | | | | 322 | $ 176.70 | $ | $ - |
| 45 | 3/1/97 | | Deposit | | | | | | $ 400.00 | $ 400.00 |
| 46 | 3/5/97 | | Share draft | | | | 330 | $ 378.85 | $ | $ 21.15 |
| 47 | 3/6/97 | | NSF fee | | | | | $ 12.00 | $ | $ 9.15 |
| 48 | 3/8/97 | | Deposit | | | | | | $ 200.00 | $ 209.15 |
| 49 | 3/11/97 | | Withdrawal | | | | | $ 150.00 | $ | $ 59.15 |
| 50 | 3/19/97 | | deposit | | | | | | $ 300.00 | $ 359.15 |
| 51 | 3/19/97 | | Share draft | | | | 331 | $ 288.12 | $ | $ 71.03 |
| 52 | 3/27/97 | | Deposit | | | | | | $ 200.00 | $ 271.03 |
| 53 | 4/3/97 | | Share draft | | | | | $ 198.85 | $ | $ 292.38 |
| 54 | 4/3/97 | | Deposit | | | | | | | $ 156.03 |
| 55 | 4/5/97 | | Cash deposit | | | | | $ 115.00 | $ | |
| 56 | 4/5/97 | | Payment share transfer | | | | | $ 37.50 | $ | $ 856.03 |
| 57 | 4/7/97 | | Share draft | | | | 334 | $ 334.80 | $ | $ 521.23 |
| 58 | 4/9/97 | | Share draft | | | | 335 | $ 30.00 | $ | $ 491.23 |
| 59 | 4/14/97 | | Share draft | | | | | | $ 700.00 | $ 254.88 |
| 50 | 4/19/97 | | Transfer | Bank unable to locate backup item 11/5/2002 | | | | $ 2.00 | $ 803.00 | $ 1,055.88 |
| 51 | 4/19/97 | | Cash deposit | Bank unable to locate backup item 11/5/2002 | | | | | | $ 1,057.88 |
| 62 | 4/19/97 | | Check withdrawal | | | | | $ 801.00 | $ | $ 254.88 |
| 63 | 4/19/97 | | Deposit | | | | | | $ 176.70 | $ 431.58 |
| 64 | 4/30/97 | | Share draft | | | | 337 | $ 115.00 | $ | $ 316.58 |
| 65 | 5/6/97 | | Deposit | | | | | | $ 400.00 | $ 716.58 |
| 66 | 5/9/97 | | Cash deposit | | | | 339 | $ 50.00 | $ 300.00 | $ 1,016.58 |
| 67 | 5/9/97 | | Share draft | | | | | | | |
| 68 | 5/14/97 | 5/6/97 | Green Tree | | | | | $ 588.12 | $ | $ 378.46 |
| 69 | 5/16/97 | | Share draft | | | | 338 | $ 361.52 | $ | $ 16.94 |
| 70 | 6/12/97 | | Cash deposit | | | | | | $ 1,000.00 | $ 1,016.94 |
| 71 | 6/13/97 | | Share draft | | | | 342 | $ 309.06 | $ | $ 707.88 |
| 72 | 6/14/97 | | Cash deposit | | | | | | $ 800.00 | $ 1,507.88 |
| 73 | 6/16/97 | | Stop payment fee | | | | | $ 7.00 | $ | $ 1,500.88 |
| 74 | 6/16/97 | | Canceled stop payment fee | | | | | | $ 7.00 | $ 1,507.88 |
| 75 | 6/16/97 | | Share draft | | | | 341 | $ 379.18 | $ | $ 1,128.70 |
| 76 | 6/18/97 | | Share draft | | | | 343 | $ 241.13 | $ | $ 887.57 |

PHFCU #57590588OO-2

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 12 | | | | | | | | | | |
| 77 | 6/19/97 | 6/12/97 | Admor | 147756 | | | 333 | $ 787.94 | | $ 99.63 |
| 78 | 7/10/97 | | Cash deposit | | | | | | $ 700.00 | $ 799.63 |
| 79 | 7/16/97 | | Share draft | | | | 348 | $ 75.00 | | $ 724.63 |
| 80 | 7/16/97 | | Share draft | | | | 351 | $ 294.06 | | $ 430.57 |
| 81 | 9/20/97 | | Share draft | | | | | $ 261.00 | | $ 169.57 |
| 82 | 10/3/97 | | Deposit-transfer from Gretchen Schulze's acct #5233428730-1 | | from Mom: Gretchen Shulze (unable to read bank endorsement in back) deposited into an acct #3256530645 | | | | $ 30,000.00 | $ 30,169.57 |
| 83 | 12/26/97 | 12/24/97 | New Vision Development Corp. | | | | 344 | $ 25,000.00 | | $ 5,169.57 |
| 84 | 1/31/98 | | No activity | | | | | | | $ 5,169.57 |
| 85 | 2/28/98 | | No activity | | | | | | | $ 5,169.57 |
| 86 | 3/31/98 | | No activity | | | | | | | $ 5,169.57 |
| 87 | 4/30/98 | | No activity | | | | | | | $ 5,169.57 |
| 88 | 5/31/98 | | No activity | | | | | | | $ 5,169.57 |
| 89 | 6/30/98 | | No activity | | | | | | | $ 5,169.57 |
| 90 | 7/31/98 | | No activity | | | | | | | $ 5,169.57 |
| 91 | 8/31/98 | | No activity | | | | | | | $ 5,169.57 |
| 92 | 9/30/98 | | No activity | | | | | | | $ 5,169.57 |
| 93 | 10/16/98 | 10/12/98 | Rio Suite Hotels | | | | 349 | $ 500.00 | | $ 4,669.57 |
| 94 | 10/22/98 | 10/14/98 | American Express | #372849791936008 | | | 352 | $ 1,901.57 | | $ 2,768.00 |
| 95 | 11/10/98 | | Deposit | Bank unable to locate backup item 1/15/2002 | | | | | $ 3,000.00 | $ 7,368.00 |
| 96 | 11/27/98 | | Cash Deposit | | | | | | | |
| 97 | 11/30/98 | 11/30/98 | Pearl Harbor FCU Account #48023835 | 11/12/2002 NO OTHER INFO GIVEN ON CHECK: NEW ACCOUNT NUMBER | | | 353 | $ 2,600.00 | $ 1,600.00 | $ 4,368.00 $ 4,768.00 |
| 98 | 12/7/98 | 11/29/99 | Watkins, Carrie | Dec.; endorsed by Watkins | | | 355 | $ 2,000.00 | | $ 2,768.00 |
| 99 | 12/9/98 | | Share draft | | | | 356 | $ 154.43 | | $ 2,613.57 |
| 100 | 12/10/98 | 12/4/98 | Watkins, Carrie | xmas | | | | | | |
| 101 | 12/15/98 | | Cash deposit | endorsed by Watkins #2564143? | | | 357 | $ 1,000.00 | $ 3,500.00 | $ 1,613.57 $ 5,113.57 |

PHFCU #5759058800-2

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 102 | 12/18/98 | | Share draft | | | | 360 | $ 294.06 | $ | $ 4,819.51 |
| 103 | 12/18/98 | 12/13/98 | American Express | #372849791936008 | | | 361 | $ 4,560.00 | $ | $ 259.51 |
| 104 | 12/30/98 | | Share draft | | | | 358 | $ 50.00 | $ | $ 209.51 |
| 105 | 12/30/98 | | Share draft | | | | 359 | $ 50.00 | $ | $ 159.51 |
| 106 | 1/11/99 | | Cash deposit | | | | | | $ 1,000.00 | $ 1,159.51 |
| 107 | 1/13/99 | | Share draft | | | | 368 | $ 400.00 | $ | $ 759.51 |
| 108 | 1/19/99 | | Share draft | | | | 367 | $ 250.00 | $ | $ 509.51 |
| 109 | 2/28/99 | | No activity | | | | | | $ | $ 509.51 |
| 110 | 3/31/99 | | No activity | | | | | | $ | $ 509.51 |
| 111 | 4/30/99 | | No activity | | | | | | $ | $ 509.51 |
| 112 | 5/31/99 | | No activity | | | | | | $ | $ 509.51 |
| 113 | 6/30/99 | | No activity | | | | | | $ | $ 509.51 |
| 114 | 7/31/99 | | No activity | | | | | | $ | $ 509.51 |
| 115 | 8/31/99 | | No activity | | | | | | $ | $ 509.51 |
| 116 | 9/3/99 | | Cash deposit | Deposit $648.48 | | | | | $ 200.00 | $ 709.51 |
| 117 | 9/3/99 | | no back up available | Deposit $648.48 | | | | | $ 448.48 | $ 1,157.99 |
| 118 | 10/28/99 | 10/22/99 | Cash deposit | | | | | | $ 600.00 | $ 1,757.99 |
| 119 | 11/4/99 | 10/22/99 | Beitchman, Lee | | | | | | | |
| 120 | 11/8/99 | 10/22/99 | Action Plumbing | | | | 363 | $ 500.00 | $ | $ 1,257.99 |
| 121 | 12/31/99 | | No activity | | | | 362 | $ 800.00 | $ | $ 457.99 |
| 122 | 1/31/00 | | No activity | | | | | | $ | $ 457.99 |
| 123 | 2/29/00 | | No activity | | | | | | $ | $ 457.99 |
| 124 | 3/31/00 | | No activity | | | | | | $ | $ 457.99 |
| 125 | 4/30/00 | | No activity | | | | | | $ | $ 457.99 |
| 126 | 5/31/00 | | No activity | | | | | | $ | $ 457.99 |
| 127 | 6/15/00 | | Deposit | Bank unable to locate backup item 11/5/2002 | | | | | $ 700.00 | $ 1,157.99 |
| 128 | 7/5/00 | 6/29/00 | Capital One Services | #4121741726656254 | | | 364 | $ 500.00 | $ | $ 657.99 |
| 129 | 8/31/00 | | No activity | | | | | | $ | $ 657.99 |
| 130 | 9/30/00 | | No activity | | | | | | $ | $ 657.99 |
| 131 | 10/31/00 | | No activity | | | | | | $ | $ 657.99 |
| 132 | 11/30/00 | | No activity | | | | | | $ | $ 657.99 |
| 133 | 12/27/00 | | Cash deposit | | | | | | $ 2,500.00 | $ 3,157.99 |
| 134 | 12/28/00 | 12/20/00 | Innovative Investments | loan | | | 369 | $ 2,500.00 | $ | $ 657.99 |
| 135 | 1/4/01 | | Transfer for draft | transfer from Savings Account 11/5/2002 | | | | | $ 1,345.01 | $ 2,003.00 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 136 | 1/4/01 | | Overdraft fee | | | | | 3.00 | | 2,000.00 |
| 137 | 1/4/01 | 1/2/01 | Innovative Investments | loan | | | 372 | 2,000.00 | | - |
| 138 | 1/15/01 | | Transfer for draft | | | | | | 503.00 | 503.00 |
| 139 | 1/15/01 | | Overdraft fee | | | | | 3.00 | | 500.00 |
| 140 | 1/15/01 | 12/30/00 | Banks, Alan | stereo | | | 371 | 500.00 | | - |
| 141 | 2/21/01 | | Cash deposit | | | | | | 3,000.00 | 3,000.00 |
| 142 | 2/22/01 | 2/20/01 | Innovative Investments | loan | | | | | | 3,000.00 |
| 143 | 3/5/01 | | Cash Deposit | | | | | | 2,000.00 | 2,500.00 |
| 144 | 3/6/01 | | Transfer for draft 1 | | | | | | 503.00 | 503.00 |
| 145 | 3/6/01 | | Overdraft fee | | | | | 3.00 | | 3,003.00 |
| 146 | 3/6/01 | | Cash deposit | | | | | | 3,000.00 | 3,000.00 |
| 147 | 3/6/01 | 3/1/01 | Innovative Investments Inc. | loan | | | 373 | 2,500.00 | | 500.00 |
| 148 | 3/9/01 | | Cash Deposit | | | | | | 3,000.00 | 3,000.00 |
| 149 | 3/9/01 | | Deposit | | | | | | 90.00 | 3,090.00 |
| 150 | 3/12/01 | 3/7/01 | Innovative Investments | loan | | | 370 | 3,000.00 | | - |
| 151 | 3/30/01 | | Cash Deposit | Hawaii State FCU | | | | | 2,900.00 | 4,490.00 |
| 152 | 4/2/01 | | Innovative | | | | 374 | 1,500.00 | | 1,590.00 |
| 153 | 5/31/01 | 11/28/00 | Olaes, Alena | birthday present | | | 375 | 3,000.00 | | 1,490.00 |
| 154 | 6/30/01 | | No activity | | | | | | | 1,490.00 |
| 155 | 7/12/01 | | No activity | | | | | | | 1,490.00 |
| 156 | 7/17/01 | | Cash deposit | $5,000 Deposit | | | | | 5,000.00 | 6,490.00 |
| 157 | 7/17/01 | 7/14/01 | Capital One Services | #412174172656254 | | | 379 | 1,871.05 | | 4,618.95 |
| 158 | 7/17/01 | | | #4388641882526776 | | | | | | |
| 159 | 7/31/01 | 7/14/01 | Capital One Services 0 | | | | 378 | 2,031.02 | | 2,587.93 |
| 160 | 9/17/01 | | Share draft | | | | 381 | 250.00 | | 2,337.93 |
| 161 | 9/17/01 | | No activity | | | | | | | 2,587.93 |
| 162 | 9/18/01 | 9/10/01 | Innovative | loan | | | 380 | 800.00 | | 1,537.93 |
| 163 | 9/18/01 | 9/18/01 | Innovative Investments Inc. | loan | | | | | 2,000.00 | 3,537.93 |
| 164 | 9/26/01 | | Cash deposit | | | | 384 | 1,000.00 | | 2,537.93 |
| | | | Discover Card Services | | | | | | | |
| 165 | 9/30/01 | 9/14/01 | | Alan Banks | | | 382 | 858.00 | | 1,679.93 |
| 166 | 10/29/01 | 9/27/01 | Innovative Investments Inc. | loan | | | 385 | 1,500.00 | | 179.93 |
| 167 | 10/30/01 | 10/29/01 | Cash deposit | | | | | | 1,000.00 | 1,179.93 |

PHFCU #5759058800-2

PHFCU #5759058800-2

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 165 | 10/30/01 | | Transfer 1 | made by Gretchen Schulze | | | | | $ 500.00 | $ 1,679.93 |
| 166 | 10/30/01 | | Transfer for draft | | | | | $ 323.07 | | $ 2,003.00 |
| 167 | 10/30/01 | | Overdraft fee | | | | | $ 3.00 | | $ 2,000.00 |
| 168 | 10/31/01 | 10/27/01 | Innovative Investments Inc. | Bank unable to locate backup item | | | 386 | $ 2,000.00 | | $ - |
| 169 | 11/7/01 | | Deposit | | | | | | $ 1,000.00 | $ 1,000.00 |
| 170 | 11/13/01 | 11/8/01 | Innovative Investments Inc. | loan | | | 388 | $ 650.00 | | $ 350.00 |
| 171 | 11/14/01 | | Share draft | | | | | $ 339.06 | | $ 10.94 |
| 172 | 11/21/01 | 11/21/01 | Cash deposit | | | | | | $ 1,000.00 | $ 1,010.94 |
| 173 | 11/27/01 | | Deposit | in cash by Christopher Schulze | | | | | $ 900.00 | $ 1,910.94 |
| 174 | 12/3/01 | 11/28/01 | Innovative Investments Inc. | loan | | | 390 | $ 800.00 | | $ 1,110.94 |
| 175 | 12/15/01 | | Cash Deposit | | | | | | $ 3,000.00 | $ 4,110.94 |
| 176 | 12/24/01 | 12/19/01 | Conseco Finance | #145273264 | | | 391 | $ 603.12 | | $ 3,507.82 |
| 177 | 1/4/02 | 1/1/02 | Innovative Investments | loan | | | 391 | $ 1,500.00 | | $ 2,007.82 |
| 178 | 2/28/02 | | Check printing | | | | | $ 7.25 | | $ 2,000.57 |
| 179 | 3/31/02 | 3/28/02 | Innovative Investments Inc. | loan to Galaxie Records | | | 392 | $ 1,000.00 | | $ 1,000.57 |
| 180 | 4/1/02 | 3/29/02 | Olaes, Alena | birthday present | | | 393 | $ 500.00 | | $ 500.57 |
| 181 | 4/3/02 | | No activity | | | | | | | $ 500.57 |
| 182 | 5/31/02 | | | | | | 453 | $ 500.00 | | $ 0.57 |
| 183 | 6/13/02 | | No activity | | | | | | | $ 0.57 |
| 184 | 7/31/02 | | No activity | | | | | | | $ 0.57 |
| 185 | | | | | | | | | | |
| 186 | | | | | | | Column Totals: | $ 81,589.47 | $ 81,590.04 | $ 0.57 |
| 187 | | | | | | | | | | |
| 188 | VEGAS ICE | | | | | | | | | |
| 189 | OCDETF - MEXICAN ORGANIZATION | | | | | | | | | |
| 190 | 245C-HN-16329 | | | | | | | | | |
| 191 | Case SA: Cindy Magiasang | | | | | | | | | |
| 192 | Pearl Harbor FCU | | | | | | | | | |
| 193 | Michael F. Schulze | | | Prepared: 9/26/2002 | | | | | | |
| 194 | 91189 Ewa Beach Road | | | | | | | | | |
| 195 | Ewa Beach, HI 96706 | | | | | | | | | |

PHFCU #5759058800-2

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Statement Date | Check Date | Description | Notes | Check Payors | Bank Account Number | Check Number | Checks/Debits | Deposits/Credits | Balance |
| 196 | Share Draft Account #5759058800-2 | | | | | | | | | |
| 197 | | | **Cash deposits made:** | | | | | | | |
| 198 | | | | | | | | | | |
| 199 | 1/7/97 | | Cash deposit | | | | | | $ 1,100.00 | |
| 200 | 1/17/97 | | Cash deposit | | | | | | $ 300.00 | |
| 201 | 2/12/97 | | Cash deposit | | | | | | $ 500.00 | |
| 202 | 4/5/97 | | Cash deposit | | | | | | $ 700.00 | |
| 203 | 4/19/97 | | Cash deposit | | | | | | $ 803.00 | |
| 204 | 5/9/97 | | Cash deposit | | | | | | $ 300.00 | |
| 205 | 6/12/97 | | Cash deposit | | | | | | $ 1,000.00 | |
| 206 | 6/14/97 | | Cash deposit | | | | | | $ 800.00 | |
| 207 | 7/10/97 | | Cash deposit | | | | | | $ 700.00 | |
| 208 | 11/27/98 | | Cash Deposit | | | | | | $ 3,000.00 | |
| 209 | 11/27/01 | | Deposit | in cash by Christopher Schulze | | | | | $ 900.00 | |
| 210 | 12/15/98 | | Cash deposit | | | | | | $ 3,500.00 | |
| 211 | 1/11/99 | | Cash deposit | | | | | | $ 1,000.00 | |
| 212 | 9/3/99 | | Cash deposit | Deposit $648.48 | | | | | $ 200.00 | |
| 213 | 10/28/99 | | Cash deposit | | | | | | $ 600.00 | |
| 214 | 12/27/00 | | Cash deposit | | | | | | $ 2,500.00 | |
| 215 | 2/21/01 | | Cash deposit | | | | | | $ 3,000.00 | |
| 216 | 3/5/01 | | Cash deposit | | | | | | $ 2,000.00 | |
| 217 | 3/9/01 | | Cash Deposit | | | | | | $ 3,000.00 | |
| 218 | 3/30/01 | | Cash Deposit | | | | | | $ 2,900.00 | |
| 219 | 7/12/01 | | Cash deposit | | | | | | $ 5,000.00 | |
| 220 | 9/18/01 | | Cash deposit | | | | | | $ 2,000.00 | |
| 221 | 10/30/01 | | Cash deposit | | | | | | $ 1,000.00 | |
| 222 | 11/21/01 10/29/01 | | Cash deposit | | | | | | $ 1,000.00 | |
| 223 | 12/15/01 11/21/01 | | Cash Deposit | | | | | | $ 3,000.00 | |
| 224 | | | | | | | | Column Total: | $ 40,803.00 | |
| 225 | | | **Cash withdrawals:** | | | | | | | |
| 226 | | | | | | | | | | |
| 227 | 2/20/97 | | Cash withdrawal | | | | | $ 803.00 | | |
| 228 | | | | | | | | Column Total: $ 803.00 | | |
| 229 | | | | | | | | | | |