"M"

## y Deposit Totals by Alena Olaes, Gretchen S...ze Michael Schulze (for the period of January  JT to July 2002)

Recap of Total Deposits Received by Alena Olaes, Gretchen Schulze and Michael Schulze:

| Year | Alena Olaes | Gretchen Schulze | Michael Schulze | Column Totals | M. Schulze's Yearly Cash Receipts | Total Deposits Received |
|---|---|---|---|---|---|---|
| 1997 | $ - | $ 78,235.36 | $ 44,007.80 | $ 122,243.16 | $ 573.68 | $ 122,816.84 |
| 1998 | $ | $ 44,520.16 | $ 49,595.27 | $ 94,115.43 | $ 634.20 | $ 94,749.63 |
| 1999 | $ 23,386.29 | $ 38,930.70 | $ 92,297.27 | $ 154,614.26 | $ 53,426.65 | $ 208,040.91 |
| 2000 | $ 29,252.69 | $ 59,264.31 | $ 270,598.21 | $ 359,115.21 | $ 20,823.83 | $ 379,939.04 |
| 2001 | $ 62,249.82 | $ 61,577.80 | $ 147,308.98 | $ 271,136.60 | $ 35,097.24 | $ 306,233.84 |
| 2002 | $ 32,394.46 | $ 61,842.86 | $ 92,222.59 | $ 186,459.91 | $ 2,017.28 | $ 188,477.19 |
| Column Totals: | $ 147,283.26 | $ 344,371.19 | $ 696,030.12 | $ 1,187,684.57 | $ 112,572.88 | $ 1,300,257.45 |



GOVERNMENT EXHIBIT 94