"N"

6-58

1   Q   And what are the total bank deposits into the Gretchen
2   Schulze ten bank accounts?
3   A   $344,371.
4   Q   And what are the total bank deposits into the Alena Olaes
5   bank accounts?
6   A   $147,283.
7   Q   What are the total bank deposits into the New Vision
8   Development Corporation bank accounts?
9   A   $68,986.
10  Q   Now, you prepared -- you prepared income tax on the
11  federal income tax; is that correct?
12  A   Yes, I did.
13  Q   And is this an accurate blowup of that particular
14  summary --
15  A   Yes, it is.
16  Q   -- federal income tax return?  Now, this particular
17  spreadsheet indicates tax return information for Michael
18  Schulze, Innovative Investments, Galaxie Records, New Vision
19  Development Corporation, Alena Olaes and Gretchen Schulze; is
20  that correct?
21  A   Yes.
22  Q   Now, the figures that you have here all came from the tax
23  records you reviewed; is that correct?
24  A   Yes.
25  Q   And the total of gross bank deposits received, is this an