"O"

1    money was going all around; New Vision in the early days, then
2    Innovative Investments, other places, too, though.  One good
3    thing about Mike was, as a drug dealer, is he really was
4    trying.  The guy was trying to look legit.  He did everything
5    he could to fool law enforcement.  Everything.  And it
6    actually worked for a good long while.
7         Guys like Mike can be hard to catch.  You have to
8    sometimes have somebody on the inside to catch them.  The
9    government was lucky.  In this case we got somebody on the
10   inside.  That's another story that we'll talk about in a few
11   minutes.
12        But the money.  Schulze in the middle.  These are,
13   you know, again this is my pitiful scratchings, but what we
14   have here is about 68 grand went into New Vision.  Got over a
15   half million going into Innovative.  Pearl Harbor Federal
16   Credit Union, Mike had a series of three, four accounts with
17   them, 100 grand went in there.  Gretchen Schulze, Mike's
18   mother, she had close to ten accounts at Pearl Harbor Federal
19   Credit Union.  I have no idea why she had so many accounts.
20   Some of this 344,000, I'm going to tell you right now, was
21   hard-earned, legitimate income.  We got about $100,000,
22   90-something-thousand dollars in income to her that we know
23   was legitimate because we got her tax returns.  We're going to
24   put them into evidence, and you will see what she reported as
25   income.

1  So $344,000 went into her accounts. We know about a
2  hundred grand was legitimate income. And, of course, you are
3  going to hear Special Agent John Madinger tell you that one of
4  the principal means that drug dealers use to launder their
5  funds is the use of family members and girlfriends. The
6  interesting thing about drug dealers, especially like on Mike
7  Schulze's level, is they never want to own anything in their
8  name. That's part of the problem, they're too paranoid about
9  it. Maybe they should own some things in their name. Mike
10 Schulze, for all of his property -- and you will see evidence
11 of all the property that he has, everything that we seized,
12 cars, boats, jet skis, real estate -- is nothing is in his
13 name.

14 The guy owns nothing. Zero. Even his home that he
15 bought in Vegas. It's in Alena's name. Alena lived with him.
16 Now, did she have legitimate income? Well, it depends on what
17 you call legitimate. Because out here on the side, Mike had,
18 what we believe the evidence will show, to be his one attempt
19 to go legit. If this worked out for him, he would have -- he
20 could leave the drug business behind. Galaxie Records.
21 Galaxie Records was a company he set up and even had a
22 recording artist, guy named Johnny Knox. Johnny Knox was a
23 guy that Mike was going to push through Galaxie Records. I
24 think they even had somebody like Paul Schaffer that played
25 with Johnny Knox.