Michael F. Schulze
Register No. 36817-048
Federal Detention Center – Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

LEGAL MAIL

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338



LEGAL MAIL

Register No. 36817-048
Jeff Cotea-
Post Office Box 30080
Honolulu, Hawai'i 96820

9 MAY 2007 PM HONOLULU HI

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338