ORIGINAL

MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2007

at __11__ o'clock and __᎗᎗__ min __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| | ) | |
| Plaintiff, | ) | REQUEST FOR EVIDENTIARY HEARING ON MOTION FOR INVOCATION OF SUPERVISORY POWERS TO REVERSE CONVICTION AND DISMISS INDICTMENT; CERTIFICATE OF SERVICE |
| vs. | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | Hearing Date: May 25, 2007 |
| Defendant. | ) | Time: 1:30 p.m. |

**COMES NOW** defendant Michael F. Schulze (Schulze), pro se, and hereby requests this honorable Court conduct an evidentiary hearing on the merits of Schulze's motion for invocation of this Court's supervisory powers to reverse his conviction and dismiss his indictment, filed separately with this request.

DATED: Honolulu, Hawaii, May 8, 2007.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached document was duly served upon counsel for the United States of America, by depositing said document in the Institutional Legal Mailbox at the Federal Detention Center at Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

> KENNETH M. SORENSON
> Assistant U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 8, 2007.

By: _____
Michael F. Schulze
Defendant, pro se