Michael F. Schulze                                      May 8, 2007
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338

Re: <u>United States v. Schulze</u>, Cr. No. 02-00090-DAE
Subject: Notice

Dear Clerk of the Court:

    Please take notice that I am sending two (2) envelopes that contain both copies of the enclosed motion for invocation of supervisory powers, and exhibits in support. I could not fit all four items in a single envelope. Thank you for your attention to this matter.

                                                    Very truly yours, I am

                                                   Michael F. Schulze
                                                   Defendant, pro se

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 10 2007
DISTRICT OF HAWAII