ORIGINAL

MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2007

at 4 o'clock and 00 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | CR. NO. 02-00090-DAE |
| Plaintiff, ) | | |
| vs. ) | | MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO POSTPONE RESENTENCING HEARING; ATTACHMENTS; and CERTIFICATE OF SERVICE |
| MICHAEL F. SCHULZE, ) | | |
| Defendant. ) | | |

**COMES NOW** defendant Michael F. Schulze (Schulze), and respectfully moves this honorable Court to reconsider its May 11, 2007 order, received May 14, 2007, denying his motion to postpone his May 25, 2007 resentencing hearing.

Schulze was sentenced to 30 years' imprisonment by this Court after it found testimony of Earl Yamada a credible source upon which to base two sentencing enhancements. Since the sentencing, Susan Fukumoto, who was Earl Yamada's girlfriend and co-defendant, informed Schulze that Mr. Yamada committed perjury during trial. Ms. Fukumoto has agreed to be interviewed and submit a sworn declaration attesting to numerous facts that will impeach Earl Yamada's testimony. Ms. Fukumoto has also offered leads that will allow Schulze to obtain proof to refute the testimony of Earl Yamada. Schulze is incarcerated and must rely on an outside source to interview Ms. Fukumoto and obtain evidence to impeach Earl Yamada.

On January 25, 2007, Schulze applied to this Court for public funds to retain a private investigator to interview witnesses and obtain evidence for his defense.

On March 5, 2007, Schulze moved to postpone his resentencing hearing. In paragraph 8, Schulze informed this Court that in the event his application for public funds should be denied, he would require additional time to seek other means.

On April 9, 2007, this Court denied Schulze's application for public funds. Schulze immediately sought assistance from his mother, who, on April 23, 2007, retained Mr. Jeffrey Owens, Private Investigator.

On May 2, 2007, Schulze informed this Court that he had retained a private investigator who was "in the process of obtaining documents and interviewing witnesses for use at Schulze's resentencing hearing." (Reply to Government's Opposition, at 3).

On May 11, 2007, Schulze contacted Mr. Owens, who informed him that he had been extremely sick for an extented period and was unable to perform any functions.

On May 14, 2007, Schulze contacted Mr. Owens and informed that this Court denied his motion to postpone. Mr. Owens informed that he could not possibly obtain statements and evidence in ten days.

Schulze submits the attached Affidavit from Mr. Owens, and Declaration from Susan Fukumoto as evidence to support this motion.

The fact of the matter is that this Court specifically stated at Schulze's sentencing that it found Earl Yamada's testimony truthful and reliable, and it imposed a twenty-plus year enhancement based on his word. Now, Susan Fukumoto has come forward with information that will impeach the testimony of Earl Yamada. Schulze begs this honorable Court to reconsider its order denying his motion to postpone and allow justice to prevail.

DATED: Honolulu, Hawaii, May 15, 2007.

                                              Respectfully submitted,

                                              MICHAEL F. SCHULZE
                                              Defendant, pro se