

**TRANSCEND INC.**
RISK MANAGEMENT SOLUTIONS
Private Investigation – Training – Threat Management

Page 1 of 2

The undersigned Jeffrey B. Owens affirms that the information contained herein is true and correct.

I am a Private Detective holding State of Hawaii Private Detective license #PD-792, and am the Principle Detective of Transcend Inc.; a State of Hawaii licensed Private Detective Agency holding license #PDA-793. I and Transcend Inc. have been so licensed since May 27, 2004.

That from October 1, 1970 through and including March 30, 2002, I was a commissioned law enforcement officer of the Honolulu Police Department. During that time I served in various assignments and ranks including Patrolman, Sergeant, Detective, Lieutenant, Captain, and Major. As a part of my duties at each rank level I received training and experience in the conduct of investigations, the acquisition of information, and the presentation of information in the Courts. Further, that I have testified as a witness and Expert Witness in State and Federal Courts.

That based on personal professional experience I am familiar with the procedures and practices of investigation and obtaining information from official and non-official sources and the applicability of said information to cases presented in the Courts. I have testified specifically as an Expert Witness on Investigation in the Courts of the State of Hawaii.

In late February, 2007 I was contacted by Mr. Michael Schulze who is representing himself (pro se) in United States v. Schulze CR. NO. 02-00090 DAE. Mr. Schulze informed me that he wished to retain my professional investigative services. The time from about February 28, 2007 until April 20, 2007 was spent in meeting the Federal Detention Center entrance clearance requirements to meet with Mr. Schulze within the facility. On or April 20, 2007 I was informed by officials of the Federal Detention Center that I was cleared to enter the facility and on April 23, 2007 met with Mr. Schulze within that facility.

Mr. Schulze provided me with an explanation of his request for services and certain documents for review. From April 23, 2007 until May 2, 2007 I reviewed Mr. Schulze's request and information. On May 2, 2007 I agreed to provide investigative services for Mr. Schulze as I concluded that there are specific individuals and specific records sought and there is a reasonable probability that at least some of the information sought by Mr. Schulze may be acquired.

The services for which I have been retained include the review of specific documents, locating specific witnesses, interviewing and documenting the statements of those witnesses, locating and acquiring certain specific documentary and other evidence.

From about May 4, 2007 until May 14, 2007 I was unable to conduct investigation on behalf of Mr. Schulze due to prior commitments to other clients and an unexpected illness which limited my ability to work during the period of about May 9, 2007 until May 14, 2007.

Tel: 808-674-8601
Fax: 808-693-8668
Hawaii Private Detective Agency License #793

Email: info@Transcendrm.com
743-H Waiakamilo Rd., Honolulu, Hawaii 96817
Hawaii Private Guard Agency License #795



# TRANSCEND INC.
## RISK MANAGEMENT SOLUTIONS
### Private Investigation – Training – Threat Management

Page 2 of 2

In the afternoon of May 14, 2007 I was informed by Mr. Schulze via a telephone conversation that his request for an extension of time for his upcoming hearing was denied and that his hearing date is scheduled for Friday, May 25, 2007.

I attest that based on my discussion with Mr. Schulze and review of the provided documentation that the witnesses sought are specifically identified and there is a reasonable expectation that they posses and may provide information sought by Mr. Schulze. Further, that the documentary and other evidence sought is specifically identified and is expected to contain specific information sought by Mr. Schulze. Further, it is my opinion based on experience that the process of acquiring the sought after information will to take longer than the approximately ten (10) days available prior to May 25, 2007

It is my opinion based on professional experience, that the time between May 14, 2007 and May 25, 2007 is insufficient to conduct a responsible investigation, to locate and interview the specific witnesses, and to acquire the specific documentation and information sought by Mr. Schulze in support of his case.

---------------------------------------------End of Narrative---------------------------------------------

_Jeffrey B. Owens_   05-15-2007
Principle Detective license #792         Date
743-H Honolulu, Hawaii 96817
Tel: 808-674-8601
Fax: 808-693-8668
Hawaii Private Detective Agency License #793

Email: info@Transcendrm.com
743-H Waiakamilo Rd., Honolulu, Hawaii 96817
Hawaii Private Guard Agency License #795