TESTIMONY OF EARL YAMADA, JANUARY 31, 2003, AT THE TRIAL OF M. SCHULZE        2-112

```
 1    A    Yes.
 2    Q    Did you ever deliver drugs to anybody else?
 3    A    Yes.
 4    Q    Who else would you deliver drugs to?
 5    A    I don't know the names of the people.  I don't know their
 6    real names.  I just --
 7    Q    What -- what names do you know?
 8    A    Candy Man and Blacky, or something like that.  I'm not
 9    really sure.
10    Q    Where would you find these people, how would you know how
11    to find them?
12    A    Actually I didn't -- I didn't really do much with them.
13    It was my girlfriend who did a lot of stuff with those people.
14    Q    And by -- what do you mean "did a lot of stuff"?
15    A    She would do the -- 'cause I was away most of the time,
16    too, so she would -- I guess they would take in smaller
17    quantities, so she would give them that smaller quantity for
18    them to hold on to or whatever --
19    Q    Now, these smaller quantities that your girlfriend --
20    you're referring to Susan Fukumoto?
21    A    Right.
22    Q    Were the drugs that she was distributing to them part of
23    this same drugs that would come from Las Vegas --
24    A    Yes.
25    Q    -- that were part of Mike Schulze's business?
```