Declaration of Susan Fukumoto

I, Susan Fukumoto, declare as follows:

1. That I am the named defendant along with Earl Yamada in Criminal matter number 00-00320-SOM

2. That I was arrested on July 21, 2000 following the seizure of a substance later identified as approximately five pounds of methamphetamine.

3. That upon my arrest I informed federal authorities that the package sent to me was sent by Earl Yamada

4. That Earl Yamada would send packages from Las Vegas, Nevada, then fly to Hawaii to retrieve them from me

5. That prior to the July 21, 2000 seizure, I received a package from Earl Yamada and upon his arrival in Hawaii, I accompanied him to deliver the entire contents of that particular package to a person named Mike Miller

6. That Earl Yamada and I have known (or known of) Mike Miller for several years and that he and Earl Yamada are familiar acquaintances and friendly

7. That Mike Miller is, or has been, referred to as "Candy Man" of "M&M"

8. I swear under the penalty of perjury that the foregoing is true and correct

Executed on this __21st__ day of __April__, in the year 2007

By: _____
    Susan Fukumoto