CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached document was duly served upon counsel for the United States of America, by depositing said document in the Institutional Legal Mailbox at the Federal Detention Center at Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

        KENNETH M. SORENSON
        Assistant U.S. Attorney
        PJKK Federal Building, Room 6-100
        300 Ala Moana Boulevard
        Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 15, 2007.

By: _____
Michael F. Schulze
Defendant, pro se