Michael F. Schulze
Reg. No. 68-022
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

LEGAL MAIL

HONOLULU HI 968
3 16 MAY 2007 PM
16 MAY 2007 PM

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 17 2007
DISTRICT OF HAWAII

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338