ORIGINAL

MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2007

at 4 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>MICHAEL F. SCHULZE,<br><br>             Defendant. | CR. NO. 02-00090-DAE<br><br>REQUEST FOR EVIDENTIARY<br>HEARING AT RESENTENCING;<br>CERTIFICATE OF SERVICE |

**COMES NOW** defendant Michael F. Schulze, and hereby requests this honorable Court conduct an evidentiary hearing at his resentencing hearing, scheduled for May 25, 2007, at 1:30 p.m., to allow him to call witnesses to testify to facts that will refute the basis upon which his original 30-year sentence was imposed.

Submitted simultaneously with this request is an ex parte application for an issuance of a subpoena for Earl Yamada. In addition, the Defendant intends to call Susan Fukumoto and Private Investigator, Jeffrey Owens. These witnesses will testify to facts that will refute the drug amount and leadership role enhancement the Court will be considering.

DATED: Honolulu, Hawaii, May 15, 2007.

Respectfully submitted,

_____
MICHAEL F. SCHULZE
Defendant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached document was duly served upon counsel for the United States of America, by depositing said document in the Institutional Legal Mailbox at the Federal Detention Center at Honolulu, Hawaii, first class, with sufficient postage attached and addressed to:

> KENNETH M. SORENSON
> Assistant U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 15, 2007.

By: _____
Michael F. Schulze
Defendant, pro se