MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | EX PART APPLICATION FOR ISSUANCE OF SUBPOENAS; DECLARATION OF DEFENDANT; CERTIFICATE OF SERVICE |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

**COMES NOW** defendant Michael F. Schulze, and hereby submits this ex parte application for an issuance of the attached subpoenas, and respectfully requests this Court direct the Government to serve the attached subpoenas on the named witnesses, or, alternatively produce said witnesses at the May 25, 2007 hearing.

This application is made pursuant to Rule 17(b), Federal Rules of Criminal Procedure, and supported by the attached declaration of defendant.

DATED: Honolulu, Hawaii, May 15, 2007.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se