## DECLARATION OF DEFENDANT

I, Michael F. Schulze, declare:

1. That on September 2, 2003, a District Court Judge sentenced me to a 30-year term of imprisonment based on the testimony of Government witness, Earl Yamada.

2. That the District Court specifically stated that it found the testimony of Earl Yamada to be truthful and reliable, and, therefore enhanced my sentence decades beyond the range established through the jury's verdict by finding an amount of drug seized from Susan Fukumoto in a separate case attributable to me by a preponderance of the evidence.

3. That following my sentencing, Susan Fukumoto was provided with transcripts of Earl Yamada's testimony, and thereafter indicated that Earl Yamada committed perjury and deceived federal investigators.

4. That following a remand for resentencing, I filed an application for public funds to retain a private investigator to interview Susan Fukumoto and obtain evidence to impeach Earl Yamada. In this effect, I advised the Court and Government that Earl Yamada committed perjury and that I needed additional time to obtain evidence for my resentencing hearing to refute Yamada's words.

5. That the Government opposed my application and motion to postpone, stating that other evidence and witnesses corroborated Earl Yamada's trial testimony.

6. That the Court denied my application for public funds, citing the Government's claim that other evidence and testimony supported Earl Yamada.

7. That prior to receiving the Court's May 11, 2007 order denying my motion to postpone, I filed a motion for invocation of supervisory powers to reverse my conviction and dismiss my indictment, I also filed a request for an evidentiary hearing to be held on May 25, 2007, at 1:30 p.m. to address the

merits of my motion for invocation, which, I believe will be held prior to my resentencing hearing, and at which point I intend on calling Cindy Maglasang as a defense witness.

8.   That because my motion to postpone has been denied, I have also submitted a separate request for an evidentiary hearing pertaining to the resentencing hearing, at which point I intend on calling Earl Yamada as a defense witness.

9.   That I am submitting the attached subpoenas with an application for their issuance.

10.   That I am unable to serve the said subpoenas because I am an incarcerated defendant.  Further, Earl Yamada is on supervised release under the supervision of the U.S. Probation Department, and I do not have the maens, much less sufficient time (as I received the Court's denial of my motion to postpone yesterday), to locate Mr. Yamada's address.

11.   That pursuant to Fed.R.Crim.P., Rule 17(b), I request assistance in serving the attached subpoenas, and ask that the Court direct the Government to produce Cindy Maglasang and Earl Yamada at the May 25, 2007 hearing(s).

12.   That Cindy Maglasang was a FBI Special Agent during the period of August 2001 through April 2002, and she obtained recordings made by Steven Olaes, who, committed criminal acts during the recordations.  In my attempt to suppress the recordings, the Government claimed that Steven Olaes was acting under the direction of Cindy Maglasang thereby making them legally obtained.

13.   That since my trial I have discovered that the Government withheld material information that would have rendered the bulk of the recordings illegal, and that Cindy Maglasang is the key witness to this misconduct.

14.   That I believe Cindy Maglasang will testify that the recordings made by Steven Olaes during the period from August 2001 until October 5, 2001,

were illegally obtained.  I also believe Cindy Maglasang will give testimony that will support my position that evidence and testimony produced at my trail was based on manufactured documents that were false and misleading. This testimony will support my motion to dismiss the indictment.

15.   That I intend on calling Susan Fukumoto who will testify to facts that will prove that Earl Yamada committed perjury at my trial.

16.   That I intend on calling Earl Yamada to testify and confront him with evidence and documents that will compel him to admit that he committed perjury during my trial and was deceitful to federal authorities.  This testimony will impeach Earl Yamada thereby eliminating his testimony that the Court relied solely upon in enhancing my sentence.

17.   I swear under the penalty of perjury that the foregoing is based on facts and information that I believe to be true and correct.

EXECUTED: This 15th day of May, 2007.


By: _____
    Michael F. Schulze
    Defendant