IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. |
| Plaintiff, | ) ) ) | **02-00090-DAE** |
| vs. | ) ) | |
| MICHAEL F. SCHULZE, | ) ) | **SUBPOENA** |
| Defendant. | ) ) ) | |

TO: CINDY MAGLASANG    PJKK Federal Buildig
Room ·4-230
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| **PJKK FEDERAL BUILDING**<br>**300 ALA MOANA BOULEVARD**<br>**HONOLULU, HAWAII 96850** | **OF THE HONORABLE DAVID ALAN EZRA** |
| | DATE AND TIME |
| | May 25, 2007, at 1:30 p.m. |

This subpoena shall remain in effect until you are granted to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (BY) DEPUTY CLERK | |

This subpoena is issued upon application of the **DEFENDANT**

QUESTIONS MAY BE ADDRESSED TO:

Michael F. Schulze
Reg.#36817-048
Federal Detention Center Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

AO 89 (Rev. 5/85)  Subpoena

## RETURN OF SERVICE[1]

| RECEIVED BY SERVER | DATE | PLACE | |
|---|---|---|---|
| SERVED | DATE | PLACE | |

| SERVED ON (NAME) | FEES AND MILEAGE TENDERED TO WITNESS[2] |
|---|---|
| | ☐ YES    ☐ NO    AMOUNT $_____ |

| SERVED BY | TITLE |
|---|---|

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER [2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
                    Date                            Signature of Server

                                         _____
                                             Address of Server

ADDITIONAL INFORMATION

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".