IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʿI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S REQUEST FOR EVIDENTIARY
HEARING ON MOTION FOR INVOCATION OF SUPERVISORY
POWERS TO REVERSE CONVICTION AND DISMISS INDICTMENT

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for

disposition without a hearing.  After reviewing Defendant's Request for

Evidentiary Hearing on Motion for Invocation of Supervisory Powers to Reverse

Conviction and Dismiss Indictment, the Court finds that a hearing is not necessary.

Thus, this Court DENIES Defendant's request.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 22, 2007.



_____
David Alan Ezra
United States District Judge