IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S REQUEST
FOR EVIDENTIARY HEARING AT RESENTENCING AND
GRANTING EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENA

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's request and application, the Court GRANTS Defendant's Request for Evidentiary hearing at Resentencing and Ex Parte Application for Issuance of Subpoenas.

On May 17, 2007, Defendant, pro se, filed a request for evidentiary hearing at resentencing and simultaneously filed an application for issuance of subpoenas. Defendant intends to call FBI agent Cindy Maglasang to testify on issues regarding whether Steven Olaes was acting legally under her direction when he made recordings from August 2001 until October 5, 2001. Defendant attached a subpoena for Ms. Maglasang. Defendant also intends to call Susan Fukumoto and

Earl Yamada to testify regarding Mr. Yamada's alleged perjury during Defendant's trial, which Defendant alleges relates to the amount of controlled substance for which he was found accountable. Defendant attached a subpoena for Mr. Yamada.[1] Defendant also intends to call Private Investigator Jeffrey Owens. Defendant claims that each of the witnesses will provide testimony to refute the drug amount and leadership role enhancement that is to be considered by this Court during resentencing.

Because the witnesses identified above may have information relevant to Defendant's leadership role and the drug amount for which he should be held responsible, and because Defendant is proceeding pro se, this Court will allow Defendant to call the above identified witnesses. Defendant and the Government may call witnesses to testify on issues relating to the amount of drugs for which Defendant is responsible, his leadership role, and any other matters relevant to Defendant's resentencing. The U.S. Marshal Service shall serve the attached subpoena on Earl Yamada. The Government shall produce Cindy Maglasang at the

---

[1] Defendant does not know Mr. Yamada's current address. Mr. Yamada is serving supervised release and the Probation Office has his current address.

resentencing.  Because the Government is under a duty to produce Ms. Maglasang, the subpoena for her need not be issued.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, May 22, 2007.



_____
David Alan Ezra
United States District Judge

<u>United States of America vs. Michael F. Schulze</u>, Cr. No. 02-00090 DAE; ORDER GRANTING DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING AT RESENTENCING AND GRANTING EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENAS