# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00090DAE-001 |
| CASE NAME: | USA v. (01)Michael F. Schulze also known as "Michael Dannon""Alan Banks" |
| ATTYS FOR PLA: | Kenneth M. Sorenson, AUSA |
| ATTYS FOR DEFT: | Michae. F. Schulze, pro-se<br>Joseph R. Mottl, III, Esq. (stand-by counsel) |
| U.S.P.O.: | Rosanne T. Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Ann Matsumoto |
| DATE: | 05/25/2007 | TIME: | 1:30 p.m. - 2:15 p.m. |

COURT ACTION: EP: Remand.

Defendant (01)Michael F. Schulze present in custody.

Original sentence was never vacated.

Had the Court known that the guidelines were advisory, it would have imposed the same sentence.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager