MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2007

at 11 o'clock and 35 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. 02-00090-DAE |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | NOTICE OF APPEAL - |
| ) | COURT'S DENIAL OF MOTION |
| MICHAEL F. SCHULZE,  ) | FOR FULL RESENTENCING, and |
| ) | SENTENCE |
| Defendant.  ) | |

**NOTICE IS HEREBY GIVEN** that defendant Michael F. Schulze appeals the District Court's denial of his motion to order a full resentencing based on his preserved claims of Booker error, and, appeals his sentence the District Judge found reasonable on May 25, 2007.

DATED: Honolulu, Hawaii, May 27, 2007.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se

## CERTIFICATE OF SERVICE

**I hereby certify** that a true a exact copy of the attached document was duly served upon Counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center in Honolulu, Hawaii, with sufficient postage attached and addressed to:

> Kenneth M. Sorenson
> Assistant U.S. Attorney
> Office of the U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 27, 2007.

By: _____
Michael F. Schulze
Defendant, pro se