# EXHIBIT A

Case 1:02-cr-00090-DAE    Document 348-2    Filed 05/30/2007    Page 1 of 2

## AFFIDAVIT OF SHAWN R. PEREZ

I, Shawn R. Perez, do hereby declare and swear that the following is true and correct and from my own personal knowledge.

1. I was one of the attorneys of record for Mr. Michael Schulze in United States vs. Schulze, Case no. 02-cr-00090-DAE.

2. On day 6 of Mr. Schulze's trial, I cross-examined Agent Conrad Ho regarding the amount of money that was allegedly laundered by Mr. Schulze through various bank accounts.

3. Through his testimony it was established that the exhibit that showed the deposits, loan proceeds and transfers from account to account did not total that which the government claimed. The exhibit clearly established that the total amount was over-inflated due to double counting. For example, where loan proceeds were received into one account, then transferred in part to another account, all the deposits were added together yielding an incorrect total. As a result, the amount depicted on the exhibit as the sum total of money received by Mr. Schulze was clearly incorrect. Mr. Ho admitted the double counting and admitted that the sum total was not correct. No true figure was ever established at trial.

Executed under penalty of perjury under the laws of the United States of America at Las Vegas, Nevada this 24th day of May, 2007.

**Shawn R. Perez**
Digitally signed by Shawn R. Perez
DN: cn=Shawn R. Perez, c=US,
email=shawn711@msn.com
Date: 2007.05.24 19:08:48 -07'00'

SHAWN R. PEREZ, ESQ.