CERTIFICATE OF SERVICE

**I hereby certify** that a true a exact copy of the attached document was duly served upon Counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center in Honolulu, Hawaii, with sufficient postage attached and addressed to:

>Kenneth M. Sorenson
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>PJKK Federal Building, Room 6-100
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, May 27, 2007.

>By: _____
>Michael F. Schulze
>Defendant, pro se