**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2007

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM; DECLARATION OF DEFENDANT |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

**COMES NOW** the defendant Michael Schulze, and hereby submits this ex parte application for subpoena duces tecum. Said application is made on behalf of Schulze's motion for invocation of supervisory powers to reverse his conviction and dismiss his indictment, filed on May 10, 2007, and pending.

The purpose of this application is to obtain documents from Honolulu Police Department Task Force Officer Dwight Sato, and State of Hawaii Probation Officer Harry Yoshida, that will either support of refute FBI Special Agent Cindy Maglasang's claims that she received approval from the State of Hawaii Probation Office on August 30, 2001, to allow Steven Olaes to conduct criminal activity under her direction, which is an issue highly in dispute and inconsistent with her testimony given four years ago, and, of which would warrant a dismissal of Schulze's indictment.

In support of, Schulze submits the attached declaration.

DATED: Honolulu, Hawaii, June 1, 2007.

                                            Respectfully submitted,

                                            MICHAEL F. SCHULZE
                                          Defendant, pro se