IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | SUBPOENA DUCES TECUM |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

TO: Dwight Sato, Honolulu Police Department Task Force Officer
    Honolulu Police Department

YOU ARE HEREBY COMMANDED to provide the following document(s) to the applicant mentioned below within ten (10) working days from the date of this service:

1. All communications between yourself and FBI Special Agent Cindy Maglasang, on or about August 31, 2001, pertaining to your communication with Honolulu Probation Officer, Mr. Harry Yoshida, pertaining to State of Hawaii approval authorizing Steven P. Olaes to conduct drug transactions during the period of his state probation from 10/05/2000 until 10/05/2001;

2. All communications between yourself and State of Hawaii Probation Officer, Harry Yoshida, pertaining to the matter mentioned above.

This subpoena shall remain in effect until you are granted leave by the court or an officer of the court.

| U.S. MAGISTRATE OR CLERK OF THE COURT: | DATE: |
|---|---|
| (BY) DEPUTY CLERK: | |

| This subpoena is issued upon application of the Defendant at:<br><br>91-189 Ewa Beach Road<br>Ewa Beach, Hawaii 96706 | Questions may be addressed to:<br><br>Jeffrey B. Owens, Transcend Inc.<br>Private Investigator<br>(808) 674-8601 |
|---|---|