IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **SUBPOENA DUCES TECUM** |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

TO: Harry Yoshida, State of Hawaii Probation Officer
    State of Hawaii Probation Office

YOU ARE HEREBY COMMANDED to provide the following document(s) to the applicant mentioned below within ten (10) working days from the date of this service:

1. Records authorizing Steven P. Olaes, SS# 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, SID# A0196900, Arrest Date: 9/17/2000, Arrest No. 3834903, for CR00-2015, to conduct drug transactions during the period of his probation from 10/05/2000 until 10/05/2001;

2. All communications between yourself and FBI Agent Cindy Maglasang, and/or Honolulu Police Department task force Officer Dwight Sato, on or about August 30, 2001, pertaining to State's approval to allow Mr. Olaes to conduct drug transactions while on state probation.

This subpoena shall remain in effect until you are granted leave by the court or an officer of the court.

| U.S. MAGISTRATE OR CLERK OF THE COURT: | DATE: |
|---|---|
| (BY) DEPUTY CLERK: | |

| This subpoena is issued upon application of the Defendant at:<br><br>91-189 Ewa Beach Road<br>Ewa Beach, Hawaii 96706 | Questions may be addressed to:<br><br>Jeffrey B. Owens, Transcend Inc.<br>Private Investigator<br>(808) 674-8601 |
|---|---|