LEGAL MAIL

Michael F. Schulze
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 06 2007
4:30 p—
DISTRICT OF HAWAII

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338