# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  SHORT CASE TITLE:   U.S.A. vs. Michael F. Schulze

   U.S. COURT OF APPEALS DOCKET NUMBER: _____

   U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

   U.S. DISTRICT COURT DOCKET NUMBER: CR 02-00090DAE

II  DATE NOTICE OF APPEAL FILED:   05/30/07

III  U.S. COURT OF APPEALS PAYMENT STATUS: Fee Due

   DOCKET FEE PAID ON:            AMOUNT:

   NOT PAID YET:                  BILLED:

   U.S. GOVERNMENT APPEAL:        FEE WAIVED:

   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:

   WAS F.P. STATUS REVOKED:       DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____   PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:  Clerk, U.S. Court of Appeals

FROM:  Clerk, U.S. District Court, Hawaii

SUBJECT:  New Appeals Docketing Information, Criminal Case

Date: June 15, 2007

## CASE INFORMATION

COMPLETE TITLE:  U.S.A. vs Michael F. Schulze

U.S.D.C CASE NO.  CR 02-00090DAE

U.S.D.C. JUDGE:  David Alan Ezra

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED: 03/21/02

APPEALED ORDER FILED:  05/30/07

NOTICE OF APPEAL FILED:  05/30/07

## COUNSEL INFORMATION

APPELLANT:
Michael F. Schulze
Reg. 36817-048
Federal Detention Center - Honolulu
P.O. Box 30080
Honolulu, HI  96820

APPELLEE:
Kenneth M. Sorenson, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA - 07/24/06 as to Atty Joseph R. Mottl, III

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:

CUSTODY: ✓

BAIL: —

F/P GRANTED: —

COUNSEL WAIVED: —

NO OF DAYS OF TRIAL: —

COURT REPORTER(S):    Cynthia Fazio, Lisa Groulx, (see docket sheet)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

June 15, 2007

Kenneth M. Sorenson, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI 96850

IN RE:      U.S.A v. Michael F. Schulze
CR NO.      CR 02-00090DAE

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 05/30/07.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By     Laila M. Geronimo
       Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf

          with copy of instructions for criminal appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet