IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-10290    U.S. District Court Case No. 02-00090-DAE

Short Case Title: United States v. Schulze

Date Notice of Appeal Filed by Clerk of District Court: May 30, 2007

SECTION A - To be completed by party ordering transcript

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 26 2007
SUE BEITIA, CLERK

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire at 11 o'clock and 10 min A |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| May 25, 2007 | Ann Matsumoto | Other (please specify) Remand Hearing |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) * As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: June 23, 2007    Estimated date for completion of transcript: Unknown

Print Name of Attorney: Michael F. Schulze, pro se    Phone Number: Inmate No. 36817-048

Signature of Attorney: [signature]

Address: FDC Honolulu, P.O. Box 30080, Honolulu, Hawaii 96820

*(I proceed in forma pauperis in this case and request a waiver of fees)

SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached document was duly served upon the parties mentioned below by placing said document in the Institutional Legal Mailbox at the Federal Detention center in Honolulu, Hawaii, first class, with sufficient postage affixed and addressed to:

> Kenneth M. Sorenson
> Assistant U.S. Attorney
> Office of the U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

> Ann Matsumoto
> Court Reporter (Room number unknown)
> United States District Court
> District of Hawaii
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, June 24, 2007.

By: _____
Michael F. Schulze
Defendant-Appellant, pro se