Michael F. Schulze  
Register No. 36817-048  
Federal Detention Center - Honolulu  
Post Office Box 30080  
Honolulu, Hawaii 96820

June 24, 2007

Clerk of the Court  
U.S. District Court  
District of Hawaii  
300 Ala Moana Boulevard, C-338  
Honolulu, Hawaii 96850-0338



RECEIVED  
CLERK ... COURT  

JUN 26 2007  

11:10 am  
DISTRICT OF HAWAII

Re: <u>United States v. Schulze</u>, Cr. No. 02-00090-DAE  
Subject: Filing of documents for transcript designation

Dear Clerk of the Court:

    I am enclosing a copy of my Transcript Designation and Ordering Form, as required, and a copy of each correspondence to the Court Reporter and the Assistant U.S. Attorney. I respectfully request that these two additional documents be filed as well for the record. Thank you so very much for your attention and assistance in this matter.

                                      Very truly yours, I am

                                      /s/ Michael F. Schulze  
                                      Michael F. Schulze  
                                      Defendant-Appellant, pro se

Michael F. Schulze
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

RECEIVED June 24, 2007
CLERK U.S. DISTRICT COURT
JUN 26 2007
11:10 a.m.
DISTRICT OF HAWAII

Ann Matsumoto
Court Reporter
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: United States v. Schulze, Cr. No. 02-00090-DAE
Subject: Request for transcripts / order form submission

Dear Ann Matsumoto:

    Enclosed please find my ordering form for transcripts of my Remand Hearing, held on May 25, 2007, at 1:30 p.m., in which I believe you were the Court Reporter of. I represent myself in this matter and proceed in forma pauperis in the District and Circuit court, therefore, I respectfully request a waiver of fees associated with this request.


Very truly yours,

/s/ Michael F. Schulze

Michael F. Schulze
Defendant-Appellant, pro se in C.A. Nos. 03-10493 / 06-10629 / 07-10290


cc: Clerk of the Court, U.S. District Court, District of Hawaii
    Kenneth M. Sorenson, Assistant U.S. Attorney

Michael F. Schulze
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

June 24, 2007

Kenneth M. Sorenson
Assistant U.S. Attorney
Office of the U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 26 2007
11:10 A
DISTRICT OF HAWAII

RE: United States v. Schulze, Cr. No. 02-00090-DAE
Subject: Notice of planned designation of transcripts

Dear Kenneth M. Sorenson:

    Please take notice that I intend to rely on portions of the May 25, 2007 Remand Hearing for appeal No. 07-10290, and have submitted an ordering form of which a copy I have enclosed, pursuant to FRAP, Rule 10(b). I have also enclosed a copy of my correspondence to Ann Matsumoto, who I believe was the court reporter of that hearing. Thank you Sir for your attention to this matter.

Very truly yours, I am

_____
Michael F. Schulze
Defendant-Appellant, pro se

Name: Michael F. Schulze
Number: 36817-048
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

HONOLULU HI 968
25 JUN 2007 PM 3 T

CR 02-90-DAE

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 26 2007
DISTRICT OF HAWAII

LEGAL MAIL

36850+03338

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-0338