ORIGINAL

MICHAEL F. SCHULZE
Register No. 36817-048
Federal Detention Center - Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2007

at __ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF TEMPORARY ADDRESS |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

NOTICE OF TEMPORARY ADDRESS

**NOTICE IS HEREBY GIVEN** that defendant Michael F. Schulze will no longer remain at the address listed above due to an institutional transfer. Please sent all communications and correspondence to:

   Michael F. Schulze
   91-189 Ewa Beach Road
   Ewa Beach, Hawaii 96706

DATED: Honolulu, Hawaii, June 30, 2007.

Respectfully submitted,

_____
MICHAEL F. SCHULZE
Defendant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached document was duly served upon Counsel for the United States of America, by depositing the same in the Institutional Legal Mailbox at the Federal Detention Center in Honolulu, Hawaii, with sufficient postage attached and addressed to:

> Kenneth M. Sorenson
> Assistant U.S. Attorney
> Office of the U.S. Attorney
> PJKK Federal Building, Room 6-100
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, June 30, 2007.

By: _____
Michael F. Schulze