IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-10290    U.S. District Court Case No. 02-00090-DAE

Short Case Title United States v. Schulze

Date Notice of Appeal Filed by Clerk of District Court May 30, 2007

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SUE BEITIA, CLERK

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire at 11 o'clock and 10 min |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| May 25, 2007 | Ann Matsumoto | Other (please specify) Remand Hearing |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) * As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered June 23, 2007    Estimated date for completion of transcript Unknown

Print Name of Attorney Michael F. Schulze, pro se    Phone Number Inmate No. 36817-048

Signature of Attorney

Address FDC Honolulu, P.O. Box 30080, Honolulu, Hawaii 96820

* (I proceed in forma pauperis in this case and request a waiver of fees)

SECTION B - To be completed by court reporter

I, _____ have received this designation.
       (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript—Due Date _____

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT JUDGE

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK