TO:       Clerk, U.S. Court of Appeals                 Date: August 14, 2007

FROM:     Clerk, U.S. District Court, Hawaii

SUBJECT:  New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:      U.S.A. vs MICHAEL F. SCHULZE

U.S.D.C CASE NO.     CR 02-00090DAE-01

U.S.D.C. JUDGE:      David Alan Ezra

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ),PETITION ( ), FILED:___03/21/02

APPEALED ORDER FILED:       ____07/25/07_____

NOTICE OF APPEAL FILED:       ____08/06/07_____

## COUNSEL INFORMATION

APPELLANT:                          APPELLEE:
                                    Kenneth M. Sorenson, AUSA
                                    Office of the U.S. Attorney
                                    300 Ala Moana Blvd., Ste. 6100
                                    Honolulu, HI  96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY:

          (e.g. C.J.A.,  Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                          CUSTODY:              ✓
Register No. 36817-048
Booking No. 0706501475            BAIL:                 __
CDC 639 E. Rialto
San Bernadino, CA 92415-0025      COUNSEL WAIVED:       __

F/P GRANTED:       __              COURT REPORTER(S):    ESR, Debra Chun,
                                                        Ann Matsumoto

NO OF DAYS OF TRIAL:   _

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    U.S.A. vs. MICHAEL F. SCHULZE

    **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:**  CR 02-00090DAE-01

II    **DATE NOTICE OF APPEAL FILED:**    08/06/07

III    **U.S. COURT OF APPEALS PAYMENT STATUS:** Filing fee DUE

    **DOCKET FEE PAID ON:**                   **AMOUNT:**

    **NOT PAID YET:**                         **BILLED:**

    **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED**:

    **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**

    **WAS F.P. STATUS REVOKED**:        **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

    Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

**Sue Beitia**
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

August 14, 2007

Kenneth M. Sorenson, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

        IN RE:      U.S.A v. MICHAEL F. SCHULZE
        CR NO.      CR 02-00090DAE-01

Dear Counsel:

        Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 08/06/07.

        All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.


                                Sincerely,
                                Sue Beitia, Clerk

                                By      Laila M. Geronimo
                                        Deputy


Enclosures

cc:     Clerk, 9th CCA w/copy of NA,
                docket sheet, dfnf
                PRO SE
                with copy of instructions for criminal appeals
                Transcript Desig. & Ordering Form
                with instructions and a copy of the
                docket sheet