RECEIVED
CLERK U.S DISTRICT COURT

AUG 16 2007

DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

RETURN TO SENDER
Against Regulations
N\E In Custody
B. Co. 181
Act By

Out of Custody



PRESORTED
FIRST CLASS

02 1M
0004235853
MAILED FROM ZIP CODE 96817
UNITED STATES POSTAGE
$ 00.37³
AUG 06 2007
PITNEY BOWES

MICHAEL F. SCHULZE
No. 36817-048
CDC 630 E. Rialto
San Bernardino, CA   92415-0025

MICHAEL F. SCHULZE
Register No. 36817-048
Booking No. 0706301485
CDC 630 E. Rialto
San Bernardino, CA. 92415-0025

Defendant, pro se.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 6 2007

at __ o'clock and 50 min. __P__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL F. SCHULZE, Defendant. | CR. NO. 02-00090-DAE<br><br>NOTICE OF APPEAL |

COMES NOW defendant Michael Schulze, pro se, and hereby gives notice of appeal of the District Court's July 25, 2007 order denying the motion for invocation of supervisory powers to reverse conviction and dismiss indictment, received by Defendant on July 31, 2007, at a San Bernardino, CA., County jail, while in transit between correctional institutions.

DATED: San Bernardino, CA., August 1, 2007.

Respectfully Submitted,

MICHAEL F. SCHULZE
Defendant, Pro Se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the enclosed NOTICE OF APPEAL was duly served upon counsel for the United States of America, by hand-delivering said document to a San Bernardino County Sheriff's Deputy to be placed in the U.S. Mail, with sufficient postage attached, and addressed to:

KENNETH M. SORENSON
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED: San Bernardino, CA., August 1, 2007

By: _____
MICHAEL F. SCHULZE
Defendant, pro se

RE: United States of America v. SCHULZE,
    CR. No. 02-00090-DAE