
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS


CR-02-00090

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 20 2007

DISTRICT OF HAWAII


PRESORTED
FIRST CLASS

02 1M
0004217584
MAILED FROM ZIP CODE 96817
UNITED STATES POSTAGE
$00.373
AUG 08 2007
PITNEY BOWES

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
UNIT 50129
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 8, 2007

Michael F. Schulze
c/o 91-189 Ewa Beach Road
Ewa Beach, Hawaii 96706

-and-

c/o Reg No. 96817-048/Booking No. 0706301485/CDC
630 E. Rialto
San Bernadino, California 92415-0025

      Re:  USA vs. Michael F. Schulze
           CR 02-00090DAE
           Notice of Appeal filed August 6, 2007

Dear Mr. Schulze:

    Please be advised that the fee for filing an appeal to the Court of Appeals is $455.00. As all appeals are subject to dismissal for failure to pay the fee, please remit a check or money order payable to CLERK, U.S. DISTRICT COURT, or you may complete and mail the enclosed "Application to Proceed without Prepayment of Fees and Affidavit" form for consideration by the 9th Circuit Court of Appeals.

                            Very truly yours,

                            SUE BEITIA, Clerk

                          by: *[signature]*
                            Deputy Clerk

encl.

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? No    Do you receive any payment from the institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☐ No
    b. Rent payments, interest or dividends   ☐ Yes   ☐ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No
    d. Disability or workers compensation payments   ☐ Yes   ☐ No
    e. Gifts or inheritances   ☐ Yes   ☐ No
    f. Any other sources   ☐ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☐ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____     _____
Date                                          Signature of Applicant