UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
UNIT 50129
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**FILE IN CASE FOLDER**

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 8, 2007

Michael F. Schulze
c/o 91-189 Ewa Beach Road
Ewa Beach, Hawaii 96706

-and-   *Now at: Reg. No. 36817-048 (in transit)*

~~c/o Reg No. 96817-048/Booking No. 0706301485/CDC
630 E. Rialto
San Bernadino, California 92415-0025~~

*Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK.
73189-8801*

Re:  USA vs. Michael F. Schulze
     CR 02-00090DAE
     Notice of Appeal filed August 6, 2007

Dear Mr. Schulze:

Please be advised that the fee for filing an appeal to the Court of Appeals is $455.00. As all appeals are subject to dismissal for failure to pay the fee, please remit a check or money order payable to CLERK, U.S. DISTRICT COURT, or you may complete and mail the enclosed "Application to Proceed without Prepayment of Fees and Affidavit" form for consideration by the 9th Circuit Court of Appeals.

Very truly yours,

SUE BEITIA, Clerk

by: *Ana Hang*
Deputy Clerk

**RECEIVED**
CLERK U.S. DISTRICT COURT
AUG 27 2007
DISTRICT OF HAWAII

**SCANNED**

encl.

*Note: I have been proceeding in forma pauperis since 2003. This status has not been revoked and I have 3 appeals in the Ninth Circuit under this same status. See C.A. Nos. 06-10629, 07-10290, and 07-15946. I recently filed a motion to proceed in forma pauperis in the Ninth Circuit, this motion was deemed unnecessary because my status was never revoked, see July 16 order for CA No. 07-10290. The fee requested should then be waived.*



Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd, C-351
Honolulu, Hawaii
96850-0338

NAME Michael E. Schulze
REG# 36817-048
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 27 2007
DISTRICT OF HAWAII