```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3

 4   UNITED STATES OF AMERICA,   ) CR NO. 02-00090 DAE
                                 ) Honolulu, Hawaii
 5              Plaintiff,       ) May 25, 2007
                                 ) 1:35 p.m.
 6        vs.                    ) REMAND HEARING
                                 )
 7   (01) MICHAEL F. SCHULZE,    )
     aka "Michael Damon,"        )
 8   "Alan Banks,"               )
                                 )
 9              Defendant.       )
     _____)
10
                        TRANSCRIPT OF PROCEEDINGS
11                BEFORE THE HONORABLE DAVID ALAN EZRA
                     UNITED STATES DISTRICT JUDGE
12
     APPEARANCES:
13
     For the Government:      KENNETH M. SORENSON, Assistant
14                                  United States Attorney
                              PJKK Federal Building
15                            300 Ala Moana Blvd., Room 6-100,
                              Box 50183
16                            Honolulu, Hawaii 96850

17   Pro Se for the           MICHAEL F. SCHULZE, Pro Se
     Defendant:                Federal Detention Center
18                            P.O. Box 30080
                              Honolulu, Hawaii 96820
19
     Standby Counsel:         JOSEPH R. MOTTL, III, ESQ.
20
     ALSO PRESENT:            CINDY MAGLABANG, FBI
21

22

23

24   Transcribed by:          Ann B. Matsumoto, CSR, RPR
                              P.O. Box 235215
25                            Honolulu, Hawaii 96823
                              (808) 521-1877
```

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 11 2007
DISTRICT OF HAWAII