ORIGINAL

MICHAEL F. SCHULZE
Register No. 36817-048
FCI Bennettsville
Post Office Box 52020
Bennettsville, SC 29512-5220

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00090-DAE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF CHANGE OF ADDRESS |
| ) | |
| MICHAEL F. SCHULZE, ) | |
| ) | |
| Defendant. ) | |

COMES NOW defendant Michael Schulze, and hereby gives notice of his change of address. Please send all correspondence to the address mentioned above.

DATED: Bennettsville, South Carolina, September 14, 2007.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the attached NOTICE OF CHANGE OF ADDRESS was duly served upon counsel for the United States of America, by hand delivering the same to prison officials for mailing via U.S. Mail, with first class postage pre-paid and affixed to the sealed envelope in which this document has been placed by the undersigned and addressed to:

>KENNETH M. SORENSON
>Assistant U.S. Attorney
>PJKK Federal Building, Room 6-100
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

DATED: Bennettsville, South Carolina, September 14, 2007.

By: _____
MICHAEL F. SCHULZE
Defendant, pro se