

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

PJKK Federal Building
300 Ala Moana Blvd.
Room 6-100
Attn: Financial Litigation Unit
Honolulu, Hawaii 96850

(808) 541-2850
FAX (808) 541-2958

February 7, 2005

Michael F. Schulze
USP - Atwater, #36817-048
P.O. Box 019001
Atwater, CA 95301

       Re: USA vs. Michael F. Schulze
          Cr. No. 02-00090-001

Dear Mr. Schulze:

    We are in receipt of your letter dated February 2, 2005. On April 28, 2004, a credit of $23,726.00 was applied toward your account as follows:

        $23,426.00 was credited toward the $50,000.00 court imposed fine

        $300.00 was credited toward the $300.00 court imposed special assessment

        TOTAL CREDITED: $23,726.00

    The Judgment in a Criminal Case filed against you on September 10, 2003, states in part that, "the defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(g)." Because your debt remains unpaid, interest accrues accordingly. The debt balance as of February 7, 2005, minus payments made through the Inmate Financial Responsibility Program is $27,124.98.

    You are encouraged to satisfy the fine as soon as possible to avoid additional interest accrual. If you have any other questions or concerns, please address all correspondence to me at the above listed address.

                              Sincerely,

                              *Shari Hsieh*
                              Shari Hsieh
                              Financial Litigation Agent