1  based on any factor the court can find.
2          So, the court finds that the defendant's
3  motion is not well supported and denies it.
4          Now, before we go further, the government
5  has responded to the defendant's motion for --
6          MR. SORENSON:  Seizure of the property,
7  Your Honor.
8          THE COURT:  Yeah.  The government wants
9  to substitute certain property because it can't
10 locate the $180,000 in the ring.
11         MR. SORENSON:  That's correct, Your
12 Honor.  And remember that during the forfeiture phase
13 the $180,000 --
14         THE COURT:  The government actually
15 only has $23,000 and two cars, right?
16         MR. SORENSON:  Right, Your Honor.
17 That's what we're currently holding.  We simply, by
18 way of our motion to substitute assets, which has
19 also been filed, have asked to substitute those
20 assets for the $180,000, and, of course, the ring
21 that's missing.
22         THE COURT:  The court has reviewed the
23 government's motion and I don't find -- I happen to
24 agree with the defendant.  The law doesn't support
25 the substitution in the manner in which the