AO 245 S (Rev. 3/95) Sheet 5, Part B - Criminal   tary Penalties

CASE NUMBER:      1:02CR00090-001
DEFENDANT:        MICHAEL F. SCHULZE, aka: "Michael Dannon" "Alan Banks"

Judgment - Page 7 of 7

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  [✔]  in full immediately; or

B  [ ]   $ _ immediately, balance due (in accordance with C, D, or E); or

C  [ ]   not later than _ ; or

D  [ ]   in installments to commence _ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  [ ]   in _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ year(s) to commence _ day(s) after the date of this judgment.

Special instructions regarding the payment of criminal monetary penalties:

The defendant is ordered to pay a fine of $50,000 immediately, with the balance satisfied by payment of $23,000 in U.S. currency recovered from the defendant's residence and from the sale of the defendant's 2 vehicles by the U.S. Marshals Service. If any additional balance, the defendant is ordered to satisfy the payment immediately. If there is an overage of funds, they should be returned to the defendant for his use while in custody.

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary payments are to be made as directed by the court, the probation officer, or the United States Attorney.