```
         IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII


UNITED STATES OF AMERICA,     ) CR NO. 02-00090 DAE
                              ) Honolulu, Hawaii
         Plaintiff,           ) May 25, 2006
                              ) 1:35 p.m.
    vs.                       ) REMAND HEARING
                              )
(01) MICHAEL F. SCHULZE,      )
aka "Michael Damon,"          )
"Alan Banks,"                 )
                              )
         Defendant.           )
                              )
_____)

              TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE DAVID ALAN EZRA
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   KENNETH M. SORENSON, Assistant
                        United States Attorney
                      PJKK Federal Building
                      300 Ala Moana Blvd., Room 6-100,
                      Box 50183
                      Honolulu, Hawaii 96850

Pro Se for the        MICHAEL F. SCHULZE, Pro Se
Defendant:            Federal Detention Center
                      P.O. Box 30080
                      Honolulu, Hawaii 96820

Standby Counsel:      JOSEPH R. MOTTL, III, ESQ.

ALSO PRESENT:         CINDY MAGLABANG, FBI




Transcribed by:       Ann B. Matsumoto, CSR, RPR
                      P.O. Box 235215
                      Honolulu, Hawaii 96823
                      (808) 521-1877
```

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 29 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

```
 1          The '95 pickup truck was never in custody,
 2  and I have some documents to demonstrate that they
 3  weren't even my property.  And I'd like to ask the
 4  court to modify the fine to the $30,000 that I have
 5  already paid.
 6          MR. SORENSON:  No objection.
 7          THE COURT:  I don't believe that I have --
 8          MR. SORENSON:  If you have authority to do
 9  so, Your Honor.
10          THE COURT:   -- the authority to do that.
11          MR. SORENSON:  I don't think you have
12  authority to do so, Your Honor.
13          THE COURT:  I have to -- I have to affirm the
14  sentence, if I would have imposed the same sentence
15  had I known; and I do.  I will say on the record,
16  Mr. Schulze, that if the 9th Circuit gives me the
17  authority to modify the fine, as you have requested,
18  the court will do so.
19          MR. SCHULZE:  Thank you, Your Honor.
20          THE COURT:  But I need authority from them to
21  do that.  I'm not going to modify anything else
22  because I think it was exactly the right sentence.
23          But I think given your argument today, there
24  may be a justification for modifying the fine amount.
25          MR. SCHULZE:  Thank you, Your Honor.
```