UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**F I L E D**

OCT 2 4 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>MICHAEL F. SCHULZE, aka Michael Dannon; Alan Banks,<br><br>        Defendant - Appellant. | No. 03-10493<br><br>D.C. No. CR-02-00090-DAE-01<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

R E C E I V E D
CLERK U.S. DISTRICT COURT

OCT 29 2007

DISTRICT OF HAWAII

Before:  HAWKINS, McKEOWN, and CLIFTON, Circuit Judges.

Appellant's Ex Parte Motion to Modify Fine, filed in this court on October 15, 2007, is referred to the district court. We are of the opinion that the district court has the authority to modify the fine if it wishes to do so.