EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-01 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR |
| | ) | EXTENSION OF TIME; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| MICHAEL F. SCHULZE, (01) | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

COMES NOW, the United States of America, by counsel, and requests an extension of time within which to respond to Defendant's *ex parte* motion to modify his fine.  Government counsel is awaiting receipt of evidence from the Federal Bureau of Investigation which will assist it in responding to Defendant's motion.  Because Defendant Schulze has previously filed a Freedom of Information Act (FOIA) with the Federal Bureau

of Investigation, the FBI case file was sent to Washington, D.C. Evidence, which is material to the Government's response, is contained in the FBI file which is in Washington. Government counsel expects that it should have access to the information within 30 days. Accordingly, the United States respectfully requests a 30 day extension of time within which to respond to Schulze's *ex parte* motion.

DATED: November 26, 2007, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By /s/ Kenneth M. Sorenson
>  KENNETH M. SORENSON
>  Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    Michael F. Schulze #36817-048
    FCI Bennettsville
    P.O. Box 52020
    Bennettsville, SC   29512-5220

    *Pro Se*

    DATED:  November 26, 2007, at Honolulu, Hawaii.

                                                /s/ Dawn M. Aihara