IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing the Government's motion and the supporting memoranda, the Court GRANTS the Government's Motion for Extension of Time to respond to Defendant's ex parte motion to modify his fine. This Court hereby orders the Government to file a response within 30 days from the date of this order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 29, 2007.



_____
David Alan Ezra
United States District Judge