UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 3 0 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL F. SCHULZE,<br><br>Defendant - Appellant. | No. 06-10629<br><br>D.C. No. CR-02-00090-DAE<br>District of Hawaii,<br>Honolulu |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL F. SCHULZE, aka Michael Dannon,<br><br>Defendant - Appellant. | No. 07-10290<br><br>D.C. No. CR-02-00090-DAE<br>District of Hawaii,<br>Honolulu |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL F. SCHULZE,<br><br>Defendant - Appellant. | No. 07-10403<br><br>D.C. No. CR-02-00090-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 0 3 2007
DISTRICT OF HAWAII

06-10629, 07-10290, 07-10403

Appellee United States of America has moved to consolidate these appeals. Appellant Schulze objects to consolidating appeal no. 07-10290 with appeal nos. 06-10629 and 07-10403 because, inter alia, the Statement of Facts for his opening brief in appeal no. 07-10290 "is near ready for submission."

Accordingly, the court will consolidate these appeals and grant appellant an extension of time to file his consolidated opening brief. Appellee's motion to consolidate these appeals is granted. Appeal nos. 06-10629, 07-10290 and 07-10403 are consolidated.

Appellant's motions for extensions of time in which to file his opening briefs are granted. On or before February 1, 2008, appellant shall submit his consolidated opening brief. On or before April 1, 2008, appellee shall file its consolidated answering brief. Appellant's optional consolidated reply brief is due within 14 days after service of appellee's answering brief.

Appellant's motion for leave to proceed pro se in appeal no. 07-10403 is unnecessary. Appellant is not entitled to appointment of counsel in that appeal. *See* 18 U.S.C. § 3006A.

Appellant's motion to proceed in forma pauperis, filed in appeal no. 07-10403, is unnecessary. Because appellant proceeded in forma pauperis in the

06-10629, 07-10290, 07-10403

district court and that status has not been revoked, appellant may continue to proceed in forma pauperis on appeal. The Clerk shall amend the docket to reflect this status.

Appellant's motion to stay proceedings in appeal no. 07-10290 is denied.

For the Court

*Raejean L. Battin*
Raejean M. Battin
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A