UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS
RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
02 1M
0004217584   $00.37³
NOV 29 2007
MAILED FROM ZIP CODE 96813

SEAN R. PEREZ
2740 CAMINO CAPISTRANO
SAN CLEMENTE, CA 92672

FORWARD TIME EXP RTN TO SEND
PEREZ, SHAWN R
107 AVENIDA MIRAMAR STE C
SAN CLEMENTE CA 92672-8713

RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing the Government's motion and the supporting memoranda, the Court GRANTS the Government's Motion for Extension of Time to respond to Defendant's ex parte motion to modify his fine. This Court hereby orders the Government to file a response within 30 days from the date of this order.

IT IS SO ORDERED.

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 05 2007
DISTRICT OF HAWAII

DATED: Honolulu, Hawaii, November 29, 2007.

David Alan Ezra
United States District Judge

## Orders on Motions

1:02-cr-00090-DAE USA v. Schulze, et al

### U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 11/29/2007 at 2:35 PM HST and filed on 11/29/2007
**Case Name:**        USA v. Schulze, et al
**Case Number:**      1:02-cr-90
**Filer:**
**Document Number:** 378

**Docket Text:**
ORDER GRANTING [377] GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE. Signed by Judge DAVID ALAN EZRA on 11/29/07. re: [374] Ex Parte Motion by Michael F. Schulze to Modify Fine. Court orders the Government to file a response within 30 days from the date of this order.

**1:02-cr-90-1 Notice has been electronically mailed to:**
Joseph R. Mottl, III   tizmot@earthlink.net
Kenneth M. Sorenson   ken.sorenson@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, dawn.aihara@usdoj.gov
H Dean Steward   deansteward@fea.net

**1:02-cr-90-1 Notice will not be electronically mailed to:**

Sean R. Perez
2740 Camino Capistrano
San Clemente, CA 92672

Michael F. Schulze
36817-048
FCI BENNETTSVILLE
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 52020
BENNETTSVILLE, SC 29512

Reuel M. Williams
P.O. Box 370490
Las Vegas, NV 89137-0490

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=11/29/2007] [FileNumber=395464-0
] [793295eb0ee9602f73c2ca66ac30f53568b8fe2bcc63be689b41a1fb0a8c5796828
ad3cd5d6e644435b689cfc5a1a3a6e3239b44901552288328d9b083c46121]]