1              IN THE UNITED STATES DISTRICT COURT FOR THE

2                        DISTRICT OF HAWAII

3    UNITED STATES OF AMERICA,      )    CRIMINAL NO. 02-00090DAE
                                    )
4              Plaintiff,           )    Honolulu, Hawaii
                                    )    February 7, 2003
5         vs.                       )    9:12 a.m.
                                    )
6    (01) MICHAEL F. SCHULZE,       )    FURTHER JURY TRIAL
                                    )    VOLUME 6
7              Defendant.           )
     _____)

8

9                    TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE DAVID ALAN EZRA,
10             CHIEF UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Government:          KENNETH M. SORENSON, Esq.
                                  Assistant U.S. Attorney
13                                District of Hawaii
                                  Room 6100 - PJKK Federal Bldg.
14                                300 Ala Moana Blvd.
                                  Honolulu, Hawaii 96813

15

16   For the Defendant:          H. DEAN STEWARD, Esq.
                                  34700 Pacific Coast Highway
17                                Suite 205
                                  Capistrano Beach, California
18                                                       92624

19                                SHAWN PEREZ, Esq.
                                  2740 Camino Capistrano
20                                San Clemente, California 92672

21

22   Official Court Reporter:    Cynthia Tando Fazio, RMR, CRR
                                  United States District Court
23                                P.O. Box 50131
                                  Honolulu, Hawaii  96850

24

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).

**EXHIBIT A**

1    to move in these exhibits marked Government's Exhibit 18

2    through 30 -- 30 and also, I believe, item 33.

3             MR. STEWARD:  No objection, Your Honor.

4             THE COURT:  Be received.

5             (Government's Exhibits 18 through 30 & 33

6                     were received in evidence.)

7             MR. SORENSON:  Your Honor, may I approach?

8             THE COURT:  Yes.

9    BY MR. SORENSON:

10   Q    Special Agent Chu, also, did you retrieve some identity

11   items from the materials that were seized from Mr. Schulze's

12   house?

13   A    Yes.

14            MR. SORENSON:  Your Honor, may I approach?

15            THE COURT:  Yes.

16   BY MR. SORENSON:

17   Q    I show you what's been marked as Government's Exhibit 31,

18   32 and 34, ask you to identify those?

19   A    Item 31 is two California driver's licenses with pictures

20   that appear to be Michael Schulze with the names Michael Scott

21   and Alan Banks on them.

22   Q    Okay.  And what is item 32?

23   A    Item 32 is a certificate of live birth from the state of

24   Hawaii for Alan Douglas Banks and a Social Security card for

25   Kenneth K. Kimes.