IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF MICHAEL F. SCHULZE |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

I, Michael F. Schulze, hereby declare:

1. That I am the named defendant in the criminal case noted above.

2. That I submit this declaration in support of the attached Motion for Reconsideration.

3. That each statement contained in said motion is true and correct, and is based on documented facts or information I believe to be true.

4. That $23,726 in cash was taken from my home, and on April 28, 2004, a credit of said amount was applied toward my $50,000 fine; that the balance due as of that date was $27,124 because $300 was credited toward the court imposed special assessment and interest had accrued.

5. That on January 25, 2005, the balance owed was $27,070.12.

6. That on July 28, 2005, the Clerk of this Court credited $7,100 from the sale of my 1995 GMC Suburban.

7. That at least $30,000 has been satisfied.

8. That I have no means to make any further payments.

9. I swear under the penalty of perjury that the statements made herein are true and correct.

EXECUTED: This 4th day of December, 2007.

By: _____
Michael F. Schulze

-4-