IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

## ORDER FOR FILING OF RESPONSE

Pursuant to the United States Court of Appeals order filed on October 24, 2007, Defendant-Appellant's Ex Parte Motion to Modify Fine filed on October 15, 2007, has been referred to this Court for disposition. This Court hereby orders the Government to file a response to Defendant-Appellant's ex parte motion within 14 days from the date of this order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 7, 2007.



David Alan Ezra
United States District Judge

Exhibit "A"