1          The '95 pickup truck was never in custody,
2   and I have some documents to demonstrate that they
3   weren't even my property. And I'd like to ask the
4   court to modify the fine to the $30,000 that I have
5   already paid.
6          MR. SORENSON: No objection.
7          THE COURT: I don't believe that I have --
8          MR. SORENSON: If you have authority to do
9   so, Your Honor.
10         THE COURT: -- the authority to do that.
11         MR. SORENSON: I don't think you have
12  authority to do so, Your Honor.
13         THE COURT: I have to -- I have to affirm the
14  sentence, if I would have imposed the same sentence
15  had I known; and I do. I will say on the record,
16  Mr. Schulze, that if the 9th Circuit gives me the
17  authority to modify the fine, as you have requested,
18  the court will do so.
19         MR. SCHULZE: Thank you, Your Honor.
20         THE COURT: But I need authority from them to
21  do that. I'm not going to modify anything else
22  because I think it was exactly the right sentence.
23         But I think given your argument today, there
24  may be a justification for modifying the fine amount.
25         MR. SCHULZE: Thank you, Your Honor.

Exhibit "B"