IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION FOR RECONSIDERATION** |
| MICHAEL F. SCHULZE, | ) | [Proposed] |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon careful consideration of the papers, the court finds that Defendant has made a good cause showing for this Court to reconsider its order granting the Government's motion for a 30-day extention of time to respond to Defendant's motion to modify the fine.

The court therefore **GRANTS** Defendant's motion for reconsideration, and DENIES the Government's motion for extention of time. Furthermore, this Court **GRANTS** Defendant's motion to modify the fine, and hereby **ORDERS** the fine imposed SATISFIED and PAID IN FULL as of May 25, 2007.

**IT IS SO ORDERED.**

DATED:  Honolulu, Hawaii, _____

_____
DAVID ALAN EZRA
United States District Judge