CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the attached document was duly served upon counsel for the United States of America, by hand delivering the same to prison officials for mailing via U.S. Mail, with sufficient postage affixed and addressed to:

>KENNETH M. SORENSON
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>PJKK Federal Building, Room 6-100
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

DATED: Bennettsville, South Carolina, December 4, 2007.

By: _____
MICHAEL F. SCHULZE
Defendant, pro se

RE: United States v. Schulze, CR. NO. 02-00090-DAE (District of Hawaii)