MICHAEL F. SCHULZE
Register No. 36817-048
FCI Bennettsville
Post Office Box 52020
Bennettsville, S.C. 29512-5220

LEGAL MAIL

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 10 2007
DISTRICT OF HAWAII

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850-3880



FEDERAL CORRECTIONAL INST.
696 [illegible] RD, BENNETTSVILLE S.C. 29512

DATE: [illegible]
THE ATTACHED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS [illegible] BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
[illegible], YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER [illegible].
[illegible] CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE FOR
[illegible] TO ANOTHER ADDRESSEE,
[illegible] THE ENCLOSURE TO THE
[illegible]

FCI BENNETTSVILLE, SC
2007 DEC -5 AM 9:03