IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-01 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's motion and the supporting memoranda, the Court DENIES Defendant's Motion for Reconsideration of Order Granting Government's Motion for Extension of Time to File Response.

On November 26, 2007, the Government filed a motion requesting additional time to file a response to Defendant's Motion to Modify Fine, which had been filed on October 29, 2007. On November 29, 2007, the Court granted Government's motion, ordering the Government to file a response to Defendant's motion within 30 days. This Court did so to ensure that it has a complete record

when considering Defendant's Motion to Modify Fine. As this Court already granted the Government the extension of time and as Defendant has provided no good reason to revoke the extension of time, this Court DENIES Defendant's motion for reconsideration.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 17, 2007.



_____
David Alan Ezra
United States District Judge

United States v. Schulze, CR. No. 02-00090 DAE; ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE