UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS



PRESORTED
FIRST CLASS



FORWARD TIME EXP RTN TO SEND
PEREZ, SHAUN R
1407 AVENIDA MIRAMAR STE C
SAN CLEMENTE CA 92672-8713

RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090-01 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 26 2007
DISTRICT OF HAWAII

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's motion and the supporting memoranda, the Court DENIES Defendant's Motion for Reconsideration of Order Granting Government's Motion for Extension of Time to File Response.

On November 26, 2007, the Government filed a motion requesting additional time to file a response to Defendant's Motion to Modify Fine, which had been filed on October 29, 2007. On November 29, 2007, the Court granted Government's motion, ordering the Government to file a response to Defendant's motion within 30 days. This Court did so to ensure that it has a complete record

**Orders on Motions**
1:02-cr-00090-DAE USA v. Schulze, et al

```
                        U.S. District Court

                  District of Hawaii - CM/ECF V3.04 (3/07)
```

**Notice of Electronic Filing**

```
The following transaction was entered on 12/17/2007 at 4:00 PM HST
and filed on 12/17/2007
Case Name:        USA v. Schulze, et al
Case Number:      1:02-cr-90
Filer:
Document Number: 383

Docket Text:
```
**ORDER DENYING DEFENDANT'S [382] MOTION FOR RECONSIDERATION OF ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE as to Michael F. Schulze (1). Signed by Judge JUDGE DAVID ALAN EZRA on December 17, 2007. (bbb, )**

```
1:02-cr-90-1 Notice has been electronically mailed to:

Joseph R. Mottl, III  tizmot@earthlink.net

Kenneth M. Sorenson  ken.sorenson@usdoj.gov,
USAHI.ECFNarcotics@usdoj.gov, dawn.aihara@usdoj.gov

H Dean Steward  deansteward@fea.net

1:02-cr-90-1 Notice will not be electronically mailed to:

Sean R. Perez
2740 Camino Capistrano
San Clemente, CA 92672

Michael F. Schulze
36817-048
FCI BENNETTSVILLE
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 52020
BENNETTSVILLE, SC 29512
```

Reuel M. Williams
P.O. Box 370490
Las Vegas, NV 89137-0490

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=12/17/2007] [FileNumber=405386-0
]
[44693429b27967a2827aed3424398c9860a7e7b7143e29ba6ce6bee6dd0978f1712
687e2083e94e1b1bd928d9c8a477840ed1e33595dd3372535d96c5e3bee57]]