**Bank of America**

Consumer Credit Services

Bank of America
CA7-701-01-19
P.O. Box 2240
Brea, CA 92822

September 8, 2000

ALAN D BANKS
3912 CHINCHILLA AVE
LAS VEGAS, NV 89121

Re: LIEN SATISFIED

Dear CUSTOMER:

Please find enclosed the Lien Satisfied as requested on the above referenced account.

If you have any further questions or need assistance, please call one of our Customer Service Representatives at our toll free number 800.944.0404.

Thank you for banking with Bank of America.

Sincerely,

Customer Service Representative
333 29 0641103508

Exhibit "A"

**Bank of America**

Consumer Credit Services

To:   DEPARTMENT OF TRANSPORTATION

## LIEN SATISFIED
## VEHICLE DESCRIPTION

Vehicle/Vessel License #:
Year/Make of Vehicle/Vessel: 95 / CHEV
Model of Vehicle/Vessel:
Vehicle/Vessel #:   2GCEC19Z3S1253051

*This is to certify that our lien in the name of* ALAN D BANKS   *against the described vehicle/vessel, has been fully satisfied and has not been assigned to any other party.*

Without Warranty Bank of America, N.A., formerly **Bank of America NT& SA**

M. Ong
Authorized Officer

STATE OF CALIFORNIA  )
                     ) SS:
COUNTY OF ORANGE     )

D.G. Robinson, Notary Public

On this 8TH day of SEPTEMBER, 2000, before me, _____, a Notary Public in and for said County and State, personally appeared M. Ong, Authorized Officer personally known to me (or proved to me on basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public

D. G. ROBINSON
COMM. # 1127156
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
COMM. EXP. FEB. 14, 2001

CSR:
Id #