IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

USA, Plaintiff(s)

vs.

MICHAEL SCHULZE, Defendant(s)

Civil No. _____

Criminal No. 02-90

## NOTE FROM THE JURY

YOUR HONOR,

We have been deliberating items 2 + 10. No one will back down on their position. We have been going back + forth on the two items. What course of action do we proceed w/ now? May we return w/ these items 2 as being unresolved? They feel there was no evidence introduced to prove date of purchase.

DATED at Honolulu, Hawaii on _____

TIME: 2:25

_____
Signature of Foreperson

Exhibit "B"