**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and exact copy of the attached document was duly served upon counsel for Plaintiff United States of America, by placing said document in an institutional mailbox at the Federal Correctional Institution at Bennettsville, South Carolina, with sufficient postage affixed and addressed to:

           KENNETH M. SORENSON
           Assistant U.S. Attorney
           Office of the U.S. Attorney
           PJKK Federal Building, Room 6-100
           300 Ala Moana Boulevard
           Honolulu, Hawaii 96850

DATED, Bennettsville, South Carolina, December 17, 2007.

           By: _____
                Michael F. Schulze
                Defendant, pro se

Re: <u>United States v. Schulze</u>, CR. NO. 02-00090-DAE
    (District of Hawaii, Honolulu)