IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-02-00090-DAE |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF ALAN D. BANKS |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

I, Alan D. Banks, being a real person in flesh and blood, hereby attest to the following facts:

1. That I was born in Honolulu, Hawaii, on March 3, 1966.

2. That I purchased from Michael F. Schulze, a 1995 Chevrolet Pick Up Truck, vin number 2GCE19Z3S1253051, for $7,000, by obtaining a loan from Bank of America; and that I paid off said loan on or about September 8, 2000.

2. That I have been the sole, legal owner of said truck since satisfiying my auto loan in September, 2000.

3. That in January of 2000, I traveled with Michael F. Schulze, his fiancee, Alena, and others to Mexico, and because I did not possess a passport at the time, I gave Mr. Schulze a copy of my birth cirtificate to hold in the event it necessary, and upon returning from said vacation, I allowed him to keep it at his Las Vegas, Nevada, residence.

4. That I have been informed that the Government has claimed that Michael F. Schulze had somehow used my name and birth cirtificate to obtain ownership of the truck mentioned above; I hereby state that this claim is completely untrue, as I am the individual who applied for, obtained, and satisfied the auto loan for the 1995 Chevrolet Pick Up Truck above.

5. That Michael F. Schulze has no interest nor ownership whatsoever in the 1995 Chevrolet Pick Up Truck mentioned above.

6. I swear under the penalty of perjury that the foregoing is true, and I am willing, if called upon, to testify under oath to the same.

EXECUTED this 19th day of February, 2008.

By: _Alan D. Banks_
Alan D. Banks
1660 Labrador Drive.
Las Vegas, Nevada
89142
(702) 457-6985

NOTARY PUBLIC

STATE OF NEVADA  )
                 ) SS:
COUNTY OF CLARK  )

On this 19TH day of February, 2008, before me, Jacob Van Wagoner, a Notary Public in and for said County and State, personally appeared Alan D. Banks, proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, executed the instrument.

WITNESS my hand and offical seal

_Jacob Van Wagoner_
Notary Public

