CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the attached was duly served upon counsel for the United States of America, by hand delivering the same to prison officials for forwarding via U.S. Mail, with sufficient postage afficxed and addressed to:

> Kenneth M. Sorenson
> Assistant U.S. Attorney
> Room 6-100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: March 2, 2008, at Bennettsville, South Carolina.

By: _____
MICHAEL F. SCHULZE
Defendant, pro se