MICHAEL F. SCHULZE
Register No. 36817-048
FCI Bennettsville
Post Office Box 52020
Bennettsville, S.C. 29512-5220

RECEIVED
MAR 10 2008
CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII

CLERK OF THE COURT
United States District Court
District of Hawaii
PJKK Federal Building, C-338
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

