ORIGINAL

MICHAEL F. SCHULZE
Register No. 36817-048
FDC Honolulu
Post Office Box 30080
Honolulu, Hawaii 96820

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 1 2008

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 02-00090-DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF CHANGE OF ADDRESS |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF CHANGE OF ADDRESS

COMES NOW defendant Michael F. Schulze, pro se, and hereby gives
notice of his change of address.  Please send all communications to the
address mentioned above.


DATED: March 31, 2008, at Honolulu, Hawaii.


Respectfully submitted,


_____
MICHAEL F. SCHULZE
Defendant, pro se

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the attached

document was duly served upon counsel for the United States of America, by

hand delivering the same to:

> KENNETH M. SORENSON
> Assistant U.S. Attorney
> Room 6-100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

DATED: April 1, 2008, at Honolulu, Hawaii.

By: _____

> Gretchen V. Schulze
> 91-189 Ewa Beach Road
> Ewa Beach, Hawaii 96706

Re: United States v. Schulze, Case No. 02-00090-DAE
    (District of Hawaii)