ORIGINAL

MICHAEL F. SCHULZE
Register No. 36817-048
FCI Bennettsville
Post Office Box 52020
Bennettsville, South Carolina
29512-5220

Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 09 2008

at 3 o'clock and 10 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR No. 02-00090-DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF CHANGE OF ADDRESS |
| MICHAEL F. SCHULZE, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that defendant Michael F. Schulze has changed his address. Please send all communications to the address listed above.

DATED: June 3, 2008, at Bennettsville, South Carolinia.

Respectfully submitted,

_____
MICHAEL F. SCHULZE
Defendant, pro se

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the attached document was duly served upon counsel for the United States of America, by hand delivering the same to prison officals for forwarding via U.S. Mail, with sufficient postage affixed and addressed to:

>   KENNETH M. SORENSON
>   Assistant U.S. Attorney
>   Room 6-100, PJKK Federal Building
>   300 Ala Moana Boulevard
>   Honolulu, Hawaii 96850

DATED: June 3, 2008, at Bennettsville, South Carolina.

By: _____
Michael F. Schulze
Defendant, pro se

RE: United States v. Schulze, CR No. 02-00090-DAE (Dist. of Haw.)