MICHAEL F. SCHULZE                                June 3, 2008
Register No. 36817-048
FCI Bennettsville
Post Office Box 52020
Bennettsville, South Carolina
29512-5220

RECEIVED
CLERK U.S. DISTRICT COURT

JUN 06 2008
3:10pm
DISTRICT OF HAWAII

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii 96850

Re: United States v. Schulze, CR No. 02-00090-DAE
Subject: Request for copy of last docket entry and any papers filed since
         April of 2008.


Dear Clerk of the Court:

      I write to inform that I am a prisoner who has been in transit from the Federal Detention Center in Honolulu, Hawaii, to FCI Bennettsville, South Carolina, since April 13, 2008, and have now arrived.  As a result, I have been unable to receive anything from your Court and wish to receive a copy of the last entry of my docket report and, copies of any papers that may have been filed since my departure from Hawaii.  Thank you.



With the warmest regards, I am


_____
Michael F. Schulze
Defendant, pro se

Michael F. Schulze
Register No. 36817-048
FCI Bennettsville
Post Office Box 52020
Bennettsville, South Carolina
29512-5220

LEGAL MAIL

**RECEIVED**
CLERK U.S. DISTRICT COURT
JUN 06 2008
3:10pm
DISTRICT OF HAWAII

U.S. District Court of Hawaii
Clerk of the Court
PJKK Federal Building, C-338
300 Ala Moana Boulevard
Honolulu, Hawaii
96850

FEDERAL CORRECTIONAL INST.
696 MUCKERMAN RD, BENNETTSVILLE, S.C. 29512
DATE
THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.