MICHAEL F. SCHULZE
Register No. 36817-048
FCI Bennettsville
P.O. Box 52020
Bennettsville, S.C. 29512-5120
Defendant, pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MICHAEL F. SCHULZE, <br> Defendant. | Case No. CR 02-00090 DAE <br><br> MOTION TO REOPEN TIME PERIOD TO FILE NOTICE OF APPEAL, and NOTICE OF APPEAL; CERTIFICATE OF SERVICE |

COMES NOW defendant Michael F. Schulze ("Schulze"), pro se, and hereby moves this Honorable Court to reopen the time period to file Notice of Appeal, and thereby accept this pleading as a Notice of Appeal of the Court's Order(s) denying: Motion to Modify Fine (doc. 374); Motion for Reconsideration of Order Granting Government's Motion for Extension of Time to File Response (doc. 382); and Motion for Reconsideration re: Order Denying Motion to Modify Fine (doc. 390).

This motion is based on the fact that Schulze did not receive this Court's final Order denying his Motion for Reconsideration of Order Denying his Motion to

Modify Fine (doc. 393) until July 21, 2008, due to his transfer between prison facilities (as demonstrated in docs. # 394, 395, 396, and 397, and, by two letters written to the Court following his arrival requesting a copy of all documents filed since his departure from Hawaii in April.

This pleading is submitted in good faith during an Institutional lockdown in which Schulze is prevented from accessing legal and other materials to better support this request.

Dated: July 22, 2008, at FCI Bennettsville, S.C.

Respectfully submitted,

MICHAEL F. SCHULZE
Defendant, pro se

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the enclosed document was duly served upon counsel for United States of America, by hand delivering the same to prison staff for forwarding via U.S. Mail, with sufficient postage affixed and addressed to:

>Kenneth Sorenson
>Assistant U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Blvd.
>Honolulu, Hawaii 96850

Dated: July 22, 2008, at Edgefield, S.C.

By: _____
Michael Schulze
Defendant, Pro Se

Re: USA v. Schulze, CR No. 02-00090 DAE