Envelope:

From:
Michael Schulze
#35812-048
FCI Bewnalsville
P.O. Box 52020
Bewnalsville, S.C.
29512-5220

Legal Mail

Postmark: FLORENCE SC 295 — 23 JUL 2008 PM 1 L

To:
Clerk of the Court
U.S. District Court
District of Hawaii
PJKK Federal Building
300 Ala Moana Blvd
Honolulu, Hawaii 96850 C-338

USA FIRST-CLASS FOREVER

FCI BENNETTSVILLE, SC
2008 JUL 23  AM 8:29

FEDERAL CORRECTIONAL INST.
696 MUCKERMAN RD, BENNETTSVILLE, S.C. 29512

DATE _____
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.