IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00090 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL F. SCHULZE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S
MOTION TO REOPEN TIME PERIOD TO FILE NOTICE OF APPEAL

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for

disposition without a hearing.  After reviewing Defendant's motion and the

supporting and opposing memoranda, the Court GRANTS IN PART AND

DENIES IN PART Defendant's Motion to Reopen Time Period to File Notice of

Appeal.

On April 23, 2008, this Court issued an Order Denying Defendant's

Motion for Reconsideration of Order Denying Defendant's Motion to Modify Fine.

(Doc. # 393.)  This Court's docket sheet shows that it attempted to serve the order

upon Defendant a few times, but it was returned as undeliverable.  The docket

sheet also shows that Defendant's mother informed this Court that Defendant was

being transferred to three different prisons and that Defendant would probably be

in the final destination in June 2008.  Defendant states in his motion that he did not

receive this Court's order until July 21, 2008, because he was being transferred

between prisons.  On July 28, 2008, Defendant filed the instant motion requesting

that this Court reopen the period within which to file an appeal and to consider his

motion as a notice of appeal.  (Doc. # 400.)  The Government did not oppose this

motion.

> 28 U.S.C. § 2107(c) provides that
>
> if the district court finds -- (1) that a party entitled to
> notice of the entry of a judgment or order did not receive
> such notice from the clerk or any party within 21 days of
> its entry, and (2) that no party would be prejudiced, the
> district court may, upon motion filed within 180 days
> after entry of the judgment or order or within 7 days after
> receipt of such notice, whichever is earlier, reopen the
> time for appeal for a period of 14 days from the date of
> entry of the order reopening the time for appeal.

Accordingly, as Defendant did not receive a copy of this Court's order

denying his motion for reconsideration (Doc. # 393), and he filed this request in a

timely fashion, and no party would be prejudiced, this Court hereby GRANTS IN

PART Defendant's request and reopens the time for appeal of that order and

considers Defendant's motion as a timely notice of appeal of this Court's

reconsideration order and the order underlying that order.  (Docs. # 389, 393.)

This Court DENIES Defendant's request with respect to the Order Denying Defendant's Motion for Reconsideration of Order Granting Government's Motion for Extension of Time to File Response (Doc. #383) because that order was issued on December 17, 2007, and there is no indication that Defendant did not receive a copy of this order in a timely manner.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 28, 2008.



_____
David Alan Ezra
United States District Judge

United States of America v. Michael F. Schulze, Cr. No. 02-00090 DAE; ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO REOPEN TIME PERIOD TO FILE NOTICE OF APPEAL